ORIGINAL RECEIVED DEC 6 2006 OFFICE OF THE CLERK U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

06-829 C

Plaintiff(s) or Petitioner(s)
Urmila Banerjee

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Thomas J. Reed

Firm Name: Widener Univ. School of Law

Post Office Box: P.O. Box 7474

Street Address: 4601 Concord Pike

City-State-Zip: Wilmington, DE 19803-0474

Telephone & Facsimile Numbers: TEL: (302) 477-2070
FAX: (302) 477-2257

Is the attorney of record admitted to the Court of Federal Claims Bar? XX Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 5 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M
See attached sheet for three-digit codes.

Amount Claimed: $ 116,196.90
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes XX No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes XX No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.