# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **URMILA BANERJEE,** | |
| **Plaintiff,** | **No. 06-829** |
| **v.** | **Filed: January 16, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The Notice of Appearance in the above-captioned case was filed on December 21, 2006. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, February 21, 2007, at 11:00 a.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Reed at (302) 477-2070, and Ms. Cohen at (202) 353-7978.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**