IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| URMILA BANERJEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-829C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including April 6, 2007, within which to file its response to the complaint. Our response is currently due on February 5, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has attempted to contact plaintiff's counsel, Thomas J. Reed, but was unable to reach him.

This enlargement is requested because defendant intends to file a motion for judgment upon the administrative record, pursuant to RCFC 52.1, in lieu of an answer. It is defendant's understanding that such a motion may not be filed prior to the first status conference. As the first status conference in this case is currently scheduled for February 21, 2007, defendant requests a 60-day enlargement of time in order to prepare our motion in accordance with any instructions provided during the status conference.

Alternatively, if the Court permits defendant to file its motion prior to the status conference, defendant is prepared to file the motion on or after February 16, 2007. Defendant's

counsel will be unable to file the motion prior to February 16, 2007 because she will be out of the office from February 5 through February 15, 2007.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

February 2, 2007

Attorneys for Respondent

CERTIFICATE OF FILING

I hereby certify that on February 2, 2007, a copy of the foregoing “DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen