# In the United States Court of Federal Claims

| | |
|---|---|
| URMILA BANERJEE,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 06-829<br>Filed: February 5, 2007 |

## O R D E R

The court is in receipt of defendant's February, 2, 2007 motion for an enlargement of 60 days within which to file its response to plaintiff's complaint. The defendant's motion is **GRANTED** in part. The court reminds the parties that a status conference remains scheduled for **Wednesday, February 21, 2007, at 11:00 a.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Reed at (302) 477-2070, and Ms. Cohen at (202) 353-7978. The parties should be prepared to discuss the merits of the case, in addition to any other relevant matters. At the conference the parties, together with the court, will establish a schedule for future proceedings. Until that conference, defendant need not file an answer to plaintiff's complaint.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**