# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **URMILA BANERJEE,** | |
| **Plaintiff,** | **No. 06-829** |
| **v.** | **Filed: February 21, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on February 21, 2007, with the parties appearing by telephone. As discussed and agreed to at the conference, the court establishes the following briefing **SCHEDULE**. On or before February 23, 2007, defendant shall submit a copy of the proposed administrative record for plaintiff's review. On or before March 9, 2007, the plaintiff shall respond that the administrative record is complete. The parties shall continue to confer, and on or before, **Wednesday, March 14, 2007**, the parties shall file the joint administrative record. Pages in the administrative record shall be sequentially numbered. On or before, **Friday, April 27, 2007**, the parties shall submit a joint stipulation of facts. The joint stipulation of facts shall be one document, setting forth specific stipulations of agreed upon facts with specific citations to supporting documents in the administrative record. Also, on or before **Friday, April 27, 2007**, the defendant shall file its motion for judgment on the administrative record, citing to the administrative record, the joint stipulation of facts, and supporting documents. On or before **Friday, May 11, 2007**, the plaintiff shall file its response to defendant's motion, also citing to the administrative record, the joint stipulation of facts, and supporting documents. On or before **Friday, May 18, 2007**, defendant shall file its reply brief, also citing to the administrative record, the joint stipulation of facts, and supporting documents. With the submission of their initial briefs, both parties shall indicate whether or not oral argument is requested.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**