# United ... es of America

## ... MENT OF THE ARMY

Washington, DC — PLACE
6 Mar 07 — DATE

I HEREBY CERTIFY that

I certify that the enclosed documen ... nd accurate copies of records pertaining to Urmila Banerjee, a former member of the U.S. Army. Copies of the Official Mili ... (OMPF) are maintained by the U.S. Army Human Resources Command, St. Louis, Missouri; copies of records from Army Boa ... of Military Records are maintained in Arlington, Virginia; copies of medical records are maintained by The Department o ... n Services, Bethesda, Maryland. The records are in the official temporary custody of the Military Personnel Litigation B ... Division, Office the Judge Advocate General of the Army.

JOSEPH C. FETTERMAN
Lieutenant Colonel, U.S. Army
Chief, Military Personnel Litigation Branch

I HEREB ... hat Lieutenant Colonel Joseph C. Fetterman, who signed the f ... icate, is the Chief, Mili ... Branch, Litigation Division, Office of the Judge Advocate General of the Army, and that full f ... should be given to his certification.

IN TESTIMONY WHEREOF I, JOYCE E. MORROW,
The Administrative Assistant to the Secretary of the Army, have hereunto caused the seal of the Department of the Army to be affixed this 6th day of March, 2007

By ... Administrative Assistant.

RICHARD O. HATCH
COLONEL, U.S. ARMY
CHIEF, U.S. ARMY LITIGATION DIVISION

# ADMINISTRATIVE RECORD INDEX
# BANERJEE, Urmila v. The United States


| | | |
|---|---|---|
| Tab 1 | ABCMR Memorandum of Consideration to Plaintiff, dated August 28, 2003 | Pages 000000- 000007 |
| Tab 2 | Memorandums between Army Review Board Agency (ARBA) and Mr. Thomas Reed counsel for Ms. Urmila Banerjee, Reference: Outpatient records | Pages 000008 - 000014 |
| Tab 3 | Petition for Change of Discharge Status dated, May 22, 2000 | Pages 000015 - 000279 |
| Tab 4 | DD Form - 214 Certificate of Release or Discharge from Active Duty | Pages 000280 - 000280 |
| Tab 5 | Recommendation for Separation under the Provisions of AR 635-200, Chapter 13, dated June 14, 1991 | Pages 000281 - 000292 |
| Tab 6 | Official Military Personnel File, OMPF | Pages 000293 - 000353 |
| Tab 7 | Medical Documents from Department of Health & Human Services, dated August 8, 2002 | Pages 000354 - 000405 |