**DEPARTMENT OF THE ARMY**
REVIEW BOARDS AGENCY
1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR
ARLINGTON, VA 22202-4508

3 OCT 2002

REPLY TO
ATTENTION OF

95753

Client Information & Quality Assurance (CIQA)

BANERJEE, Urmila
[redacted]

Thomas J. Reed, Esq.
Veterans Assistance Program
Widener University School of Law
4601 Concord Pike, P.O. Box 7474
Wilmington, Delaware 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

Dear Mr. Reed:

This is in reference to your letter, dated August 19, 2002, to the Army Board for Correction of Military Records (ABCMR) concerning Ms. Urmila Banerjee. This office provides administrative support to the Army Board for Correction of Military Records. Therefore, I am responding to your letter.

Your letter, along with copies of all documents added to Ms. Banerjee's claim file with the Department of Veterans Affairs since October 18, 1998, was received on August 23, 2002.

Your letter, with enclosure, is being forwarded to our Agency Screening Team for review. That team supports the Army Board for Correction of Military Records. The staff of the Board will determine the appropriate action. Your patience in this matter is appreciated.

Both Ms. Banerjee and your office will be promptly notified when a determination has been made. Your interest in this matter is appreciated.

I trust this information is helpful.

Sincerely,

Phyllis A. Carrington
Chief Analyst, CIQA



Printed on Recycled Paper

AR 2002081272

# Veterans Assistance Program

A Pro Bono Litigation Program Sponsored by
Widener University School of Law & Delaware Volunteer Legal Services, Inc.
☐ 4601 Concord Pike P.O. Box 7474 • Wilmington, DE 19803-0474
☐ 3800 Vartan Way • Harrisburg, PA 17110-9450

Room 428 School of Law
Direct Dial Number:
302-477-2070
e-mail tjr0001@mail.widener.edu

☐ (302) 477-2100
Fax: (302) 477-2257
☐ (717) 541-3900
Fax: (717) 541-3966

19 August 2002

Rick A. Schweigert
Chief, Screening team
Department of the Army
Review Boards Agency
1941 Jefferson Davis Highway
2nd Floor
Arlington, VA 22202-4508

RE: Urmila Banerjee, # [redacted]

Dear Mr. Schweigert:

Ms. Banerjee recently completed a lengthy period of hospitalization at the National Institute for Mental Health with a team of specialists in schizophrenia and similar conditions. I enclose a copy of her medical records for your review. In your 1 March 2001 letter you referred to outpatient Army medical records for Maj. Zugner to review in reaching a decision. In an earlier communication (my letter to Maj. Zugner of 3 October 2000) I indicated that to the best of my knowledge, all pertinent Army medical records have been delivered to him in our original submission. The "outpatient records" referred to in your letter apparently do not exist.

I am also sending an update of Department of Veterans Affairs medical and adjudicative records concerning Banerjee that have been generated since 1 October 2000. Please advise me if you require anything further at this time.

Item ID:...........92548
Name:.............BANERJEE, URMILA
SSN:..............[redacted]
MSN:..............
Doc Type:..........Med
Receipt Date /Time.08/23/2002/03:24:34 PM
Edited By.........DANIED
AR2000048769
9/23

Sincerely,

Thomas J. Reed
Prof. of Law & Staff Attorney

TJR:tjr
encl:

**DEPARTMENT OF THE ARMY**
**REVIEW BOARDS AGENCY**
**1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR**
**ARLINGTON VA 22202-4508**

March 1, 2001

REPLY TO
ATTENTION OF

SFMR-RBR-ST/ras
BANERJEE, URMILA
[redacted]

Professor Thomas J. Reed
Widener University School of Law
4601 Concord Pike, P. O. Box 7474
Wilmington, Delaware 19803-0474

Dear Professor Reed:

This responds to your letter to Major Donald G. Zugner, dated October 3, 2000. I apologize for the delay in responding.

The outpatient Army medical records Major Zugnar needs to review Ms. Banerjee's case were no doubt lent to the Regional Office of the Veterans Administration (VA) where she filed her disability claim. It is common practice for the VA to borrow medical records from the National Personnel Records Center. Ms. Banerjee should ask the VA to give her copies of her Army medical records for review by the Army Board for Correction of Military Records.

I trust this information is helpful to you.

Sincerely,

Rick A. Schweigert
Chief, Screening Team

Printed on Recycled Paper

**Veterans Assistance Program**
A Pro Bono Litigation Program Sponsored by
Widener University School of Law & Delaware Volunteer Legal Services, Inc.
4601 Concord Pike P.O. Box 7474 • Wilmington, DE 19803-0474

Delaware Volunteer Legal Services, Inc.
Prof. Reed Direct Dial Number:
302-477-2070

☐ (302) 477-2090
Fax: (302) 477-2255
e-mail Thomas.J.Reed@law.widener.edu

3 October 2000

Donald G. Zugner, PA-C MPH
MAJSP
Medical Staff Officer, ARBA
1941 Jefferson Davis Highway 2nd Floor
Arlington, VA 22202-4508

RE: In re Urmila Banerjee [redacted]

Dear Mr. Zugner:

This letter is a reply to your memo to Mr. Schweigert asking for her "Outpatient Military Medical Records" before you give the Board your advisory opinion. Mr. Schweigert sent me a copy of your memo for a reply.

I have gone over Banerjee's service records and service medical records as they were sent to us from the National Military Personnel Records Center last year, looking for any references to "Outpatient Military Medical Records" and I find no documents that meet your requirements. I do find a reference on page 47 of her application in a Mental Status Evaluation Report prepared by Maj. Stephen J. Brannan that states that "Banerjee was evaluated by CMHS at the commander's request" followed by his extremely brief summary of the evaluation. I believe that reference was to Maj. Brannan's command.

If you could point to a page in the petition that contains a reference to the records you desire, I will do my best to get them, if they exist.

Thank you.

Sincerely,

Thomas J. Reed
Prof. of Law & Staff Attorney

TJR:tjr
cy: Rick A. Schweigert, Urmila Banerjee

**DEPARTMENT OF THE ARMY**
REVIEW BOARDS AGENCY
1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR
ARLINGTON VA 22202-4508

19 SEP 2000

REPLY TO
ATTENTION OF
SFMR-RBR-ST/kvp
BANERJEE, URMILA
[redacted]

Mr. Urmila Banerjee
[redacted]

Dear Mr. Banerjee:

I am responding to your application for correction of military records, dated 22 May 2000, because my office provides administrative support to the Army Board for Correction of Military Records (ABCMR).

I referred your application to our medical advisors for an advisory opinion since you are seeking an increase in your disability rating. For your information, medical opinions are furnished to the ABCMR for guidance in considering cases such as yours. The medical advisors informed me that they would need copies of your outpatient military medical records in order to render a fair decision in your case (copy enclosed).

In view of the foregoing, I have closed your case and will hold it in abeyance for 45 days to give you an opportunity to furnish copies of your outpatient military medical records. I will file your application without action and without prejudice if I do not hear from you within 45 days of the date of this letter. Please write to me if you need an extension beyond this period.

Sincerely,

Rick A. Schweigert
Chief, Screening Team

Enclosure

CF: Veterans Assistance Program
Attn: Mr. Thomas J. Reed
PO Box 7474
Wilmington, DE 19803

DEPARTMENT OF THE ARMY
REVIEW BOARDS AGENCY
1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR
ARLINGTON VA 22202-4508

REPLY TO
ATTENTION OF

SFMR-RB-MA

14 September 2000

MEMORANDUM FOR ARMY BOARD FOR CORRECTION OF MILITARY RECORDS
ATTN: SFMR-RBR-ST, 2ND FLOOR
1941 JEFFERSON DAVIS HIGHWAY,
ARLINGTON, VA 22202-4508

SUBJECT: Advisory Opinion on BANERJEE, Urmila, [redacted]

I have reviewed the correspondence and medical records pertaining to the above named Army Board for Correction of Military Records (ABCMR) applicant.

The applicant requests a change in her discharge status to a disability retirement based on the claim that her mental and physical disabilities warranted a MEB. In order to accomplish a careful and complete review and render a fair decision, we must have copies of the complete file. Please supply this office with copies of:

a. The Outpatient Military Medical Records

DONALD G. ZUGNER, PA-C MPH
MAJ SP
MEDICAL STAFF OFFICER, ARBA

**DEPARTMENT OF THE ARMY**
**REVIEW BOARDS AGENCY**
**1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR**
**ARLINGTON VA 22202-4508**

08 SEP 2000

REPLY TO
ATTENTION OF

SFMR-RBR-ST/kvp

MEMORANDUM FOR COLONEL SUTTON, ARMY REVIEW BOARDS AGENCY

SUBJECT: Medical Review- BANERJEE, URMILA, [redacted]

1. Correspondence and records pertaining to the above named individual to the Army Board for Correction of Military Records are forwarded for your review.

2. The individual was separated from active duty on 24 June 1991 under AR 635-200, Ch 13, (Unsatisfactory Performance).

3. The individual is requesting disability retirement.

4. Upon completion of your review, please return the case to Mrs. Perry 607-2034, in Room 216.

Rick A. Schweigert
Chief, Screening Team

2 Encls
1. DD Form 149 w/encls
2. OMPF



Printed on Recycled Paper