**Veterans Assistance Program**
A Pro Bono Litigation Program Sponsored by
Widener University School of Law & Delaware Volunteer Legal Services, Inc.
☐ 4601 Concord Pike P.O. Box 7474 • Wilmington, DE 19803-0474
☐ 3800 Vartan Way • Harrisburg, PA 17110-9450

School of Law
Direct Dial Number:
302-477-2070
e-mail Thomas.J.Reed@law.widener.edu

☐ (302) 477-2100
Fax: (302) 477-2224
☐ (717) 541-3900
Fax: (717) 541-3966

30 May 2000

Loren Harrell, Executive Secretary
Army Board for Correction of Military Records
U.S. Dept of the Army
Washington, DC 20310

RE: Urmila Banerjee, Application for Discharge Review

Dear Secretary Harrell:

I am enclosing an original and three copies of the petition of Urmila Banerjee for review of her Discharge originally issued 24 June 1991. Ms. Banerjee's petition consists of her executed DD Form 149, a copy of her service record, her VA case file and her sworn statement relating to the circumstances of his discharge, and a brief on issues of law raised by her petition.

Please call me if you have any questions.

Sincerely,

Thomas J. Reed
Counsel for Petitioner

TJR:tjr
Encl:
Cy:Urmila Banerjee

**UNITED STATES ARMY**
**BOARD FOR CORRECTION OF MILITARY RECORDS**

---

IN the Matter of Urmila Banerjee,)
Petitioner) No.______________________________

# PETITION FOR CHANGE OF DISCHARGE STATUS

Thomas J. Reed
Veterans Assistance Program
Widener University School of Law
4601 Concord Pike
Wilmington, DE 19803
TEL: (302) 477-2070
Attorney for Petitioner

ORIGINAL

## TABLE OF CONTENTS


PAGE

Table of Contents---------- i

Table of Authorities---------- ii

Application for Correction of Military Records---------- 1

Military Service Record of Urmila Banerjee---------- 2

Veterans Administration Records of Urmila Banerjee---------- 66

Statement of Urmila Banerjee---------- 190

Brief in Support of Petition---------- 192

I. Issues---------- 192

II. Jurisdictional Statement---------- 192

III. Facts---------- 193

IV. Summary of Argument---------- 194

V. Argument

1. Should the Board for Correction of Military Records Waive the Three Year Statute of Limitations and Hear Urmila Banerjee's Petition ?---------- 197

2. Was Petitioner Urmila Banerjee Improperly Discharged Without a Comprehensive Physical and Mental Evaluation as Required by AR 635-200 para. 1-34 ?---------- 199

VI. Conclusion---------- 201

## TABLE OF AUTHORITIES

PAGE

### CASES

Casey v. United States, 8 Ct. Cl. 234 (1985)---------------------------------------- 196, 200

Conn v. United States, 180 Ct. Cl. 120, 376 F. 2d 878 (1967)---------------------196, 199

Jordan v. United States, 205 Ct. Cl. 65 (1974)------------------------------------- 198

Mullen v. United States, 19 Cl. Ct. 550 (1990)------------------------------------- 198

Service v. Dulles, 354 U.S. 363, 1 L. Ed. 2d 1403, 77 S. Ct. 1152 (1957)--------- 196,199

Yee v. United States, 512 F. 2d 1383, 206 Ct. Cl. 388 (1975)--------------------- 199

### STATUTES

10 U.S.C. section 1552------------------------------------------------------------ 192,197

32 C.F.R. section 581.3---------------------------------------------------------- 192

### MISCELLANEOUS

Article 13, U.C.M.J.------------------------------------------------------------- 200

AR 635-200---------------------------------------------------------------------- 199,200

AR 40-501----------------------------------------------------------------------- 201

John J. Field, Waiving the Discretionary Statute of Limitations Governing the Boards for Correction of Military Records, 62 G. Wash. L. Rev. 921 (1964)---- 197

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

PLEASE RENDER FORM VOID

| | |
|---|---|
| 1. NAME (Last, First, Middle) BANERJEE, URMILA | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/ RA |
| 3. SOCIAL SECURITY NO. | [redacted] |
| 4.a. GRADE, RATE OR RANK SPC | 4.b. PAY GRADE E4 |
| 5. DATE OF BIRTH (YYMMDD) [redacted] | 6. RESERVE OBLIG. TERM. DATE Year 00 Month 00 Day 00 |
| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY PHILADELPHIA PA | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 3120 NAAMANS RD E2 WILMINGTON DE 19810 |
| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND CO E TRNE 187TH MED BN AHS HSC HS | 8.b. STATION WHERE SEPARATED Ft. Sam Houston, Tx 78234-5000 |
| 9. COMMAND TO WHICH TRANSFERRED NA | 10. SGLI COVERAGE ☐ None Amount: $ 100,000 |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
NONE//NOTHING FOLLOWS

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 90 | 10 | 09 |
| b. Separation Date This Period | 91 | 06 | 24 |
| c. Net Active Service This Period | 00 | 08 | 16 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 90 | 10 | 09 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
MARKSMAN QUALIFICATION BADGE (RIFLE M-16)//MARKSMAN QUALIFICATION BADGE (HAND GRENADE)//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
GENERAL MEDICAL ORIENTATION COURSE, 4 WKS (90)//NOTHING FOLLOWS

15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM — Yes ☐ No X
15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT — Yes X No ☐
16. DAYS ACCRUED LEAVE PAID NONE

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION — Yes X No

18. REMARKS
NONE//NOTHING FOLLOWS

26 June 91

19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code)
3120 NAAMANS RD E2
WILMINGTON DE 19810

19.b. NEAREST RELATIVE (Name and address - include Zip Code)
B BANERJEE
ADDRESS SAME AS BLOCK 19A

20. MEMBER REQUESTS COPY 6 BE SENT TO DE DIR. OF VET AFFAIRS X Yes ☐ No

21. SIGNATURE OF MEMBER BEING SEPARATED
Urmila Banerjee

22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature)
JOHN CANO, GS9, CHIEF TRANS PT

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| | |
|---|---|
| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (include upgrades) HONORABLE |
| 25. SEPARATION AUTHORITY AR 635-200, CHAP 13 | 26. SEPARATION CODE JHJ — 27. REENTRY CODE RE-3 |
| 28. NARRATIVE REASON FOR SEPARATION UNSATISFACTORY PERFORMANCE | |
| 29. DATES OF TIME LOST DURING THIS PERIOD NONE | 30. MEMBER REQUESTS COPY 4 U.B. Initials |

DD Form 214, NOV 88 Previous editions are obsolete. SERVICE-2

August 27, 1999

TO: Thomas J. Reed
FROM: COL. Hansa B. Raval, MC, USA (ret.)

RE: Urmila Banerjee, CSS No. [redacted]

Dear Mr. Thomas J. Reed,

I came to know Urmila Banerjee in January 1991 when she was referred to me for moral support and counseling. Ms. Banerjee is a very intelligent Indian girl from a Brahmin caste in India. Her moral and ethical standard and character are outstanding. During her training at Fort Sam Houston, she had multiple stress fractures and I was made aware of multiple sexual harassment incidents she was a victim of from January 1991 to June 1991.

Ms. Banerjee had taken me to her barracks to see red roses which she had received from a Lieutenant. She also contacted me many times and showed up in my office at Brooke Army Medical Center in tears and in severe emotional turmoil. Many of the soldiers from her unit were touching here breasts, following her, taking her picture and making embarrassing sexual remarks. I advised Ms. Banerjee to file sexual harassment charges through her Academy of Health Sciences, Student, Company, where she was assigned.

In spite of filing official charges, the sexual harassment continued. I noticed that Ms. Banerjee's emotional situation was becoming worse. She went into emotional crisis. I wrote a letter to Major General Moore, who was the commander of Academy of Health Sciences, and included all Ms. Banerjee's sexual harassment incidents. MG Moore met with Ms. Banerjee. Later on, she was given official, honorable discharge from U.S. Army.

When I first met Ms. Banerjee in January 1991, she was a very happy, vibrant person and appeared to be very emotionally grounded. In the month of May and June, before her discharge, she was extremely depressed, fearful, and in emotional turmoil.

If you have any further questions, please feel free to contact me.
Telephone: 210-344-8343, 210-344-0179; fax: 210-342-8888.

Sincerely,

COL. Hansa B. Raval, MC, USA (ret.)



000020

# APPLICATION FOR IDENTIFICATION CARD

RA 283907Z-504

NAME:
BANERJEE URMILA

########################################################
\# TO BE FILLED IN BY ISSUING AUTHORITY
\# DATE ISSUED: EXP DATE: SERIAL NO.:
\#
\# 901012 961008 L690796
########################################################

MILITARY ADDRESS:
42ND ADJUTANT GENERAL (RECEPTION)
FORT DIX, NEW JERSEY 08640-7400




901012

[redacted]

TYPE OF CARD DESIRED: DA FORM 2A

REASON FOR REQUESTING CARD: INITIAL ISSUE

DATE BIRTH: [redacted]

WEIGHT: 116

HEIGHT: 66

GENEVA CONV CAT: I

COLOR HAIR: BLACK

COLOR EYES: BROWN

BLOOD TYPE: A POS

EXP TERM OF SVC OR OBLIG: 961008

REMARKS:

SIGNATURE OF APPROVING AUTHORITY:

X Urmila Banerji
SIGNATURE OF APPLICANT:

X Urmila Banerji
RECEIPT OF CARD IS ACKNOWLEDGED: (Signature)

901012
DATE ACKNOWLEDGED

(PLEASE REA. .TRUCTIONS ON THE REVERSE SIDE BEFORE COMPLE. ...G SUBMITTING THIS FORM)

# SERVICEMEN'S GROUP LIFE INSURANCE ELECTION

*IMPORTANT – This form is for use by ACTIVE DUTY AND RESERVE MEMBERS. This form does not apply to and cannot be used for any other Government Life Insurance.*

USE THIS FORM FOR ▶ 1. REDUCING OR REFUSING INSURANCE 2. STATING TO WHOM AND HOW INSURANCE SHOULD BE PAID

*(Do not make erasures, corrections or changes. Complete a new form)*

| LAST NAME - FIRST NAME - MIDDLE NAME | RANK, TITLE OR GRADE | SERVICE OR SOCIAL SECURITY NO. |
|---|---|---|
| BANERJEE URMILA | PFC/E3 | [redacted] |

| BRANCH OF SERVICE *(Do not abbreviate)* | CURRENT DUTY LOCATION |
|---|---|
| UNITED STATES ARMY | CO E 1-26 FORT DIX NJ 08640 |

## 1. REDUCING OR REFUSING INSURANCE

By law you are automatically insured for $35,000. If you do not want $35,000 insurance write below in your own handwriting "I want only $30,000, $25,000, $20,000, $15,000, $10,000 or $5,000 insurance," or "I want no insurance" as you prefer. Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.

→ ____________________ BE SURE TO COMPLETE PART 2

## 2. BENEFICIARY(IES) AND PAYMENT TO BENEFICIARY(IES) *(Read instructions C and D on reverse)*

IMPORTANT – You must write in the spaces below:
(1) The names and other information for persons you want to receive your insurance, or
(2) "By Law" in your own handwriting if you wish the law to apply *(as explained on reverse)*
Insurance is paid in a lump sum or 36 equal monthly installments at the option of the beneficiary(ies). If you insert "36" under "Payments to Beneficiary," payment will be made only in 36 equal monthly installments.

I DESIGNATE THE FOLLOWING BENEFICIARIES TO RECEIVE PAYMENT OF MY INSURANCE PROCEEDS AS SHOWN BELOW:

| COMPLETE NAME AND ADDRESS OF EACH BENEFICIARY *(If married woman, give her own first and middle names and husband's last name)* | RELATIONSHIP TO INSURED | SHARES TO BE PAID TO EACH BENEFICIARY *(Use fractions such as 1/2, 2/3, 3/4, or "ALL")* | PAYMENTS TO BENEFICIARY *(Insert "36" if only monthly payments desired. See D on reverse)* |
|---|---|---|---|
| PRINCIPAL *(First)* BHARATI BANERJEE | MOTHER | ALL. | |
| [redacted] | | | |
| CONTINGENT *(Second - If principal beneficiary dies before me or before completion of installment payments to the principal beneficiary)* | | | |
| PROMILA BANERJEE | SISTER | ALL | |
| [redacted] | | | |

NOTE: If more than one principal beneficiary is named, the share of any such beneficiary who dies before me shall be distributed equally among the surviving principal beneficiaries. If there is no surviving principal beneficiary the proceeds shall be distributed equally to the surviving contingent beneficiaries. This Designation of Beneficiary shall be void if none of the designated beneficiaries is living at my death. If after completion of this form my insurance is increased, this beneficiary designation shall apply to the full amount in force unless a new designation is made.

I UNDERSTAND that this form cancels any prior beneficiary or payment instructions and that unless I have named the beneficiary(ies) above, my insurance will be paid under the "Provisions of the Law" as explained on the reverse of this form.

I UNDERSTAND that I cannot have combined SGLI and VGLI coverage at the same time for more than $35,000.

SIGN HERE IN INK ▶ Urmila Banerjee *(Signature of member) (Do not print)*   DATE COMPLETED Feb 8th '91.

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| [signature] | [illegible] | TSPB | 000022 8 Feb 91 |

VA FORM OCT 1981 **29-8286**   SUPERSEDES VA FORM 29-8286, JUL 1974, WHICH WILL NOT BE USED.

U.B. 11. Feb '91



MEMBER'S OFFICIAL PERSONNEL FILE 1

# VETERANS' EDUCATIONAL ASSISTANCE ACT OF 1984 (NEW GI BILL)

*(Chapter 30, Title 38, U.S. Code)*

## *Privacy Act Statement*

**AUTHORITY:** Chapter 30, Title 38, US Code, Sections 1411 and 1412; and EO 9397, November 1943 (SSN

**PRINCIPAL PURPOSE:** To establish eligibility to participate in the Veterans' Educational Assistance Act of 1984 (N GI Bill.)

**ROUTINE USES:** Information will be used as a source document indicating participation status of each service member in the New GI Bill Educational Benefits Program.

**DISCLOSURE:** Disclosure of your social security number and other personal information is voluntary. However, this form CANNOT be processed if requested information is not provided.

**1. SERVICE MEMBER**

| a. NAME (Last, First, Middle Initial) | b. SOCIAL SECURITY NUMBER (SSN) |
|---|---|
| Banerjee Urmila | [redacted] |

**2. STATEMENT OF UNDERSTANDING**

a. I am eligible for the New GI Bill based on my initial entry on active duty on or after July 1, 1985.

b. I understand that I am automatically enrolled and that I have the option to disenroll. *(See paragraph 3 or 4)*

c. If I disenroll, I must do so on the date designated by my service.

d. I am a Service academy or ROTC scholarship graduate and I am NOT ELIGIBLE for the New GI Bill. *(X if applicable)*

e. I understand that if enrolled in the New GI Bill, my basic pay will be reduced $100 per month for EACH of the first full 12 months of active duty and CANNOT BE REFUNDED, SUSPENDED OR STOPPED.

f. I must complete three years of active duty service before I am entitled to $300 per month for 36 months.

g. If I have a two year obligation, I understand that I must complete two years of active duty to receive $250 per mont for 36 months.

h. I must complete two years of active duty service and join the Selected Reserve for a minimum four year service agreement before I am entitled to $300 per month for 36 months.

i. If a non-high school graduate, I must complete all requirements for a high school diploma (or an equivalency certificate) before completion of my initial tour in order to qualify for the New GI Bill.

j. I must use my benefits within 10 years of my separation or discharge from active duty for the entitlement in paragraph 2.g., or complete my Selected Reserve obligation for the entitlement in paragraph 2.h.

k. I must receive an honorable discharge for service which established entitlement to the New GI Bill.

l. SERVICE MEMBER

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| Banerjee Urmila | E-3 | x Urmila Banerjee | 901009 |

m. WITNESSING OFFICIAL

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| Tynan Steve | E-7 | [signature] | 901009 |

**3. STATEMENT OF ENROLLMENT**

I am enrolling in the "New GI Bill" and ACCEPT THE TERMS OF 2.a. through k.

a. SERVICE MEMBER

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| BANERJEE URMILA | E3 | Urmila Banerjee | [illegible] |

b. WITNESSING OFFICIAL

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| [illegible] | [illegible] | [signature] | [illegible] |

**4. STATEMENT OF DISENROLLMENT**

I do not desire to participate in the New GI Bill. I understand that I WILL NOT be able to enroll at a later date.

a. SERVICE MEMBER

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| | | | |

b. WITNESSING OFFICIAL

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| | | | |

**5. SERVICE UNIQUE EDUCATION ASSISTANCE OPTIONS**

If I enroll in the New GI Bill, I may be eligible for additional educational assistance based on my military specialty and/or years of service as shown below.

MOS-91Q
6 YRS

000023

DEPARTMENT OF DEFENSE
MILITARY ENTRANCE PROCESSING STATION
1421 CHERRY STREET
PHILADELPHIA, PENNSYLVANIA 19102-1495

ORDERS 198-009

9 OCTOBER 1990

HAVING ENLISTED THIS DATE IN THE US ARMY UNDER THE PROVISIONS OF AR 601-210, YOU ARE ASSIGNED AND WILL REPORT TO 42D AG BN (RECEPTION), FT DIX, NJ

MDC 1AE1

REPORTING DATE: 9 OCTOBER 1990

| NAME | SSN |
| --- | --- |
| BANERJEE URMILA | [redacted] |
| RHODES STORM M | |
| RONDON DAMARIS | |

FOR THE COMMANDER:

```
********************************
*        OFFICIAL COPY         *
*    DEPARTMENT OF DEFENSE     *
*      PHILADELPHIA MEPS       *
********************************
```

MICHAEL J LONG
CPT, USA
OPERATIONS OFFICER

DISTRIBUTION:
EA INDIV INDIC (1)
EA INDIV TNG STA ENL PACKET (7)
CDR, USAEREC, EA INDIV INDIC (1)
SPONSORING RCTG SVC CDR (3)
TRAVEL SECTION (1)
FILE (1)

| NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| BANERJEE URMILA | [redacted] |

**DISCHARGE FROM DELAYED ENTRY / ENLISTMENT PROGRAM**

20a. I request to be discharged from the Delayed Entry/Enlistment Program (DEP) and enlisted in the Regular Component of the United States *(list branch of service)* ARMY for a period of 6 years and ______ weeks. No changes have been made to my enlistment options OR if changes were made they are recorded on Annex(es) B&C which replace(s) Annex(es) A.

| b. SIGNATURE OF DELAYED ENTRY / ENLISTMENT PROGRAM ENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| Urmila Banerjee | 90 OCT 09 |

G. **APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE**

21a. This enlistee is discharged from the Reserve Component shown in item 8 and is accepted for enlistment in the Regular Component of the United States *(list branch of service)* ARMY in pay grade E-3.

SERVICE REPRESENTATIVE INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| MORRIS RENALDO B | E-8 | DISTRICT RECRUITING COMMAND |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| Renaldo B. Morris | 90 OCT 09 | PHILADELPHIA PA 19106 |

H. **CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

22a. **IN A REGULAR COMPONENT OF THE ARMED FORCES:**

I, URMILA BANERJEE do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| Urmila Banerjee | 90 OCT 09 |

23a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

ENLISTMENT OFFICER INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| ECKHARDT MARTHA E | O-3 | PHILADELPHIA MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| Martha Eckhardt | 90 OCT 09 | PHILADELPHIA PA 19102-1495 |

DD Form 4/3, MAY 85

*Previous editions are obsolete.*

T504

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331, 32 USC 708, 44 USC 708, 44 USC 3101, and Sections 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071, through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411 of 10 USC and in Executive Orders 9397, 10450, and 11652.

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U. S. Armed Forces. This information becomes a part of your military personnel records which are used to provide promotion, reassignment, training, medical support, and other personnel management actions for you. Your Social Security Number is necessary to identify you and your records, and to properly report your earnings as a member of the U. S. Armed Forces to the Social Security Administration. The data is FOR OFFICIAL USE ONLY and will be maintained in strict confidence in accordance with Federal law and regulations.

**ROUTINE USES:** To document your enlistment/reenlistment agreement with the U. S. Armed Forces; to record voluntary changes in your enlistment/reenlistment agreement; to determine dates of service and seniority; and for such other routine personnel management actions required to maintain normal career progression as a member of a component of the U. S. Armed Forces.

**DISCLOSURE IS VOLUNTARY:** However, failure to furnish information will result in denial of enlistment or reenlistment.

**A. ENLISTEE / REENLISTEE IDENTIFICATION DATA**

1. NAME *(Last, First, Middle)*: BANERJEE URMILA

2. SOCIAL SECURITY NUMBER: [redacted]

3. HOME OF RECORD *(Street, City, State, ZIP Code)*: 3120 NAAMANS RD APT E2 WILMINGTON DE 19810-0000

4. PLACE OF ENLISTMENT / REENLISTMENT *(Mil. Installation, City, State)*: PHILADELPHIA MEPS PHILADELPHIA PA 19102-1495

5. DATE OF ENLISTMENT/ REENLISTMENT *(YYMMDD)*: 90 APR 18

6. DATE OF BIRTH *(YYMMDD)*: [redacted]

| 7. PREV MIL SVC UPON ENL / REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. Total Active Military Service | | | |
| b. Total Inactive Military Service | | | |

**B. AGREEMENTS**

8. I am enlisting /reenlisting in the United States *(list branch of service)* ARMY RESERVE this date for 8 years and ____ weeks beginning in pay grade E-3. The additional details of my enlistment/ reenlistment are in Section C and Annex(es) A&B.

a. **FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):** I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYMMDD))* 0630 94 FEB 07 for enlistment in the Regular component of the United States *(list branch of service)* ARMY for not less than 6 years and ____ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: *(If none, so state.)* NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
*(Initials of Enlistee/Reenlistee)* U.B.



*(Continued on reverse side.)*



*Previous editions are obsolete.*

C. ...ITAL STATEMENT OF EXISTING UNITED ...TES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment / reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES / REENLISTEES IN THE NAVY OR MARINE CORPS:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** This form registers me under the Military Selective Service Act. The Department of Defense may transmit information from my personnel records, including name, social security number, birthdate, and address to the Selective Service System to meet registration and information reporting requirements.

NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)*
BANERJEE URMILA

SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE
[redacted]

## CERTIFICATION AND ACCEPTANCE

13a. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: *(If none, X "NONE" and initial.)*

[X] NONE U.B. *(Initials of enlistee / reenlistee)*

b. SIGNATURE OF ENLISTEE / REENLISTEE
x Urmila Banerjee

c. DATE SIGNED *(YYMMDD)*
90 APR 18

14a. On behalf of the United States *(list branch of service)* ARMY I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

SERVICE REPRESENTATIVE INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| TYNAN STEVEN | E-7 | DISTRICT RCTG COMMAND |
| **e. SIGNATURE** | **f. DATE SIGNED (YYMMDD)** | **g. UNIT / COMMAND ADDRESS (City, State, ZIP Code)** |
| [signature] | 90 APR 18 | PHILADELPHIA PA 19106 |

## CONFIRMATION OF ENLISTMENT OR REENLISTMENT

15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):

I, URMILA BANERJEE, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

16. IN THE NATIONAL GUARD (ARMY OR AIR):

I, ____________, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of ____________ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of ____________ and the orders of the officers appointed over me, according to law and regulations. So help me God.

17. IN THE NATIONAL GUARD (ARMY OR AIR):

I do hereby acknowledge to have voluntarily enlisted / reenlisted this ______ day of ______ 19______ in the ____________ National Guard and as a Reserve of the United States *(list branch of service)* ____________ National Guard of the United States for a period of ______ years, ______ months, ______ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

18a. SIGNATURE OF ENLISTEE / REENLISTEE
x Urmila Banerjee

b. DATE SIGNED *(YYMMDD)*
90 APR 18

19a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

ENLISTMENT / REENLISTMENT OFFICER INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| ENCARNACION CARLOS M | O-2 | PHILADELPHIA MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED (YYMMDD)** | **g. UNIT / COMMAND ADDRESS (City, State, ZIP Code)** |
| Carlos M Encarnacion | 90 APR 18 | PHILADELPHIA PA 19102-1495 |

DD Form 4/2, MAY 85

*Previous editions are obsolete*

NAME: BanerJee Urmila (NMN)

SOCIAL SECURITY NUMBER: [redacted]

## SECTION III - OTHER PERSONAL DATA

**23. CITIZENSHIP** *(You must provide your recruiter with the necessary documents to confirm your answers.)*

a. BIRTH CERTIFICATE

| (1) FILE NUMBER | (2) ISSUING COUNTY | (3) ISSUING STATE | b. NATIVE COUNTRY |
|---|---|---|---|
| | | | INDIA |

c. IF ALIEN, GIVE ALIEN REGISTRATION NUMBER AND LAST ADDRESS FURNISHED TO IMMIGRATION AND NATURALIZATION SERVICE (INS): 40101676-11+83 B-5 M.C.D Flats R-Block Greater Kailash-I New Delhi 110048 India

d. DATE/PORT OF ENTRY INTO THE U.S. (If applicable): 860813

**24. EDUCATION** *(List all high schools and colleges attended. If none attended, show last school attended.)*

| a. FROM (YYMM) | b. TO (YYMM) | c. NAME OF SCHOOL | d. LOCATION | e. GRADUATE YES | NO |
|---|---|---|---|---|---|
| 8909 | Present | West Chester Univ. | West Chester PA | | X |
| 8709 | 8908 | University Delaware | Newark Delaware | X | |
| 8007 | 8305 | DTEA Univ Delhi, India | Univ. Delhi, India | X | |

**25. RESIDENCES** *(List all for the last five years or since 13th birthday, whichever is shorter.)*

| a. FROM (YYMM) | b. TO (YYMM) | c. STREET ADDRESS | d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|---|---|---|
| 8608 | PRESENT | [redacted] | | | |
| 7911 | 8605 | M.C.D B-5 Flats B-Block Greater Kailash-I | New Delhi Greater Kailash | INDIA | 110048 |
| | | | | | |
| | | | | | |

**26. EMPLOYMENT** *(Show all periods of employment and unemployment during the last five years.)*

| a. FROM (YYMM) | b. TO (YYMM) | c. NAME OF EMPLOYER | d. ADDRESS (Include Zip Code) | e. NAME OF IMMEDIATE SUPERVISOR | f. JOB TITLE |
|---|---|---|---|---|---|
| 8909 | PRESENT | WAWA | 826 Naamans Rd. Wilm DE 19810 | Bob | Cashier |
| 8709 | 8909 | Student | | | |
| 8610 | 8709 | Rollins Truck Leasing | Foulk Stone Plaza Foulk Rd. Wilm DE 19810 | Marika | Administr... |
| 8605 | 8610 | Student | | | |

**27. RELATIVES**

| a. NAME (Last, First, Middle Initial) | b. DEPN YES | NO | c. DATE OF BIRTH (YYMMDD) | d. PLACE OF BIRTH | e. PRESENT ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|---|
| FATHER: BanerJee Amalendu | | X | [redacted] | | | |
| MOTHER (Maiden Name): Bharati Sen | | X | | | | |
| SPOUSE (Maiden Name, if applicable): NA | | | | | | |
| CHILDREN: NA | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAME: BANERJEE URMILA | SOCIAL SECURITY NUMBER [redacted]

| | | YES | NO |
|---|---|---|---|
| 28. | Are you now or have you ever been in any regular or reserve branch of the Armed Forces or in the Army National Guard or the Air National Guard? *(Give your recruiter the appropriate DD Form 214 and/or DD Form 215 or NGB Form 22 for review.)* | | U.B |
| 29. | Are you now or have you ever been divorced or legally separated? If "YES," enter in Item 39, "REMARKS," the date, place and court which granted divorce or legal separation. | | U.B |
| 30. | Is any court order or judgment in effect that directs you to provide support for children or alimony? If "YES," enter in Item 39, "REMARKS," the date, place, and court which granted alimony or support, including orders resulting from paternity suits. | | U.B |
| 31. | Have you ever been arrested, apprehended, charged, cited or held by Federal, State, military or other law enforcement or juvenile authorities, regardless of whether the citation was dropped or dismissed or you were found not guilty? Include all courts-martial or non-judicial punishment while in military service. If "YES," enter details in Item 35. | | U.B. |
| 32. | As a result of being arrested, apprehended, charged, cited or held by Federal, State, military or other law enforcement or juvenile authorities, have you ever been convicted, fined by or forfeited bond to a Federal, State or other judicial authority or adjudicated a youthful offender or juvenile delinquent (regardless of whether the record in your case has been "sealed" or otherwise stricken from the court record); or have you been released from parole, probation, juvenile supervision or given a suspended sentence or relieved of charges pending on condition that you apply for or enlist in the United States Armed Forces? If "YES," enter details in Item 35. | | U.B |
| 33. | Have you ever been detained, held in, or served time in any jail or prison, reform or industrial school, or a juvenile facility or institution under the jurisdiction of any city, state, Federal, or foreign country? If "YES," enter details in Item 35. | | U.B |
| 34. | Have you ever been ~~a ward,~~ awarded or are you now under suspended sentence, parole, or probation or awaiting any action on criminal/civil charges against you? If "YES," enter details in Item 35. | | U.B. |

**35. LAW VIOLATIONS.** Explain below "YES" answers given in Items 31 through 34 above. (Include all incidents with law enforcement authorities even if the citation or charge was dropped or dismissed or you were found not guilty or you have been told by recruiting personnel or anyone else that the incident was not important enough to list.)

| a. DATE (YYMMDD) | b. NATURE OF OFFENSE OR VIOLATION | c. PLACE OF OFFENSE | d. NAME AND LOCATION OF COURT | e. PENALTY IMPOSED OR OTHER DISPOSITION IN EACH CASE |
|---|---|---|---|---|
| APPLICANT | | STATES NO LAW | VIOLATIONS | — U.B. |
| | | | | |
| | | | | |
| | | | | |

**36. CHARACTER AND SOCIAL ADJUSTMENT:** If your answer to every question is truthfully "NO," indicate so in the appropriate space. If your answer is "YES," indicate so in the appropriate space and give details in Item 39, "REMARKS." A "YES" answer will not necessarily disqualify you for enlistment; it will depend on the circumstances surrounding the situation.

| | | YES | NO |
|---|---|---|---|
| a. | Questions (1), and (2), ~~and (3)~~ below concern ~~possession,~~ supply of marijuana or possession, supply, use without a prescription of marijuana, narcotics, LSD or other dangerous drugs. A "Yes" answer to (3) has no bearing on your eligibility to enlist or be commissioned but is essential to accurate job classification. Additional screening will occur during basic training or officer training school. | | |
| | (1) Have you ever used narcotics, LSD or other dangerous drugs? | | U.B |
| | (2) Have you ever been a supplier of narcotics, LSD or other dangerous drugs or marijuana? | | U.B |
| | ~~(3) Have you used marijuana at any time in the past six months?~~ | | |
| b. | Has your use of drugs or alcoholic beverages (such as liquor, beer, wine), ever resulted in your loss of a job, arrest by police, or treatment ~~of~~ for alcoholism? or for drug abuse or suspension or expulsion from school | | U.B |
| c. | Are you a homosexual or a bisexual? ("Homosexual" is defined as: sexual desire or behavior directed at a person(s) of one's own sex. "Bisexual" is defined as: a person sexually responsive to both sexes.) | | U.B |
| d. | Do you intend to engage in homosexual acts (sexual relations with another person of the same sex)? | | U.B |
| e. | Are you a conscientious objector? That is, do you have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious training or belief? | | U.B |
| f. | Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | | U.B |
| g. | Are you now, or have you ever been, a deserter from any branch of the Armed Forces of the United States? | | U.B. |
| h. | Are you now, or have you ever been, a member of the Communist Party or any Communist organization? Are you now, or have you ever been, affiliated with any organization, association, movement, group, or combination of persons which advocates the overthrow of our constitutional form of government or which has adopted the policy of advocating the commission of acts of violence to deny other persons their rights under the Constitution of the United States or which seeks to alter the form of government of the United States by unconstitutional means? *(If "YES," give details in Item 39, "REMARKS.")* | | U.B |

NAME BANeRJee URmiLA

SOCIAL SECURITY NUMBER [redacted]

**37. OTHER BACKGROUND DATA**

| | | YES | NO |
|---|---|---|---|
| a. | Have you ever traveled to, or resided in, a foreign country except as a member of the United States Armed Forces (including dependent travel) performing official duties? *(If "YES," give details in Item 39, "REMARKS.")* | U.B. | |
| b. | Are you the only living child of your parents? | | |
| c. | Are you now drawing, or do you have an application pending, or approval for: retired pay, disability allowance, severance pay, or a pension from the government of the United States? | | U.B |
| d. | Have you been enrolled in ROTC, Junior ROTC, Sea Cadet Program, or have you been a member of the Civil Air Patrol? *(If "YES," enter organization and its address in Item 39, "REMARKS.")* | | U.B |

**38. UNDERSTANDING**

| | | b. APPLICANT'S INITIALS |
|---|---|---|
| a. | I understand that an original enlistment obligates me to serve in the Armed Forces for a period of eight (8) years (active and inactive duty) unless sooner discharged. | U. B. |

## SECTION IV - REMARKS

**39. REMARKS** *(Enter Item(s) being continued.)*

37.A Lived in INDIA NATive Country

E3 is authorized IAW AR 601-210 Table 2-3 Rule E. University of Delaware is listed in the Accredited Institutions of Postsecondary Education Book

James [illegible]
Guidance Counselor

~~3~~ YES

CCN ~~43888810~~

~~43888810~~

CCN-54086535

DD Form 1966/4, AUG 85

*Previous editions are obsolete.*

NAME: BANERJEE Urmila (NMN)

SOCIAL SECURITY NUMBER: [redacted]

## SECTION V - CERTIFICATION

**40. CERTIFICATION OF APPLICANT** *(Your signature in this block must be witnessed by your recruiter.)*

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document: that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less than honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYMMDD)* |
|---|---|---|
| BANERJEE Urmila (NMN) | Urmila Banerjee | 90 04 13 |

**41. DATA VERIFICATION BY RECRUITER** *(Enter description of the actual documents used to verify the following items.)*

| a. NAME *(X one)* | | b. AGE *(X one)* | | c. CITIZENSHIP *(X one)* | |
|---|---|---|---|---|---|
| | (1) BIRTH CERTIFICATE | | (1) BIRTH CERTIFICATE | | (1) BIRTH CERTIFICATE |
| X | (2) OTHER *(Explain)* I-551 / SSN CARD | X | (2) OTHER *(Explain)* I-551 | X | (2) OTHER *(Explain)* I-551 PASSPORT |

| d. SOCIAL SECURITY NUMBER *(X one)* | | e. EDUCATION *(X one)* | | f. OTHER DOCUMENTS USED |
|---|---|---|---|---|
| X | (1) SSN CARD | X | (1) DIPLOMA College | |
| | (2) OTHER *(Explain)* | | (2) OTHER *(Explain)* | |

**42. CERTIFICATION OF WITNESS**

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand my liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. | e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* |
|---|---|---|---|---|
| DAVIS, CERVANTES E. | E6 | [redacted] | Cervantes E. Davis | 900413 |

**43. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES**

a. SPECIFIC OPTION/PROGRAM ENLISTED FOR *(Completed by Guidance Counselor, MEPS Liason NCO, etc., as specified by sponsoring service - use clear text English.)* IAW AR 601-210 TABLE 9-1 OPTION 9-3 US ARMY TRAINING OF CHOICE OPTION 9-27 US ARMY LOAN REPAY (WED) ASSOC ...

b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in Item 43.a. above and annexes attached to my Enlistment/ Reenlistment Document *(DD Form 4)*.

c. APPLICANT'S INITIALS: U.B.

**44. CERTIFICATION OF RECRUITER OR ACCEPTOR**

a. I certify that I have reviewed all information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States *(Enter Branch of Service)* ARMY, and certify that I have not made any promises or guarantees other than those listed in Item 43 above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. OR ORGANIZATION | e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* |
|---|---|---|---|---|
| HERRING, JAMES E. | E-7 | [redacted] | James Herring | 900418 |

## SECTION VI - RECERTIFICATION

**45. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

a. I have reviewed all information contained in this document this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 45" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| 19B | 901009 |
| 19F | 91910 |
| | |

| d. WITNESS | | e. APPLICANT | |
|---|---|---|---|
| (1) TYPED OR PRINTED NAME: [illegible] | (2) PAY GRADE: E7 | (1) SIGNATURE: Urmila Banerjee | (2) DATE SIGNED *(YYMMDD)*: 901009 |
| (3) SIGNATURE: [illegible] | | | |

NAME BanerJee Urmila (NMN)

SOCIAL SECURITY NUMBER [redacted]

**NOTE**

USE THIS DD FORM 1966 PAGE ONLY IF EITHER SECTION APPLIES TO THE APPLICANT'S RECORD OF MILITARY PROCESSING.

## SECTION VII - PARENTAL/GUARDIAN CONSENT FOR ENLISTMENT

**46. PARENT/GUARDIAN STATEMENT(S)** *(Line out portions not applicable)*

a. I/we certify that *(Enter name of applicant)* ________________________________

has no other legal guardian other than me/us and I/we consent to his/her enlistment in the United States *(Enter Branch of Service)* ________________________________

I/we certify that no promises of any kind have been made to me/us concerning assignment to duty, training, or promotion during his/her enlistment as an inducement to me/us to sign this consent. I/we hereby authorize the Armed Forces representatives concerned to perform medical examinations, other examinations required, and to conduct records checks to determine his/her eligibility. I/we relinquish all claim to his/her service and to any wage or compensation for such service.

b. FOR ENLISTMENT IN A RESERVE COMPONENT.

I/we understand that, as a member of a reserve component, he/she must serve minimum periods of active duty for training unless excused by competent authority. In the event he/she fails to fulfill the obligations of his/her reserve enlistment, he/she may be recalled to active duty as prescribed by law. I/we further understand that while he/she is in the ready reserve, he/she may be ordered to extended active duty in time of war or national emergency declared by the Congress or the President or when otherwise authorized by law.

c. PARENT

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) SIGNATURE | (3) DATE SIGNED *(YYMMDD)* |
|---|---|---|
| | | |

d. WITNESS

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) SIGNATURE | (3) DATE SIGNED *(YYMMDD)* |
|---|---|---|
| | | |

e. PARENT

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) SIGNATURE | (3) DATE SIGNED *(YYMMDD)* |
|---|---|---|
| | | |

f. WITNESS

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) SIGNATURE | (3) DATE SIGNED *(YYMMDD)* |
|---|---|---|
| | | |

**47. VERIFICATION OF SINGLE SIGNATURE CONSENT**

## SECTION VIII - STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

**48. NAME CHANGE.** If the preferred enlistment name (name given in Item 2) is not the same as on your birth certificate, and it has not been changed by legal procedure prescribed by state law, and it is the same as on your social security number card, complete the following:

| a. NAME AS SHOWN ON BIRTH CERTIFICATE | b. NAME AS SHOWN ON SOCIAL SECURITY NUMBER CARD |
|---|---|
| NA | NA |

c. I hereby state that I have not changed my name through any court or other legal procedure; that I prefer to use the name of ______ NA ______ by which I am known in the community as a matter of convenience and with no criminal intent. I further state that I am the same person as the person whose name is shown in Item 2.

d. WITNESS

| (1) TYPED OR PRINTED NAME | (2) PAY GRADE |
|---|---|
| | |
| (3) SIGNATURE | |

e. APPLICANT

| (1) SIGNATURE | (2) DATE SIGNED *(YYMMDD)* |
|---|---|
| | |

**STATEMENT FOR ENLISTMENT**
**UNITED STATES ARMY TRAINING ENLISTMENT PROGRAM**
For use of this form, see AR 601-210, the proponent agency is DCSPER

ACKNOWLEDGEMENT: In connection with my enlistment in the Regular Army for the United States Army Training Enlistment Program, I hereby acknowledge that:

a. My enlistment for this program assures me that, provided I meet required prerequisites, I will receive training in the following Military Occupational Specialty *(MOS)* or Career Management Field *(CMF)*:

(Enter MOS or CMF with complete title)

91Q1 PHARMACY SPECIALIST (N/A)

*(If Airborne is required enter Airborne Training; if not enter NA)*

b. I have read, viewed and have had explained to me the general nature of the training I am to receive for the MOS, CMF and, if applicable, the Airborne training above.

c. I understand that I must satisfactorily complete basic combat training in order to receive the training indicated above. Further, I understand that if I should be relieved from training for academic deficiency, disciplinary reasons, failure to receive any required security clearance because of information withheld by me or any misconduct, I will be trained in accordance with the needs of the Army and required to complete the term of my enlistment.

d. I further state and understand that I have been given no guarantee of assignment nor have I been assured that I will or will not be assigned to an overseas location. I understand that upon successful completion of my training I will be assigned in accordance with the needs of the Army and no guarantee of a specific job has been made.

e. If in addition to my MOS training I am required to complete airborne training, I understand that I am volunteering to perform frequent aircraft flights, parachute jumps and to participate in realistic combat training while receiving airborne training or performing Airborne duties. I understand that I I fail to complete airborne training, maintain airborne qualifications or fail to attain or maintain required standards on the advanced physical fitness test, I will be reassigned and trained in accordance with the needs of the Army. *(only applicable for enlistment that includes Airborne Training listed in para 1a.)*

f. If my enlistment is for an MOS that requires language training and I am guaranteed a specific language, that language is specified in paragraph 1a. If no specific language is specified in paragraph 1a, I am not guaranteed a specific language and will be trained in a language in accordance with the needs of the Army.

g. My term of enlistment in the Regular Army is 6 years 00 weeks.

**APPLICABLE TO ALL APPLICANTS ENLISTING UNDER THIS PROGRAM**

2. I understand that if my enlistment contract cannot be fulfilled through no fault of my own, the alternatives available to me will be provided in Army Regulation 635-200. I understand that I will have a period of thirty days from the time I am notified, become aware or reasonably should have become aware that my selected training *(1a above)* cannot become fulfilled, to elect an alternative training program for which I am qualified and a vacancy exists, or request a separation. This thirty day period my be extended by the General Courts Martial Convening Authority when necessary to determine the availability of my selected alternative. If I make no election within the thirty day period, my claim will be deemed to have been waived.