3. If I fail, through my own fau... meet any of these established prerequisites for the Nu... ety Programs or the required security clearances or fail to meet or maintain required medical, physical, professional, or other suitability standards for training or retention in accordance with my enlistment contract, I will be trained and assigned in accordance with the needs of the Army and required to complete my term of enlistment. I further acknowledge that if I become disqualified for this enlistment program because of personal conduct, withholding of information that I have within my knowledge that precludes access to special intelligence information, I will be retrained and required to complete my term of enlistment in accordance with the needs of the Army.

4. MILITARY SERVICE OBLIGATION UNDERSTANDING: I understand that an original enlistment in the US Armed Forces obligates me to an eight (8) year Military Service Obligation. My term of enlistment in the Regular Army is creditable towards that obligation as was any enlistment in the Delayed Entry Program. In the event that the Secretary of the Army determines that military necessity of a national scope requires that soldiers be available for assignment/reassignment or training, any or all guarantees contained in this agreement may be terminated. Under these conditions I may be trained, assigned or reassigned according to the needs of the Army.

5 I have read and understand the statements above and that these statement are intended to constitute ALL promises and quarantees whatsoever concerning my enlistment. No other (verbal or otherwise) promise or representation not annexed to my enlistment contract is valid or will be honored. I hereby state that I have NOT been promised anything other than what is written on this form and hereby waive any claim based upon any promise or representation not annexed to my contract. I further state than I have provided my recruiter and guidance counselor all information concerning my qualifications and that no official in the US Army or any other agency has advised me to conceal, nor I have concealed information in connection with my enlistment.

**AUTHENTICATION**

| SIGNATURE OF GUIDANCE COUNSELOR | SIGNATURE OF APPLICANT | | DATE 901009 |
|---|---|---|---|
| TYPED NAME, GRADE AND SSN OF COUNSELOR E7 [redacted] | TYPED NAME, SSN OF APPLICANT [redacted] | | DATE 901009 |
| CCN: (REQUEST) 54086535 | | ANNEX C | DATE 901009 |

REVERSE OF DA FORM 3286-63

*U.S. Government Printing Office: 1989-261-871

**STATEMENT FOR ENLISTMENT**
**UNITED STATES ARMY ENLISTMENT OPTION**
**US ARMY DELAYED ENLISTMENT PROGRAM**

For use of this form, see AR 601-201; the proponent agency is the Office of the Deputy Chief of Staff for Personnel.

1. ACKNOWLEDGEMENT: In connection with my enlistment into the United States Army Reserve, I hereby acknowledge that:

a. My enlistment in the US Army Reserve obligates me to a total of 8 years service in the US Armed Forces, including service in the Reserve components, unless sooner discharged by proper authority. Fulfillment of this obligation begins on the date I enlist in the Delayed Entry Program.

b. I will be assigned to the US Army Reserve Control Group *(Delayed Entry)*, during which time I will be in a nonpay status and will not be authorized to participate in any Reserve training.

c. I volunteer to serve on active duty for two years in any job assignment specified by the Army, such period to begin within 174 days unless I enlist into the Regular Army, or I am granted further delay by proper authority.

d. In lieu of performing the active duty specified in c above, I may enlist into the Regular Army for a period of 6 Years 00 Weeks with the following understanding:

(1) Upon enlistment into the Regular Army, I will be enlisted under the provisions of Army Regulation 601-210, option or options as indicated below:

— Option 9- 3 TITLE US Army Training of Choice

— Option 9- ______ TITLE NA

— Option 9- ______ TITLE NA

— Option 9- ______ TITLE NA

*(enter appropriate primary option and indicate all associated options)*

(2) If enlisting for an Army school course I have been assured of attending the school course for MOS or CMF:

91Q1 TITLE Pharmacy Specialist

*(enter military occupational specialty or career management field & title)*

(3) In the event through no fault of my own that my enlistment option, school course, or training of my choice is cancelled or otherwise not available before I enlist into the Regular Army, I will elect one of the following alternatives:

(a) I will elect another option, school course or training of my choice for which I am qualified and a vacancy exists.

(b) I will be separated from the Delayed Entry Program.

(4) The date of my enlistment into the Regular Army is scheduled for: 9 Oct 19 90.

(5) In the event that I willfully fail to report for active duty on the date specified in (4) above and on my DD Form 4 enlistment contract I understand that I will be in an Absent Without Leave Status *(AWOL)* and subject to apprehension in accordance with article 86 and if appropriate article 85 *(deserter)* of the Uniform Code of Military Justice.

(6) I further certify that I am currently enrolled as a senior in high school and I understand that my enlistment into the Delayed Entry Program is contingent upon my successful completion of high school. NA *(Initials)*

(7) I understand that the course I have selected requires me to present proof in the form of a transcript or letter from school officials stating I have successfully completed a course or courses of instruction in Algebra & Chemistry Transcripts

*(enter Subject(s), i.e., Math, Science, etc.)*

(8) I certify that I have read or have viewed the Job Description for the MOS I am enlisting for and further acknowledge that I understand the general nature of the training I will receive. V.B. *(Initials)*

DA FORM 3286-59/1, MAY 86

STATEMENT FOR ENLISTMENT — CONTINUED

(9) I also acknowledge that if I am qualified and I am enlisting for an MOS or CMF that has a Cash Bonus, that the bonus amount authorized on my enlistment into the Regular Army will be the amount authorized upon my entry into the Delayed Entry Program. Further I understand that the Bonus for my CMF/MOS on this date is $ NONE / U.B. (Amount/Initials). *(Note: If enlisting for an MOS which has a Cash Bonus and applicant declined such bonus the word "Declined" is entered in the Amount Block. If no bonus authorized enter "NONE").* If the word declined is entered above I hereby state I was offered an enlistment option for a bonus and declined such option.

(10) If I have enlisted for guaranteed 1st assignment of Europe, I understand that should I acquire a dependent prior to my active duty date, I will no longer be qualified for a guaranteed assignment to Europe. *(This does not preclude assignment to Europe at the discretion of the Army)*

(11) I certify I have provided my recruiter and counselor all information required on my application for enlistment, further, I have not concealed any medical information and I further state that no person has advised me to conceal any information with respect to my enlisment.

2. UNDERSTANDING: I understand that in the event the Secretary of the Army determines that military necessity of a national scope requires that service members be available for immediate assignment/reassignment, any guarantees contained in this agreement may be terminated. Under these conditions I may be assigned or reassigned according to the needs of the Army.

I have read and understand each of the statements above and in the DD Form 1966 series, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment. Any other promise or representation of commitments made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived *(if none, write "NONE").*

Contract Control Number CCN: 54Ø86535

NONE

NONE A

AUTHENTICATION

| SIGNATURE OF GUIDANCE COUNSELOR (Witness) | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| [signature] | x [signature] | 9c0629 |
| TYPED NAME, GRADE AND SSN OF COUNSELOR | TYPED NAME, SSN OF APPLICANT | DATE |
| [handwritten name] [redacted] E7 | [handwritten name] [redacted] | 960629 |

DA FORM 3286-59/2, MAY 86

DEPARTMENT OF THE ARMY
Headquarters, US Army Training Center and Fort Dix
Fort Dix, New Jersey 08640-5000

ORDERS 032-116

1 February 1991

BANERJEE, URMILA [redacted] . PFC *91Q10

You will proceed on permanent change of station as shown.

Released from: Co E 1st Bn 26th Infantry (W1MVA0) Ft Dix, NJ 08640-7015
Assigned to: Academy Health Sciences (W3VZ1P) Ft Sam Houston, TX 78234-5000
Reporting date: 5 February 1991
Additional instructions: (a) You are for training in MOS * indicated on standard name line.
(b) You are required to report to the Family Housing/Housing Referral Office serving your new duty station before you make arrangements for renting, leasing or purchasing off-post housing.
(c) Taking family members, privately owned vehicles, and household goods to Advance Individual Training activities may cause financial embarrassment, work severe hardship upon family members, and interfere with training and movement to your first unit of assignment. You are advised to resettle your family members and make suitable disposition of vehicles and household goods before entering Advanced Individual Training.
(d) You are authorized shipment of HHG/Hold baggage and movement of family members IAW JTR as determined by Transportation Officer.

FOR ARMY USE
Auth: DAPC EPT ID PTMS Confirmation dtd 9 November 1990
MDC: 1AE1
( )/REENLS indic: NA
PPD: NA
PMOS/SSI: NA
Proj specialty: NA
Format: 410

Pers con no: NA
PEBD: NA
Asgd to mgt dsg: *See standard name line
Con specialty: NA
Pers scty code: NA

FOR THE COMMANDER:

**********************
* OFFICIAL SK *
* USATC AND FORT DIX *
**********************
H. J. CUMMINGS SR.
Chief, Trainee/Student
Personnel Branch

DISTRIBUTION:
Ea Indiv Conc (10)
Ea Indiv 201 File (1)
ATZD-RMA-TF-Ea indiv Fin Rec (1)
ATZD-AGT-PM (2)
ATZD-AGA (1)
ATZD-AGT (2)
Cdr, E-1-26 (3)
Cdr, AHS, Ft Sam Houston, TX 78234-5000 (3)

DEPARTMENT OF THE ARMY
Headquarters, US Army Training Center and Fort Dix
Fort Dix, New Jersey 08640-5000

ORDERS 038-111

7 February 1991

1. Following Order is amended as indicated.

So much of: Orders 032-113 this Headquarters dated 1 February 1991
Pertaining to: Assignment of all individuals released from: Co E, 1st Bn, 26th Inf (W1MVAO) Ft Dix, NJ 08640-7015
As reads: Reporting date: 5 February 1991
How changed: Is amended to read: Reporting date: 9 February 1991
Authority: AR 310-10

2. Following Order is amended as indicated.

So much of: Orders 032-116 this Headquarters dated 1 February 1991
Pertaining to: Assignment of: BANERJEE, URMILA [redacted] PFC Co E, 1st Bn, 26th Inf (W1MVAO) Ft Dix, NJ 08640-7015
As reads: Reporting date: 5 February 1991
How changed: Is amended to read: Reporting date: 9 February 1991
Authority: AR 310-10

3. Following Order is amended as indicated.

So much of: Orders 032-117 this Headquarters dated 1 February 1991
Pertaining to: Assignment of: WOLFE, RONALD L. [redacted] PV1 Co E, 1st Bn, 26th Inf (W1MVAO) Ft Dix, NJ 08640-7015
As reads: Reporting date: 5 February 1991
How changed: Is amended to read: Reporting date: 9 February 1991
Atuhority: AR 310-10

Format 700

FOR THE COMMANDER:

```
**********************
*       OFFICIAL  SPG *
* USATC AND FORT DIX *
**********************
```

H. J. CUMMINGS SR.
Chief, Trainee/Student
Personnel Branch

DISTRIBUTION:
ATZD-AGT (2)
ATZD-RMA-TF-Ea indiv conc (1)
ATZD-AGT-Ea indiv 201 File (1)
ATZD-AGA (1)
Cdr, E-1-26 (3)

000039

DEPARTMENT OF THE ARMY
Headquarters, US Army Training Center and Fort Dix
Fort Dix, New Jersey 08640-5000

ORDERS 028-113

28 January 1991

ABRAHAM, MARISSA M. [redacted] PV2
BANERJEE, URMILA PFC
NELSON, CANDY E. PV1
RUSTEBERG, HEATHER L. PV2

You are assigned as indicated below. No travel involved.

Released from: Co B 3d Bn 26th Inf (W1MVC7) Fort Dix, NJ 08640-7032
Assigned to: Co E, 1st Bn, 26th Inf (W1MVA0) Fort Dix, NJ 08640-7015
Reporting date: 17 January 1991 VOCDR date confirmed
Movement designator code: 1AE1
Additional instructions: For the completion of Basic Training
Format: 420

FOR THE COMMANDER:

DISTRIBUTION:
ATZD-AGT-Ea indiv 201 File (1)
ATZD-RMA-TF -Ea indiv Fin Rec (1)
ATZD-AGT-Ea indiv conc (2)
ATZD-AGT (2)
ATZD-AGA (1)
Cdr, B-3-26 (3)
Cdr E-1-26 (3)

*************************
* OFFICIAL *
* USATC AND FORT DIX *
*************************
H. J. CUMMINGS SR.
Chief, Trainee/Student
Personnel Branch

000040

# DEPARTMENT OF DEFENSE
## PERSONNEL SECURITY QUESTIONNAIRE *(National Agency Check)*
*(This form is subject to the Privacy Act of 1974 - See instructions)*

FOR REQUESTER USE ONLY
REQUEST DATE 9/1/14/18 CODE 1
FOR DIS USE ONLY

1.a. LAST NAME–FIRST NAME–MIDDLE NAME: BANERJEE Urmila (NMN)
b. MAIDEN NAME *(If any)*:
2. ALIASES:
3. SEX: Female
4. SOCIAL SECURITY NUMBER: [redacted]
5. DATE OF BIRTH *(Year-Month-Day)*: [redacted]
6. PLACE OF BIRTH — a. CITY: b. COUNTY: d. STATE: e. COUNTRY: INDIA
7. a. CIVILIAN [ ] b. MILITARY [X] c. GRADE E3 d. IF MILITARY: [X] ARMY [ ] AIR FORCE [ ] NAVY [ ] MARINE CORPS
8a. U.S. CITIZEN [ ] c. NATIVE YES [ ] NO [X] d. IF NATURALIZED, CERTIFICATE NO.(S) e. IF DERIVED, PARENT(S) CERTIFICATE NO.(S) f. DATE g. PLACE h. COURT
b. ALIEN [X] i. REGISTRATION NO. [redacted] j. CURRENT CITIZENSHIP: ASIAN INDIAN k. DATE OF ENTRY: 13 Aug 86 l. PORT OF ENTRY m. FORM 1-151 NO. 40101676-

9. FORMER MILITARY SERVICE

| a. FROM | b. TO | c. BRANCH | d. RANK | e. SERVICE NO(S) | f. TYPE OF DISCHARGE |
|---|---|---|---|---|---|
| | | | | | |

10. FAMILY/ASSOCIATES *(List father, mother, spouse, and children.) (You should also list guardians, stepparents, foster parents, brothers and sisters, s... brothers and stepsisters, and other relatives or friends to whom you are bound by affection or obligation if such persons are residing in or are citizens ... any foreign country.) (See DETAILED INSTRUCTIONS.)*

| a. RELATIONSHIP AND NAME | b. DATE OF BIRTH | c. PLACE OF BIRTH | d. ADDRESS | e. CITIZENSHIP |
|---|---|---|---|---|
| FATHER BANERJEE AMALENDU | [redacted] | | | |
| MOTHER BARATI SEN | | | | |
| SPOUSE | | | | |

11. RESIDENCES *(List all places of residence during the last 5 years in chronological order beginning with the current address. Individuals under the age ... list residences for the past 3 years or since your 16th birthday, whichever is the shorter period. Give the inclusive dates for each period of residence. S... DETAILED INSTRUCTIONS)*

| a. DATES FROM | TO | b. NUMBER AND STREET | c. CITY | d. STATE | e. COUNTRY | f. ZIP |
|---|---|---|---|---|---|---|
| 8608 | Present | [redacted] | | | | |
| 7911 | 8605 | | | | | |

12. DUTY OR EMPLOYMENT ORGANIZATION *(List in chronological order beginning with the present, each period of employment, self-employment, ... time employment, and/or unemployment during the last 5 years. If under age 21, list each period for last 3 years or since your 16th birthday whichev... shorter. List inclusive dates for each period. If discharged for cause from any employment, so state. SEE DETAILED INSTRUCTIONS)*

| a. DATES FROM | TO | b. NAME OF EMPLOYER | c. ADDRESS *(Include Zip Code)* | d. NAME OF IMMEDIATE SUPERVISOR |
|---|---|---|---|---|
| 8909 | Present | WAWA | [redacted] | |
| 8709 | 8909 | STudent — | | Bob |
| 8610 | 8709 | Rollins Trk Leasing | [redacted] | |
| 8605 | 8610 | STUDENT | | Marika |

13. FEDERAL SERVICE, FOREIGN TRAVEL/CONNECTIONS *("Yes" answers must be explained in accordance with the DETAILED INSTRUCTIONS)*

| Yes | No | |
|---|---|---|
| | U.B. | a. HAVE YOU EVER BEEN IN THE FEDERAL CIVIL SERVICE? |
| | U.B. | b. HAVE YOU TRAVELED OR RESIDED ABROAD FOR OTHER THAN THE U.S. GOVERNMENT? |
| | U.B. | c. DO YOU HAVE ANY FOREIGN PROPERTY OR BUSINESS CONNECTIONS, OR HAVE YOU EVER BEEN EMPLOYED BY OR ACTED AS A CONSULTANT FOR A FOREIGN GOVERNMENT, FIRM, OR AGENCY? |

FOR REQUESTER USE ONLY
LOCAL FILES CHECKED WITH FAVORABLE RESULTS [ ] Yes [ ]
*(If "No," provide details of unfavorable information)*

REASON FOR REQUEST

| | |
|---|---|
| SECRET | PERS. RELIABILITY PROG |
| CONFIDENTIAL | RED CROSS/USO |
| COMMISSION | NAFI |
| [X] ENLISTMENT 92D1C | SUMMER HIRE |
| NATIONAL GUARD | EDUCATION/ORIENTATIO |
| RESERVES | NON-CITIZEN OVERSEAS |
| ROTC | DOD BUILDING PASS |
| OFFICER CANDIDATE | UNESCORTED ENTRY |
| SERVICE ACADEMY | OTHER *(SPECIFY)* |
| ADDRESSEE CODE | |

FOR REQUESTER USE ONLY W66AA
RETURN RESULTS TO: CMDR USAREC
*(Include Zip Code)* ATTN: USAREC PAL-HE-S
Ft. Sheridan, IL 60037

DD FORM 398-2
81 MAR
REPLACES DD FORM 1584 WHICH MAY BE USED UNTIL EXHAUSTED



000041

14. ARRESTS (*"Yes" answers must be explained in accordance with the DETAILED INSTRUCTIONS that accompany this Form)*

| Yes | No | |
|---|---|---|
| | VB | a. HAVE YOU EVER BEEN ARRESTED, CHARGED, CITED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT OR JUVENILE AUTHORITIES REGARDLESS OF WHETHER THE CITATION WAS DROPPED OR DISMISSED OR YOU WERE FOUND NO GUILTY? INCLUDE ALL COURTS-MARTIAL OR NON-JUDICIAL PUNISHMENT WHILE IN MILITARY SERVICE. (*You may exclude m traffic violations for which a fine or forfeiture of $100 or less was imposed.)* |
| | V.B | b. AS A RESULT OF BEING ARRESTED, CHARGED, CITED, OR HELD BY LAW ENFORCEMENT OR JUVENILE AUTHORITIES, HAVE EVER BEEN CONVICTED, FINED BY OR FORFEITED BOND TO A FEDERAL, STATE, OR OTHER JUDICIAL AUTHORITY OR ADJU CATED A YOUTHFUL OFFENDER OR JUVENILE DELINQUENT (*regardless of whether the record in your case has been "sealed" or other stricken from the court record)?* |
| | V.B | c. HAVE YOU EVER BEEN DETAINED, HELD IN, OR SERVED TIME IN, ANY JAIL OR PRISON, OR REFORM OR INDUSTRIAL SCHOO OR ANY JUVENILE FACILITY OR INSTITUTION UNDER THE JURISDICTION OF ANY CITY, COUNTY, STATE, FEDERAL, OR FOREIGN COUNTRY? |
| | V.B | d. HAVE YOU EVER BEEN AWARDED, OR ARE YOU NOW UNDER SUSPENDED SENTENCE, PAROLE, OR PROBATION OR AWAITING ANY ACTION ON CHARGES AGAINST YOU? |

| i. DATE | ii. NATURE OF OFFENSE OR VIOLATION | iii. NAME AND LOCATION OF POLICE AGENCY | iv. NAME AND LOCATION OF COURT | v. PENALTY IMPOSED OR OTHER DI POSITION IN EACH CASE |
|---|---|---|---|---|
| Applicant | STATES | No | LAW | Violations V.B. |
| | | | | |
| | | | | |

15. MEDICAL/FINANCIAL (*"YES" answers must be explained in accordance with the DETAILED INSTRUCTIONS that accompany this form.)*

| Yes | No | |
|---|---|---|
| | V.B | a. HAVE YOU EVER USED ANY NARCOTIC, DEPRESSANT, STIMULANT, HALLUCINOGEN (TO INCLUDE LSD OR PCP), OR CANNABIS (TO INCLUDE MARIJUANA OR HASHISH), EXCEPT AS PRESCRIBED BY A LICENSED PHYSICIAN? |
| | V.B | b. HAVE YOU EVER BEEN INVOLVED IN THE ILLEGAL PURCHASE, POSSESSION, OR SALE OF ANY NARCOTIC, DEPRESSANT, STIMULANT, HALLUCINOGEN, OR CANNABIS? |
| | V.B | c. HAS YOUR USE OF ALCOHOLIC BEVERAGES (SUCH AS LIQUOR, BEER, WINE) EVER RESULTED IN THE LOSS OF A JOB, ARREST BY POLICE, OR TREATMENT FOR ALCOHOLISM? |
| | V.B | d. HAVE YOU EVER BEEN A PATIENT (WHETHER OR NOT FORMALLY COMMITTED) IN ANY INSTITUTION PRIMARILY DEVOTED T THE TREATMENT OF MENTAL, EMOTIONAL, PSYCHOLOGICAL, OR PERSONALITY DISORDERS? |
| | VB | e. HAVE YOU EVER PETITIONED TO BE DECLARED BANKRUPT? |

16. ORGANIZATIONS

a. (*List all organizations, except those referred to in b. below, in which you hold or have held membership.)*

| i. NAME | ii. ADDRESS | iii. TYPE | iv. FROM | v. TO |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

b. (*"Yes" answers must be explained in accordance with the DETAILED INSTRUCTIONS.)*

| Yes | No | |
|---|---|---|
| | VB | i. Are you now or have you ever been a member of the Communist Party or any Communist organization? |
| | V.B | ii. Are you now or have you ever been affiliated with any organization, association, movement, group, or combination of persons which advocates the overthrow of our constitutional form of government or which has adopted the policy of advocating or approving the commission of acts of force or violence to deny other persons their rights under the Constitution of the United States or which seeks to alter the form of government o the United States by unconstitutional means? |

I CERTIFY THAT THE ENTRIES MADE BY ME ARE TRUE, COMPLETE, AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND ARE MADE IN GOOD FAITH. I UNDERSTAND THAT A KNOWING AND WILFUL FALSE STATEMENT ON THIS FORM CAN BE PUNISHED BY FINE OR IMPRISONMENT OR BOTH (*See U.S. Code, Title 18, Section 1001).*

| DATE | SIGNATURE OF PERSON COMPLETING FORM |
|---|---|
| 900413 | Brenda Bavenpo- |

SSG [signature]
14B Trolley Sq
Wilmington DE 1980[illegible]

U 900042 Recru

REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (FLAG)
FOR USE OF THIS FORM, SEE AR 600-8-2; THE PROPONENT AGENCY IS PERSCOM.

SECTION I – ADMINISTRATIVE DATA

1. NAME (LAST, FIRST, MI) BANERJEE URMILA | SSN [redacted] | GRADE SP4 | PMOS/PASSI 91Q10 | ASI 00 | LNG YY | BR

2. UNIT
W3VZ CO E-187TH TRAINEESFT S HOUSSTX7823 UPC1 3VZ70

3. DUTY STATUS
ON ACTIVE DUTY

4. ETS/ESA/MRD
961008

5. PSC CONTROLLING FLAGING ACTION AND TELEPHONE NO.
FT SAM HOUSTON, TX 78234 (AV 471-4037)

6. THIS ACTION IS TO:
INITIATE A FLAG

SECTION II – INITIATE A FLAG

7. A FLAG IS INITIATED, EFFECTIVE: 21 May 91, REASON FOLLOWS:

NON-TRANSFERABLE
ELIMINATION – FIELD INITIATED (B)- CHAP 11

TRANSFERABLE

SECTION III – AUTHENTICATION

DISTRIBUTION

1 – UNIT COMMANDER [redacted] 1 – F&AO

1 – HSHA-SSI 1-INDIV 1-FILE

NAME, GRADE, TITLE AND ORGANIZATION

MARK C. WILHITE CPT, MS COMMANDING

SIGNATURE _______________ DATE: 23 May 91

DA FORM 268-E (Oct 87)

HSHA-MM (351J)

DATE: 31 MAY 91

MEMORANDUM FOR (IN TURN, where applicable)

SUBJECT: Relief of Student from Course of Instruction

| | Initials | Date | | Initials | Date |
|---|---|---|---|---|---|
| 1. Course Director | [signature] | 4 Jun 91 | 3. USAR/ARNG | | |
| 2. Det Cdr/Bde Cdr | | | 4. MFSS | | |

1. Recommend PFC URMILA BANERJEE, [redacted], RA COMPANY E, 187th MED BN, ACADEMY OF HEALTH SCIENCES, FT SAM HOUSTON, TX, 78234, be relieved from CLASS #503 FY 91 312-91Q10, PHARMACY SPECIALIST COURSE, AHS.

2. Check appropriate block and state reason(s) for recommendation

Academic Deficiency (____) Nonacademic Reasons (XXXX)

Reason: SM is in the process of separation from the service prior to her normal ETS date by E Company, 187th Med Bn, AHS.

3. Performance Evaluation Data:

a. List the block(s) of instruction and grade(s) that the student has completed to date or is currently passing prior to the initiation of the relief action:

| Block(s) of Instruction | Grade(s) | Block(s) of Instruction | Grade(s) |
|---|---|---|---|
| PHM 1-023-01 | 31.5% | PHM 1-023-04 | N/A |
| PHM 1-023-02 | 27.3% | PHM 1-023-05 | N/A |
| PHM 1-023-03 | 27.7% | PHM 1-023-06 | 42.0% |

b. ASVAB Cluster Score (e.g., GT, ST, GM, CL, etc., as appropriate) GT - NONE ST - NONE

c. Completed 4 year(s) HS: 6 year(s) college.

d. ATRRS Code: Status Z Reason Z (see Appendix K, AHS Reg 351-12)

4. Of 95 students enrolled in this class, 01 have been dropped; 00 have been recycled.

5. Signature(s) (as applicable):

[signature] LTC, MS
ROBERT D. SALZMAN
LTC, MS, PROGRAM DIRECTOR

[signature]
MARK C. WILHITE
CPT, MS, Commander,

[signature]
FRANK A. BREWSTER
COL, MC, C, M&SD, COURSE DIRECT

[X] Concur [ ] Nonconcur

[signature]
LARRY J. KELLER
COL, MS, Commander, Academy Bde

5 JUN 91
Date

FOR THE COMMANDANT:

[X] Approved [ ] Disapproved

[signature]
Dean
(or designated representative)
DON C. HOBAUGH, COL, DC, DEAN, MFSS

11 Jun 91
Date

CF: HSHA-SR, HSHA-A, AFZG-PA-AS, Pharmacy Br, E. Co., 187th Med Bn, AHS

AHS F/L 29-R, 1 DEC 90 (E)

# INPROCESSING DATA ACCURACY CHECKLIST (ENLISTED RECORDS)

NAME BANERJEE URMILA SSN [redacted] IN-PROC CLERK K. C.

DATE IN-PROC 11. 2. 91.

## RECORD OF EMERGENCY DATA (DD Fm 93)

Is Form over 3 yrs old (Yes) (No) Is audit date initialed (Yes) (No)

Items that are incorrect 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16.

REMARKS: ______ Ok

## SERVICEMEN'S GROUP LIFE INSURANCE (VA Fm 29-8286)

| | (Yes) | (No) |
|---|---|---|
| Is percentage Correct | | |
| Is Review Date initialed | ___ | ___ |
| Complete Middle Name | ___ | ___ |
| Is there a complete signature | ___ | ___ |
| Is "By Law" printed | ___ | ___ |
| Is there a signature on Counseling Statement | ___ | ___ |

REMARKS: ______ Ok

## PERSONNEL QUALIFICATION RECORD - PART I

| DATA ELEMENT | ITEM # | Remarks | DATA ELEMENT | ITEM # | Remarks |
|---|---|---|---|---|---|
| Name | I 1 | Ok | Bonus MOS/Date | II 20 | Ok |
| SSN | I 2 | | Reenl Elig Code | II 33 | |
| # Family Mbrs | I 8 | | BASD/BPED (DA Fm 1506) | IV 2 | |
| Grade | II 1 | | ETS | IV 3 | |
| Date of Rank | II 2 | | Current Term Svc | IV 4 | |
| PMOS | II 4 | | Date Last EER | IV 7 | |
| PULHES | II 9 | | Date Last GCMDL | IV 11 | |
| GT Score | II 11 | | DROS/DEROS | IV 14 | |
| Mil Educ | II 13 | | AEA Code/Term Date | IV 15 | |
| Civ Educ/MADC | II 14 | | DA Form 873 (MPRJ) | ** ** | |
| SMOS | II 18 | | DA Form 4188 (MPRJ) | ** ** | |

## PERSONNEL QUALIFICATION RECORD - PART II

| DATA ELEMENT | ITEM # | Remarks | DATA ELEMENT | ITEM # | Remarks |
|---|---|---|---|---|---|
| Asg Consider. | 4 | | Date DA Fm 2-1 fwd | 30 | |
| Awards & Decor. | 9 | | Record of Asg | 35 | |

## COMMAND SUSPENSE ITEMS

SUBJECT AREA

Official Photo overdue? Yes No REMARKS: ______

Periodic Phys Exam O/due? Yes No REMARKS: ______

## ALLIED RECORDS/DOCUMENTS

Health Record Yes No Missing Documents: ______

Dental Record Yes No

Other: ______ Yes No

Evaluator's Signature ______

FSH FORM 96*

714ADP AC
714ADP ACCESSION INFORMATION
PRIVACY ACT
OPR 08
PERSONAL DATA
PL93-579 APPLIES

SSN NAME4 MEPS SPF DOA PAMDAH*0 RID DATE-TIME PRINTING
[redacted] BANE 10 DAR 901009 VPPA *A 4 901009 1425 01

PERSONAL DATA PSSN PNAME
PMS FULL NAME LAST, FIRST, MI SEL-SERVICE
N-N BANERJEE URMILA
PMS DOS SPF SPD SRC ISC
CURR-ADDRESS STREET CITY ST CTRY ZIP-CODE ST-CNTY
[redacted] 0000 10003
HOME-OF-RECORD STREET CITY ST CTRY ZIP-CODE ST-CNTY
[redacted] 0000 10003

| CITZ | SEX | POP | ETH | MRTL | #DEP | DT-BIRTH | RELG | EDUC | RCTR-ID | STATN |
|---|---|---|---|---|---|---|---|---|---|---|
| NY | F | M | 3 | S | 00 | [redacted] | 49 | 16 K | 577863945 | 1K4W |

APTITUDE DATA TY A WRK 1 STAT P TIME 09 OP TC
CURRENT AFQT TID TST-DT ST M-SITE DFQT GS AR WK PC NO CS AS MK MC EI VE
84% 17A 900413 P 102231 -13% 23 27 33 15 48 58 10 20 17 13 48
COMPOSITE ARMY GT GM EL CL MM SC CO FA OF ST
122 112 122 122 106 110 109 119 110 121

ASP AS1 AS2 AS3 AS4 AS5 TID TST-DT M-SITE

MEDICAL DATA TY B WRK 7 ST P OP 08 TIME 13
P-U-L-H-E-S-X WVR MED-FAIL HIV DRUG ALCOHOL
1 1 1 1 2 1 -E N - - - 5B N-N - N

DEP DATA DEP-DOE PADD ENST RCTR-ID STATN PEF T-MOS WVR 368
900418 901009 3 577863945-00000 QHTOC 91010 YYY N

ADDITIONAL DATA FROM 1966/1 ALIAS-1
PLACE OF BIRTH CITY/ST/CNTRY [redacted]
LANGUAGES N - / / / /
DRIVERS LICENSE FLG/ST/NR/EXPIRE Y/DE/963475 -901219

ACCESSION DATA TY B WRK 1 ST B OP 08
DOE ADSD PEBD TOE WVR GRADE/DATE ENST EDUC 368 S/O
901009 901009 901009 6 YYY E3-901009 1 16-K N N
RCTR-ID STATN PEF TMOS PMOS YTH-PR O/A TI-UIC DIEMS DIERF
577863945-1K4W QHTOC 91010 910000 YYO FY FTDIXX
II DCL SVC I/R RMKS
RV-REQ 001AEPFC300012211212212210611010911911010121ABF01K4WN 00000HF00000A00

A/M SUBMSN CLOSE CASE-NR RSLT AGY RFP
NTNAC M 900418
CONGRESSIONAL DT-RECVD DT-CLOSED P/R

DAILY HISTORY
WRK-STAT-DOA-MEP-SPF WRK-STAT-DOA-MEP-SPF WRK-STAT-DOA-MEP-SPF
B001-B-901009-10-DAR B070-P-901009-10-DAR

PRIOR HISTORY
WRK-STAT-DOA-MEP-SPF WRK-STAT-DOA-MEP-SPF WRK-STAT-DOA-MEP-SPF
J008-A-900727-10-DAR J008-A-900711-10-DAR B000-P-900423-10-DAR
B050-P-900420-10-DAR B002-A-900418-10-DAR B010-P-900418-10-DAR




SOCIAL SECURITY
[redacted]
THIS NUMBER HAS BEEN ESTABLISHED FOR
URMILA BANERJEE
SIGNATURE

AFZG-PA-AS 1st End
SUBJECT: Orders 032-116.

Commander, Fifth United States Army and Fort Sam Houston, ATTN: AFZG-PA-AS, Fort Sam Houston, Texas 78234-5000

TO: BANERJEE URMILA [redacted] E3.
E-126 INF. FORT DIX N.J. 08640

Effective 9 Feb '91, you are further assigned/attached to B-187 Medical Battalion, United States Army Medical Department Regiment (W3VZ 7F), Academy of Health Sciences, United States Health Services Command, Fort Sam Houston, Texas 78234-6100. No travel involved. Movement designator code is NXE 11.

DON JOINER
Chief, Student Personnel Branch

FSH FL 54* Previous stock will be used until exhausted.
1 Aug 89 (MPD)

# PERSONNEL ACTION

For use of this form, see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include Zip Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| | C, EnlStuPers<br>C, F&AO FSHTX 72834 | COMMANDER<br>Co E, 187th Med Bn, AHS<br>FSHTX 78234-6100 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OR RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| BANERJEE, Urmila | PFC/91P | [redacted] |

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from ______________________________

______________________________ to ______________________________

______________________________ effective ______________________________ hours ______________________________ 19 ____

## SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| | TYPE OF ACTION | Procedure | | TYPE OF ACTION | Procedure |
|---|---|---|---|---|---|
| | Service School *(Enl only)* | | | Reassignment Married Army Couples | |
| | ROTC or Reserve Component Duty | | | Reclassification | |
| | Volunteering For Oversea Service | | | Officer Candidate School | |
| | Ranger Training | | | Assgmt of Pers with Exceptional Family Members | |
| | Reasgmt Extreme Family Problems | | | Identification Card | |
| | Exchange Reassignment *(Enl only)* | | | Identification Tags | |
| | Airborne Training | | | Separate Rations | |
| | Special Forces Training/Assignment | | | Leave - Excess/Advance/Outside CONUS | |
| | On-the-Job Training *(Enl only)* | | | Change of Name/SSN/DOB | |
| | Retesting in Army Personnel Tests | | XX | Other *(Specify)* Advance to: Specialist | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

Advance to: Specialist
Authority: para 2-3 rule(3) E, AR 601-210
Effective date:
Date of rank: 961009
Additional instructions: SPC Banerjee may apply to the Army Board for Correction of Military Records (DD Form 149) for correction of the effective date of ______________ and thus receive adjustment of any pay allowance for the period from the date of promotion should have occurred. Procedures are contained in AR 15-185.

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☐ HAS BEEN VERIFIED ☐ RECOMMEND APPROVAL ☐ RECOMMEND DISAPPROVAL
☐ IS APPROVED ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| MARK C. WILHITE, CPT, MS, Commanding | [signature] | |

000049

32

PERFORMANCE DEFICIENCY AND/OR CONDUCT ...

GENERAL COUNSELING F...

For use of this form, see AR 635-200; the proponent agency is MILPERCEN

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

AUTHORITY: 5 USC 301, 10 USC 3012(G). PRINCIPAL PURPOSE: To record counseling data pertaining to service members. ROUTINE USES. Prerequisite counseling under paragraphs 5-3, 5-13, chapters 11, 13 or section III, chapter 14, AR 635-200. May also be used to document failures of rehabilitation efforts in administrative discharge proceedings. DISCLOSURE: Disclosure is voluntary, but failure to provide the information may result in recording of a negative counseling session indicative of the subordinate's lack of a desire to solve his or her problems.

**PART I — BASIC DATA**

| 1. NAME (last, first, MI) | 2. SOCIAL SECURITY NO. | 3. GRADE | 4. SEX |
|---|---|---|---|
| BANERJEE, URMILA | [redacted] | E-4 | F |

5. UNIT

Company E, 187th Medical Battalion, AHS
Ft. Sam Houston, Texas 78234-6100

FOR TRAINING UNITS ONLY

6. WEEK OF TRAINING

7. TRAINING SCORES HIGH ____ MED ____ LOW ____

**PART II — OBSERVATIONS**

8. DATE AND CIRCUMSTANCES

1. It has come to my attention that your (duty performance) (conduct) (overall behavior) has been deficient as indicated below:

a. On 17MAY91, you are being counseled on your overall behavior is not in keeping with military standards. You display a poor attitude and lack of motivation. I highly encourage you to improve your attitude and motivation level in order to become a satisfactory soldier.

b. SPC BANERJEE DOES NOT DEMOSTRATE THE ABILITY TO BECOME A SUCCESSFUL SOLDIER.

c. SPC BANERJEE DOES NOT WISH TO STAY IN THE ARMY AND IS REQUESTING TO BE DISCHARED FROM THE SERVICE

2. This constitutes a formal counseling session IAW the requirements of AR 635-200 concerning your noted deficiencies. You are expected to correct these deficiencies and to rehabilitate yourself into a productive, satisfactory soldier. Your subsequent behavior will be monitored and you will be given every opportunity to improve yourself.

9. DATE AND SUMMARY OF COUNSELING

On 17 MAY 91 the soldier was counseled concerning the above incident(s). The soldier was told that if this type of behavior continues, action may be initiated under the UCMJ and/or to administratively separate the soldier prior to normal ETS UP AR 635-200. The soldier was told that such a separation could result in the issuance of an Honorable, or a General, or an Under Other Than Honorable Conditions (UOTHC) discharge. Further, the soldier was advised that a General or UOTHC discharge might result in difficulty in finding civilian employment. And if an UOTHC discharge is issued, the soldier would lose substantially all Army and VA benefits and could encounter substantial prejudice in the civilian sector. Also, the soldier would find it almost impossible to reenlist in the Armed Forces. Further, the soldier was advised that although the soldier may request to upgrade any unfavorable discharge received, such an upgrade is unlikely.

ADDITIONAL SUMMARY:

Future occurances of this nature may result in separation IAW AR 635-200.

AHS O/P Form 1085, 1 Nov 87

*DISPOSITION INSTRUCTIONS*

*This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement.*

DA FORM 4856, JUN 85

EDITION OF JUL 84 IS OBSOLETE.

PART III – AUTHENTICATION

10. NAME, GRADE, SIGNATURE OF COUNSELOR: Torres, Wilson E-6 [signature]

DATE: 17 MAY 91

11. I acknowledge having been counseled by the above individual and understand the reason for this counseling session. I concur/nonconcur that the information above accurately reflects this counseling session. I nonconcur for the following reasons:

U.B.

12. NAME, GRADE, SIGNATURE OF INDIVIDUAL COUNSELED: Banerjee, Urmila E-4 [signature]

DATE: 17 May '91

13. IF COUNSELED INDIVIDUAL REFUSES TO SIGN COUNSELING NOTES, COUNSELOR WILL INITIAL THIS BLOCK.

PART IV – REHABILITATION

14. REHABILITATION RESULTS/COMMENTS

15. NAME, GRADE, SIGNATURE OF INDIVIDUAL COUNSELED

DATE

16. NAME, GRADE, SIGNATURE OF COUNSELOR

DATE

PART V – UNIT COMMANDER INTERVIEW

17. INTERVIEW RESULTS AND RECOMMENDATION

18. NAME, GRADE, SIGNATURE OF UNIT COMMANDER

DATE

GPO : 1985 O - 461-033 (38541)

# PERFORMANCE DEFICIENCY AND/OR CONDUCT GENERAL COUNSELING FORM

For use of this form, see AR 635-200; the proponent agency is MILPERCEN

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

AUTHORITY: 5 USC 301, 10 USC 3012(G). PRINCIPAL PURPOSE: To record counseling data pertaining to service members. ROUTINE USES: Prerequisite counseling under paragraphs 5-8, 5-13, chapters 11, 13 or section III, chapter 14, AR 635-200. May also be used to document failures of rehabilitation efforts in administrative discharge proceedings. DISCLOSURE: Disclosure is voluntary, but failure to provide the information may result in recording of a negative counseling session indicative of the subordinate's lack of a desire to solve his or her problems.

**PART I — BASIC DATA**

| 1. NAME (last, first, MI) | 2. SOCIAL SECURITY NO. | 3. GRADE | 4. SEX |
|---|---|---|---|
| BANERJEE, URMILA | [redacted] | SPC | F |

| 5. UNIT | 6. WEEK OF TRAINING | 7. TRAINING SCORES |
|---|---|---|
| Co E, 187th MED BN, ACAD BDE FSHTX 78234 | | HIGH — MED ___ LOW ___ |

FOR TRAINING UNITS ONLY

**PART II — OBSERVATIONS**

8. DATE AND CIRCUMSTANCES

1. It has come to my attention that your (duty performance) (conduct) (overall behavior) has been deficient as indicated below:

a. ON 17 MAY 1991 You were counseled concerning your motivation and ability to become a productive soldier

b. You still desire to be discharged from the Army.

c. ___

2. This constitutes a formal counseling session IAW the requirements of AR 635-200 concerning your noted deficiencies. You are expected to correct these deficiencies and to rehabilitate yourself into a productive, satisfactory soldier. Your subsequent behavior will be monitored and you will be given every opportunity to improve yourself.

9. DATE AND SUMMARY OF COUNSELING

On 22 May 91 the soldier was counseled concerning the above incident(s). The soldier was told that if this type of behavior continues, action may be initiated under the ~~UCMJ and/or~~ to administratively separate the soldier prior to normal ETS UP AR 635-200. The soldier was told that such a separation could result in the issuance of an Honorable, or a General, or an Under Other Than Honorable Conditions (UOTHC) discharge. Further, the soldier was advised that a General or UOTHC discharge might result in difficulty in finding civilian employment. And if an UOTHC discharge is issued, the soldier would lose substantially all Army and VA benefits and could encounter substantial prejudice in the civilian sector. Also, the soldier would find it almost impossible to reenlist in the Armed Forces. Further, the soldier was advised that although the soldier may request to upgrade any unfavorable discharge received, such an upgrade is unlikely.

ADDITIONAL SUMMARY:

It is my judgment that you will not develop sufficiently to participate satisfactorily in further training and/or become a satisfactory soldier. I am initiating action UP AR 635-200, Chap 13, Para 13-2(a) to separate you from the service prior to your normal ETS.

*DISPOSITION INSTRUCTIONS*

*This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement.*

FORM 4856, JUN 85 — EDITION OF JUL 84 IS OBSOLETE.

Form 1085, 1 Nov 87

PART III – AUTHENTICATION

10. NAME, GRADE, SIGNATURE OF COUNSELOR | DATE

MARC C WILHITE SPC MS Commander | 22 May 91

11. I acknowledge having been counseled by the above individual and understand the reason for this counseling session. I concur/nonconcur that the information above accurately reflects this counseling session. I nonconcur for the following reasons: U.B.

There has been conscious lack of motivation on my part because of an extended period of sexual harrassment which was reported to the E.O.

12. NAME, GRADE, SIGNATURE OF INDIVIDUAL COUNSELED | DATE

BANERJEE URMILA . E4 Urmila Banerjee | 22 MAY '91.

13. IF COUNSELED INDIVIDUAL REFUSES TO SIGN COUNSELING NOTES, COUNSELOR WILL INITIAL THIS BLOCK.

PART IV – REHABILITATION

14. REHABILITATION RESULTS/COMMENTS

15. NAME, GRADE, SIGNATURE OF INDIVIDUAL COUNSELED | DATE

16. NAME, GRADE, SIGNATURE OF COUNSELOR | DATE

PART V – UNIT COMMANDER INTERVIEW

17. INTERVIEW RESULTS AND RECOMMENDATION

]. NAME, GRADE, SIGNATURE OF UNIT COMMANDER | DATE

GPO : 1985 O - 461-033 -(38541)

DEPARTMENT OF THE ARMY
Company E, 187th Medical Battalion, Academy Brigade
Academy of Health Sciences, U.S. Army
Fort Sam Houston, Texas 78234-6100

HSHA-ABE (635-200)

14 JUN 1991

MEMORANDUM FOR Commander, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

1. Under the provisions of AR 635-200, Chapter 13, paragraph 13-2a, recommend that the following named individual be separated from the United States Army prior to expiration of his/her term of service.

a. Name/grade/SSN: BANERJEE, Urmila, SPC, [redacted]

b. Date of Birth: [redacted].

c. Date of Enlistment: 901009.

d. Length of term for which enlisted: 6 years.

e. Prior service, if any: None.

f. Soldier does not hold a Reserve status as a commissioned or warrant officer.

g. Specific, factual reason(s) for action recommended: SPC Banerjee cannot or will not adapt socially and emotionally to military life.

h. Aptitude area scores:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GT | 122 | GM | 112 | EL | 122 | CL | 106 | MM | 110 |
| SC | 109 | CO | 119 | FA | 110 | OF | 121 | ST | 121 |

i. Soldier (has) (has not) been awarded an MOS.