HSHA-ABE
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

j. Number of times counseled: 2.

k. Description of rehabilitation attempts: Unit counseling.

l. Record of trial by court-martial: None.

m. Record of other disciplinary action including nonjudicial punishment (include offenses, findings and sentences): None.

n. Report of Mental Status Evaluation (is) (is ~~not~~) enclosed.

o. Report of Medical Examination (is) (is ~~not~~) enclosed.

p. Statement why the commander does not consider it feasible or appropriate to accomplish other disposition: SPC Banerjee will not develop sufficiently to participate satisfactorily in further training to become a productive soldier. Separation is in the best interest of the individual and the Army.

q. Promotions and dates thereof: SPC at enlistment.

r. Reductions and dates thereof: None.

s. Whether there is a record of time lost; if so, whether due to AWOL, confinement, or other reasons: None.

t. Note favorable communications or recommendations for the soldier: None.

u. Note other derogatory data other than Article 15 action and courts-martial: None.

v. Note any citations and awards: None.

HSHA-ABE
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

w. Where derogatory information has been revealed, make note of any evidence of rehabilitation: None.

x. Make note of any medical or other data meriting consideration in the overall evaluation to separate the soldier and in the determination as to the appropriate characterization of service: None.

y. Other information considered pertinent: None.

2. This soldier (has) (has no) potential for useful service under conditions of full mobilization.

3. Letters of notification and acknowledgment are attached as enclosures. Recommend he/she be issued a/an General/Honorable Discharge Certificate.

4. Request further rehabilitation and training be waived in accordance with AR 635-200, para 1-18d.

MARK C. WILHITE
CPT, MS
Commanding

7 Encls
1. Letter of notification
2. Letter of acknowledgment
3. 2 DA Forms 4856
4. Mental Status Eval
5. Medical Eval
6. DA Form 4187
7. DA Forms 2A/2-1

DEPARTMENT OF THE ARMY
Company E, 187th Medical Battalion, Academy Brigade
Academy of Health Sciences, U.S. Army
Fort Sam Houston, Texas 78234-6100

HSHA-ABE (635-200)

14 JUN 1991

MEMORANDUM FOR Specialist Urmila Banerjee, [redacted], Company E, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

1. Under the provisions of AR 635-200, Chapter 13, paragraph 13-2a, I am initiating action to separate you from the United States Army. The reasons for my proposed action are: You are unable and unwilling to adapt socially and emotionally to the military life-style.

2. I am recommending that you receive ~~a~~/an ~~General~~/Honorable Discharge Certificate. My recommendation and your reply will be submitted to the Commander, 187th Medical Battalion, who will make the final decision in your case.

3. The separation authority is not bound by my recommendation as to characterization of service. The separation authority may direct that your service be characterized as honorable or under honorable conditions.

4. If my recommendation is approved, the proposed separation could result in discharge from the Army.

5. You have the right to consult with consulting counsel and/or civilian counsel at no expense to the Government within a reasonable time (not less than three duty days).

6. You may submit written statements in your behalf.

7. You may obtain copies of documents that will be sent to the separation authority supporting the proposed separation. (Classified documents may be summarized.)

HSHA-ABE
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

8. You may waive the rights listed above in paragraphs 5, 6 and 7 in writing and you may withdraw any such waiver at any time prior to the date the separation authority orders, directs, or approves your separation.

9. You are required to undergo a complete medical examination and mental evaluation.

10. Execute the attached acknowledgment and return it within seven duty days from the date of your receipt of this letter. Any statement you desire to submit in your behalf must reach me within seven duty days after you receive this letter, unless you request and receive an extension for good cause shown. Unless an extension is granted, failure to respond within seven duty days will constitute a waiver of the rights in paragraphs 5, 6, and 7.

MARK C. WILHITE
CPT, MS
Commanding

HSHA-AB (HSHA-ABE/ 14 JUN 1991 ) (635-200) 1st End CPT Shumake/
dlm/DSN 471-5788
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100 14 JUN 1991

FOR Commander, Company E, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

1. The separation pertaining to Specialist Urmila Banerjee, [redacted], has been reviewed and is approved under the provisions of AR 635-200, Chapter 13.

2. SPC Banerjee will not be transferred to the Individual Ready Reserve.

3. SPC Banerjee will be issued a/an ~~General~~/Honorable Discharge Certificate.

4. Further rehabilitation and training would not be in the best interest of the United States Army and is thereby waived in accordance with AR 635-200, paragraph 1-18d.

7 Encls
nc

JAMES R. WIGGER, JR.
LTC, MS
Commanding

HSHA-ABE (HSHA-ABE/ 14 JUN 1991 ) (635-200) 1st End CPT Shumake/dlm/DSN 471-5788
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

Specialist Urmila Banerjee, [redacted], Company E, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100 14 JUN 1991

FOR Commander, Company E, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

1. Before completing this format, I have been afforded the opportunity to consult with appointed counsel for consultation, military counsel of my own choice if he or she is reasonably available, or civilian counsel at my own expense. I decline the opportunity. I understand the basis for the contemplated action to separate me from the United States Army under the provisions of AR 635-200, Chapter 13, and its effects; rights available to me; and the effect of any action taken by me in waiving my rights.

2. Statements in my own behalf (~~are~~) U.B. (are not) submitted herewith (Encl ).

3. I understand that I may expect to encounter substantial prejudice in civilian life if a general discharge under honorable conditions is issued to me. I understand that if I receive a discharge certificate/character of service which is less than honorable, I may make application to the Army Discharge Review Board or the Army Board for Correction of Military Records for upgrading; however, I realize that an act of consideration by either board does not imply that my discharge will be upgraded.

4. I understand that I may, up until the date the separation authority orders, directs, or approves my separation, withdraw the waiver of any of the above rights.

5. I have received adequate counseling and rehabilitative measures.

6. I am aware of the information found in AR 635-200, paragraph 1-18b(2). U.B.

7. I do not feel that any amount of counseling would have allowed me to overcome the deficiencies forming the basis for this separation action. U.B.

HSHA-ABE
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

8. I further understand that I will be ineligible to apply for enlistment in the United States Army for a period of two years after discharge. U.B.

9. **<u>I HAVE INITIALED OR LINED OUT paras 6, 7, and 8 AS APPLICABLE.</u>** I have retained a copy of this statement.

Urmila Banerjee
URMILA BANERJEE
SPC, U.S. Army
[redacted]

# REPORT OF MEDICAL EXAMINATION

1. LAST NAME—FIRST NAME—MIDDLE NAME: BANERJEE - URMILA
2. GRADE AND COMPONENT OR POSITION: E-4 RA STUDENT
3. IDENTIFICATION NO.: [redacted]
4. HOME ADDRESS (Number, street or RFD...): [redacted]
5. PURPOSE OF EXAMINATION: ~~ETS~~/CHAPTER 13 UNDER 40 CHAPTER 3 AR 40-501
6. DATE OF EXAMINATION: 30 MAY '91
7. SEX: F
8. RACE: ASIAN
9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 8 months CIVILIAN 4 YRS
10. AGENCY: DA
11. ORGANIZATION UNIT: E-187
12. DATE OF BIRTH: [redacted] AGE: 25
13. PLACE OF BIRTH: NEW DELHI INDIA.
14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: DR. (MRS.) B. BANERJEE. SAME AS 4.
15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: BAMC, FT. SAM HOUSTON, TEXAS 78234-6200
16. OTHER INFORMATION:
17. RATING OR SPECIALTY:

TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20 SINUSES | |
| ✓ | 21 MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (INTERNAL CANALS) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Prostate, if indicated) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| | 36. FEET | ✓ |
| | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | ✓ |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

#36 (L) 3rd MT stress fx.
#37 (B) multiple skeletal pains 2° stress rxn.
→ MOLE ON CHIN, SCAR UNDER RT. EYEBROW, BIRTHMARK ON LEFT THIGH

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable Teeth | Non-restorable teeth | Missing Teeth | Replaced by Dentures | Fixed Partial dentures

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

ACCEPTABLE? Y/N

## LABORATORY FINDINGS

45. URINALYSIS: A. SPECIFIC GRAVITY >1.030
B. ALBUMIN NEG
C. SUGAR NEG
D. MICROSCOPIC NEG
46. CHEST X-RAY (Place, date, film number and result) BAMC DATE: 30MAY91 RESULTS: NORMAL
47. SEROLOGY (Specify test used and result)
48. EKG
49. BLOOD TYPE AND RH FACTOR
50. OTHER TESTS CHOL: 184 HDL: 61 CHOL/HDL: 3.0 HCT: 36.5 HIV: Neg

000062

NSN 7540-00-634-4038
88-122

Standard Form 88 (Rev. 3-89)
General Services Administration
Interagency Comm. on Medical Records
FIRMR (41CFR) 201-45.505



"REPRODUCED AT GOVERNMENT EXPENSE"
REPRODUCED AT GOVERNMENT EXPENSE

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | ✓ | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | |
| | ✓ | B. Inability to perform certain motions. | |
| | ✓ | C. Inability to assume certain positions. | |
| | ✓ | D. Other medical reasons *(If yes, give reasons.)* | |
| | ✓ | 16. Have you ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | |
| | ✓ | 17. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occurred.)* | |
| | ✓ | 19. Have you ever been a patient in any type of hospitals? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* | → STRESS FRACTURES |
| | ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* | |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? *(If yes, give date and reason for rejection.)* | |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.)* | |
| | ✓ | 24. Have you ever received, is there pending, or have you applied for, pension or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| BANERJEE, URMILA. | Urmila Banerjee |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

stress fx LE

stress fx 3rd MT

[illegible stamp] 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 [illegible] BBCK

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| | 30 May 91 | [signature] | |

000063

"REPRODUCED AT GOVERNMENT EXPENSE"

# REPORT OF MENTAL STATUS EVALUATION

For use of this form, see AR 635-200; the proponent agency is MILPERCEN

| NAME | GRADE | SOCIAL SECURITY NUMBER |
|---|---|---|
| Banerjee, Urmila | SPC | [redacted] |

## REASON FOR EVALUATION

1. REQUEST A MENTAL STATUS EVALUATION FOR THE ABOVE NAMED SERVICE MEMBER WHO IS BEING CONSIDERED FOR DISCHARGE BECAUSE OF

[ ] REQUEST FOR DISCHARGE FOR GOOD OF SERVICE [ ] PERSONALITY DISORDER [ ] MISCONDUCT [X] OTHER *(See Remarks)*

NOTE: IF NECESSARY, INCLUDE SPECIFIC REASONS IN REMARKS

## EVALUATION *(Check all that apply)*

2. BEHAVIOR
[ ] HYPERACTIVE [X] NORMAL [ ] PASSIVE [ ] AGGRESSIVE [ ] HOSTILE [ ] SUSPICIOUS [ ] BIZARRE

3. LEVEL OF ALERTNESS
[X] FULLY ALERT [ ] DULL [ ] SOMNOLENT

4. LEVEL OF ORIENTATION
[X] FULLY ORIENTED [ ] PARTIAL [ ] DISORIENTED

5. MOOD OR AFFECT
[ ] ANXIOUS [ ] FLAT [X] UNREMARKABLE [ ] DEPRESSED [ ] LABILE [ ] MANIC OR HYPOMANIC

6. THINKING PROCESS
[X] CLEAR [ ] CONFUSED [ ] BIZARRE [ ] LOOSELY CONNECTED

7. THOUGHT CONTENT
[X] NORMAL [ ] ABNORMAL [ ] HALLUCINATIONS [ ] PARANOID IDEATION [ ] DELUSIONS

8. MEMORY
[X] GOOD [ ] FAIR [ ] POOR

## IMPRESSIONS *(Check all that apply)*

9. IN MY OPINION, THIS SERVICE MEMBER

[X] HAS THE MENTAL CAPACITY TO UNDERSTAND AND PARTICIPATE IN THE PROCEEDINGS

[X] WAS MENTALLY RESPONSIBLE

[X] MEETS THE RETENTION REQUIREMENTS OF CHAPTER 3, AR 40-501

[ ] NEEDS FURTHER EXAMINATION *(See remarks)*

[X] OTHER *(See Remarks)*

30 May 1991
APPROVED FOR RELEASE:
PAUL D. AMOS
LTC, MS
Chief, Patient Admin Division

REMARKS

SPC Banerjee was evaluated by CMHS at the commander's request. She is being considered for elimination from the Army UP AR 635-200, Chapter 13. There is no evidence of a mental disease or defect of psychiatric significance or of sufficient severity to warrant disposition through medical channels. She has indicated her desire to be separated IAW applicable regulations. She is cleared for any administrative action deemed appropriate by command.

| DATE | SIGNATURE |
|---|---|
| 28 May 1991 | STEPHEN J. BRANNEN<br>MAJ, MS<br>Assistant Chief, CMHS |

000064

DA FORM 3822-R, OCT 82

EDITION OF 1 MAR 80 IS OBSOLETE



"REPRODUCED AT GOVERNMENT EXPENSE"

STANDARD FORM 93
REV. OCTOBER 1974
PRESCRIBED BY GSA/ICMR
FIRMR (41 CFR) 201-45.505

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29- R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME—FIRST NAME—MIDDLE NAME: BANERJEE URMILA

2. SOCIAL SECURITY OR IDENTIFICATION NO.: [redacted]

3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE): [redacted]

4. POSITION (title, grade, component): E-4

5. PURPOSE OF EXAMINATION: DISCHARGE

6. DATE OF EXAMINATION: 30 MAY '91

7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: BROOKE ARMY MEDICAL CENTER FORT SAM HOUSTON, TX. 78234-620

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

1. I AM IN ________ HEALTH
2. LIST MEDICATIONS BEING TAKEN: IBUPROFEN.
3. LIST ANY ALLERGIES YOU HAVE: PENICILLIN.

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas |
| | ✓ | | Rheumatic fever |
| | ✓ | | Swollen or painful joints |
| | ✓ | | Frequent or severe headache |
| | ✓ | | Dizziness or fainting spells |
| | ✓ | | Eye trouble |
| | ✓ | | Ear, nose, or throat trouble |
| | ✓ | | Hearing loss |
| | ✓ | | Chronic or frequent colds |
| | ✓ | | Severe tooth or gum trouble |
| | ✓ | | Sinusitis |
| | ✓ | | Hay Fever |
| | ✓ | | Head injury |
| | ✓ | | Skin diseases |
| | ✓ | | Thyroid trouble |
| | ✓ | | Tuberculosis |
| | ✓ | | Asthma |
| | ✓ | | Shortness of breath |
| | ✓ | | Pain or pressure in chest |
| | ✓ | | Chronic cough |
| | ✓ | | Palpitation or pounding heart |
| | ✓ | | Heart trouble |
| (1) ✓ | | | High or low blood pressure |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | ✓ | | Cramps in your legs |
| | ✓ | | Frequent indigestion |
| | ✓ | | Stomach, liver, or intestinal trouble |
| | ✓ | | Gall bladder trouble or gallstones |
| | ✓ | | Jaundice or hepatitis |
| | ✓ | | Adverse reaction to serum, drug, or medicine |
| (2) ✓ | | | Broken bones |
| | ✓ | | Tumor, growth, cyst, cancer |
| | ✓ | | Rupture/hernia |
| | ✓ | | Piles or rectal disease |
| | ✓ | | Frequent or painful urination |
| | ✓ | | Bed wetting since age 12 |
| | ✓ | | Kidney stone or blood in urine |
| | ✓ | | Sugar or albumin in urine |
| | ✓ | | VD—Syphilis, gonorrhea, etc. |
| | ✓ | | Recent gain or loss of weight |
| | ✓ | | Arthritis, Rheumatism, or Bursitis |
| (3) | ✓ | | Bone, joint or other deformity |
| | ✓ | | Lameness |
| | ✓ | | Loss of finger or toe |
| | ✓ | | Painful or "trick" shoulder or elbow |
| | ✓ | | Recurrent back pain |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | ✓ | | "Trick" or locked knee |
| | ✓ | | Foot trouble |
| | ✓ | | Neuritis |
| | ✓ | | Paralysis (include infantile) |
| | ✓ | | Epilepsy or fits |
| | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Frequent trouble sleeping |
| | ✓ | | Depression or excessive worry |
| | ✓ | | Loss of memory or amnesia |
| | ✓ | | Nervous trouble of any sort |
| | ✓ | | Periods of unconsciousness |

12. FEMALES ONLY: HAVE YOU EVER

| YES | NO | |
|---|---|---|
| ✓ | | Been treated for a female disorder |
| ✓ | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?

~~NO~~ STUDENT.

14. ARE YOU (Check one)

☑ Right handed ☐ Left handed

93-103

"REPRODUCED AT GOVERNMENT EXPENSE"



000065

MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 63 1/2 | 110 | Black | Brown | [X] SLENDER [ ] MEDIUM [ ] HEAVY [ ] OBESE | |

57. BLOOD PRESSURE (Arm at heart level)

| A. SITTING | | B. RECUMBENT | | C. STANDING (5 min.) | |
|---|---|---|---|---|---|
| SYS. 110 | DIAS. 60 | SYS. | DIAS. | SYS. | DIAS. |

58. PULSE (Arm at heart level)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 60 | | | | |

59. DISTANT VISION

RIGHT 20/ 200 CORR. TO 20/

LEFT 20/ 50 CORR. TO 20/

60. REFRACTION

BY S. CX

BY S. CX

61. NEAR VISION

20/20 CORR. TO BY

20/20 CORR. TO BY

62. HETEROPHORIA (Specify distance)

ES* EX* R.H. L.H. PRISM DIV. PRISM CONV. CT PC PD

63. ACCOMMODATION RIGHT LEFT

64. COLOR VISION (Test used and result)

65. DEPTH PERCEPTION Test used and score) UNCORRECTED CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING

RIGHT WV /15 SV /15

LEFT WV /15 SV /15

71. AUDIOMETER SGT QUICK 91623 ANSI 1989

| | 250 258 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | / | 20 | 5 | 10 | 5 | 5 | 10 | / |
| LEFT | / | 10 | 5 | 10 | 0 | 5 | 10 | / |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

A.) HEALTH RECORDS HAVE BEEN REVIEWED? Y/N
B.) MASTER PROBLEMS LIST HAS BEEN UPDATED? Y/N
C.) HEALTH RECORDS REVEAL THE FOLLOWING PERMANENT PROFILE:

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers) (Use additional sheets if necessary)

Multiple stress fxs (B) LE
stress fx (L) 3rd MT.

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| ✓ | | | |

77. EXAMINEE (Check)

A. [X] IS QUALIFIED FOR ETS/CHAPTER

B. [ ] IS NOT QUALIFIED FOR

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE [signature]

C... LTC, MC ... 38.CK 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

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) — SIGNATURE

82. TYPED OR PRINTED NAME OR REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE

NUMBER OF ATTACHED SHEETS —

U.S. Government Printing Office: 1990-262-081/20025

SF 88 (Rev. 3-89) BACK

REPRODUCED AT GOVERNMENT EXPENSE

B L ABURATORY STAT REPORT
(PA of 1974 applies)

:RJEE,URMILA 20.[redacted] Loc: TMC MEDICAL EXAM SECTION

by Dr. GRABHORN Results entered at 1543 by FJD

IPID PROFILE 30-MAY-91 1447

Specimen comment(s): COLLECTION TIME/DATE NOT GIVEN. CURRENT TIME/DATE WAS ERED.

COMMENT: SERUM APPEARANCE-NORMAL FASTING

| | | | |
|---|---|---|---|
| TOT CHOLESTEROL | 184 | mg/dL | (90-199) |
| TRIGLYCERIDES | 78 | mg/dL | (30-250) |
| HDL CHOLESTEROL | 61 | mg/dL | (35-100) |
| LDL CHOLESTEROL | 107 | mg/dL | (60-129) |
| T.CHOL/HDL CHOL | 3.0 | RATIO | (1.0-5.9) |

"REPRODUCED AT GOVERNMENT EXPENSE"

NSN 7540-01-165-7294

*U.S. GPO: 1989-249-002

519-301

# RADIOLOGIC CONSULTATION REQUEST/REPORT

(Radiology/Nuclear Medicine/Ultrasound/Computed Tomography Examinations)

EXAMINATION(S) REQUESTED

CXR PA & LAT

AGE | SEX: M | SSN (Sponsor) | WARD/CLINIC | REGISTER NO.

FILM NO.

PREGNANT ☐ YES ☐ NO

REQUESTED BY (Print): LARRY L GRABHORN

TELEPHONE/PAGE NO.

SIGNATURE OF REQUESTOR: COL MC MD

MEDICAL EXAM

DATE REQUESTED: 30 May 9

SPECIFIC REASON(S) FOR REQUEST (Complaints and findings)

Chapter -13

DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year)

RADIOLOGIC REPORT

NORMAL

McLaren MD

"REPRODUCED AT GOVERNMENT EXPENSE"

PATIENT'S IDENTIFICATION (For typed or written entries give: Name — last, first, middle, Medical Facility)

20 [redacted]
B CO 187 MB
BANERJEE URMILA 1401 THC
[redacted] F USA/AD
PFC/E3 STUDENT

LOCATION OF MEDICAL RECORDS

LOCATION OF RADIOLOGIC FACILITY

SIGNATURE

51

000068

RADIOLOGIC CONSULTATION

STANDARD FORM 519-B (8-83)

NSN 7540-01-165-7294 *U.S. GPO: 1989-249-002 519-301

BEAM

**RADIOLOGIC CONSULTATION REQUEST/REPORT**
*(Radiology/Nuclear Medicine/Ultrasound/Computed Tomography Examinations)*

EXAMINATION(S) REQUESTED: Bone scan

| AGE | SEX | SSN (Sponsor) | WARD/CLINIC | REGISTER NO. |
|---|---|---|---|---|
| 25 | F | | TMC | |

FILM NO.

PREGNANT: ☐ YES ☒ NO

REQUESTED BY (Print): A J BURGARDT LTC

TELEPHONE/PAGE NO.

SIGNATURE OF REQUESTOR: [signature] MD LTC

DATE REQUESTED: 9 May 91

SPECIFIC REASON(S) FOR REQUEST *(Complaints and findings)*

25 y old with (L) 3rd meta stress
6x - foot, hip pain - (L) side.

| DATE OF EXAMINATION *(Month, day, year)* | DATE OF REPORT *(Month, day, year)* | DATE OF TRANSCRIPTION *(Month, day, year)* |
|---|---|---|
| | | |

RADIOLOGIC REPORT

STUDY: Bone scan performed 22 May 91.
RADIOPHARMACEUTICAL: Technetium 99m MDP, 21.4 mCi.

FINDINGS: Multiple regional images of the pelvis and lower extremities were obtained for this study. Mildly increased radiopharmaceutical is noted in a nonfocal pattern in both tibias, both knees, and the left foot. A small focus of significantly increased tracer activity is present in the distal third metatarsal of the left foot.

IMPRESSION: 1) FINDINGS CONSISTENT WITH STRESS FRACTURE OF THE DISTAL THIRD METATARSAL OF THE LEFT FOOT. 2) STRESS RELATED CHANGES OF THE TIBIAS AND LEFT FOOT.

[signature]
JAMES D. HEIRONIMUS, LTC, MC
Chief, Nuclear Medicine Service
dd: 5/22/91
dt: 5/24/91/cah/BMT

"REPRODUCED AT GOVERNMENT EXPENSE"

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name — last, first, middle, Medical Facility)*

20 [redacted]
8 CO 187 MB 1401 TMC
BANERJEE, URMILA
[redacted] F USA/AD
PFC/E3 STUDENT

LOCATION OF MEDICAL RECORDS

LOCATION OF RADIOLOGIC FACILITY

SIGNATURE

52

RADIOLOGI REQU

BANERJEE, URMILA
20-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 TcMDP BONE
99MTC MDP Lot #: 05229105
05/22/91 11:05 Rx #:2633
Act: 21.400 mCi/0.48 cc TROOP MEDICAL CLINIC /MDR

000069

83)

TIME: 05:45 PM
DATE: 31-May-91

DEPARTMENT OF PATHOLOGY AND AREA LABORATORY SERVICES
BROOKE ARMY MEDICAL CENTER
FORT SAM HOUSTON, TEXAS 78234-6200
R. E. PRAGER, COL, MC, CHIEF, CLINICAL PATHOLOGY
OUTPATIENT LABORATORY CHART REPORT

RESULT FLAGS: * = ABNORMAL ** = CRITICAL
(Normal ranges are shown in parentheses) (PA of 1974 Applies)

RECORD LOCATION: TMC BAMC CO B

BANERJEE,URMILA 20.[redacted]/000-0000

(Ordered from TMC MEDICAL EXAM SECTION by Dr: GRABHORN.)

LIPID PROFILE Collected 30-MAY-91/1447 hours
SPEC COMMENT: COLLECTION TIME/DATE NOT GIVEN. CURRENT TIME/DATE WAS ENTERED.
TEST COMMENT: SERUM APPEARANCE-NORMAL FASTING

| | | | |
|---|---|---|---|
| TOT CHOLESTEROL | 184 | mg/dL | (90-199) |
| TRIGLYCERIDES | 78 | mg/dL | (30-250) |
| HDL CHOLESTEROL | 61 | mg/dL | (35-100) |
| LDL CHOLESTEROL | 107 | mg/dL | (60-129) |
| T.CHOL/HDL CHOL | 3.0 | RATIO | (1.0-5.9) |

INTERPRETIVE INFORMATION:
(DESIRABLE RANGES FOR A 12-HOUR FASTING SAMPLE SHOW ABOVE. INTERPRETATION MAY VARY DEPENDING ON AGE AND SEX).

RECOMMENDED UNIFORM DECISION CUTPOINTS (TABLE BELOW) FOR SERUM TOTAL AND LDL CHOLESTEROL CONCENTRATIONS TO IDENTIFY ADULTS (20 YEARS AND OLDER) AT INCREASED RISK TO CORONARY HEART DISEASE. (SOURCE: NATIONAL CHOLESTEROL EDUCATION PROGRAM.1988.REPORT OF THE EXPERT ADULT TREATMENT PANEL ON DETECTION,EVALUATION AND TREATMENT OF HIGH BLOOD CHOLESTEROL IN ADULTS, NATIONAL HEART, LUNG AND BLOOD INSTITUTE,NIH. ARCH INTERN MED 1988;148:36-69).

| DECISION LEVELS | TOT CHOLESTEROL (mg/dL) | LDL CHOLESTEROL (mg/dL) | TRIGLYCERIDES (mg/dL) |
|---|---|---|---|
| DESIRABLE | < 200 | < 130 | < 250 |
| BORDERLINE HIGH | 200-239 | 130-159 | 250-500 |
| HIGH | => 240 | => 160 | > 500 |

LDL CHOLESTEROL: ESTIMATED BY FRIEDEWALD FORMULA: LDL CHOL = TOT CHOL - HDL CHOL - VLDL CHOL(estimate of TRIGLYCERIDES/5). FORMULA DOES NOT APPLY WHEN TRIGLYCERIDES > 400 mg/dL, CHYLOMICRONS PRESENT OR IN PATIENTS WITH TYPE III HYPERLIPIDEMIA.

TRIGLYCERIDES: MEASURED VALUE IS "TRUE" TRIGLYCERIDE WHICH HAS BEEN BLANK-CORRECTED FOR INTERFERING FREE ENDOGENOUS GLYCEROL FROM NONTRIGLYCERIDE SOURCES.

PERMANENT COPY FOR PATIENT'S RECORD

"REPRODUCED AT GOVERNMENT EXPENSE"

000070

STANDARD FORM 545
545-106

ORT DISPLAY

| | |
|---|---|
| GLU | NEGATIVE |
| BIL | NEGATIVE |
| KET | NEGATIVE |
| SG | >=1.030 |
| BLU | NEGATIVE |
| PH | 5.0 |
| PRO | NEGATIVE |
| URO | 1.0 E.U./dL |
| NIT | NEGATIVE |
| LEU | NEGATIVE |

Specific Gravity ______
Color yellow
Appearance Clear
MICROSCOPIC
Casts ______ /LPF
Type ______
WBC ______ /HPF
RBC ______ /HPF
Crystals ______
Epithelial Cells few
Type Squamous
Yeast ______
Trichomonas ______
Bacteria ______
OTHER:
SSA NEG
Comments light mucus
NGUYEN ... MC MED DIR, HE...
Tested By: SB Date: 30/5

DIAGNOSIS

INSTR... flow sh... used fo... on the...
ENTER IN S...

BROOKE ARMY MEDICA[L]
DEPARTMENT OF PAT[HOLOGY]
PATIENT COPY
BAMC Form 810
1 Nov 85

[redacted] F USA/AD
PFC/E3 STUDENT

| | | NORMAL VALUES |
|---|---|---|
| 6.3 | WBC X 10³ | M 7.8±3 F |
| 4.60 | RBC X 10⁶ | M 5.4±.7 F 4.8±.6 |
| 12.4 | Hgb g/dL | M 16.0±2 F 14.0±2 |
| 36.5 | Hct % | M 47±5 F 42±5 |
| 79.5 L | MCV μM³ | M 87±7 F 90±9 |
| 27.1 | MCH pg | 29±2 |
| 34.1 | MCHC g/dL | 35±2 |
| | RDW % | 13±1.5 |
| 227. | PLT X 10³ | 130-400 |
| | MPV μM³ | 8.9±1.5 |
| | | 5.9±3.7 |
| | % | |
| | LYMPH X 10³ | 2.0±1 |
| | MONO X 10³ | 0.4±.4 |
| | GRAN X 10³ | 4.7±3.3 |

TECH

NGUYEN HUU DICH
LTC, MC
MED DIR, HEMA

20 [redacted] B CO 107 MB
[redacted] URHILA
[redacted] F USA/AD
PFC/E3 STUDENT
1401 THE

NOTE: Differential counts performed only on abnormal CBCs or upon special request.

| Differential | | Morphology |
|---|---|---|
| Segmented Neutrophils 39-75% | 60 | RBC COLOR, SIZE, SHAPE |
| Band Neutrophils 0-10% | 1 | ANISO-CYTOSIS |
| Lymphocytes 15-40% | 33 | POIKILO-CYTOSIS |
| Monocytes 0-10% | 3 | MICRO-CYTOSIS |
| Eosinophils 0-7% | 3 | MACRO-CYTOSIS |
| Basophils 0-2% | | POLY-CHROMASIA |
| Atypical Lymphocytes 0-5% | | HYPO-CHROMASIA |
| Plasma Cells 0% | | SPHERO-CYTOSIS |
| Metamyelocytes 0% | | TARGET CELLS |
| Myelocytes 0% | | BASOPHILIC STIPPLING |
| Promyelocytes 0% | | TOXIC GRANULATION |
| Blasts 0% | | HYPER SEG NEUTROPHILS |
| NUCLEATED RBC #/100WBC | | |
| WBC DIFF SAMPLE X 10 | | PLATELET SUFFICIENCY |
| RETICULOCYTE % 0.5-1.5% | | RBC SIZE MEAN |
| PLATELET ESTIMATE X 10³ | | RBC SIZE S.D. |

TECH

SICKLE TEST
☐ POS ☐ NEG

ESR ______
NORMALS:

| | |
|---|---|
| <50 YR | M<15MM/HR F<20MM/HR |
| >50 YR | M<20MM/HR F<30MM/HR |

LAB NUMBER 19

REVIEWED BY
DATE

CODE
SL — SLIGHT/FEW
MO — MODERATE
MK — MARKED/MANY
HI — HIGH
NL — NORMAL
LO — LOW
+ MAY CONTAIN PLASMA CELLS
• IMMATURE GRANULOCYTES ALL CLASSES

(7)
SF 556)

BAMC LABORATORY STAT REPORT
(PA of 1974 applies)

BA( )JEE,URMILA 20.[redacted] Loc: TMC MEDICAL EXAM SECTION
Req. by Dr. GRABHORN Results entered at 1238 by JAP

HIV AB SCREEN F 03-JUN-91 1435
Specimen comment(s): HIV SPECIMEN FOR FORCE SCREENING
HIV AB SCREEN F NEGATIVE

"REPRODUCED AT GOVERNMENT EXPENSE"

TIME: 05:45 PM
DATE: 07-Jun-91

DEPARTMENT OF PATHOLOGY AND AREA LABORATORY SERVICES
BROOKE ARMY MEDICAL CENTER
FORT SAM HOUSTON, TEXAS 78234-6200
R. E. PRAGER, COL, MC, CHIEF, CLINICAL PATHOLOGY
OUTPATIENT LABORATORY CHART REPORT

RESULT FLAGS: * = ABNORMAL ** = CRITICAL (PA of 1974 Applies)
(Normal ranges are shown in parentheses)

RECORD LOCATION: TMC MEDICAL EXAM SECTION

BANERJEE,URMILA 20.[redacted] /000-0000

(Ordered from TMC MEDICAL EXAM SECTION by Dr: GRABHORN.)
HIV AB SCREEN F Collected 03-JUN-91/1435 hours
SPEC COMMENT: HIV SPECIMEN FOR FORCE SCREENING
HIV AB SCREEN F NEGATIVE

INTERPRETIVE INFORMATION:
TEST PERFORMED BY DAMON LABORATORY.

PERMANENT COPY FOR PATIENT'S RECORD

"REPRODUCED AT GOVERNMENT EXPENSE"

[illegible]

## SECTION I – IDENTIFICATION DATA

1. NAME: BANERJEE URMILA
2. S.S.N.: [redacted]

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA

(3) MOS EVALUATION SCORES ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

4. ASSIGNMENT CONSIDERATIONS ☐ CONT

ENL FOR TOC ENL OPT TBL 9-3 AR 601-210 91Q

5. OVERSEA SERVICE ☐ CONT

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC | DEPN ARR OS |
|---|---|---|---|---|---|---|
| | | | | | | |

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued)

6. MILITARY OCCUPATIONAL SPECIALTIES ☐ CONT

| MOSC | TITLE | DATE |
|---|---|---|
| | | |

7. AVIATION ASI & GUNNERY QUALIFICATION ☐ CONT

| AIRCRAFT F/W | AIRCRAFT R/W | INSTR PILOT F/W | INSTR PILOT R/W | GUNNERY SYSTEM TNG | GUNNERY SYSTEM INSTR |
|---|---|---|---|---|---|
| | | | | | |

(8) APTITUDE AREA SCORES ☐ CONT

| AREA | SCORE | AREA | SCORE |
|---|---|---|---|
| GT | 122 | | |
| GM | 112 | | |
| EL | 122 | | |
| CL | 106 | | |
| MM | 110 | | |
| SC | 109 | | |
| CO | 119 | | |
| FA | 110 | | |
| OF | 121 | | |
| ST | | | |

DATE: 900418

PLACE: [illegible], PA

9. AWARDS, DECORATIONS & CAMPAIGNS ☐ CONT

ARMY-SVC-RBN/NAT-DEF-SVC-MDL/

RIFLE M16 MM BADGE 901124

HAND GRENADE SC BADGE 901203

10. OTHER TESTS ☐ CONT

| TEST | DATE | SCORE |
|---|---|---|
| MDB- | | |
| OCT | | |
| DLAT | | |
| OQI-1 | | |
| FAST-OB | | |
| WOCB | | |

11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD ☐ CONT

12. LANGUAGE PROFICIENCY

| DA FORM 330 SUBMITTED | DATE |
|---|---|
| | |

DA FORM 2-1 73

PERSONNEL QUALIFICATION RECORD – PART II



000074