## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA *(Continued)*

13 PILOT RATINGS

| ORIGINAL | DATE | CURRENT | DATE |
|---|---|---|---|
| | | | |

14 FLYING STATUS ☐ CONT

INSTRUMENT CERTIFICATION

15 INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS ☐ CONT

| HOSPITAL | TYPE OR SERVICE | MONTHS | YEAR |
|---|---|---|---|
| | | | |

16 HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE ☐ CONT

| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT |
|---|---|---|---|---|
| | | | | |

17. CIVILIAN EDUCATION AND MILITARY SCHOOLS ☐ CONT

| SCHOOL | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR |
|---|---|---|---|---|
| DETEA HS | GENERAL | 4YR | YES | 83 |
| UNIV OF DELEWARE | PYSCHOLOGOY | -- | BA | 89 |
| AHS FSH TX | GMO | 4 Wk | Yes | 91 |
| AHS FSH TX | Pharm Spc 91Q | 20 WKS | | 91 |

## SECTION III – SERVICE, TRAINING AND OTHER DATES

18. APPOINTMENTS AND REDUCTIONS ☐ CONT

| GRADE | COMP | EFFECTIVE DATE | DATE OF ~~ELIG.~~/RANK |
|---|---|---|---|
| PFC | | | 901009 |

19. SPECIALIZED TRAINING ☐ CONT

| SUBJECT | DATE |
|---|---|
| ATP 21-114 *(BCT)* | 901220 |
| Geneva-Hague Conventions | 90 |
| Military Justice | 901009 |
| Benefits of Honorable Discharge | |
| STD OF CDT | 901028 |
| EO | 901027 |

(20) BASIC ENLISTED SERVICE DATE *(BESD)* 900418

(21) TIME LOST *Sec. 972, Title 10, USC)* ☐ CONT

| FROM | THRU | DAYS | REASON |
|---|---|---|---|
| | | | |

## SECTION IV – PERSONAL AND FAMILY DATA

VAC DRM

22. PHYSICAL STATUS

| HEIGHT | WEIGHT | GLASSES |
|---|---|---|
| 63 | 110 | ☒ YES ☐ NO |

DATE OF EXAM 901009

23. PLACE OF BIRTH AND CITIZENSHIP

SELF INDIA E E

SPOUSE

CITIZENSHIP OF SPOUSE

24. NUMBER OF DEPENDENTS

| ADULT | CHILDREN |
|---|---|
| | |

25. HOME OF RECORD/ADDRESS

26. CIVILIAN OCCUPATION

JOB TITLE:

DOT CODE

CRITICAL OCCUPATION ☐ YES ☐ NO

NO. MONTHS EMPLOYED

MOSC

DUTIES PERFORMED

EMPLOYER

00007

27. REMARKS

28. ITEM CONTINUATION

| ITEM NO. | DATA |
|---|---|

(29) DATE DA FORM 20B PREPARED:

(30) DATE DUPLICATE DA FORM 2-1 SUBMITTED:

31 REPORT OF CHANGES

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

## SECTION IX -- RESERVE COMPONENT DATA

32a. READY RESERVE OBLIGATION EXPIRATION DATE:

b. DA FORM 3726 OR 3726-1 AGREEMENT EXPIRATION DATE:

c. SERVICE OBLIGATION EXPIRATION DATE:

d. MANDATORY REMOVAL FROM ACTIVE STATUS:

e. RETIREMENT YEAR ENDING DATE:

| 33. DATE | | 34. SIGNATURE |
|---|---|---|
| PREPARED | REVIEWED | |
| OCT 12 1990 | 91 02 11 | [signature] |

35. RECORD OF ASSIGNMENTS

☐ CONT

| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-DUTY DAYS BP YR/MO | NON-RATED DAYS EP YR/MO | TYPE REPORT |
| --- | --- | --- | --- | --- | --- | --- |
| 900418 | 901008 | ON DEP | | | | |
| 901009 | | ENLISTMENT | 42ND AG BN (REC) FT DIX NJ | - | - | NONE |
| 901023 | 91B | BCT | B-3-26th Inf, Ft Dix, NJ | — | — | NONE |
| 901224 | — | Casual | Enroute to Ft Sam Houston, TX | — | — | NONE |
| 910208 | 91Q00 | GMO | Co B 187th Med FSH TX | - | - | - |
| 910315 | 91Q | AIT | CO E 187th MED BN AHS FSHTX | - | - | - |

— Fold Here —

000077

9/Q✓

~~2839OT2504~~

## SECTION I – IDENTIFICATION DATA

1. NAME: BANERJEE URMILA
2. S.S.N. [redacted]

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA

3. MOS EVALUATION SCORES ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

4. ASSIGNMENT CONSIDERATIONS ☐ CONT

ENL FOR TOC ENL OPT TBL 9-3 AR 601-210 91Q

5. OVERSEA SERVICE ☐ CONT

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC | DEPN ARR OS |
|---|---|---|---|---|---|---|
| | | | | | | |

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA *(Continued)*

6. MILITARY OCCUPATIONAL SPECIALTIES ☐ CONT

| MOSC | TITLE | DATE |
|---|---|---|
| | | |

7. AVIATION ASI & GUNNERY QUALIFICATION ☐ CONT

| AIRCRAFT F/W | AIRCRAFT R/W | INSTR PILOT F/W | INSTR PILOT R/W | GUNNERY SYSTEM TNG | GUNNERY SYSTEM INSTR |
|---|---|---|---|---|---|
| | | | | | |

8. APTITUDE AREA SCORES ☐ CONT

| AREA | SCORE | AREA | SCORE |
|---|---|---|---|
| GT | 122 | | |
| GM | 112 | | |
| EL | 122 | | |
| CL | 106 | | |
| MM | 110 | | |
| SC | 109 | | |
| CO | 119 | | |
| FA | 110 | | |
| OF | 121 | | |
| ST | | | |

DATE: [illegible]
PLACE: [illegible]

9. AWARDS, DECORATIONS & CAMPAIGNS ☐ CONT

ARMY-SVC-RBN/NAT-DEF-SVC-MDL/

RIFLE M16 MM BADGE 901124
HAND GRENADE [illegible] BADGE 901203

10. OTHER TESTS ☐ CONT

| TEST | DATE | SCORE |
|---|---|---|
| MDB- | | |
| OCT | | |
| DLAT | | |
| OQI-1 | | |
| FAST- | | |
| OB | | |
| WOCB | | |

11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD ☐ CONT

12. LANGUAGE PROFICIENCY

| DA FORM 330 SUBMITTED | DATE |
|---|---|
| | |

000078

**PERSONNEL QUALIFICATION RECORD – PART II**

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued)

13 PILOT RATINGS

| ORIGINAL | DATE | CURRENT | DATE |
|---|---|---|---|
| | | | |

14 FLYING STATUS ☐ CONT

INSTRUMENT CERTIFICATION

15 INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS ☐ CONT

| HOSPITAL | TYPE OR SERVICE | MONTHS | YEAR |
|---|---|---|---|
| | | | |

16 HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE ☐ CONT

| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT |
|---|---|---|---|---|
| | | | | |

17. CIVILIAN EDUCATION AND MILITARY SCHOOLS ☐ CONT

| SCHOOL | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR |
|---|---|---|---|---|
| DETEA HS | GENERAL | 4YR | YES | 83 |
| UNIV OF DELEWARE | PYSCHOLOGOY | -- | BA | 89 |
| AHS FSH TX | GMO | 4 Wk | Yes | 91 |
| AHS FSH TX | Pharm Spc 91Q | 12 WKS | NO | 91 |

## SECTION III – SERVICE, TRAINING AND OTHER DATES

18. APPOINTMENTS AND REDUCTIONS ☐ CONT

| GRADE | COMP | EFFECTIVE DATE | DATE OF ~~ELIG~~/RANK |
|---|---|---|---|
| PFC | | | 901009 |

19. SPECIALIZED TRAINING ☐ CONT

| SUBJECT | DATE |
|---|---|
| ATP 21-114 (BCT) | 901221 |
| Geneva-Hague Conventions | 901028 |
| Military Justice | 901009 |
| Benefits of Honorable Discharge | |
| STD OF CDT | 901028 |
| EO | 901027 |

20 BASIC ENLISTED SERVICE DATE (BESD) 900118

21 TIME LOST Sec. 972, Title 10, USC) ☐ CONT

| FROM | THRU | DAYS | REASON |
|---|---|---|---|
| | | | |

## SECTION IV – PERSONAL AND FAMILY DATA

ML brn

22. PHYSICAL STATUS

| HEIGHT | WEIGHT | GLASSES |
|---|---|---|
| 63 | 110 | ☒ YES ☐ NO |

DATE OF EXAM 901009

23. PLACE OF BIRTH AND CITIZENSHIP

SELF INDIA E E

SPOUSE

CITIZENSHIP OF SPOUSE

24. NUMBER OF DEPENDENTS

| ADULT | CHILDREN |
|---|---|
| | |

25. HOME OF RECORD/ADDRESS

26. CIVILIAN OCCUPATION

JOB TITLE:

DOT CODE | CRITICAL OCCUPATION ☐ YES ☐ NO | NO. MONTHS EMPLOYED | MOSC

DUTIES PERFORMED

EMPLOYER

– Fold Here –

## SECTION V – MISCELLANEOUS

27. REMARKS

28. ITEM CONTINUATION

| ITEM NO. | DATA |
|---|---|
| | |

(29) DATE DA FORM 20B PREPARED:

(30) DATE DUPLICATE DA FORM 2-1 SUBMITTED:

31 REPORT OF CHANGES

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 7[illegible] | [illegible]2 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 9[illegible] |

## SECTION IX – RESERVE COMPONENT DATA

32a. READY RESERVE OBLIGATION EXPIRATION DATE:

b. DA FORM 3726 OR 3726-1 AGREEMENT EXPIRATION DATE:

c. SERVICE OBLIGATION EXPIRATION DATE:

d. MANDATORY REMOVAL FROM ACTIVE STATUS:

e. RETIREMENT YEAR ENDING DATE:

| 33. DATE PREPARED | REVIEWED | 34. SIGNATURE |
|---|---|---|
| [illegible]T 1 2 1990 | 91 02 11 | [signature] |

000080

63

| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-DUTY DAYS BP YR/MO | NON-RATED DAYS EP YR/MO | TYPE REPORT |
|---|---|---|---|---|---|---|
| 900418 | 901008 | ON DEP | | | | |
| 901009 | | ENLISTMENT | 42ND AG BN (REC) FT DIX NJ | - | - | NONE |
| 901023 | 91Q | BCT | B-3-26th Inf, Ft Dix, NJ | — | — | NONE |
| 901224 | — | Casual | Enroute to Ft Sam Houston, TX | — | — | NONE |
| 910208 | 91000 | GMO | Co B 187th Med FSH TX | - | - | - |
| 910315 | 91Q | AIT (DROPPED) | CO E 187th MED BN AHS FSHTX | - | - | - |
| 910611 | - | DUTY SOLDIER | CO E 187th MED BN TRNE AHS FSHTX | | | |
| 910624 | - - | DISCHARGE-Honorable | | | | |

CONT

— Fold Here —

C O R R E C T E D C O P Y

DEPARTMENT OF THE ARMY
HEADQUARTERS, FIFTH U.S. ARMY AND FORT SAM HOUSTON
Fort Sam Houston, Texas 78234-5000

ORDERS 128-55 17 June 1991

BANERJEE, URMILA [redacted] SPC Co E Trne (W3VZ7Q) 187th Med Bn USAMEDD Regt AHS USA Ft Sam Houston, TX 78234-6100

You are reassigned to US Army Separation Transition Point shown for separation processing. After processing, you are discharged from component shown. If you are delayed in reporting to the separation transition point, you still must report to the separation transition point as soon as possible or as authorized to receive a new effective date of discharge.

Assigned to: United States Army Separation Transition Point (WOVD1A 9) Fort Sam Houston, Texas 78234-5000
Reporting date: 24 June 1991
Component: Regular Army
Date of discharge (unless changed or rescinded): 24 June 1991
Additional instructions: Not applicable

FOR ARMY USE
Auth: AR 635-200
HOR: Wilmington DE
Pl EAD or OAD: Philadelphia PA
MDC: 7BE1
PEBD: NA
Format: 501

CIC: NA
Aval date: NA

FOR THE COMMANDER:

DAVID L. NICKELS
CPT, AG
Adjutant General

HEADQUARTERS • FORT SAM HOUSTON, TEXAS • OFFICIAL COPY

DISTRIBUTION:
SPC BANERJEE (25)
Cdr, Co E 187th Med Bn AHS (2)
C, Stu Pers (Ms Dick)(1)
Casual Clk (Mrs Wong)(1)
AFZG-PA-AT (91Q Rcd)(1)
AFZG-PA-AT (91Q Mgt)(1)
TOTAL COPIES (31)

"REPRODUCED AT GOVERNMENT EXPENSE"

"REPRODUCED AT GOVERNMENT EXPENSE"



000082

NAME : CHATTERJEE,URMILA
SSN : [redacted]
AGE : 30
PHYSICIAN: HEIMAN,DONALD F
LAST EXAM: No previous Visits
EXAM DATE: AUG 15,1991 10:25
DIAG CODE: NORMAL

PATIENT LOC : C&P-SANTRAM
PROCEDURE : KNEE 2 VIEWS
TECHNICIAN : SNYDER,DONNA J
RPT ENTERED : AUG 18,1991 07:36
DTE REPORTED: AUG 15,1991
HOSPITAL LOC: WILMINGTON

===========================================================================

Exam Modifiers : BILATERAL EXAM

Clinical History:
Report:
Impression: Status: VERIFIED
Normal right knee. Normal left knee.

Primary Interpreting Staff:
BHARATI V TURAKHIA, B.TURAHKIA M.D. (Verifier)

/

NAME: CHATTERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: AUG 20,1991 12:11
VERIFIED BY : TURAKHIA,BHARATI V

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

PROGRESS NOTES

SH ⊖ EtOH, Smoke, Drugs
FH RA in father's sister
All PCN → ⊕ 5 yrs ago [illegible]
Meds ∅
PE: BP 100/70 Skin: ⊖ rashes
HEENT: No oral ulcers, Sclera non [illegible]
Neck: no adenopathy or thyroid
Lungs: bilat clear Heart: S1 S2 reg ⊖ M
Abd: soft, non tender no organomegaly
Ext: upper: no sig [illegible], crepitus, tenderness
Back: ⊖ scoliosis, good ROM no tenderness
hips: mild ⊕ trochanteric tenderness, full ROM
Knees/legs/feet: no synovitis
No tender points
Neuro: non-focal DTRs ⊕

Labs:
SR = 5
F <30
Ca 9.4 Phos 3.6
P 6.9
PEP ⊖
SH 3.5 (0.46-3.95)
ANA: Neg

Imp: Pt c h/o stress fx MT → may be stress fx well healed. Will review films c radiologist. Does not seem to be CVD but would like to r/o Sarcoid/TB c chest x-ray, ✓ [illegible] & LFTs
Also rest of TFTs given ⊕ TSH [illegible]
After studies can just gradually ↑ conditioning if no new clues turn up
[signature]

**MEDICAL RECORD** — **PROGRESS NOTES**

| DATE | |
|---|---|
| 7/23/91 | Pt is 25 yo indian ♀ c̄ 3 mo hx of daily lowgrade fevers, fatigue (extreme), c̄ chills, no night sweats, (+) wt loss now c̄ some gain. Denies rashes but states (L) hip pain worse at night, intermittent, sharp, s̄ radiation. Pt also states bilat thigh pain, knee pain lateral & medial s̄ swelling. Sometimes has (L) arch pain. When this began was doing active army time → eval by doc, sent for bone scan. State shows rxn in femurs, tibia, knees & feet c̄ (+) fx in MT (L). Motrin seemed to help. Now still can not stand or walk for long periods of time or sit crossleg. (L) hip joint pain the worst. While in Houston had one episode of N/V & diarrhea lasting ≈ 1 day. Pt states also irregular menses. Pt came to U.S. 5 yrs ago — No travel since. In month of February had severe bronchitis & flu tx c̄ meds. Pt is not sexually active |

072291

FANERJEE, SHILA ??

WILMINGTON LE 19?1)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

NP 121965 4??

(Continue on reverse side)

REGISTER NO. | WARD NO.

5 8

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR (41 CFR) 201-45.505
509-111

**MEDICAL RECORD** — **PROGRESS NOTES**

| DATE | |
|---|---|
| 7-24-91 | MHC-SWS See Form 10-0043 under Misc. Section. A. Stanton, LCSW |
| 7/25/91 | MHC – Seen today for further diagnostic evaluation. MMPI given today was valid, with profile of a character disorder and depression. When offered antidepressant medication, pt said she would rather just be able to do what she wants to do and be left alone by her parents. I then recommended casework to help her work out her conflicts between herself and her parents. Also again offered medication, if or whenever she would want to try it. Scheduled with Mrs Stanton for on-going case work. RTC 8/2/91 L Stross MD |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Banerjee, ~~[illegible]~~ Urmila

[redacted]

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR (41 CFR) 201-45.505
509-...

000086

**MEDICAL RECORD** | **PROGRESS NOTES**

DATE

7/29 Ortho

ORTHOPEDIC CLINIC

25 y/o F from India (in US 5 yrs ago)
Seen recently by Rheum for multiple joint pain. Pt was recently discharged from Army (E4 ...) and had been active c marching, etc. She c/o B/L Knee pain posteriorly, laterally, medially; improving (L) foot pain, and (R) hip pain - worse at night c pt tenderness when sleeping. Recent w/u at Houston revealed (L) 3rd MT stress fx (healing) - Bone scan showed stress Rxns in (R) femur, both tibias and feet. Has been using Motrin prn c good relief (especially c walking & standing long dist²).

PE → (R) Hip - (+) tenderness [illegible] FROM (Add² to 30°, Abd² to 45°, IR 30°, ER 45°, Flex 135°, Ext 30°)
(B) Knees → FROM s signs intact. Mild (R) Troch Tenderness
Feet s tenderness. DP/PT 2/2

X-rays → (L) healing 3rd MT stress fx.

A/P → Agree c w/u as per Rheum. - Last line
Likely had stress fx's/Rxns 2° to ↑'ed activity in military.
Will prob benefit from PT & NSAIDs.
? (R) Troch Bursitis. Await further w/u c Rheum.

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

072991

[redacted]

REGISTER NO. | WARD NO.

[illegible signature]

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111

000087

**PROGRESS NOTES**

DATE

Has boyfriend in India that she wants to be with, but feels her mother keeps her from him. Also has conflicts with mother about whether she would marry a "foreigner" of her own choice. Says her mother wants to make decisions for her. won't let her make own decisions - wont think she's a woman of her own + feels there is role reversal - mother does things she does - eg buy clothes, take swimming lessons, take course for physician's assistant - as if she has to compete with her. Feels mother doesn't want her there; wants to get rid of her. Nothing pt says or thinks is right - says no to everything vet wants to do.

Vet feels that since she plans to get married in next few years, sooner or later and hence will not be living with mother, so doesn't want to confront her. Vet has booked a flight to India 2nd week of Sept. Plans to stay with girl friend in New Delhi initially, get a job and find a place of her own. For past 8 months has been writing but boyfriend has not been responding. She wants to see for herself if he is going to marry. Since -

MEDICAL RECORD | PROGRESS NOTES

| DATE | |
|---|---|
| 8-2-91 | MHC. SWS Sched appt |
| | Form 10-0043 & Progress note from prev. initial visit last wk. are not in record! Feeling somewhat better but c/o difficulty sleeping & crying spells almost daily. She is sleeping only 3-4 hrs / night. She declines medication by Dr. Strass. She worked in gas station last week & c/o "rude comments & too much attention from men". She felt betrayed by Indian owner who offered her the work. She has decided to return to grad school & will probably remain at home & commute to school. She is not feeling "strong enough" to cope c̄ dorm life. Feels better when she stays busy. Talked about time structure & rational problem-solving. Resc x 2 wks |
| | A Stanton, LCSW |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111

MEDICAL REC... | PROG...S NOTES

| DATE | |
|---|---|
| 8-15-91 | MHC. SWS Sched appt. Vet. asking for med. for c/o difficulty sleeping, headaches, "stomach tension", feelings of anger & depression, fearfulness. She has trouble falling asleep unless she is very fatigued & then wakens q 1½-2 hrs. c̄ difficulty returning to sleep. She declines to discuss particulars of conflict & says she only wants to discuss it c̄ her mother & that she knows what she must do. She denies any suicidal ideation. Referred to Dr. Strass re: med. Reassured her of our interest & concern & encouraged her to return for further supportive intervention. |
| | A. Stanton, LCSW |
| | MHC |
| 8/15/91 | Purpose of visit - Scheduled, regular, re medication |
| | DX - Insipient schizophrenic decompensation, |
| | CC - "a lot of agitation in my mind, anger, crying, excessive thinking, experiencing a lot of anger toward my mother, only sleep one or two hours, "as if someone has woken me", cannot ~~go~~ go back to sleep. Cannot stand mother's shouting, which makes me very depressed. |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Banerje, Urmila

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111

000090

**PROGRESS NOTES**

| DATE | |
|---|---|
| at age 8 — & was glad when she heard this man had died. | Felt her father controlling her mind putting sexual thoughts in her head and make her masturbate, then he would say "your abnormal, your crazy." Said he knew she knew about what her parents did, That he told his friend about her. ~~and~~ that his friend tried to seduce her twice (asked to her to undress; had sit on lap & tried to fondle her breast). Still has fear of sex, because didn't understand what was happening. When she wrote, they made her feel "dirty". Feels she got stuck in middle of parents, as a pawn. Talking to father on phone couple of weeks ago — made her very anxious. Feels hatred and anger toward him she says. |
| | Sister (studying at U.Va) does not approve of plan to go back to India. Vet feels she needs a break, wants to go back to old friends, to share "unconditional love". Feels it is not healthy for pt. Vet feels mother has hostility toward her because of pt's feeling toward her — but then won't let her leave boyfriend, complaining mother was never loving and that there was no love there growing up. |

MEDICAL RECORD | PROGRESS NOTES

| DATE | |
|---|---|
| 8/15/91 Cont'd -2- | one else. She is thinking of getting a job teaching (which mother says there is no money so disapproves), perhaps at same convent where she went to school. Doesn't know what order (even whether Catholic or protestant) but that they are "missionary Irish nuns (Catholic). Yet feels her father controls her mind, "you fall in love with someone and they control your mind." Related memory from age 5 or 9, in 4th grade slept in same room as parents making love & had an orgasm. Slept in same large room together with sister, until age 14. Tension and sexual feelings affected her grades. Father stopped working. Saw parents fighting, shouting & fighting by dad; at night they would make love. Thought father was hurting mother so was critical of father, sympathizing with mother. Met this boyfriend at age 14-15, writing all these years, used to say he loved her. Felt he helped her so much then, is why she is attached to him |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Ganerlee

REGISTER NO. | WARD NO.

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111

000092

MEDICAL REC[illegible] PROG[illegible]SS NOTES

| DATE | |
|---|---|
| 8-15-91 Contd -3- | Pt says she wants something (medication) to calm her down, Boyfriend wrote a message that he was getting married soon & stopped writing. She feels guilty that she denied him what he needed — "friendship - going out with him" Dx impression: incipient schizophrenic break, Rx perphenazine 4mg T.I.D., Ret 1 week. |
| | MHC [illegible] Sross MD |
| 8/23/91 | Purpose of visit — Scheduled, regular re-medications & re-evaluation. |
| | DX - ~~[illegible]~~ Schizophrenic disorder, acute |
| | CC - "Don't have any complaints", Stopped perphenazine on Monday (after had cramps in legs and ~~[illegible]~~), Applying for a job (any kind of work) to keep mind busy. Decided not to go to school, may not go to India. Has booked (reservation) which needs to decide about 1st week of Sept. Does not have the excessive mind racing (paranoid) thoughts now, Says she is starting to think more for herself (realistically ?). |
| | Pt then described having the feeling |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

BANERJEE, URMINA

[redacted]

REGISTER NO. | WARD NO.

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111



000093

PROGRESS NOTES

DATE

she is being watched and followed as well as hallucinating the presence of the Lt. from Texas who she says she is in love with, but thought that he sent her red roses a number of times while in Texas. Back there she thought they were influencing her could read her mind and that he was sending messages through her classmates. She describes symptoms of feelings of influence mind control and erotomania with fantasies of having 2 boys and a girl by the Lt. while in Texas, she reported what she felt was sexual harassment and ambivalence, being frightened, and at the same time wanting these sexual touchings and arousal that he was experiencing which led to her wanting to get discharged from Service. I gave her support answering that I didn't know why she was still experiencing these things but that she needs psychotherapy to sort these things out and resolve the unfinished business that started in Texas.