MEDICAL RECORD | PROGRESS NOTES

DATE

MHC

8/30/91 Purpose of visit Scheduled regular ~~[illegible]~~ for follow-up on adjustment;
DX – acute schizophrenic disorder.
CC – "nothing". Thinks she is doing a little better now, not being so sensitive about every thing. Vet is not taking any psychotropics now. She is scheduled to return on 9/16/91 together with her mother to see Mrs. Stout who will discuss our finding and clinical impression that she is suffering from an acute paranoid schizophrenic disorder which apparently started while in service and our recommendation that she get treatment in a good private facility like Sheppard Pratt in Baltimore or the Carrier Clinic in N.J., or Chestnut Lodge in Rockville Md, etc or more practical in a VA (Coatesville or Perry Point) Ret 9/16/91.
Stross, M.D.

MHC

9/10/91 Purpose of visit – Scheduled, regular re treatment plan and ~~[illegible]~~
DX – acute schizophrenic disorder, paranoid type,

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

BANERJEE, URMILA

REGISTER NO. | WARD NO.

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111

000095

**PROGRESS NOTES**

| DATE | |
|---|---|
| | CC - "nothing". Vet reports enrolling in school and getting upset because the teachers were talking about her in class (saying that she had a very sensitive clitoris). She also said she was sure she was in love with the Lt. (former C.O.), and that he was also in love with her, so she had to go and marry him; that she thought he was in the Wilmington area because she thought she saw him at the shopping mall. Since she appeared more floridly delusional and psychotic, I advised her that she needed to be hospitalized for treatment, to which she agreed after testing me as to any conviction that she was sick and needed hospitalization. However after calling COATSVA I learned they did not have a bed for her neither now nor in the forseeable near future. Since I had to wait to hear back from PPVA I arranged to call the pt at home in the |
| 9/17/91 | AM as soon as I heard from them, after talking with Dr Vyner the next day who accepted her for admission there I called the house over the next 2 days (9/11-9/17/91) |

MEDICAL RECORD | PROGRESS NOTES

DATE

and was told by the 13 year old brother she was not there; and did not get a response from my message to have her call me back. On 9/13/91, no one answered at home as I tried all day, until about 5:30 PM I reached her sister who said Urmila was out of the state. Again I left a message to have her call me back about hospitalization. I also notified Dr Vyner at PPVA that the vet would not be coming as we had planned and scheduled her, but that I would let him know if or when she wanted admission in the future, unless she went [illegible] to India. [illegible] MD

10/17/91 MHC ~~Dx: Acute Schiz. Disorder, Paranoid Type~~ Pt. requested that she see a psychologist & was so ref. by Ms. Stanton. Pt. admits not taking her medication because of side effects. Doesn't want hospitalization because of stigma. However does seem to recognize on some level that she has a problem. Talks of "sexual harassm[ent]" (over)

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO.

PROGRESS NOTES
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111

PROGRESS NOTES

| DATE | |
|---|---|
| | in the military from which she was discharged summer of '91. Feels people are always talking about her & that she can't trust anybody. I encouraged her to let Dr. Stross admit her. She likes her work (every day) & refuses hospitalization but will sched. appt. c̄ Dr. Stross to discuss meds. & any further outpt. care. |
| | L. Elwood Ph.D. Clin. Psychol. |

Department of Veterans Affairs

# MEDICAL CERTIFICATE

IMPORTANT: History and physical findings must be recorded in sufficient detail to support the diagnosis.

1. DATE: 4-28-92
2. TIME: 420 AM [X] PM
3. ON ARRIVAL VETERAN WAS: [X] A. AMBULATORY [ ] B. ON STRETCHER [ ] C. IN WHEELCHAIR
4. IS APPLICATION THE RESULT OF INJURY (If yes, give date & cause) [ ] NO [ ] YES
5. AGE: 26
6. SEX: [ ] M [X] F
7. POSSIBLE EXPOSURE (Check one): [ ] A. NONE [ ] B. HERBICIDES [ ] C. RADIATION [ ] D. ASBESTOS [ ] E. HOMELESS [ ] F. OTHER

7A. HISTORY

Screening: Had stress fractures while in military - painful behind knee to feet & hip joints since 5/91
Motrin used for ~~[illegible]~~ NSC for.
Had Bone Scans. in Texas
Was in Service 9 mo. NSC -

Plan: See Medical Clinic MD [illegible] RN

8. PHYSICAL EXAMINATION

| A. CONDITION ON EXAM | B. HEIGHT | C. WEIGHT | D. TEMPERATURE | E. PULSE | F. RESPIRATION | G. BLOOD PRESSURE |
|---|---|---|---|---|---|---|
| [ ] STABLE [ ] UNSTABLE [ ] OTHER | | | 98.3 | 72 | 24 | 112/60 |

Allergy: PCN
Good range of motions to knees + hips
No edema. No tenderness.

9. DIAGNOSIS

Paranoid Schizophrenia

10. TREATMENT RENDERED:

Darvocet N 100 #50

11. MEDICATIONS PROVIDED:

194 pm

DATA CARD INPRINT

CONDITION AT DISCHARGE: [X] STABLE [ ] UNSTABLE [ ] OTHER

INSTRUCTIONS (INCLUDE RETURN TO WORK STATEMENT)

4-30-92 Return to See Podiatrist

SIGNATURE: W. T. Hall MD

U.S. GOVERNMENT PRINTING OFFICE 1991-292-779

VA FORM MAY 1990 **10-10M**

SUPERSEDES VA FORM 10-10M, JUL 19__, WHICH WILL NOT BE USED.

000099

| STUDIES REQUESTED (Attach reports) | RESULTS | OTHER |
|---|---|---|
| CBC | — Not done | |
| URINALYSIS | | |
| SMA | A&O, LIVER, RPR, ANA, ... — NOT STAT | |
| EKG | | |
| EEG | | |
| X-RAY | | |
| OTHER | | |

TREATMENTS REQUIRED

CONTINUATION (Specify item number)

8.) BP [illegible] normal [illegible];
Good ROM, No pain; pulses not [illegible]; [illegible] on standing
equal limb [illegible]

ACTION INDICATED (To be completed by MAS personnel)

13. HOSPITALIZATION
☐ EMERGENT ☐ URGENT ☐ GENERAL ☐ NOT REQUIRED
☐ ADMIT ☐ PLACE IN PBC STATUS ☐ SCHEDULE

14. OUTPATIENT TREATMENT
☐ MED ☐ SUR ☐ PSY ☐ DENT ☐ NOT REQUIRED
REQUIRED TO OBVIATE THE NEED FOR HOSPITALIZATION ☐ YES ☐ NO
☐ ADMIT TO CARE ☐ REFER TO COMM. SOURCES (Indicate)

15.
☐ DOMICILIARY CARE ☐ MED. ELIGIBLE ☐ MED. INELIGIBLE.

16.
NURSING HOME CARE REQUIRED ☐ YES ☐ NO

17. SIGNATURE OF VA OFFICIAL

18. NAME OF APPLICANT

19. SOCIAL SECURITY NUMBER

20. NAME OF REFERRING VA FACILITY (Enter if application is referred VA Station)

VA FORM MAY 1990 10-10M

000100

EMERGENCY ROOM DISCHARGE FORM

Veterans Administration

DISCHARGE TO: ____ HOME ____ OTHER: ____

IF TRANSFER TO ANOTHER FACILITY: ____ COPIES OF RECORDS SENT

NAME OF PERSON ACCEPTING TRANSFER: ____

CONDITION TREATED:

Pain in hips feet & knees

INSTRUCTIONS:

MEDICATIONS: Darvocet N 100

DIET: ✓ Regular ____ Special: ____

ACTIVITY: ✓ As Usual ____ Limited: ____

OTHER: ____

SEE SPECIAL INSTRUCTIONS ON BACK:

____ Chest Pain ____ Abdominal Pain ____ Sutures ____ Common Cold

FOLLOW-UP: ✓ Return Appointment to Podiatry Clinic ____

____ Call (302) 633-5216 to schedule an appointment in ____ Clinic. date:

✓ Return as needed if symptoms worsen.

I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS

SIGNATURE OF PATIENT/FAMILY MEMBER: Urmila Banerjee DATE: 4/28/92

SIGNATURE AND TITLE OF PRACTITIONER: W THall MD DATE 4/28/92

IMPRINT PATIENT DATA CARD

)NERJEE, URMILA 29

5 8

MEDICAL RECORD
SUPPLEMENT TO PROGRESS NOTE
FOR SPECIALIZED DISCIPLINES

EMERGENCY ROOM
DISCHARGE INSTRUCTIONS 000101

MEDICAL RECORD - N... NG DOCUMENTATION

AGE: ______

RECEIVING ROOM CARE SHEET

ALLERGY: ______

| DATE & TIME | PROGRESS NOTES |
| --- | --- |
| 4/28/92 | See 10-10m for initial progress note and vital signs |
| 5:15 pm | Eval by Dr. Hall. ——— G. Boykins RN |

(Continue on reverse side)

DISCHARGE NOTE

TIME: 5:05 pm

TO: Home

VIA: Ambulatory

CONDITION: Stable

FOLLOW-UP: F/U c Dr. Sarkar (Podiatry) Mon. 5/4/92.

G. Boykins RN

PATIENT IDENTIFICATION

Banerjee, Urmila

[redacted]

MEDICAL RECORD

10-0096 OP 31-118 (460) REV 3/87

Department of Veterans Affairs

Addendum to VA Form 10-10

# MEDICAL CERTIFICATE

IMPORTANT: History and physical findings must be recorded in sufficient detail to support the diagnosis.

| 1. DATE | 2. TIME | 3. ON ARRIVAL VETERAN WAS | 4. IS APPLICATION THE RESULT OF INJURY |
|---|---|---|---|
| 5-6-92 | 2:25 PM | [X] A. AMBULATORY [ ] B. ON STRETCHER [ ] C. IN WHEELCHAIR | [ ] NO [ ] YES |

| 4. AGE | 5. SEX | 7. POSSIBLE EXPOSURE (Check one) |
|---|---|---|
| 26 | [X] M [ ] F | [ ] A. NONE [ ] B. HERBICIDES [ ] C. RADIATION [ ] D. ASBESTOS [ ] E. HOMELESS [ ] F. OTHER |

7A. HISTORY

Screening: To see Dr Garber.

Plan: See Podiatry

M. Tankersley RN

| 8. PHYSICAL EXAMINATION | A. CONDITION ON EXAM | B. HEIGHT | C. WEIGHT | D. TEMPERATURE | E. PULSE | F. RESPIRATION | G. BLOOD PRESSURE |
|---|---|---|---|---|---|---|---|
| | [ ] STABLE [ ] UNSTABLE [ ] OTHER | | | 98.9 | 66 | 24 | 106/62 |

Allergy: PCN

6 May 92 26 yo W/F c/o complains of bilat pain in hips, knees & feet x 1 yr
She states it started in the army & was told she had stress fractures
of femurs, tibia's, metatarsals & knee's based on bone scan,
She has only come here on Saturdays the past yr for Rx
She says she'n [illegible] 3+ © met

9. DIAGNOSIS

? Pes planus, strain

R/O Rheumatoid A[illegible]

R/O Fibromyalgia

due

10. TREATMENT RENDERED

[illegible] [illegible] orthotic arch supports

[illegible] ordered

Told ~~there~~ her there might be a systemic
cause & [illegible] limited to the feet

[illegible signature]

11. MEDICATIONS PROVIDED

DATA CARD INPRINT

BANERJEE, URMILA 29

[redacted]

5 8

CONDITION AT DISCHARGE [X] STABLE [ ] UNSTABLE

INSTRUCTIONS (INCLUDE RETURN TO WORK STATEMENT)

6 08 92

SIGNATURE [illegible signature]

000103

NAME : CHATTERJEE,URMILA
SSN : [redacted]
AGE : 30
PHYSICIAN: NUNAG,MILAGROS
LAST EXAM: AUG 15,1991 10:25
EXAM DATE: MAY 19,1995 17:05
DIAG CODE: NORMAL

PATIENT LOC : ZZZNUNAG
PROCEDURE : FOOT 3 OR MORE VIEWS
TECHNICIAN : MARINO,DIANE H
RPT ENTERED : MAY 24,1995 22:58
DTE REPORTED: MAY 24,1995
HOSPITAL LOC: WILMINGTON

==========================================================================

Exam Modifiers : LEFT

Clinical History:
Report:
Impression: Status: VERIFIED
Essentially normal study.

Primary Interpreting Staff:
RAMESH DOSHI MD, RAMESH D. DOSHI M.D. (Verifier)

/

NAME: CHATTERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: MAY 25,1995 12:01
VERIFIED BY : DOSHI,RAMESH

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

000104

Department of Veterans Affairs ... CERTIFICATE

| 1. DATE | 2. TIME | 3. AGE | 4. SEX | 5. ON ARRIVAL PATIENT WAS: | 6. PHONE NUMBER | 7. HOMELESS |
|---|---|---|---|---|---|---|
| 5/19/95 | 330 PM | 29 | ☐ M ☒ F | ☒ AMBULATORY ☐ STRETCHER ☐ WHEELCHAIR | ( ) | ☐ YES ☐ NO |

| 8A. ALLERGIES | 8B. WEIGHT | 8C. TEMPERATURE | 8D. PULSE | 8E. RESPIRATION | 8F. B/P | 8G. DUE TO INJURY |
|---|---|---|---|---|---|---|
| PCN | | 96.1 (T) | 88 | | 112/69 | ☐ NO ☐ YES |

9. CURRENT MEDICATIONS

10. TRIAGE
c/o pain (L) foot → hip - Bilateral LE knee down - pain also. Also [illegible] swelling [illegible] toes yesterday. Can't work c̄ present pain. (L) Foot #8.5 (0-10)
P) Med eval [illegible] [illegible]

11. SIGNATURE [illegible]

12. HISTORY AND PHYSICAL
[illegible] multiple fracture of [illegible] [illegible] [illegible] 7-80,
stated it happened when in [illegible] [illegible] 1991 was [illegible] because of [illegible]. did not [illegible] any treatment
has not seen any [illegible]. has been [illegible] [illegible]
in [illegible] [illegible] because she [illegible] [illegible] [illegible]
[illegible] period of time.
For past [illegible] pain [illegible] pain [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] the [illegible] [illegible] the
2nd & 3rd toe) left LE feels [illegible].
O: BACK FROM [illegible] any [illegible] [illegible]
SLR ⊖. no [illegible] [illegible] [illegible],
[illegible], reflex, sensory intact
temperature normal.

13. DIAGNOSTIC IMPRESSIONS ? Sciatica LLE

14. PLAN
EMG LLE
x-ray LS + [illegible]
[illegible] [illegible] ✓ sent
[illegible] [illegible]

15A. ATTENDING OF RECORD

15B. EXAMINER'S SIGNATURE [illegible]

SECTION II - FOR PATIENT

| 1. DISPOSITION / CLINIC APPOINTMENT | 2. AFTER CARE SHEET GIVEN ☐ YES ☐ NO | 3. FOLLOWUP - ACTIVITY - LIMITATIONS |
|---|---|---|
| | | |

4. CONDITION ☐ IMPROVED ☐ SATISFACTORY ☐ UNCHANGED

5. DATE / TIME OF DISCHARGE

6. SIGNATURE TO INDICATE INSTRUCTIONS GIVEN

IMPRINT PATIENT DATA CARD

7. PATIENT INSTRUCTIONS

BANERJEE, URMILA
[redacted]

I CERTIFY THAT I RECEIVED AND UNDERSTAND THESE INSTRUCTIONS

8. PATIENT'S SIGNATURE

VA FORM MAR 1992 10-10M

SUPERSEDES VA FORM 10-10M, MAY 1990 WHICH WILL NOT BE USED.

000105

**MEDICAL RECORD** | **CONSULTATION SHEET**

**REQUEST**

TO: RHEU.

FROM: (Requesting physician or activity) YINC

DATE OF REQUEST: 12/14/95

REASON FOR REQUEST (Complaints and findings)

PT c̄ ① Ⓛ TROCHANTERIC BURSITIS.
② PAIN IN Ⓛ CAT KNEE
③ PAIN IN Ⓛ BUTTOCK AREA.

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

**CONSULTATION REPORT**

1/2/96 104/64, 97, 97⁴, 108 LBS [illegible]
1½

30 y/o F. c̄ h/o bil hip lower leg pain since 1991 - swelling, numbness
- occ. posterior [illegible]
Lt. hip pain > Rt. - sleeps on floor on Rt. side. but not pain c̄ exercise [illegible]
- Stated h/o multi stress fx. - x-rays 5/95 - Lt foot, bil hip, back WNL
- [illegible] last Nov. - stopped exercise [illegible] pain.
- States milk + dairy products - diarrhea - lactose intol.

O/. 12/14/95. [illegible] CBC TSH 2.4 } WNL
bil hips upper back tender to touch points
- [illegible] CTA
COR- RRR
- [illegible]

A/P - fibromyalgia.
① Ca supplement bid
multi vit q a.m.
- Lt. leg exercises.
ANA, Ca level, [illegible], P, LFT
F/U - if S/S ↑
women's health referral

SIGNATURE

Mary [illegible] NP.

1/2/96.

CHATTERJEE, URMILA

[redacted]

1/02/96

000106

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|
| DATE | |
| 1/12/96 | PT NS to Flanangan. R/S to NA. (initials) |
| [illegible] | Pt. [illegible] to System - See [illegible] notes |
| | No [illegible] ~ [illegible] |
| | (signature) |
| [illegible]-96 | No show. |
| 1° Cow | No [illegible] to reschedule. |
| | (signature) |

(Continue on reverse side)

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111



000107

PM | M ☒ F | ☒ AMBULATORY | ☐ STRETCHER | WHEELCHAIR | 6. PHONE NUMBER ( ) | 7. HOMELESS ☐ YES ☒

8A. ALLERGIES PCN | 8B. WEIGHT | 8C. TEMPERATURE 97.7 | 8D. PULSE 88 | RESPIRATION | 8F. B/P 107/75 | 8G. DUE TO INJURY ☒ NO ☐ YES

9. CURRENT MEDICATIONS

10. TRIAGE Pain Ⓛ hip c lying on it - Pain on extra lift leg c stretching exercise - Normal walking is ok - lifting any exercise is painful - Numbness also - P- Med Eval

11. SIGNATURE [signature]

12. HISTORY AND PHYSICAL

PAIN IN Ⓛ SIDE OF THIGH. SX SINCE 1 MONTHS. SHE HAD IT 1991: TOLD TO HAVE STRESS FX. 1 MONTH AGO SHE WAS DANCING & DOING STRETCHING EXERCISES. WAS DOING DANCES = INDIAN DANCES.
⊖ INJURY, ⊕ LOW BACK PAIN ALONG L5 & T12 BUT NOT IN BETWEEN.
⊕ HEALTHY OTHERWISE. ⊖ GU/GI INCONTINENCE. PAIN [illegible] IF LAY ON IT.
PAIN OFF & ON SINCE 1991. GOTTEN LESS SEVERE UNTIL 1 MONTH AGO. SHE STOPPED DANCING UNTIL 1 MONTH AGO. OCCUPATION: PSYCHOTHERAPY.

MED ⊖ ATC
ALLERGY ⊖
SMOKE ⊖
ETOH ⊖
OPERATION ⊖
⊖ DM/HTN
⊖ HEPATITIS

BILAT KNEE DOWN NUMBNESS SINCE 1991 - OFF & ON TOO.
⊖ NUMBNESS IN HANDS.

O: LUNG CLEAR. ⊘ BACK/FLANK PAIN TO PERCUSSION
CLR NL BILAT.
PRESSING Ⓛ TROCHANTERIC AREA REPRODUCED HER SX
NL HIP ROM BILAT.

A/P ① TROCHANTERIC BURSITIS Ⓛ → RHEUM
XRAY s/gs BOTH HIP ⊖. L-S s/gs ⊖.
② NUMBNESS IN BILAT KNEES DOWN OFF & ON SINCE 1991. ETIOLOGY? ✓ c/H/CBC/[illegible]/TSH

13. DIAGNOSTIC IMPRESSIONS

F/U 3-4 WKS.

14. PLAN

302 479 9466 [illegible] ✓
↳ # NOT IN SERVICE. LETTER SENT TO RETURN SHE F/U.

15A. ATTENDING OF RECORD

15B. EXAMINER'S SIGNATURE

**SECTION II – FOR PATIENT**

1. DISPOSITION / CLINIC APPOINTMENT | 2. AFTER CARE SHEET GIVEN ☐ YES ☐ NO | 3. FOLLOWUP - ACTIVITY - LIMITATIONS

4. CONDITION ☐ IMPROVED ☐ SATISFACTORY ☐ UNCHANGED | 5. DATE / TIME OF DISCHARGE | 6. SIGNATURE TO INDICATE INSTRUCTIONS GIVEN

IMPRINT PATIENT DATA CARD

7. PATIENT INSTRUCTIONS

CHATTERJEE
~~BANERJEE~~, URMILA 21

12 95

[redacted]

I CERTIFY THAT I RECEIVED AND UNDERSTAND THESE INSTRUCTIONS | 8. PATIENT'S SIGNATURE

VA FORM MAR 1992 **10-10M** SUPERSEDES VA FORM 10-10M, MAY 1990, WHICH WILL NOT BE USED.

000108

**MEDICAL RECORD** | **PROGRESS NOTES**

| DATE | |
|---|---|
| | MHC |
| | Outpatient |
| 6-29-95 | Dx: ? dysthymic d/o. ? |
| | prognosis = stable |
| | pt. does not want medications |
| | I suggested she schedule appt |
| | c Ms. Stanton c 2-3 mos |
| | → Schedule 30 min visit c |
| | Ms. Stanton in 3 months |
| | [signature] |

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

BANERJEE, URMILA

REGISTER NO. | WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR,
FIRMR(41CFR)201-45.505
509-111

Patient: CHATTERJEE,URI SSN: 142 80 3764 (C3764)
Claim #:
Activity Date: MAR 12, 1996@13:00:00

| | Report | Selected | Status |
|---|---|---|---|
| 1 | Notice of discharge | NO | |
| 2 | Hospital Summary | NO | |
| 3 | Certificate (21-day) | NO | |
| 4 | Other/Exam (Review Remarks) | NO | |
| 5 | Special Report | NO | |
| 6 | Competency Report | NO | |
| 7 | VA Form 21-2680 | NO | |
| 8 | Asset Information | NO | |
| 9 | Admission Report | NO | |
| 10 | Beginning Date Care | NO | |

Select Report:
OPT TREATMENT RPT (DATE RANGE): 8/91 TO PRESENT
Routing Location: 1 WILMINGTON VAMC 460
ADDITIONAL REMARKS:
1>ALL OPT AND/OR IN-PT TX RECORDS FROM 8/91 TO PRESENT
2>
EDIT Option:

Wdw 4-16-96

000110

VA Regional Office
AMIE Compensation and Pension Exam Worksheet

Veteran Name: [illegible]

VAMC: 460

C-Number: [redacted]

SSAN:

Date Ordered: [illegible]  By: [illegible]  POA: —

Priority of Exam: Orig - Comp

( ) Inadequate Exam Dated ______ See Remarks

( ) Change/Amend Exam Dated ______ (See Remarks)

Body System: GENERAL MEDICINE

( ) GENERAL MEDICAL

Body System: CARDIOVASCULAR

( ) DISEASES OF ARTERIES/VEINS
( ) HYPERTENSION
( ) DISEASES OF THE HEART

Body System: DENTAL

( ) DENTAL

Body System: DIGESTIVE

( ) ALIMENTARY APPENDAGES
( ) INTESTINE
( ) STOMACH
( ) ESOPHAGUS
( ) RECTUM AND ANUS

Body System: ENDOCRINE

( ) DIABETES INSIPIDUS
( ) HYPERPARATHYROIDSIM
( ) HYPERTHYROIDISM, THYROID ADENOMA
( ) PITUITARY TUMORS
( ) DIABETES MELLITUS
( ) HYPERPITUITARISM (Cushing's Syndrome)
( ) HYPOTHYROIDISM

Body System: GENITOURINARY

( ) CYSTITIS, BLADDER CALC., BLADDER INJURY, PROSTATE, SURG. RESID
( ) MALIGNANCIES OR TUBERCULOSIS
( ) TESTES, TRAUMA OR DISEASE
( ) LOSS OF PENIS, ALL OR PARTIAL, IMPOTENCE
( ) PYELITIS, NEPHROLITHIASIS, URETEROLITHIASIS
( ) URETHRAL FISTULA

Remarks:

1. Examine for nervous condition. List competency & GAF.

2. Examine for bilateral hip, femur/tibia fractures and leg problems. List range of motion & other residuals. X-ray hips & legs.

4/10/96

000111



OVER

5266 AO 21 2(-W9e

Date: MAY 3,1996    Comp ion and Pension Exam Report    Page: 1
WILMINGTON, DE
** FINAL **
Processing time:
For JOINTS Exam

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

===========================================================================

Name: CHATTERJEE,URMILA

SSN: [redacted]
C-Number:
DOB:

Address: 45 GLENROCK DR

City,State,Zip+4:
CLAYMONT DELAWARE 19703

Res Phone: [redacted]
Bus Phone:

Entered active service: OCT 8,1990
Released active service: JUN 24,1991

Last rating exam date:

Priority of exam: Original SC

===========================================================================

Examining provider: CHARLES MAURIELLO, DO
Examined on: MAY 2,1996

===========================================================================

Examination results:

The claimant relates a history of being in the service between 1990 and 1991. Presently, she works part time 15-17 hours per week doing clerical duties and studying to be a medical assistant.

The claimant relates in 5/91 swelling developed in her left foot and hip. Later, numbness was noted in both lower extremities worse on the left than the right with pain in the left hip and buttocks.

X-rays were performed and a stress fracture diagnosed. She was placed on crutches.

She also relates a fracture of the left foot, treated with a wooden shoe.

Presently, this claimant relates she gets right leg symptoms involving the whole leg to the foot with pain about once a month. The left leg, she has constant pain from her hip to her foot with numbness when she walks or sits.

This numbness occurs mostly from the knee to the foot on a daily basis. She relates swelling in the foot with walking on a daily basis.

Presently, she takes Tylenol 2-3 times per month for her symptomatology.

PAST HISTORY:
This is a 30 year old right hand dominant female who takes

Continued on next page
VA Form 2507

Name: CHATTERJEE, URMILA SSN: [redacted] C-number:
For JOINTS Exam
================================================================================

Exam Results Continued

Claritin. She denies any surgeries.

PHYSICAL EXAMINATION:
General: This claimant weighs approximately 108 lbs. at 5'3" tall. No limp was noted prior or following the examination. She was able to heel and toe walk without difficulty. Jogging in place and jumping several times caused no pain. She states that if she kept doing it, she would have problems.

Thoracolumbar spine: Thoracolumbar motion revealed she could reach to her toes and using the inclinometer, there was 115 degrees of forward flexion with 45 degrees of this motion in the sacrum resulting in 60 degrees of true lumbar flexion with low back pain, 15 degrees of hyper-extension with left lumbar pain, 20 degrees of right lateral bending with left lumbar pain, 25 degrees of left lateral bending without pain.

Palpation revealed tenderness specifically over the lumbosacral junction.

Bilateral hips: There was tenderness in both greater trochanter, more so on the left than the right. The left sacro-iliac joint was tender and not the right.

There was no sensitivity in the gluteal muscles.

Hip motion was full on forward flexion, abduction and adduction. Backward flexion was symmetrically decreased at 10 degrees with internal rotation restricted symmetrically to 20 degrees and external rotation to 40 with pain with these motions and a positive Lageer, more so on the left than the right.

Bilateral knees: There was full range of motion without pain, tenderness, swelling, instability or crepitation. The knees were non tender. Continuing palpation of the tibias distal to the knees including the anterior tibial spine, lateral, posterior and popliteal fossa and calf muscles revealed no pain or tenderness.

Bilateral ankles revealed full range of motion without pain, swelling or tenderness.

Bilateral feet: Bilateral pronation but no pain or tenderness to palpation.

OTHER FINDINGS:
There was no swelling or increased girth with measurement of the thighs or calves and this was also verified visually.

Neurological: The patellar and Achilles reflexes were +3 and 2

Continued on next page

C&P Final Report



Name: CHATTERJEE,URMILA SSN: [redacted] C-number:
For JOINTS Exam

===================================================================================

Exam Results Continued

respectively and were symmetrical. The Trendelenburg was negative for gluteal dysfunction. She could straight leg raise to 90 degrees seated and 85 in the supine.

There was no pain in the back with her straight leg raising but in the popliteal fossa. However, palpation of the popliteal fossa revealed no pain or tenderness. Manual testing revealed excellent strength in the lower extremities.

DIAGNOSES:

1. Chronic lumbar strain and sprain with chronic sprain left sacro-iliac joint.

2. Bilateral trochanteric bursitis, more so on the left than the right hip with mild arthrofibrosis of both hips.

3. Pronation in both feet.

COMMENTS:

1. X-rays of the hips are not being performed today since they were performed in 1995 and this report will be enclosed for your records.

2. There are no x-rays being performed of the lower extremities nor knees since these are non painful or tender.

3. She is having an x-ray of the lumbar spine and pelvis to rule pathology such as disc space narrowing or pars defect.

4. She has been scheduled for a bone scan with attention to the lumbar spine, sacro-iliac joints, greater trochanter and both lower extremities to determine the history of stress fracture and it is active at this point to some degree.

DR. CHARLES MAURIELLO

CM/kim
SecrePhone
DD: 05/02/96
DR:
DT: 05/02/96
#4811
Patient: CHATTERJEE, URMILA SSN: [redacted]

Approved by: ____________________ Date: ____________
Provider signature: ____________________ Date: ____________

VA Form 2507