**VETERANS ADMINISTRATION**
**MEDICAL AND REGIONAL OFFICE CENTER**
**1601 Kirkwood Highway**
**Wilmington, Delaware 19805**

OCT 22 1996

460/21
CSS: 142 80 3764

MS URMILA CHATTERJEE
[redacted]

Dear Ms. Chatterjee:

We have denied your claim for VA compensation benefits.

Service connection is established for residuals, stress fracture, left third metatarsal; however, the condition is rated less than ten percent disabling. Compensation benefits are not payable for service connected disabilities rated less than ten percent disabling.

You are entitled to treatment by the Department of Veterans Affairs (VA) for any service-connected disability. You may apply for treatment at the nearest VA office. If you apply in person, please present this letter. If you apply by letter, include your VA file number.

We have reviewed your claim to establish service connection for a delusional disorder, fractures of the left hip, tibia and femur and, pain and swelling in the legs. We have determined that your claim for service connection for these conditions is not well grounded. Please refer to the enclosed copy of our rating decision for details. The enclosed VA Form 4107 explains your procedural and appeal rights.

If you have any questions, call us toll-free by dialing 1-800-827-1000. If you are in the local dialing area of a VA regional office, check your local telephone directory for the regional office's telephone number. Our TDD number for the hearing impaired is 1-800-829-4833. If you call, please have this letter with you.

Sincerely yours,

C. T. Keenan
Customer Service Division

encl: VA Form 4107
Rating decision

211/295 EJT:ejt 0236b

| DATE OF CLAIM OR ISSUE | END PRODUCT | TRANSACTION | R.O. NO. | POWER OF ATTORNEY | FID. R.O. | PAYEE NO. | PAYEE NAME | FILE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 03-29-96 | 110 | 27L-DISA | 460 | | | 00 | U CHATT | [redacted] |

SOCIAL SECURITY NUMBERS: VETERAN SPOUSE PAYEE

BIRTH: VETERAN [redacted] SPOUSE WIDOW FATHER MOTHER

NAME AND ADDRESS - PAYEE

URMILA CHATTERJEE
[redacted]

| NAME OF VETERAN | SEX | NAME OF SPOUSE |
|---|---|---|
| U CHATT | F | |

| BR. | EOD | RAD | PAY GR. |
|---|---|---|---|
| A | 10-09-90 | 06-24-91 | |

| ASC | SERVICE NO. | CROSS REFERENCE NO. |
|---|---|---|
| | [redacted] | |

| CHAR. DIS | SEP. RSN. | DATE OF DEATH | AGE AT DEATH | VET. SPOUSE |
|---|---|---|---|---|
| HON | SAT | | | |

PRIOR NET AWARD DATA

| MONTHLY RATE | EFFECTIVE DATE | WITHHOLD-RECOUP TYPE | AMOUNT |
|---|---|---|---|
| | | | |

| ZIP CODE | CONS. PAY NO. | COLLECTION ▶ | CODE | AMOUNT |
|---|---|---|---|---|
| 19703 | | | | |

DIRECT DEPOSIT

DISALLOWANCE ▶ CODE-REASON: 05-ZERO PCT SC DISABILITY

| EFFECTIVE DATE | RSN CODE | NET MONTHLY RATE | WITHHOLDING TYPE | AMOUNT | OFFSET/RECOUP TYPE | AMOUNT | ENT CODE | DISABILITY ENTITLEMENT | INCOME | DEPENDENCY TOT | THIS | SCH/HLP | SPECIAL LAW/MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

RATING

| EFFECTIVE DATE | COMB DEG | SMC BAS | HOS | SPL PRO | EMPL | W-PCT. | LOSSES USE | ANAT | OTH | CONTROLS MO | YR | RSN | OFFSET - RECOUPMENT TYPE | BALANCE | DEDUCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

COMPETENCY: RATING PAYMENT

INCOME AND DEPENDENCY

| PAYEE SPOUSE | NET WORTH | MO. SOC. SEC. | ANN. SOC. SEC. | ANN. EARNING | MO. CIVIL SERV. | MO. MILITARY | MO. BLACK LUNG | MO. RAILROAD | MO. OTHER RET. | ANN. OTH. INC. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| NAME OF CHILD | BIRTH DATE | STAT | NW | MO. SOC. SEC. | ANN. SOC. SEC. | ANN EARNINGS | ANN. OTH. INC. | FUTURE DATE | RSN |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

DEDUCTIBLE EXPENSES: MEDICAL, LAST, FAMILY, SOC. SEC., OTH. RET., WAIVER, EDUCATION

ADDL. CHILDREN ▶ TOTAL: THIS: ▶ IVAP:

BURIAL

| DESCRIPTION | AMOUNT | PERSON TO BE NOTIFIED |
|---|---|---|
| S/C BURIAL | 5015 01 000 | |
| NSC BURIAL | | |
| PLOT/INTER. | | |
| HDST./MARKER | | |
| TRANSPORTATION | | |
| TOTAL | | |

ACCRUED

BASIS FOR PAYMENT:
AMOUNT PAYABLE:
SHARE:
AMOUNT THIS PAYEE:
LESS COLLECTION:
NET PAY:

BCC ecd Initials 10/28/96 date

REMARKS

DICTATED LETTER REQUIRED - NO FREE TEXT
A-DIS/DTH NOT DUE TO SVC

000136

| ENTERED BY | | DATE | AUTHORIZED BY | DATE |
|---|---|---|---|---|
| 1017 | TANSKI E | 10-21-96 | | 10/22/96 |

VA FORM JAN 1984 21-8947

113 COMPENSATION AND PENSION AWARD

Pull VBC

To;

Veterans Administration Hospital
Kirkwood Highway
Wilmington, DE

RE : Claims File

Please send my claims file and medical records to Salem, VA at [redacted] and kindly notify me at [redacted]; after the record reaches Salem. Thank You.

Sincerely,

Urmila Chatterjee

~~Urmila Chatterjee~~ (Banerjee)
[redacted]
12.23.97

DEC 29 1997
MAILROOM VAM & ROC
WILM DE

# COVERS

NOTICE OF PERMANENT TRANSFER OF VETERANS RECORDS

***PERMANENT***

**Send To (RO/Station Name):** VARO ROANOKE **Station Number:** 314

**Route To:**

**From (RO Name):** WILMINGTON **RO Number:** 460

**Adjudication Action Pending?:** No

**Date of Transfer:** 01/08/1998

**Type of Transfer: Permanent**

**Veteran's Name:** CHATTERJEE, URMILA

**VA File Number:** [redacted] **Power of Attorney:** 000

**Social Security Number:** [redacted]

**Remarks:** VET RESIDES - VETS REQUEST

RECEIVED
JAN 12 1998
008
VARO 314
ROANOKE, VA

000138

[redacted]

Jan. 30th 1998

To,

Claims Officer/Benefits Counselor,
Department of Veterans Affairs,
Regional Office,
210 Franklin Road S.W.,
Roanoke, VA 2401 1

RE: 1) Change of name.
2) Increase in service connection.

Dear Sir,

I request a change of name from Chatterjee to Banerjee. Please find enclosed my divorce certificate, supporting my name change.

I am also requesting an increase in service connection. Please reassess my physical and mental disabilities because my condition has deteriorated since the last time I was examined at the DE VAMC. I cannot participate in activities like I used to in the past. I cannot stand for long hours during work which has limited me in the choice of occupation and has resulted in unemployment.

Also my condition of schizophrenia and post traumatic stress disorder, first diagnosed by Delaware VAMC in summer of 1991due to acute stress while in basic training, was not treated earlier and this is inter--fering with my work. I received treatment for schizophrenia and PTSD for the first time at Salem VAMC on Nov. 18, 1997, when I was admitted for paranoid schizophrenia.

Please open my claims file and kindly reassess my case for an increase in service connection because I have not recovered from the above conditions and currently need treatmentin order to be functional again. My current address is: c/o Promila Banerjee
[redacted]

My permanent address is:
c/o Bharati Banerjee
[redacted]

Thank you.
Sincerely,

Urmila Banerjee

# [redacted] 3/04/1998

VAO

# COVERS

NOTICE OF TEMPORARY TRANSFER OF VETERANS RECORDS

**TEMPORARY**

**Send To (RO/Station Name):** VAMC SALEM **Station Number:** 658

**Route To:**

**From/Return To (RO Name):** ROANOKE **RO Number:** 314

**Date of Transfer:** 03/04/1998

**Type of Transfer: TEMPORARY**

**Expected Return Date:** 05/05/1998

**Veteran's Name:** CHATTERJEE, URMILA

**VA File Number:** [redacted] **Power of Attorney:** 000

**Social Security Number:** [redacted]

**Remarks:** EXAM

RECEIVED
MAR 16 1998
VARO 314
ROANOKE, VA

000140

---------- PN - Progress Notes (max 10 occurrences or 1 year) -------------
(continued)

Chest/Heart: S1 S2 normal 0 murmur

Lungs: clear all fields

Back and Ext: ROM of spine is full but "stabbing" pain 6/10 reported in anterior left hip with side-to-side motion. Muscle strength full and equal bl 5/5. DTR equal bl.
Positive SLR.

A/P:
Lower back pain with parethesia reported down left leg to toes. Extensive prior workup (see x-ray reports).
Consult to PT for evaluation and recommendation for future management.
Continue Advil PRN.
Avoidance of pressure on spine. Instructed on ways to avoid with elevation of one foot or the other while standing, no waistbelt, no heavy loads in hip pockets. Back stretching and strengthening exercises discussed and illustrated.
Hx schizophrenia. Continue medication as rx with consult to MH.
Followup with me 1 month to evaluate pain control and discuss future treatment.
Remind seatbelt use

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 05/14/98 09:19

Analog Pager: 119

05/14/98 09:21 Title: ADDENDUM
NOTE: Vet is 32 y o. Age related above is incorrect.

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 05/14/98 09:21

Analog Pager: 119

------------ PN - Progress Notes (max 10 occurrences or 1 year) ------------

06/26/98 11:47 Title: GENERAL NOTE

BRIEF VISAIT- 32 YO FEMALE WHO IS REQUESTING ZYPREX A WHICH HAS BEEN RXD BY DR. SMITH A PSYCHIATRIST AT THE SALEM VIRGINIA VAMC. HAD PREVIOUSLY BEEN RXD CPZ HERE IN THE MHC ABOUT 6 YRS AGO BUT NEVER TOOK IT BECAUSE SHE DIDNT AGREE WITH THE DIAGNOSIS..

WAS ADMITTED TO SASLEM VAMC WITH SELF REPORTED SX OF DEPRESSION, IRRITABILTY, REPETITIVE "FAINTING SPELLS", FEELINGS OF BEING FEVERISH BUT NO HIGH TEMPERTURE, FEELINGS OF DISIRIENTATION TO DAY, DATE ETC, HAVING OUT OF BODY EXPERIENCES- PEOPLE PULL HER OUT OF HER BODY- SUCH AS HER COMMANDING OFFICER- THEY SWITCHED BODIES- SHE WAS IN HIS BODY AND HE WAS IN HER BODY. ZYPREXA CALMS HER DOWN AND HER BRAIN IS LESS STRESSED- BUT HAS THE SE OF MAKING HER DRWOSY, HAVING DIARHEA AND GAS, HEADACHES, AND COUGHING. DOSE -7.5 MG FOR 6 MONTHS SICNE DC FROM SALEM VA, BUT HAS BEEN TYAKING 10MG FOR PAST MONTH.

DENIES MAJOR MEDICAL PROBLEMS BUT DID SUFFER FX OF METATARSALS IN BASIC TRAINING- ALSO WAS INJURED IN AIT WFHICH SXHE DID NOT COMPLETE- SUFFERED FX OF PELVIS. ALSO TAKES STRESSTABS ANDF ST JOHMS WORT
SHE DID COMPLETE BASIC TRAINING. WAS IN SERVICE FOR 9 MOMNTHS TOTAL
MSE- FLAT AFFECT. SHE IS UNSURE IF SHE HAS HALLUCVINATIONS BUTR DOES "COMMINCUATE WITH OTHER PEOPLE MENTALLY.
NO SI OR HI.
ASSESSMENT- SCHIZPHRENIA
PLAN ZYPREXA 10MG HS
INTAKE
FU 3 MONTHS

Signed by: /es/ EDWARD W ZEVIN
MD 06/26/98 12:06

Analog Pager: 412
Digital Pager: 571-2884

06/16/98 15:29 Title: AMBULATORY/OUTPATIENT CARE NOTE
32 y o Indian female here with complaints of "not getting enough air" and coughing for the past 2 weeks. Drinks about 2 cups of tea and 2 cups of water a day. Non-smoker. No ETOH.

LMP: 5/21/98 only lasted 1 day.
no OCs

NKDA

Meds:
zyprexa 10 mg (for scitzophrenia)
MVI QD

O:
5ft 3 1 / 2 in 167 lbs 106/72 68
no acute distress but with dry cough throughout

HEENT: benign except for reported tenderness over maxillary sinuses not worsened with bending forward

------------ PN - Progress Notes (max 10 occurrences or 1 year) -------------
(continued)

no adenopathy
card: rrr 0 m
lungs: clear, but with decreased breath sounds in lower fields
ext: no edema, no cyanosis

A/P:
suspect seasonal allergic rhinitis
Vet refuses labs today. Reports having lab work done 3 months ago downtown by another provider and all was normal.
Chest x-ray today
Increase water intake to 8 - 10 glasses a day.
Nasal saline spray 2 sprays each nostril BID.
Recheck 1 month.

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 06/16/98 15:38

Analog Pager: 119

06/16/98 14:05 Title: PSYCHIATRY

C. SOCIAL WORK. ASSESSMENT AS RESULT OF CONSULT FROM B. FAIRCHILD 5-15 RE: H/O SCHIZOPHRENIA. VET IS PREV KNOWN TO MHC. PLEASE REFER TO INTAKE ASSESSMENT DATED 8-5-91 AND OUT-PATIENT PROGRESS NOTES FOR BACKGROUND INFO.
VET IS 32 YR OLD NSC FEMALE VET WHO WAS ALERT, ORIENTED, RELEVANT AND COHERENT, WITH FLATTENED AFFECT. SHE C/O FEELING WEAK, EXHAUSTED, FEELING "LIKE I HAVE DIED AND THAT MY LIFE IS TRYING TO RETURN TO MY BODY". SHE REPORTS H/O SEXUAL HARASSMENT IN SERVICE AND STATES THAT SHE FEELS LIKE HER BODY BECAME SWITCHED WITH THE MAN AND THAT SHE BECAME LOCKED IN HIS BODY AND THAT HE IS FINALLY LEAVING HER BODY AND SHE IS RETURNING AND THAT THIS IS EXHAUSTING HER. SHE "FEELS OUT OF BODY". SHE SAYS THAT SHE FEELS THAT SHE IS STILL IN THE MILITARY AT TIMES AND THAT SHE RELIVES MILITARY EXPERIENCES AND THAT PARTS OF HER BODY ARE TRYING TO REINTEGRATE THEMSELVES . SHE DENIES SUICIDAL/HOMOCIDAL IDEATION. SHE DENIES HALLUCINATIONS. SHE REPORTS THAT FAMILY IS ANGRY WITH HER BECAUSE SHE SPENDS ALMOST OFF OF THE TIME IN THE BED AND IS NOT WORKING.
VET IS DIVORCED WITH NO CHILDREN. SHE WAS BREIFLY MARIED FOR 1 YR AND SAYS THAT HUSBNAD WAS ABUSIVE, HIT HER AND LEFT HER. SHE HAS HAD NO CONTACT FOR 5 YRS.
SHE IS RESIDING WITH HER PARENTS AND QUIT A JOB AS CASHIER AT MACDONALD'S LAST WEEK. SHE HAD HELD THE JOB FOR 3 MO. SHE REPORTS TAHT SHE HAS BEEN UNABLE TO WORK REGULARLY SINCE 1995 WHEN SHE BEGAN "FAINTING" FREQ. PRIOR TO THAT SHE HAD BEEN WORKING AS A COUNSELOR IN A RESIDENTIAL HOME FOR TEENAGERS FROM 1993-1995. SHE FOUND THIS JOB STRESSFUL AND CRIED ALL THE TIME. SHE LEFT IT AND WORKED FOR 6 MO AT PART. HOSPITAL FOR CHILDREN IN PHILA BUT LEFT THIS ALSO. SHE WENT TO STAY WITH HER SISTER IN VA DURING 1997 AFTER HER BROTHER "PUNCHED HER" DURING AN ARGUMENT.
SHE IS CURRENTLY ATTEMPTING TO COMPLETE THE FINAL COURSE IN A MASTER'S DEGREE PROGRAM IN PSYCHOLOGY AT WEST CHESTER UNIV. SHE IS HAVING

06/30/98 14:19
******************** CONFIDENTIAL AD HOC SUMMARY pg. 3 ********************
BANERJEE,URMILA [redacted] DOB: [redacted]

------------ PN - Progress Notes (max 10 occurrences or 1 year) -------------
(continued)

DIFFICULTY STAYING UP LONG ENOUGH TO COMPLETE THE REQUIREMENTS AND IS NOT SURE IF SHE CAN COMPLETE IT.
WHILE IN VA SHE WAS HOSP AT VAMC, SALEM FROM NOV 18 , 1997 - NOV 24, 1997. CONTACT WAS MADE WITH THAT FACILITY AND INFO WAS OBTAINED BY FAX VERIFYING DX: PARANOID SCHIZOPHRENIA EXACERBATION. SHE WAS APPARENTLY COMMITTED FOR TREATMENT AFTER AN ATTEMPT TO LEAVE HOSPITAL. SHE WAS THEN TRANS. TO ROANOKE MEM. HOSP. AND VET REPORTS THAT SHE WAS PLACED ON ZYPREXA 10 MG QD. SHE REPORTS COMPLIANCE AND SAYS SHE HAS MEDICATION ENOUGH TO LAST UNTIL APPT WITH PSYCHIATRIST 6-26.
SHE FOCUSES ON "FAINTING" AND "EXHAUSTION".
SHE DENIES USE OF CIGARETTES, ALCOHOL, DRUGS AND DENIES ANY H/ ABUSE OF SUBSTANCES.
DX: SCHIZOPHRENIA,PAR
PLAN: SCHED WITH DR ZEVIN 6-26 FOR MED EVAL.
REFERRED TO VARO RE: POSSIBLE APPLICATION FOR SC STATUS FOR INJURIES TO FEET/LEGS/PELVIS RECEIVED IN SERVICE. SHE DECLINED SUPPORTIVE COUNSELIGN FOLLOW-UP AT THIS TIME, SAYING THAT SHE DID NOT HAVE THE ENERGY FOR IT.

Signed by: /es/ ANNA STANTON
LCSW 06/16/98 15:34

Analog Pager: 335

05/14/98 09:18 Title: AMBULATORY/OUTPATIENT CARE NOTE
Date: 5/14/98

Age: 22 y o Asian female who reports extensive injuries to left hip, leg, ankle, and foot during Persian Gulf war. Is working at McDonalds with extensive standing x 8 hours a day and now has pain in left hip relieved with Advil as well as numbness that extends down left leg to toes. Had been scheduled for PT previously but unable to attend because of conflict in schedule. Now could come for PT after 2:30 pm.

Also with dx of schitzophrenia stable of zyprexa 10 mg QD. Wants MH consult.

Allergies: NKDA
Medications:
zyprexa 10 mg QD

Non-prescription: Advil OTC (completely resolves pain)

OBJECTIVE

H: 5ft 3 1 / 2 in W: 168 BP: 98/64 "This is normal for me."
Pulse: 68

In no acute distress. Affect is flat. Comes in for exam wearing waistwrap purse.

THE 7131 NEW REQUEST REPORT FOR 06/29/1998 TO 06/29/1998 * LONG VERSION *
FOR WILMINGTON, DE, DIVISION WILMINGTON VAMC

Chatterjee
BANERJEE, URMILA

SSN: [redacted]
CLAIM NO:
ACTIVITY DATE: 05/14/1998
REQUEST DATE: 06/29/1998

Items Requested:

OPT TREATMENT REPORT (WILMINGTON VAMC): 5/98 to present

Remarks:

Furnish treatment records from MHC

Requested by: DAVIS, KENNETH D AT WILMINGTON

Done 6-30-98
30 C

000145

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

Department of Veterans Affairs

# STATEMENT IN SUPPORT OF CLAIM

**PRIVACY ACT INFORMATION:** The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized by the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Clearance Officer (723), 810 Vermont Ave., NW, Washington, DC 20420; and to the Office of Management and Budget, Paperwork Reduction Project (2900-0075), Washington, DC 20503. PLEASE DO NOT SEND THIS FORM OR APPLICATIONS FOR BENEFITS TO THESE ADDRESSES.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN *(Type or print)* | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| Urmila Chatterjee | | [redacted] C/CSS- |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

I wish to file for an increase in my SC bone problem as it has gotten progressively worse — my total health condition is deteriorating mentally and physically.

I have been treated for this condition (bones) during the last year at the VAH, Wilmington De. This SC condition prevents me from working especially when standing long hours!

I also wish to file for SC for Schizophrenia and possible PTSD due to trauma sustained on active duty. This trauma has made me feel as though I have "come out of my body" but most days I am so

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| Urmila Banerjee | 6.16.98 6/16/98 |
| ADDRESS [redacted] | DAYTIME TELEPHONE NUMBER *(Include Area Code)* [redacted] |

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

000146

VA FORM OCT 1993 21-4138 EXISTING STOCKS OF VA FORM 21-4138, APR 1992, WILL BE USED. *U.S. Government Printing Office: 1996 — 722-101/83595

1123

5/21

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

Department of Veterans Affairs

# STATEMENT IN SUPPORT OF CLAIM

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized by the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Clearance Officer (723), 810 Vermont Ave., NW, Washington, DC 20420; and to the Office of Management and Budget, Paperwork Reduction Project (2900-0075), Washington, DC 20503. PLEASE DO NOT SEND THIS FORM OR APPLICATIONS FOR BENEFITS TO THESE ADDRESSES.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN *(Type or print)* | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| URMILA ChatterJee | [redacted] | [redacted] C/CSS- |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

In the military my last name was BANERJee

RECEIVED VET SERVICES DIV. VAMROC 460

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| Urmila Banerji | 6/26/98 |

| ADDRESS | TELEPHONE NUMBERS *(Include Area Code)* DAYTIME | EVENING |
|---|---|---|
| | | |

000147

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

**DEPARTMENT OF VETERANS AFFAIRS**
Medical and Regional Office Center
1601 Kirkwood Highway
Wilmington DE 19805-4917

RECEIVED
JUL 15 1998
VET SERVICES DIV.,
VAMROC 460

June 29, 1998

URMALA CHATTERJEE
[redacted]

In Reply Refer To: 460/21/KD
CSS [redacted]
CHATTERJEE, Urmila

Dear Mrs. Chatterjee:

We are reviewing your compensation claim for post traumatic stress disorder secondary to a personal assault that you experienced while on active duty. We need more information to consider your claim and ask that you complete the enclosed questionnaire about the incident. We realize that this may be a difficult subject for you to discuss, but the information will be safeguarded and used only in support of your claim.

You may be able to receive free counseling and medical care for problems associated with sexual assault whether or not you are receiving compensation. If you want information about counseling and treatment or you want to discuss these services before deciding, please contact the nearest VA Medical facility or Readjustment Counseling Center (Vet Center). Also, the counselors at these facilities will be helpful to you in documenting the details of the stressful event that can be used to support your claim.

**IF YOU HAVE ANY QUESTIONS**

If you have any questions, call us toll-free by dialing **1 800 827 1000.** If you are in the local dialing area of a VA regional office, check your local telephone directory for the regional office's telephone number. Our TDD number for the hearing impaired is **1 800 829 4833.** *If you call, please have this letter with you.*

Sincerely yours,

C. T. Keenan

C. T. KEENAN
Customer Service Division

**INFORMATION IN SUPPORT OF CLAIM FOR SERVICE CONNECTION FOR POST-TRAUMATIC STRESS DISORDER (PTSD) SECONDARY TO A PERSONAL ASSAULT**
↳SCHIZOPHRENIA. AND BROKEN PELVIS, FEMUR, HIP JOINTS AND METATARSAL.

*Please complete in detail so that research of military records can be thoroughly conducted.*

1. Identifying Data:

Name of Veteran:

BANERJEE URMILA —

Last Name First Name MI

VA File Number: C/SS________ Social Security No.: [redacted]

Service Number:________ Branch of Service: ARMY

2. Describe the in service incident(s) that you feel contributed to your current condition. For each incident, please tell us where the incident(s) took place such as city, town, country, or military installation and furnish the date(s) or the approximate time period if you do not remember the date. Please be as specific as possible since that will help us in deciding your claim. The reverse side or additional paper may be used if you need more space. ON THE BACK SIDE.

3. Please indicate the unit(s) you were in at the time of the incident and the dates of assignment to each unit. Provide the information for each incident. (If there was more than one incident, please number them to correspond with those listed in item 2.)

| | |
|---|---|
| JAN-JUN '91 AIT FT. SAM HSTN TEXAS. | DEC/90 BASIC TRAINING NEW JERSEY |
| Month/Day/Year of Assignment | Month/Day/Year of Assignment |
| Company E Trne | Company |
| Battalion 187th Med Bn. | Battalion |
| Regiment USAMEDD. | Regiment |
| Brigade | Brigade |
| Division | Division |
| Squadron | Squadron |
| Ship | Ship |

000149