**DEPARTMENT OF VETERANS AFFAIRS**
**Medical and Regional Office Center**
**1601 Kirkwood Highway**
**Wilmington DE 19805-4917**

June 29, 1998

URMALA CHATTERJEE
[redacted]

In Reply Refer To: 460/21/KD
CSS [redacted]
CHATTERJEE, Urmila

Dear Mrs. Chatterjee:

We are reviewing your compensation claim for post traumatic stress disorder secondary to a personal assault that you experienced while on active duty. We need more information to consider your claim and ask that you complete the enclosed questionnaire about the incident. We realize that this may be a difficult subject for you to discuss, but the information will be safeguarded and used only in support of your claim.

You may be able to receive free counseling and medical care for problems associated with sexual assault whether or not you are receiving compensation. If you want information about counseling and treatment or you want to discuss these services before deciding, please contact the nearest VA Medical facility or Readjustment Counseling Center (Vet Center). Also, the counselors at these facilities will be helpful to you in documenting the details of the stressful event that can be used to support your claim.

**IF YOU HAVE ANY QUESTIONS**

If you have any questions, call us toll-free by dialing **1 800 827 1000.** If you are in the local dialing area of a VA regional office, check your local telephone directory for the regional office's telephone number. Our TDD number for the hearing impaired is **1 800 829 4833.** *If you call, please have this letter with you.*

Sincerely yours,

C. T. KEENAN
Customer Service Division

Information Request Form WILMINGTON, DE JUN 29,1998@11:16:45

Patient: BANERJEE,URMILA SSN: 142 3. . (B3764)
Claim #: [redacted]
Activity Date: MAY 14, 1998@08:30:00

| | Report | Selected | Status |
|---|---|---|---|
| 1 | Notice of discharge | NO | |
| 2 | Hospital Summary | NO | |
| 3 | Certificate (21-day) | NO | |
| 4 | Other/Exam (Review Remarks) | NO | |
| 5 | Special Report | NO | |
| 6 | Competency Report | NO | |
| 7 | VA Form 21-2680 | NO | |
| 8 | Asset Information | NO | |
| 9 | Admission Report | NO | |
| 10 | Beginning Date Care | NO | |

Select Report:
OPT TREATMENT RPT (DATE RANGE): 5/98 to present
Routing Location: 1 WILMINGTON VAMC 460
ADDITIONAL REMARKS:
1>Furnish treatment records from MHC

6/29/98

RFI

FILE NUMBER [redacted] 3101 INFORMATION REQUEST DATE OF REQUEST 06-29-98

END PRODUCT 024 NAME U CHATT

TYPE REQUEST SUPPLEMENTAL

ADDRESS CODE 13/

SEP FORMS ON FILE YES

BRANCH OF SERVICE ARMY

CLAIM TYPE DISABILITY

DATA REQUESTED OTHER

CONDITIONS

SPECIAL INFORMATION

PLEASE PROVIDE A COMPLETE COPY OF THE MILITARY FILE. MICROFICHE IS ACCEPTABLE. WE MUST HAVE ALL AVAILABLE DOCUMENTS TO PROCESS CLAIM.

REQUESTED BY DAVIS K

# COVERS

NOTICE OF PERMANENT TRANSFER OF VETERANS RECORDS

***PERMANENT***

**Send To (RO/Station Name):** VAMROC WILMINGTON **Station Number:** 460

**Route To:** ATTN: ADJUD

**From (RO Name):** ROANOKE **RO Number:** 314

**Adjudication Action Pending?:** No

**Date of Transfer:** 06/23/1998

**Type of Transfer: Permanent**

**Veteran's Name:** CHATTERJEE, URMILA

**VA File Number:** [redacted] **Power of Attorney:** 000

**Social Security Number:** [redacted]

**Remarks:** PER YOUR COVERS REQUEST

RECEIVED
JUN 25 1998
ADJUDICATION
WILM., DEL.

000153

VA 5 1301 7-9-98 K

COLOR-CODE.............C/O DATE...........SEARCHER..........ADDRESS-CODE 13
SSAN/SN NAME SVC-CODE REGISTRY-NO.
[redacted] BANERJEE URMILA AR A 9 065 411

RUN DATE 07/06/98
RUN TIME 23.4
RUN PAGE 00120
INQ PAGE 0001

================REQUEST FOR INFORMATION VA FORM 70-3101-4 JUL 1986*==============

Files-F-8-5

DATE 06-30-98 VA-INS-NO. VA-FILE-NO. [redacted]

TYPE-OF-REQUEST SUPPLEMENTAL 1.NAME CHATTERJEE,URMILA
TYPE-OF-CLAIM DISABILITY 2.SSAN [redacted]
3.SERVICE-BRANCH ARMY
DATA-REQUESTED OTHER 4.DATE-OF-BIRTH [redacted]
5.PLACE-OF-BIRTH
6.DATE-OF-DEATH

=========================================================================

VETERANS ADMINISTRATION (460)
1601 KIRKWOOD HGWY
WILMINGTON DE 19805 ORIGINATING-UNIT ADJUDICATION 2111

=========================================================================

| 7. ENT ACT DUTY | 8. SEP ACT DUTY | 9. CHAR | 10.SVC NUMBER | 11. LAST GRADE, RATE, RANK, AND/OR ORGANIZATION | 12.SEP FORM ON FILE |
|---|---|---|---|---|---|
| 10-09-90 | 06-24-91 | HON | [redacted] | E-4 US ARMY | YES |

=========================================================================

13.SUBSEQUENT-RES/RET-STATUS NONE 14.TERMINAL-DATE 15.RET-STATUS

=========================================================================

16.ALLEGED DISEASE/INJURY 17.TREATMENT-DATES 18.PLACE-OF-TREATMENT 19.TYPE

=========================================================================

20.PLEASE PROVIDE A COMPLETE COPY OF THE MILITARY FILE. MICROFICHE IS ACCEPTABLE. WE MUST HAVE ALL AVAILABLE DOCUMENTS TO PROCESS CLAIM.

( ) AVAILABLE REQUESTED RECORDS FORWARDED.

( ) ITEMS 1, AND 2 OR 10 (WHICHEVER WAS THE IDENTIFIER) AND 7-9 VERIFIED CORRECT.

( ) ITEMS 1, AND 2 OR 10 (WHICHEVER WAS THE IDENTIFIER) AND 7-9 VERIFIED CORRECT, EXCEPT

I form 2-1

ENCLOSURES ( )X-RAYS ( )CLINICAL RECORDS . SIGNATURE AND TITLE . DATE
( )HEALTH RECORDS ( )DENTAL RECORDS .
( )ENTRANCE PHYSICAL ( )MEDICAL RECORDS .
( )SEPARATION PHYSICAL (X)OTHER RECORDS .

CODE: NOPMAC DATE: 1/30/98
NATIONAL PERSONNEL RECORDS CENTER (MPR)
ST. LOUIS, MO 63132-5100
BY: D Staples

000154

** FINAL **
Processing time: 14
For FEET Exam

==========================================================================

Name: BANERJEE,URMILA

SSN: [redacted] (B3764)
C-Number:
DOB: DEC 19,1965

Address: 45 GLENROCK DR

City,State,Zip+4:
CLAYMONT DELAWARE 19703-1230

Res Phone: 3027982677
Bus Phone:

Entered active service: OCT 8,1990
Released active service: JUN 24,1991

Last rating exam date: APR 16,1998

Priority of exam: Increase

==========================================================================

Examining provider: ROBERT GARBER, D.P.M.
Examined on: JUL 9,1998

==========================================================================

Examination results:

CHIEF COMPLAINT
Ms. Banerjee is a 32-year-old female, who complains of broken bones on the left foot, during on service in the Army.

She states that she cannot stand up for long periods of time without pain. I was not able to elicit pulses on Ms. Banerjee, however, there is good capillary return present bilaterally.

There is good range of motion present bilaterally with pain in the 3rd and 4th mid shaft during palpation of the left foot. There is 30 degrees of inversion present on the left foot, and there is 20 degrees of inversion present on the right foot. There is 0 rees eversion present bilaterally. There is poor muscle power sent bilaterally. There is fair ankle stability bilaterally. There is fair heel-toe supination and pronation bilaterally. There is severe pronation on stance present bilaterally. The achilles's and patella reflexes are within normal limits bilaterally. There is a good dull, sharp and vibratory sensation bilaterally. There is good plantar response bilaterally.

X-ray shows a questionable thickening of the shaft of the third metatarsal, indicative of a possible old fracture. There is also a biparte tibial sesamoid present.

DIAGNOSES
1. Possible residuals of a fracture of the left foot
2. Pas planus

Continued on next page
VA Form 2507

Exam Results Continued

ROBERT GARBER, D.P.M.

GR/ccl
SecrePhone
DD: 07/09/98
DR: 07/09/98
DT: 07/09/98
#9474
Patient: BANERJEE, URMILA SSN: [redacted]

This exam has been reviewed and approved by the examining provider.

VA Form 2507

VA Regional Office - WILMINGTON, DE
Compensation and Pension Examination Request Worksheet

Veteran's Name: Urmila Chatterjee VAMC: Wilm DE

C-Number: [redacted] SSN: ____________

Telephone-Day: [redacted] Night: ____________

Power of Attorney: ____________

Date Ordered: 6/29/98 By: KD

Priority of Exam: Rec Sc ( ) Insufficient Exam Dated: ____________

(See Remarks)

( ) General Medical Examination

( ) Review of Pertinent Medical Records in Claims Folder is Required Prior to Examination

**Body System: Musculoskeletal (DC Series 5000, 5100, 5200, 5300)**

( ) Bones (Fractures and Bone Disease)
( ) Amputation, Residuals of
( ) Hand, Thumb, and Fingers
( ) Spine (Cervical, Thoracic & Lumbar)
( ) Fibromyalgia
(X) Joints (Shoulder/Elbow/Wrist/Hip/Knee/Ankle)
( ) Feet
( ) Muscles

**Body System: Organs of Sense (DC Series 6000, 6100, 6200)**

( ) Eye Examination
( ) Ear Disease
( ) Audio
( ) Senseof Smell and Taste

**Body System: Infectious/Immune/Nutritional (DC Series 6300)**

( ) Infectious, Immune, and Nutritional Disabilities
( ) HIV-Related Illness
( ) Chronic Fatigue Syndrome

** Remarks:

Residuals, stress fracture, left third metatarsal

Amie request 6/29/98 KD

**Body System: Respiratory (DC Series 6500, 6600, 6700, 6800)**
( ) Nose, Sinus, Larynx, and Pharynx
( ) Respiratory (Obstructive, Restrictive, and Interstitial)
( ) Pulmonary Tuberculosis and Mycobacterial Diseases
( ) Respiratory Diseases, Miscellaneous

**Body System: Cardiovascular (DC Series 7000, 7100)**
( ) Arrhythmias
( ) Arteries, Veins and Miscellaneous
( ) Heart
( ) Hypertension

**Body System: Digestive (DC Series 7200, 7300)**
( ) Mouth, Lips, and Tongue
( ) Intestines (Large and Small)
( ) Digestive Conditions, Miscellaneous
( ) Stomach, Duodenum, and Peritoneal Adhesions
( ) Esophagus and Hiatal Hernia
( ) Liver, Gall Bladder, and Pancreas
( ) Rectum and Anus

**Body System: Genitourinary (DC Series 7500)**
( ) Genitourinary Examination

**Body System: Gynecological and Breast (DC Series 7600)**
( ) Gynecological Conditions and Disorders of the Breast

**Body System: Hemic and Lymphatic (DC Series 7700)**
( ) Hemic Disorders
( ) Lymphatic Disorders

**Body System: Skin (DC Series 7800)**
( ) Scars
( ) Skin Diseases (other than scars)

**Body System: Endocrine (DC Series 7900)**
( ) Endocrine Diseases, Miscellaneous
( ) Cushing's Syndrome
( ) Diabetes Mellitus
( ) Thyroid and Parathyroid Diseases
( ) Acromegaly

**Body System: Neurologic (DC Series 8000, 8100, 8200, 8300, 8400, 8500, 8600, 8700, 8800, 8900)**
( ) Brain and Spinal Cord
( ) Neurological Disorders, Miscellaneous
( ) Epilepsy and Narcolepsy
( ) Cranial Nerves
( ) Peripheral Nerves

**Body System: Mental Disorders (DC Series 9200, 9300, 9400, 9500)**
( ) Mental Disorders (not initial PTSD and Eating Disorders)
( ) Eating Disorders (Mental Disorders)
( ) Post-Traumatic Stress Disorder (PTSD)

**Body System: Dental and Oral (DC Series 9900)**
( ) Dental and Oral

**Special Examinations:**
( ) Aid and Attendance or Housebound Examination
( ) Prisoner of War Protocol Examination
( ) Cold Injury Protocol Examination
( ) Gulf War Guidelines

DEPARTMENT OF VETERANS AFFAIRS
Veterans Health Administratio

NOVEMBER 13, 1998

In Reply Refer To: 742/002

BANERJEE, URMILA

SSN: [redacted]

MS URMILA BANERJEE
[redacted]

Dear MS BANERJEE:

I am pleased to confirm your enrollment with the Department of Veterans Affairs healthcare system. We look forward to providing you a broad range of health-related services, including preventive care, primary care, and inpatient and outpatient services.

Enrollment gives you access to VA health services around the country, and you may use VA services with any other health coverage.

If you do not wish to be enrolled for any reason, please notify VA at the following address in writing: VA Health Eligibility Center, 1644 Tullie Circle, Atlanta, Georgia 30329.

Some frequently asked questions and answers about VA healthcare are enclosed. We will also be sending you other information, including a short questionnaire about your health that will help us serve you better in the future. Should you have any questions, please contact us at the toll-free number, 1-877-222-VETS (1-877-222-8387).

Thank you for enrolling with the Department of Veterans Affairs healthcare system. We will do our best to provide you healthcare that is second to none.

Sincerely,

Kenneth J. Clark
Chief Network Officer

Enclosure

000159

134

VA Form 600A
JUN 1998

*Questions? Call 1-877-222-VETS*

B000047780

Elixir H600A

NOTE DATED: 05/14/98 09:18 AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 05/14/98 09:18 PRIMARY CARE (FAIRCHILD)
Date: 5/14/98

A 22 y o Asian female who reports extensive injuries to left hip, leg, ankle, and foot during Persian Gulf war. Is working at McDonalds with extensive standing x 8 hours a day and now has pain in left hip relieved with Advil as well as numbness that extends down left leg to toes. Had been scheduled for PT previously but unable to attend because of conflict in schedule. Now could come for PT after 2:30 pm.

Also with dx of schitzophrenia stable of zyprexa 10 mg QD. Wants MH consult.

Allergies: NKDA
Medications:
zyprexa 10 mg QD

Non-prescription: Advil OTC (completely resolves pain)

OBJECTIVE

H: 5ft 3 1 / 2 in W: 168 BP: 98/64 "This is normal for me."
Pulse: 68

In no acute distress. Affect is flat. Comes in for exam wearing waistwrap purse.

Chest/Heart: S1 S2 normal 0 murmur

Lungs: clear all fields

Back and Ext: ROM of spine is full but "stabbing" pain 6/10 reported in anterior left hip with side-to-side motion. Muscle strength full and equal bl 5/5. DTR equal bl.
Positive SLR.

A/P:
Lower back pain with parethesia reported down left leg to toes. Extensive prior workup (see x-ray reports).
Consult to PT for evaluation and recommendation for future management.
Continue Advil PRN.
Avoidance of pressure on spine. Instructed on ways to avoid with elevation of one foot or the other while standing, no waistbelt, no heavy loads in hip pockets. Back stretching and strengthening exercises discussed and illustrated.
Hx schizophrenia. Continue medication as rx with consult to MH.
Followup with me 1 month to evaluate pain control and discuss future treatment.
Remind seatbelt use

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 05/14/98 09:19

05/14/98 09:21 Addendum

NOTE: Vet is 32 y o. Age related above is incorrect.
Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 05/14/98 09:21

MEDICAL RECORD

Progress Notes

NOTE DATED: 06/16/98 14:05 PSYCHIATRY
VISIT: 06/16/98 14:05 MHC-STANTON

SOCIAL WORK. ASSESSMENT AS RESULT OF CONSULT FROM B. FAIRCHILD 5-15 H/O SCHIZOPHRENIA. VET IS PREV KNOWN TO MHC. PLEASE REFER TO INTAKE ASSESSMENT DATED 8-5-91 AND OUT-PATIENT PROGRESS NOTES FOR BACKGROUND INFO.

VET IS 32 YR OLD NSC FEMALE VET WHO WAS ALERT, ORIENTED, RELEVANT AND COHERENT, WITH FLATTENED AFFECT. SHE C/O FEELING WEAK, EXHAUSTED, FEELING "LIKE I HAVE DIED AND THAT MY LIFE IS TRYING TO RETURN TO MY BODY". SHE REPORTS H/O SEXUAL HARASSMENT IN SERVICE AND STATES THAT SHE FEELS LIKE HER BODY BECAME SWITCHED WITH THE MAN AND THAT SHE BECAME LOCKED IN HIS BODY AND THAT HE IS FINALLY LEAVING HER BODY AND SHE IS RETURNING AND THAT THIS IS EXHAUSTING HER. SHE "FEELS OUT OF BODY". SHE SAYS THAT SHE FEELS THAT SHE IS STILL IN THE MILITARY AT TIMES AND THAT SHE RELIVES MILITARY EXPERIENCES AND THAT PARTS OF HER BODY ARE TRYING TO REINTEGRATE THEMSELVES . SHE DENIES SUICIDAL/HOMOCIDAL IDEATION. SHE DENIES HALLUCINATIONS. SHE REPORTS THAT FAMILY IS ANGRY WITH HER BECAUSE SHE SPENDS ALMOST OFF OF THE TIME IN THE BED AND IS NOT WORKING.

VET IS DIVORCED WITH NO CHILDREN. SHE WAS BREIFLY MARIED FOR 1 YR AND SAYS THAT HUSBNAD WAS ABUSIVE, HIT HER AND LEFT HER. SHE HAS HAD NO CONTACT FOR 5 YRS.

SHE IS RESIDING WITH HER PARENTS AND QUIT A JOB AS CASHIER AT MACDONALD'S LAST WEEK. SHE HAD HELD THE JOB FOR 3 MO. SHE REPORTS TAHT SHE HAS BEEN UNABLE TO WORK REGULARLY SINCE 1995 WHEN SHE BEGAN "FAINTING" FREQ. PRIOR TO THAT SHE HAD BEEN WORKING AS A COUNSELOR IN A RESIDENTIAL HOME FOR TEENAGERS FROM 1993-1995. SHE FOUND THIS JOB STRESSFUL AND CRIED ALL THE TIME. SHE LEFT IT AND WORKED FOR 6 MO AT PART. HOSPITAL FOR CHILDREN IN PHILA BUT LEFT THIS ALSO. SHE WENT TO STAY WITH HER SISTER IN VA DURING 1997 AFTER HER BROTHER "PUNCHED HER" DURING AN ARGUMENT.

SHE IS CURRENTLY ATTEMPTING TO COMPLETE THE FINAL COURSE IN A MASTER'S DEGREE PROGRAM IN PSYCHOLOGY AT WEST CHESTER UNIV. SHE IS HAVING DIFFICULTY STAYING UP LONG ENOUGH TO COMPLETE THE REQUIREMENTS AND IS NOT SURE IF SHE CAN COMPLETE IT.

WHILE IN VA SHE WAS HOSP AT VAMC, SALEM FROM NOV 18 , 1997 - NOV 24, 1997. CONTACT WAS MADE WITH THAT FACILITY AND INFO WAS OBTAINED BY FAX VERIFYING DX: PARANOID SCHIZOPHRENIA EXACERBATION. SHE WAS APPARENTLY COMMITTED FOR TREATMENT AFTER AN ATTEMPT TO LEAVE HOSPITAL. SHE WAS THEN TRANS. TO ROANOKE MEM. HOSP. AND VET REPORTS THAT SHE WAS PLACED ON ZYPREXA 10 MG QD. SHE REPORTS COMPLIANCE AND SAYS SHE HAS MEDICATION ENOUGH TO LAST UNTIL APPT WITH PSYCHIATRIST 6-26.

SHE FOCUSES ON "FAINTING" AND "EXHAUSTION".

SHE DENIES USE OF CIGARETTES, ALCOHOL, DRUGS AND DENIES ANY H/ ABUSE OF SUBSTANCES.

DX: SCHIZOPHRENIA,PAR

PLAN: SCHED WITH DR ZEVIN 6-26 FOR MED EVAL.

REFERRED TO VARO RE: POSSIBLE APPLICATION FOR SC STATUS FOR INJURIES TO FEET/LEGS/PELVIS RECEIVED IN SERVICE. SHE DECLINED SUPPORTIVE COUNSELIGN FOLLOW-UP AT THIS TIME, SAYING THAT SHE DID NOT HAVE THE ENERGY FOR IT.

Signed by: /es/ ANNA STANTON
LCSW 06/16/98 15:34

MEDICAL RECORD  Progress Notes

NOTE DATED: 06/16/98 15:29  AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 06/16/98 15:29 PRIMARY CARE (FAIRCHILD)
32 y o Indian female here with complaints of "not getting enough air" and coughing for the past 2 weeks. Drinks about 2 cups of tea and 2 cups of er a day. Non-smoker. No ETOH.

LMP: 5/21/98 only lasted 1 day.
no OCs

NKDA

Meds:
zyprexa 10 mg (for scitzophrenia)
MVI QD

O:
5ft 3 1 / 2 in  167 lbs  106/72  68
In no acute distress but with dry cough throughout

HEENT: benign except for reported tenderness over maxillary sinuses not worsened with bending forward
no adenopathy
card: rrr 0 m
lungs: clear, but with decreased breath sounds in lower fields
ext: no edema, no cyanosis

A/P:
suspect seasonal allergic rhinitis
Vet refuses labs today. Reports having lab work done 3 months ago downtown by another provider and all was normal.
Chest x-ray today
Increase water intake to 8 - 10 glasses a day.
Nasal saline spray 2 sprays each nostril BID.
Recheck 1 month.

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 06/16/98 15:38

MEDICAL RECORD — Progress Notes

NOTE DATED: 06/26/98 11:47 GENERAL NOTE
VISIT: 06/26/98 11:47 MHC-ZEVIN I

BRIEF VISAIT- 32 YO FEMALE WHO IS REQUESTING ZYPREX A WHICH HAS BEEN RXD BY DR. SMITH A PSYCHIATRIST AT THE SALEM VIRGINIA VAMC. HAD PREVIOUSLY N RXD CPZ HERE IN THE MHC ABOUT 6 YRS AGO BUT NEVER TOOK IT BECAUSE DIDNT AGREE WITH THE DIAGNOSIS.

WAS ADMITTED TO SASLEM VAMC WITH SELF REPORTED SX OF DEPRESSION, IRRITABILTY, REPETITIVE "FAINTING SPELLS", FEELINGS OF BEING FEVERISH BUT NO HIGH TEMPERTURE, FEELINGS OF DISIRIENTATION TO DAY, DATE ETC, HAVING OUT OF BODY EXPERIENCES- PEOPLE PULL HER OUT OF HER BODY- SUCH AS HER COMMANDING OFFICER- THEY SWITCHED BODIES- SHE WAS IN HIS BODY AND HE WAS IN HER BODY. ZYPREXA CALMS HER DOWN AND HER BRAIN IS LESS STRESSED- BUT HAS THE SE OF MAKING HER DRWOSY, HAVING DIARHEA AND GAS, HEADACHES, AND COUGHING. DOSE -7.5 MG FOR 6 MONTHS SICNE DC FROM SALEM VA,BUT HAS BEEN TYAKING 10MG FOR PAST MONTH.

DENIES MAJOR MEDICAL PROBLEMS BUT DID SUFFER FX OF METATARSALS IN BASIC TRAINING- ALSO WAS INJURED IN AIT WFHICH SXHE DID NOT COMPLETE- SUFFERED FX OF PELVIS. ALSO TAKES STRESSTABS ANDF ST JOHMS WORT
SHE DID COMPLETE BASIC TRAINING. WAS IN SERVICE FOR 9 MOMNTHS TOTAL
MSE- FLAT AFFECT. SHE IS UNSURE IF SHE HAS HALLUCVINATIONS BUTR DOES "COMMINCUATE WITH OTHER PEOPLE MENTALLY.
NO SI OR HI.
ASSESSMENT- SCHIZPHRENIA
PLAN ZYPREXA 10MG HS
INTAKE
FU 3 MONTHS

Signed by: /es/ EDWARD W ZEVIN
MD 06/26/98 12:06

MEDICAL RECORD

Progress Notes

NOTE DATED: 07/15/98 16:58 PHYSICAL THERAPY NOTE
VISIT: 07/15/98 16:00 PHYSICAL THERAPY (B)

S: Pt was seen this day with no new complaints. During the course of the visit, she reported stress when around crowds.
A 3/8" heel lift was ordered for her right leg. Also, pt was instructed an extensive stretching regimen for her cervical, low back, and lower extremeties. Pt demonstrated all exercises and reported no complaints with these exercises. Pt was also instructed to use heat or ice to her areas of pain as indicated.

A: Pt seems to have pain in several regions of her body. It is unclear if they are strictly the result of musculoskeletal problems, or if there is an affective or stress component to her problems.

P: Pt will be seen for PT next week, at which time the benefit of the stretching exercises will be assessed. Also, a thorough evaluation of her sacral-pelvic girdle will be performed along with joint mobs PRN.

Signed by: /es/ CHRISTOPHER CAMPAGNA
student physical therapist 07/15/98 17:11

07/15/98 17:44 Addendum

Co-signature of student PT note.
Signed by: /es/ Rebecca Sue M. Sup, MSPT
Physical Therapist 07/15/98 17:45

NOTE DATED: 09/23/98 15:15 PHYSICAL THERAPY DISCHARGE PLANNING
VISIT: 07/27/98 14:00 PHYSICAL THERAPY (B)
Pt. did not show for three consecutive physical therapy appointments. Pt. was seen for an initial physical therapy evaluation and one treatment session prior to her failure to attend. Therapy consisted of ordering a heel lift for R. foot, education in home use of heat and ice and provision of extensive home stretching program with handout and education in the clinic.
A/P: Due to the fact that the patient's pain may have significant psychological components, further physical therapy intervention is not recommended. Please re-consult PT if patient expresses a desire to review the stretching program provided.

Signed by: /es/ Rebecca Sue M. Sup, MSPT
Physical Therapist 09/23/98 15:21

MEDICAL RECORD Progress Notes

NOTE DATED: 09/24/98 11:04 MENTAL HEALTH CLINIC NOTE
VISIT: 09/24/98 10:00 MHC-ZEVIN I

HAS NOT BEEN COMPLIANT WITH MEDS. - MAKES HER "TOO DROWSY - CANT K." HAS MULTIPLE SOMATIC COMPLAINTS WHICH NEED TO BE EVALUATED BY MARY CARE DESDPITE THE POSSIBILITY THAT THE COMPLAINTS MAY BE DELUSIONAL. SHE REPORTS SHE HAD BEEN TO INDIA 6 MOMNTHS AGO AND WENT TO SEE AN AYURVEDIC PHYSICIAN WHO PRESCRIBED A GHEE BUT SHE DID NOT GET THE RX FOR THE GHEE FILLED YET. ,I TOLD HER TO BRING IN THE RX SO I CAN SEE WHAT SHE MAY BE GOIDNG TO USE IN ADDITION TO THE ST, JOHNS WORT ETC.

MSE- DELIUSIOIN CONTINUES.DENIES AH. NO SI. DENIES RECENT AGITAITON OR SEVERE SEVERE SLEEP DISTURBANCE. CURRENT CONTREOLS- GOOD.

ASSESSEMNT- CPS, PROBABLY AT BAZSXELINE

PLAN REDUCE DOSE OF ZYPREXA TO 5MG HS
ESCORT HER TO PRIMARY CARE
FU 6-8 WEEKS

Signed by: /es/ EDWARD W ZEVIN
MD 09/24/98 11:18

MEDICAL RECORD Progress Notes

NOTE DATED: 09/25/98 09:16 AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 09/25/98 08:30 PRIMARY CARE (FAIRCHILD)
Vet did not present for this mornings scheduled appointment. Note Dr. Zevin's concerns of yesterday and will address PRN.

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 09/25/98 09:17

MEDICAL RECORD

Progress Notes

NOTE DATED: 11/03/98 11:02 MENTAL HEALTH CLINIC NOTE
VISIT: 09/24/98 10:00 MHC-ZEVIN I
PS FROM SISTER OF VET - SISTER IS A RESIDENT AT ALLEGHENY HEALTH SYSTEM.
SHE REPORTS THAT VET IS INTERMITTNTLY MED NONCOMPLIANT, IS BECOMING
REASINGLY MORE PARANOID, AND LACKS INSIGHT INTO HER PROBLEM DESPITE THE
T THAT SHE HAS A MASTERS DEGREE IN CLINICAL PSYCHOLOGY.
LAST YEAR SHE WAS HOSPITALIZED AT SALEM VA AND THEN TRANSFERRED TO A
PRIVATE PSYCH FACILITY. SHE HAS RECENTLY BEEN TERMINATED FROMN A FEW JOBS
- SHE USED TO QUIT THEM. PSYCHOSIS STARTED IN MILITARY IN OR RIGHT AFTER
BASIS TRNG AND SHE WAS GIVEN AN HPNORABNLE DISCHARGE.
I INVITED DR. BANEERJEE TO COME WITH THE PT AT HER NEZXT APPT ON NOV 19
PLAN - DECANOATE

Signed by: /es/ EDWARD W ZEVIN
MD 11/03/98 11:09