MEDICAL RECORD Progress Notes

NOTE DATED: 11/19/98 10:12 MENTAL HEALTH CLINIC NOTE
VISIT: 11/19/98 09:00 MHC-ZEVIN I

MS. BANNERJEE HAS A DX OF CHRONIC PARANOID SCHIZPHRENIA. SHE HAD TREATMENT HERE IN THE VA MENTAL HEALTH CLINIC IN 1991, AND HAS RESUMED TREATMENT HERE DURING THE PAST YEAR. SHE IS TAKING MEDICATION AND IS NOT ABLE TO WORK DUE TO HER ILLNESS. THE EXPECTED DURATION OF TREATMENT IS NOT KNOWEN, BUT THERE IS A LIKELHOOD AND CONTOINUED TREATMENT INTO THE FORSEEABLE FUTURE.

Signed by: /es/ EDWARD W ZEVIN
MD 11/19/98 10:15

NOTE DATED: 11/19/98 10:12 MENTAL HEALTH CLINIC NOTE
VISIT: 11/19/98 09:00 MHC-ZEVIN I

MS. BANNERJEE HAS A DX OF CHRONIC PARANOID SCHIZPHRENIA. SHE HAD TREATMENT HERE IN THE VA MENTAL HEALTH CLINIC IN 1991, AND HAS RESUMED TREATMENT HERE DURING THE PAST YEAR. SHE IS TAKING MEDICATION AND IS NOT ABLE TO WORK DUE TO HER ILLNESS. THE EXPECTED DURATION OF TREATMENT IS NOT KNOWEN, BUT THERE IS A LIKELHOOD AND CONTOINUED TREATMENT INTO THE FORSEEABLE FUTURE.

Signed by: /es/ EDWARD W ZEVIN
MD 11/19/98 10:15

NOTE DATED: 11/19/98 10:40 MENTAL HEALTH CLINIC NOTE
VISIT: 11/19/98 10:39 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP DX: SCHIZ REACT
UNSCHED APPT. MET BRIEFLY WITH VET AND HER MOTHER AT DR ZEVIN'S REQUEST. VET'S MOTHER REQUESTS THAT VET BE EVALUATED FOR POSSIBLE REFERRAL FOR ADULT DAY PROGRAM, VOC REHAB, ETC. "TO KEEP HER MIND OCCUPIED". VET HAD PREV BEEN APPROVED FOR MEDICAID BENEFITS BUT THEY WERE DISCONTINUED WHEN SHE WORKED BREIFLY . THEY WERE ADVISED TO RE-APPLY AT THIS TIME, SINCE VET IS NOT WORKING AND THESE BENEFITS MIGHT BE HELPFUL IN AIDING VET TO OBTAIN ADULT DAY TREATMENT. WILL SCHEDULE VET FOR FOLLOW-UP APPT TO FURTHER PURSUE THESE ISSUES. SUPPORT PROVIDED.

Signed by: /es/ ANNA STANTON
LCSW 11/19/98 10:42

MEDICAL RECORD Progress Notes

NOTE DATED: 11/19/98 11:02 MENTAL HEALTH CLINIC NOTE
VISIT: 11/19/98 09:00 MHC-ZEVIN I
SEEN IN LENGHTY VISIT ACCOMPANIED BY MOM. 4 PAGE SMALL PRINT FAX FROM SISTER (A RESIDENT AT A HOSPITAL IN VIRGINIA) VET VERBALIZES DELUSIONAL MATERIAL. SHE ADMITS TO ONLY PARTIAL MED COMPLIANCE (AT BEST)- STATING IT MAKES HER TO DROWSY AND IT MAKES HER FAINT. WE ENGAGED IN A LENGHTY DISCUSION ABOUT AVAILABLE VA AND COMMUNITIY RESOURCES THAT MIGHT BE OF HELP AS WELL AS A CHANGE TO A DIFFERENT ATYPICLA ANTIPSYCHOTIC TO HELP WITH THE NEGATIVE SX OF SCHIZOPHRENIA.
ASSESSEMNT- CPS, AT BASELINE- WITH NO RECENT SIGNS OF EXACERBATION
SE TO OLANZAPINE
PLAN PSYCH-ED- NATURAL HX OF DOWNWARD DRIFT IN FUNCTIONAL ABILITIES WITH SCHOZPHRENIA - ESP WITH POOR MED COMPLIANCE
FU WITH SW
DC OLANZAPINE
START RISPEDAL
SUPPORTIVE TREATMENT
EST. ALLIANCE WITH MOM
FU 1 MOMTH

Signed by: /es/ EDWARD W ZEVIN
MD 11/19/98 11:09

BANERJEE,URMILA [redacted] WILMINGTON Printed:01/04/99 14:41
Vice SF 509

000173

MEDICAL RECORD

Progress Notes

NOTE DATED: 12/23/98 11:33 MENTAL HEALTH CLINIC NOTE
VISIT: 12/23/98 10:00 MHC-ZEVIN I

CONTINUES TO BE NONCOMPLIANT WITH PO ANTIPSYCOTIC. DELUSION OF ...ING PEOPLE FROM THE TV INSIDE HER CONTINUES. THERE ARE ALSO SIGNIFICANT N...ATIVE SCHIZOPHRENIC SX INCLUDING AVOLITION,AFFECTIVE FLATTENING, SOCIAL WITHRAWL, APATHY AND POOR SELF CARE. THERE IS NO ALOGIA AND NO BLOCKING. SHE IS NOW CONSENTING TO DECANOATE ANTIPSYCHOTIC, BUT REFUSES TRIAL OF PO FIRST. MSE- GOOD INSIGHT EXCEPTING COGITIONS ASSOCIATED WITH THE DELSUION.

ASSESSMENT- CPS

INADEQUATE RESOURCES TO DEAL ADEQUATELY WITH THESE PROBLEMS- WOULD BENEFIT FROM DAY TREATMENT, FREQUENT MONITROING ETC.

PLAN CHECK BP AND P- IF OK- GIVE HALDOL-D 25MG IM TODAY

POSSIBLE SE EXPLAINED TO MOMM AND BENADRYL PROVIDED JUST IN CASE OF DYSTONIC REACTION.

ALSO WILKL TRY TO GET IN TOUCH WITH SISTER AT MCP WHO WILL BE STAYING WITH URMILLA TOMORROW AS MOM IS GOING TO OHIO TO VISIT ANOTHER DUAGHTER.

FU WITH SW

FU WITH ME 3 WEEKS AS SCHEDULED.

Signed by: /es/ EDWARD W ZEVIN
MD 12/23/98 11:44

12/23/98 16:30 Addendum

Pt reported for INJ: BP sitting LA=126/78 HR=85
requested wt with shoes: 163 lbs; Haldol-dec 25mg IM
R Deltoid, per order of Dr. Zevin.

Telephone numbers given for MHV; ER; telephone care line; Team D nurse.

Signed by: /es/ C LEE HAYWARD
RN 12/23/98 16:33

MEDICAL RECORD Progress Notes

NOTE DATED: 01/04/99 10:44 MENTAL HEALTH CLINIC NOTE
VISIT: 01/04/99 09:30 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP SCHED APPT DX: SCHIZ REACT, PAR
VET WAS ACCOMP BY HER MOTHER. BOTH EXPRESS CONCERN ABOUT VET'S FEELINGS [illegible] DEPRESSION AND LOSS OF MOTIVATION, SOCIAL WITHDRAWAL. SHE IS FILING FOR SSDI AT PRESENT DUE TO HER INABILITY TO WORK DUE TO HER ILLNESS. SHE WAS FIRED FROM LAST JOB WITH MACDONALD'S DUE TO TEARFULNESS AND DIFFICULTY DEALING WITH THE PUBLIC. SHE HAS ALSO REINITIEATED CLAIM FOR MEDICAID BENEFITS AND CONTACT WITH HER CASEWORKER AT CLAYMONT COMM CENTER, LENI WOOTEN 798-4093, NO DECISION HAS BEEN MADE.
OPTION OF ADULT DAY PARTIAL HOSPITALIZATION WAS DISCUSSED AND VET AND HER MOTHER EXPRESSED OPPOSITION TO THIS OPTION, SAYING THAT SHE WOULD"LOSE INTEREST" AS SHE HAD WHEN SHE ATTENDED DAY HOSPITAL FOLLOWING HOSPITALIZATION IN ROANOKE IN NOV 1997. SHE STATES THAT BEING AROUND OTHERS WHO SUFFER WITH MENTAL ILLNESS DEPRESSES HER.
SHE EXPRESSED A LOT OF INTERST IN VOC REHAB , DESIRING RETRAINING IN A TECHNICAL FIELD SO THAT SHE COULD AVOID INTENSE INTERACTIONS WITH THE PUBLIC. SHE SIGNED RELEASE OF INFO FOR DE DIV OF VOC REHAB AND REFERRAL WAS INITIATED FOR EVAL AND JOB RETRAINING.
SUPPORTIVE INTERIVEW. ENCOURAGED TO BEGIN TO STRUCTURE HER DAY AND INCREASE PHYSICAL ACTIVITY IN ATTEMPT TO PREPARE FOR THE STRUCTURE OF A VOC REHAB PROGRAM. RESC 1 MO

Signed by: /es/ ANNA STANTON
LCSW 01/04/99 10:51

OMB Approved No. 2900-0002
Respondent Burden: 1 Hour

Department of Veterans Affairs

# INCOME-NET WORTH AND EMPLOYMENT STATEMENT

(In support of Claim for Total Disability Benefits)

1A. VETERAN'S SOCIAL SECURITY NO. [redacted]

1B. SERVICE NO.

1C. VA FILE NO. [redacted]

1D. DATE OF BIRTH [redacted]

1E. BRANCH OF SERVICE Army

1F. SPOUSE'S SOCIAL SECURITY NO. n/a

2A. FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or Print)
Urmila Banerjee

2B. ADDRESS OF CLAIMANT (No., street or rural route, City or P.O., State and ZIP Code) [redacted]

## PART I - MARITAL AND DEPENDENCY DATA

3A. MARITAL STATUS

☐ MARRIED (If you check one of the following boxes do not complete Items 3B through 7D) ☐ WIDOWED ☑ DIVORCED ☐ NEVER MARRIED

3B. SPOUSE'S BIRTHDATE

3C. NUMBER OF TIMES YOU HAVE BEEN MARRIED
1

3D. NUMBER OF TIMES YOUR PRESENT SPOUSE HAS BEEN MARRIED
n/a

3E. IS YOUR SPOUSE ALSO A VETERAN?
☐ YES ☐ NO (If "Yes", complete Item 3F, if known)

3F. SPOUSE'S VA FILE NO.

4A. DO YOU LIVE TOGETHER?
☐ YES ☐ NO (If "NO", complete Items 4B, 4C, and 5)

4B. REASON FOR SEPARATION
n/a

4C. PRESENT ADDRESS OF SPOUSE

5. AMOUNT YOU CONTRIBUTE TO YOUR SPOUSE'S SUPPORT MONTHLY
$

NOTE: Furnish the following information about each of your marriages. A copy of the public or church record of your CURRENT marriage is required. Attach additional sheet if more space is required.

| 6A. DATE AND PLACE OF MARRIAGE | 6B. TO WHOM MARRIED | 6C. TERMINATED (Death, Divorce) | 6D. DATE AND PLACE TERMINATED |
|---|---|---|---|
| | Nirman Chatterjee | Divorce | 3-97 Delaware |
| | | | |

FURNISH THE FOLLOWING INFORMATION ABOUT EACH PREVIOUS MARRIAGE OF YOUR PRESENT SPOUSE

| 7A. DATE AND PLACE OF MARRIAGE | 7B. TO WHOM MARRIED | 7C. TERMINATED (Death, Divorce) | 7D. DATE AND PLACE TERMINATED |
|---|---|---|---|
| n/a | | | |
| | | | |

IDENTIFICATION OF CHILDREN AND INFORMATION RELATIVE TO CUSTODY

NOTE: Furnish the following information for each of your unmarried children. A copy of the public or court record of birth or court record of adoption is required.

| 8A. NAME OF CHILD (First, middle initial, last) | 8B. DATE OF BIRTH (Month, day, Year) | 8C. SOCIAL SECURITY NO. OF CHILD | 8D. CHECK EACH APPLICABLE CATEGORY: MARRIED PREVIOUSLY | STEPCHILD ADOPTED | OVER 18 ATTENDING SCHOOL | SERIOUSLY DISABLED |
|---|---|---|---|---|---|---|
| n/a | | | | | | |
| | | | | | | |
| | | | | | | |

VAMROC WILMINGTON, DE
JAN - 4 1999

| 8E. NAME(S) OF ANY CHILDREN NOT IN YOUR CUSTODY | 8F. NAME AND ADDRESS OF PERSON HAVING CUSTODY | 8G. MONTHLY AMOUNT YOU CONTRIBUTE TO CHILD'S SUPPORT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

000176

VA FORM NOV 1994 **21-527**

EXISTING STOCK OF VA FORM 21-527, JUL 1992, WILL BE USED.

151

## PART VI – INCOME RECEIVED AND EXPECTED FROM ALL SOURCES

**NOTE; Items 20A through 23C should be completed ONLY if you are applying for nonservice-connect pension.**

20A. HAVE YOU, YOUR SPOUSE, OR CHILDREN APPLIED FOR OR ARE YOU RECEIVING OR ENTITLED TO RECEIVE ANY BENEFITS FROM THE SOCIAL SECURITY ADMINISTRATION (OTHER THAN SSI) OR RAILROAD RETIREMENT BOARD?

☐ YES ☐ NO *(If "YES", complete Items 20B through 20F)* Applied 1-4-99

| 20B. GROSS MONTHLY AMOUNT *(Include Medicare Deduction)* | | 20C. DATE BENEFITS BEGAN | 20D. DATE YOU EXPECT BENEFITS TO BEGIN |
|---|---|---|---|
| VETERAN | applied 1-4-99 | | |
| SPOUSE | | | |
| CHILD | | | |

20E. WILL YOU, YOUR SPOUSE, OR CHILDREN APPLY FOR EITHER BENEFIT DURING THE NEXT 12 MONTHS?

☐ YES ☐ NO n/a

| 20F. DATE OF INTENTION TO APPLY | |
|---|---|
| VETERAN | |
| SPOUSE | |
| CHILD | |

21A. HAVE YOU, YOUR SPOUSE, OR CHILDREN APPLIED FOR OR ARE RECEIVING OR ENTITLED TO RECEIVE ANNUITY OR RETIREMENT BENEFITS OR ENDOWMENT INSURANCE FROM ANY SOURCE? ☐ YES ☐ NO *(IF "YES," complete Item 21B through 21E)*

| 21B. GROSS MONTHLY AMOUNT | | 21C. BEGINNING DATE | 21D. DATE OF INTENTION TO APPLY | 21E. SOURCE OF BENEFIT |
|---|---|---|---|---|
| VETERAN | $ | | | |
| SPOUSE | $ | | | |
| CHILD | $ | | | |

### VETERAN AND DEPENDENTS MONTHLY INCOME *(If none, write "NONE" or "0")*

**NOTE: For each source report gross monthly amount, including deductions, for family member.**

| ITEM NO. | SOURCE OF MONTHLY INCOME | AMOUNTS: VETERAN | SPOUSE | NAME OF CHILDREN | | |
|---|---|---|---|---|---|---|
| 22A | SOCIAL SECURITY | 0 | | | | |
| 22B | U. S. CIVIL SERVICE | 0 | | | | |
| 22C | U.S. RAILROAD RETIREMENT | 0 | | | | |
| 22D | MILITARY RETIREMENT | 0 | | | | |
| 22E | BLACK LUNG BENEFIT | 0 | | | | |
| 22F | SUPPLEMENTAL SECURITY/PUBLIC ASSISTANCE | 0 | | | | |
| 22G | ALL OTHER MONTHLY INCOME *(Specify source)* | 0 | | | | |

### VETERAN AND DEPENDENTS OTHER INCOME *(If none, write "NONE" or "0")*

**NOTE: Please provide the amount of expected annual income or one-time nonrecurring income (specify source) for the 12 month period from the date the claim is filed with VA.**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23A | TOTAL WAGES | $2,000 | | | | |
| 23B | TOTAL INTEREST AND DIVIDENDS | 0 | | | | |
| 23C | ALL OTHER INCOME *(Specify source)* | 0 | | | | |

24. REMARKS

**CERTIFICATION AND AUTHORIZATION FOR RELEASE OF INFORMATION - I CERTIFY THAT the foregoing statements are true and complete to the best of my knowledge and belief. I CONSENT THAT any physician, surgeon, dentist, or hospital that has treated or examined me for any purpose, or that I have consulted professionally, may furnish to the DEPARTMENT OF VETERANS AFFAIRS any information about myself, and I waive any privilege which renders such information confidential.**

25A. DAYTIME TELEPHONE NUMBER *(Including Area Code)* [redacted]

25B. EVENING TELEPHONE NUMBER *(Including Area Code)* [redacted]

26. DATE SIGNED 1-4-99

27. SIGNATURE OF CLAIMANT Urmila Banerjee

**WITNESSES TO SIGNATURE OF CLAIMANT IF MADE BY "X" MARK**

NOTE: Signature made by mark must be witnessed by two persons to whom the person making the statement is personally known. The signatures and printed names and addresses of the witnesses must be shown.

| 28A. SIGNATURE AND PRINTED NAME OF WITNESS | 29A. SIGNATURE AND PRINTED NAME OF WITNESS |
|---|---|
| 28B. ADDRESS OF WITNESS | 29B. ADDRESS OF WITNESS |

**PENALTY - The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false, or for the fraudulent acceptance of any payment to which you are not entitled.**

000177

| DATE OF CLAIM OR ISSUE | END PRODUCT | TRANSACTION | R.O. NO. | POWER OF ATTORNEY | FID. R.O. | PAYEE NO. | PAYEE NAME | FILE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 06-16-98 | 024 | 11B-ORIG | 460 | | | 00 | U BANER | [redacted] |

SOCIAL SECURITY NUMBERS: VETERAN [redacted] SPOUSE PAYEE

BIRTH: VETERAN [redacted] SPOUSE WIDOW FATHER MOTHER

NAME AND ADDRESS - PAYEE

URMILA BANERJEE
45 GLENROCK DRIVE
CLAYMONT DE

ZIP CODE: 19703 | CONS. PAY. NO. | COLLECTION | CODE | AMOUNT

DIRECT DEPOSIT

| NAME OF VETERAN | SEX | NAME OF SPOUSE |
|---|---|---|
| U BANER | F | |

| BR. | EOD | RAD | PAY GR. |
|---|---|---|---|
| A | 10-09-90 | 06-24-91 | |

ASC | SERVICE NO. [redacted] | CROSS REFERENCE NO.

| CHAR. DIS. | SEP. RSN. | DATE OF DEATH | AGE AT DEATH | VET. SPOUSE |
|---|---|---|---|---|
| HON | SAT | | | |

PRIOR NET AWARD DATA

| MONTHLY RATE | EFFECTIVE DATE | WITHHOLD - RECOUP TYPE | AMOUNT |
|---|---|---|---|
| | | | |

DISALLOWANCE | CODE-REASON

| EFFECTIVE DATE | RSN CODE | NET MONTHLY RATE | WITHHOLDING TYPE | AMOUNT | OFFSET/RECOUP TYPE | AMOUNT | ENT CODE | DISABILITY ENTITLEMENT | INCOME | DEPENDENCY TOT | THIS | SCHL/HLP | SPECIAL LAW/MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-01-98 | 00 | 95.00 | | | | | 01 | 010 | | 00 | 00 | 0/0 | |
| 12-01-98 | 37 | 96.00 | | | | | 01 | 010 | | 00 | 00 | 0/0 | |
| 02-01-99 | 30 | 564.00 | | | | | 0L | PT | 2000 | 00 | 00 | 0/0 | |

RATING

| EFFECTIVE DATE | COMB DEG | SMC BAS | HOS | SPL PRO | EMPL | W-PCT. | LOSSES USE | ANAT | OTH |
|---|---|---|---|---|---|---|---|---|---|
| 07-01-98 | 010 | | | | YES | | | | |
| 02-01-99 | 070 | | | | YES | | | | |

COMPETENCY RATING: YES | PAYMENT

CONTROLS: MO | YR | RSN

OFFSET - RECOUPMENT: TYPE | BALANCE | DEDUCTION

INCOME AND DEPENDENCY

| | NET WORTH | MO. SOC. SEC. | ANN. SOC. SEC | ANN. EARNING | MO. CIVIL SERV. | MO. MILITARY | MO. BLACK LUNG | MO. RAILROAD | MO. OTHER RET. | ANN. OTH. INC. |
|---|---|---|---|---|---|---|---|---|---|---|
| PAYEE SPOUSE | 00 | 0.00 | 0 | 2000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |

| NAME OF CHILD | BIRTH DATE | STAT | NW | MO. SOC. SEC. | ANN. SOC. SEC. | ANN. EARNINGS | ANN. OTH. INC. | FUTURE DATE | RSN |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

DEDUCTIBLE EXPENSES: MEDICAL, LAST, FAMILY, SOC. SEC., OTH. RET., WAIVER, EDUCATION

ADDL. CHILDREN | TOTAL: | THIS: | 1999 | IVAP: 2000

BURIAL

| DESCRIPTION | AMOUNT | PERSON TO BE NOTIFIED |
|---|---|---|
| S/C BURIAL | 5015 | 01 010 010 |
| NSC BURIAL | 9203 | 02 000 070 |
| PLOT/INTER. | 9208 | 02 000 000 |
| HDST./MARKER | 5099 | 02 000 000 |
| TRANSPORTATION | | |
| TOTAL | | |

ACCRUED

BASIS FOR PAYMENT:
AMOUNT PAYABLE:
SHARE:
AMOUNT THIS PAYEE:
LESS COLLECTION:
NET PAY:

REMARKS: AWD NOT VERIFIED VS PIF OR MR - REVIEW

000178

| ENTERED BY | DATE | AUTHORIZED BY | DATE |
|---|---|---|---|
| 1004 MARSH A T | 01-21-99 | [signature] | 2-6-99 |

VA FORM JAN 1984 21-8947 COMPENSATION AND PENSION AWARD

| **Rating Decision** | *Department of Veterans Affairs* *Wilmington Medical and Regional Office Center* | | Page 1 01/05/99 |
|---|---|---|---|
| NAME OF VETERAN: URMILA BANERJEE | VA FILE NUMBER: [redacted] | SOCIAL SECURITY NR: [redacted] | POA |

**ISSUE:**

1. Evaluation of residuals, stress fracture, left third metatarsal currently evaluated as 0 percent disabling.
2. Service connection for chronic paranoid schizophrenia.
3. Entitlement to nonservice-connected pension.

**EVIDENCE:**

Service medical records for the period 10/90 to 6/91.
VA examination dated 7-9-98.
Outpatient treatment reports from Wilmington VA Medical Center.

**DECISION:**

1. Evaluation of residuals, stress fracture, left third metatarsal, which is currently 0 percent disabling, is increased to 10 percent effective June 16, 1998.
2. Service connection for chronic paranoid schizophrenia is denied.
3. Entitlement to pension is granted.

**REASONS AND BASES:**

1. The evaluation of residuals, stress fracture, left third metatarsal is increased to 10 percent disabling effective June 16, 1998. A 10 percent evaluation is assigned for painful or limited motion of a major joint or group of minor joints.

The VA examination of 7-9-98 showed there is good range of motion bilaterally with pain in the 3rd and 4th mid shaft during palpation of the left foot. X-rays show a questionable thickening of the shaft of the third metatarsal.

2. The law provides that a person who submits a claim for VA benefits must submit evidence sufficient to justify a belief that the claim is well grounded. A well-grounded claim is a plausible claim, one which has merit on its own, or is capable of substantiation. Such a claim need not be conclusive, but it must be accompanied by evidence which shows that the claimed condition exists and is possibly related to service.

A well-grounded claim for service connection requires evidence of a current disability, evidence of incurrence or aggravation of a disease or injury in service, and evidence of a nexus, or link, between the in-service injury or disease and the current disability. There is no record of treatment in service for chronic paranoid schizophrenia. In order to establish a well-grounded claim, it is necessary to provide evidence which demonstrates that the claimed condition was incurred in or aggravated by military service.

| **Rating Decision** | *Department of Veterans Affairs* *Wilmington Medical and Regional Office Center* | | Page 2 01/05/99 |
|---|---|---|---|
| NAME OF VETERAN URMILA BANERJEE | VA FILE NUMBER [redacted] | SOCIAL SECURITY NR | POA |

The veterans service medical records were silent for any treatment of diagnosis of schizophrenia. A mental status evaluation of 5-28-91 showed there is no evidence of mental disease or defect of psychiatric significance.

3. The veteran is unable to secure and follow a substantially gainful occupation due to disability.

The veteran is 33 years old, has a level of education reported as masters degree, and last worked in 10/1998 as cashier. The medical evidence shows the veteran has delusions of having people from TV inside her. There is also significant schizophrenic symptoms including affective flattening, social withdrawal, apathy and poor self care.

The effective date of this grant is 1-4-99, date that claim for non service connected disability pension was received.

| **Rating Decision** | *Department of Veterans Affairs* *Wilmington Medical and Regional Office Center* | | Page 3 01/05/99 |
|---|---|---|---|
| NAME OF VETERAN URMILA BANERJEE | VA FILE NUMBER [redacted] | SOCIAL SECURITY NR [redacted] | POA |

| ACTIVE DUTY *(Month/Day/Year)* | | | | ADDITIONAL SERVICE CODE | COMBAT STATUS | SPECIAL PROVISION CODE | FUTURE EXAM *(Month/Year)* |
|---|---|---|---|---|---|---|---|
| EOD | RAD | EOD | RAD | | | | |
| 10-09-90 | 06-21-91 | | | | | | None |

| COPY TO: | | EFFECTIVE DATE | BASIC | HOSPITAL | LOSS OF USE | ANAT. LOSS | OTHER LOSS |
|---|---|---|---|---|---|---|---|
| VSO | S | | | | | | |
| | M | | | | | | |
| | C | | | | | | |

**JURISDICTION:** 020;3 Claim for increase received 6-16-98

1. SC (GW INC)

5015 RESIDUALS, STRESS FRACTURE, LEFT THIRD METATARSAL
0% from 03-29-96
10% from 06-16-98

8. NSC (GW)

9203 70% CHRONIC PARANOID SCHIZOPHRENIA (NWG Not shown in service)
9208 0% DELUSIONAL DISORDER (CLAIMED AS DEPRESSION) (NWG)
5099 0% FRACTURES OF LEFT HIP, LEFT TIBIA AND FEMUR AND PAIN/SWELLING IN LEGS (NWG)

2. PT (GW) from 01-04-99

COMB SC: 0% from 3-29-96
10% from 6-16-98
NSC: 70%

000181

| **Rating Decision** | *Department of Veterans Affairs* *Wilmington Medical and Regional Office Center* | Page 4 01/05/99 |
|---|---|---|

| NAME OF VETERAN | VA FILE NUMBER | SOCIAL SECURITY NR | POA |
|---|---|---|---|
| URMILA BANERJEE | [redacted] | [redacted] | |

K D Davis, Rating Specialist

A E SMITH, Chairman, RATING SPECIALIST-460

142803764-990105.RTG

000182

**DEPARTMENT OF VETERANS AFFAIRS**
**Medical and Regional Office Center**
**1601 Kirkwood Highway**
**Wilmington DE 19805-4917**

FEB 6 1999

In Reply Refer To: 460/21/atm/021
CSS [redacted]
BANERJEE, U

URMILA BANERJEE
[redacted]

Dear Ms. Banerjee:

We made a decision on your compensation claim. We have granted 10% service connected disability compensation for the residuals of a stress fracture of the left third metatarsal. Benefits are awarded effective July 1, 1998 with a monthly benefit of $95.00 increasing on December 1, 1998 to $96.00 per month. On February 1, 1999 we have awarded VA non service connected disability pension. The VA pension will pay a monthly benefit of $564.00.

A veteran may not receive both benefits. On February 1, 1999 pension is awarded because it pays you the greater benefit. You will receive a separate letter showing your benefit entitlement. Please remember the amount of pension you may receive, if any, depends on your income from all sources. *It is very important you tell us immediately, in writing, of any change in your income or number of dependents.* Most changes affect your monthly rate at the end of the month that they happen. Prompt notice can prevent or reduce any overpayment. Your pension of $564.00 per month is based on the income you reported on your application. When you applied for VA pension you told us you expect to earn $2,000.00 in 1999.

We did ***not*** find the following condition to be service connected. Compensation is not payable:

Chronic paranoid schizophrenia

**How We Made Our Decision**

We carefully considered all the evidence we received. We have attached a copy of the Rating Decision. It shows the evidence we used and the reasons for our decision.

**Change of Name**

Please submit a copy of the document changing your last name to Banerjee so that we may update our records.

2

CSS [redacted]
Banerjee, U

**VA Vocational Rehabilitation**

The Department of Veterans Affairs has awarded you a 10 percent disability rating for your service-connected disability or disabilities. Based on this rating, you may be entitled to benefits under VA's Vocational Rehabilitation Program if you apply, or reapply, for these benefits after October 1, 1993.

Unless you first applied for benefits under this program before November 1, 1990, you are entitled to a program of vocational rehabilitation ONLY if VA determines that you have a SERIOUS EMPLOYMENT HANDICAP as a result of your service connected disability. A serious employment handicap exists only when your service-connected disability is the cause of serious problems in getting or keeping suitable jobs. Examples of serious employment problems include:

- periods of unemployment caused solely by your service-connected disability;

- relying on public assistance or other government programs to meet your daily needs;

- consistent inability to earn a living; or

- an unstable work history characterized by a series of different types of jobs which you held for short periods of time.

Participation in the Vocational Rehabilitation Program does not change other VA compensation or military retirement to which you are entitled.

If you want additional information about this program, call our toll free national number, 1-800-827-1000.

If you believe you meet the requirement stated in paragraph 2 above, you are encouraged to apply for a program of vocational rehabilitation by completing the enclosed application (VA Form 28-1900) and returning it to the VA Regional Office nearest you.

**If You Think We're Wrong**

If you think our decision is wrong, you should write and tell us why. The enclosed VA Form 4107 explains your right to appeal.

We've also attached a VA Form 21-8764, Disability Compensation Award Attachment--Important Information, which explains certain factors concerning your benefits.

CSS [redacted]
Banerjee, U

**Direct Deposit**

Your money may be deposited directly into your checking or savings account. This is the safest and most reliable way to get your money. To get more information about Direct Deposit, please call us at the toll free number below.

**If You Have Questions**

If you have any questions, call us toll-free by dialing 1-800-827-1000. Our TDD number for the hearing impaired is 1-800-829-4833. *If you call, please have this letter with you.*

Sincerely yours,

C T Keenan

C. T. KEENAN
Customer Service Division

Enclosure(s): Rating Decision
VA Form 21-8768
VA Form 21-8764
VA Form 4107
VA Form 28-1900

**DEPARTMENT OF VETERANS AFFAIRS**
Medical and Regional Office Center
1601 Kirkwood Highway
Wilmington DE 19805-4917

FEB 6 1999

URMILA BANERJEE
[redacted]

In Reply Refer To: 460/21/atm/021
CSS [redacted]
BANERJEE, U

Dear Ms. Banerjee:

We made a decision on your compensation claim. We have granted 10% service connected disability compensation for the residuals of a stress fracture of the left third metatarsal. Benefits are awarded effective July 1, 1998 with a monthly benefit of $95.00 increasing on December 1, 1998 to $96.00 per month. On February 1, 1999 we have awarded VA non service connected disability pension. The VA pension will pay a monthly benefit of $564.00.

A veteran may not receive both benefits. On February 1, 1999 pension is awarded because it pays you the greater benefit. You will receive a separate letter showing your benefit entitlement. Please remember the amount of pension you may receive, if any, depends on your income from all sources. *It is very important you tell us immediately, in writing, of any change in your income or number of dependents*. Most changes affect your monthly rate at the end of the month that they happen. Prompt notice can prevent or reduce any overpayment. Your pension of $564.00 per month is based on the income you reported on your application. When you applied for VA pension you told us you expect to earn $2,000.00 in 1999.

We did ***not*** find the following condition to be service connected. Compensation is not payable:

Chronic paranoid schizophrenia

**How We Made Our Decision**

We carefully considered all the evidence we received. We have attached a copy of the Rating Decision. It shows the evidence we used and the reasons for our decision.

**Change of Name**

Please submit a copy of the document changing your last name to Banerjee so that we may update our records.

CSS [redacted]
Banerjee, U.

**VA Vocational Rehabilitation**

The Department of Veterans Affairs has awarded you a 10 percent disability rating for your service-connected disability or disabilities. Based on this rating, you may be entitled to benefits under VA's Vocational Rehabilitation Program if you apply, or reapply, for these benefits after October 1, 1993.

Unless you first applied for benefits under this program before November 1, 1990, you are entitled to a program of vocational rehabilitation ONLY if VA determines that you have a SERIOUS EMPLOYMENT HANDICAP as a result of your service connected disability. A serious employment handicap exists only when your service-connected disability is the cause of serious problems in getting or keeping suitable jobs. Examples of serious employment problems include:

- periods of unemployment caused solely by your service-connected disability;
- relying on public assistance or other government programs to meet your daily needs;
- consistent inability to earn a living; or
- an unstable work history characterized by a series of different types of jobs which you held for short periods of time.

Participation in the Vocational Rehabilitation Program does not change other VA compensation or military retirement to which you are entitled.

If you want additional information about this program, call our toll free national number, 1-800-827-1000.

If you believe you meet the requirement stated in paragraph 2 above, you are encouraged to apply for a program of vocational rehabilitation by completing the enclosed application (VA Form 28-1900) and returning it to the VA Regional Office nearest you.

**If You Think We're Wrong**

If you think our decision is wrong, you should write and tell us why. The enclosed VA Form 4107 explains your right to appeal.

We've also attached a VA Form 21-8764, Disability Compensation Award Attachment--Important Information, which explains certain factors concerning your benefits.

CSS [redacted]
Banerjee, U

**Direct Deposit**

Your money may be deposited directly into your checking or savings account. This is the safest and most reliable way to get your money. To get more information about Direct Deposit, please call us at the toll free number below.

**If You Have Questions**

If you have any questions, call us toll-free by dialing 1-800-827-1000. Our TDD number for the hearing impaired is 1-800-829-4833. *If you call, please have this letter with you.*

Sincerely yours,

C. T. KEENAN
Customer Service Division

Enclosure(s): Rating Decision
VA Form 21-8768
VA Form 21-8764
VA Form 4107
VA Form 28-1900

Department of Veterans Affairs

1601 KIRKWOOD HGWY
WILMINGTON DE 19805

(RO COPY)

February 8, 1999

IN REPLY REFER TO:

URMILA BANERJEE
[redacted]

[redacted]
PAYEE NO 00
U BANER

We approved an award for Disability Pension as follows:

| MONTHLY RATE | EFFECTIVE DATE |
|---|---|
| $95.00 | 7-01-98 |
| $96.00 | 12-01-98 |
| $564.00 | 2-01-99 |

We based this award on countable annual income of $2000 from July 1, 1998. To determine the countable income, we included the following sources of income you reported:

VETERAN : EARNED $02000; SOCIAL SECURITY $00000; RETIREMENT $00000; INTEREST $00000; INSURANCE $00000; AND OTHER INCOME $00000.

From February 1, 1999, we based the VETERAN'S award on countable annual income of $2000. We determined countable income by including the following sources of income:

VETERAN : EARNED $02000; SOCIAL SECURITY $00000; RETIREMENT $00000; INTEREST $00000; INSURANCE $00000; AND OTHER INCOME $00000.

We granted service connection for:
BENIGN GROWTH OF THE BONES 10%

The veteran is entitled to treatment by VA for any service-connected disability. Apply for treatment at the nearest VA office, outpatient clinic or medical center. Take this letter if applying in person. If applying by letter, please include the VA file number shown above.

We included a cost-of-living increase in this award effective December 1, 1998.

IMPORTANT - SEE REVERSE FOR PROCEDURAL AND APPELLATE RIGHTS
KEEP THIS LETTER FOR FUTURE REFERENCE

VA FORM OCT 1993 20-8993

000189