| | | | |
|---|---|---|---|
| NAME | : BANERJEE,URMILA | PATIENT LOC | : C&P-ORTHO |
| SSN | : [redacted] | PROCEDURE | : KNEE 2 VIEWS |
| AGE | : 33 | TECHNICIAN | : GIEBEY,BERNARD R |
| PHYSICIAN | : GLAZER,ROBERT | RPT ENTERED | : MAY 19,1999 08:26 |
| LAST EXAM | : FEB 17,1999 11:37 | DTE REPORTED | : |
| EXAM DATE | : MAY 18,1999 12:30 | HOSPITAL LOC | : WILMINGTON |
| DIAG CODE | : MINOR ABNORMALITY | SEX | : FEMALE |

================================================================================

(Case 235 COMPLETE) KNEE 2 VIEWS (73560)

Exam Modifiers : BILATERAL EXAM

Clinical History:
C&P EXAM - BOTH KNEES - 2 VIEWS

Report:
BANERJEE 3764, BOTH KNEES: The joint space of the knee is unremarkable. There is no evidence of bony erosion. Soft tissues revealed no abnormalities. The patient states that she is not pregnant and refused lead shielding of her abdomen and pelvis.

Impression:
There are no bony abnormalities.

Primary Diagnostic Code:
MINOR ABNORMALITY

Primary Interpreting Staff:
THEODORE M JOHNSTON JR, TMJ (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: MAY 20,1999 18:00
VERIFIED BY : JOHNSTON,THEODORE M JR

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

| | | | |
|---|---|---|---|
| NAME | : BANERJEE,URMILA | PATIENT LOC | : C&P-ORTHO |
| SSN | : [redacted] | PROCEDURE | : FOOT 2 VIEWS |
| AGE | : 33 | TECHNICIAN | : GIEBEY,BERNARD R |
| PHYSICIAN: | GLAZER,ROBERT | RPT ENTERED | : MAY 19,1999 08:28 |
| LAST EXAM: | FEB 17,1999 11:37 | DTE REPORTED: | |
| EXAM DATE: | MAY 18,1999 12:30 | HOSPITAL LOC: | WILMINGTON |
| DIAG CODE: | MINOR ABNORMALITY | SEX | : FEMALE |

(Case 236 COMPLETE) FOOT 2 VIEWS (73620)
Exam Modifiers : BILATERAL EXAM

Clinical History:
C&P EXAM - BOTH HEELS - 2 VIEWS

Report:
BANERJEE 3764, BOTH FEET: There is no evidence of a bone, joint, or soft tissue abnormality. The patient states that she is not pregnant and refused shielding of her abdomen and pelvis.

Impression:
There are no bony abormalities.

Primary Diagnostic Code:
MINOR ABNORMALITY

Primary Interpreting Staff:
THEODORE M JOHNSTON JR, TMJ (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: MAY 20,1999 18:00
VERIFIED BY : JOHNSTON,THEODORE M JR

| | | | |
|---|---|---|---|
| NAME | : BANERJEE,URMILA | PATIENT LOC | : C&P-ORTHO |
| SSN | : [redacted] | PROCEDURE | : CALCANEOUS 2 VIEWS |
| AGE | : 33 | TECHNICIAN | : GIEBEY,BERNARD R |
| PHYSICIAN | : GLAZER,ROBERT | RPT ENTERED | : MAY 19,1999 08:31 |
| LAST EXAM | : FEB 17,1999 11:37 | DTE REPORTED | : |
| EXAM DATE | : MAY 18,1999 12:30 | HOSPITAL LOC | : WILMINGTON |
| DIAG CODE | : MINOR ABNORMALITY | SEX | : FEMALE |

==========================================================================

(Case 244 COMPLETE) CALCANEOUS 2 VIEWS (73650)
Exam Modifiers : BILATERAL EXAM

Clinical History:
C&P EXAM - BOTH HEELS - 2 VIEWS

Report:
BANERJEE 3764, CALCANEOUS: Bilateral examination reveals no evidence of a bony abnormality. The soft tissues are unremarkable. The patient states that she is not pregnant and refused shielding of her abdomen and pelvis.

Impression:
There are no bony abnormalities.

Primary Diagnostic Code:
MINOR ABNORMALITY

Primary Interpreting Staff:
THEODORE M JOHNSTON JR, TMJ (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: MAY 20,1999 18:00
VERIFIED BY : JOHNSTON,THEODORE M JR

```
NAME       : BANERJEE,URMILA           PATIENT LOC : C&P-ORTHO
SSN        : [redacted]                PROCEDURE   : BONE IMAGING, WHOLE BODY (
/
AGE        : 33                        TECHNICIAN  : KLINE,KAREN S
PHYSICIAN: GLAZER,ROBERT               RPT ENTERED : JUN 13,1999  07:43
LAST EXAM: MAY 18,1999  12:30          DTE REPORTED:
EXAM DATE: JUN  9,1999  08:56          HOSPITAL LOC: WILMINGTON
DIAG CODE: MINOR ABNORMALITY           SEX         : FEMALE
==========================================================================
```

(Case 342 COMPLETE) BONE IMAGING, WHOLE BODY (W/ W/O SPOT VIEW (78306)

Exam Modifiers : None

Clinical History:

C&P EXAM - TOTAL BODY WITH FOCUS ON THE THORACIC - LUMBAR SPINE AND BOTH LOWER EXTREMITIES TO EVALUATE FOR POSSIBLE STRESS FRACTURES, AND TO COMPARE WITH THE EARLIER BONE SCAN.

Report:

BANERJEE 3763, WHOLE BODY: Images of the axial and proximal appendicular skeleton were acquired approximately 3 hours after intravenous administration of 30 mCi Tc 99m MDP. Comparison is made with the prior bone scan of 5/9/96. There is normal overall distribution of the radiotracer throughout the bony skeleton. No focal abnormalities are identified. There is a mild scoliosis of the thoracolumbar spine which was identified at the time of prior study. No other significant abnormalities in the spine are seen. There is no evidence of stress fracture.

Impression:

There is a slight scoliotic deformity of the thoracolumbar spine which was identified at the time of prior study of 5/9/96. No other significant abnormalities are identified. There is no evidence of healing stress fracture.

Primary Interpreting Staff:

TIMOTHY MANZONE, RADIOLOGIST/NUCLEAR MEDICINE PHYSICIAN (Verifier)

/TS

```
NAME: BANERJEE,URMILA              VERIFIED DATE: JUN 14,1999  08:43
SSN : [redacted]                   VERIFIED BY  : MANZONE,TIMOTHY
VAF 10-9034 VICE VAF SF519
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

NAME : BANERJEE,URMILA
SSN : [redacted]
AGE : 33
PHYSICIAN: GLAZER,ROBERT
LAST EXAM: MAY 18,1999 12:30
EXAM DATE: JUN 9,1999 08:56
DIAG CODE: MINOR ABNORMALITY

PATIENT LOC : C&P-ORTHO
PROCEDURE : PROVISION OF DIAGNOSTIC RA
TECHNICIAN : KLINE,KAREN S
RPT ENTERED : JUN 13,1999 07:48
DTE REPORTED:
HOSPITAL LOC: WILMINGTON
SEX : FEMALE

===========================================================================

(Case 343 COMPLETE) PROVISION OF DIAGNOSTIC RADIONUCLIDES (78990)
Exam Modifiers : None

Clinical History:
C&P EXAM - TOTAL BODY WITH FOCUS ON THE THORACIC - LUMBAR SPINE AND BOTH LOWER EXTREMITIES TO EVALUATE FOR POSSIBLE STRESS FRACTURES, AND TO COMPARE WITH THE EARLIER BONE SCAN.

Report:
BANERJEE 3764, WHOLE BODY: See case #342.

Impression:
See case #342.

Primary Interpreting Staff:
TIMOTHY MANZONE, RADIOLOGIST/NUCLEAR MEDICINE PHYSICIAN (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: JUN 14,1999 08:43
VERIFIED BY : MANZONE,TIMOTHY

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

NAME : BANERJEE,URMILA
SSN : [redacted]
AGE : 33
PHYSICIAN: GLAZER,ROBERT
LAST EXAM: MAY 18,1999 12:30
EXAM DATE: JUN 9,1999 08:56
DIAG CODE: MINOR ABNORMALITY

PATIENT LOC : C&P-ORTHO
PROCEDURE : BONE IMAGING, WHOLE BODY (1
TECHNICIAN : KLINE,KAREN S
RPT ENTERED : JUN 13,1999 07:43
DTE REPORTED:
HOSPITAL LOC: WILMINGTON
SEX : FEMALE

==========================================================================

(Case 342 COMPLETE) BONE IMAGING, WHOLE BODY (W/ W/O SPOT VIEW (78306)
Exam Modifiers : None

Clinical History:
C&P EXAM - TOTAL BODY WITH FOCUS ON THE THORACIC - LUMBAR SPINE AND BOTH LOWER EXTREMITIES TO EVALUATE FOR POSSIBLE STRESS FRACTURES, AND TO COMPARE WITH THE EARLIER BONE SCAN.

Report: Status: VERIFIED
BANERJEE 3763, WHOLE BODY: Images of the axial and proximal appendicular skeleton were acquired approximately 3 hours after intravenous administration of 30 mCi Tc 99m MDP. Comparison is made with the prior bone scan of 5/9/96. There is normal overall distribution of the radiotracer throughout the bony skeleton. No focal abnormalities are identified. There is a mild scoliosis of the thoracolumbar spine which was identified at the time of prior study. No other significant abnormalities in the spine are seen. There is no evidence of stress fracture.

Impression:
There is a slight scoliotic deformity of the thoracolumbar spine which was identified at the time of prior study of 5/9/96. No other significant abnormalities are identified. There is no evidence of healing stress fracture.

Primary Interpreting Staff:
TIMOTHY MANZONE, RADIOLOGIST/NUCLEAR MEDICINE PHYSICIAN (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: JUN 14,1999 08:43
VERIFIED BY : MANZONE,TIMOTHY

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

000235

```
  NAME      : BANERJEE,URMILA            PATIENT LOC : C&P-ORTHO
  SSN       : [redacted]                 PROCEDURE   : PROVISION OF DIAGNOSTIC RA
I
  AGE       : 33                         TECHNICIAN  : KLINE,KAREN S
  PHYSICIAN: GLAZER,ROBERT               RPT ENTERED : JUN 13,1999  07:48
  LAST EXAM: MAY 18,1999  12:30          DTE REPORTED:
  EXAM DATE: JUN  9,1999  08:56          HOSPITAL LOC: WILMINGTON
  DIAG CODE: MINOR ABNORMALITY           SEX         : FEMALE
  ==========================================================================
(Case 343 COMPLETE)       PROVISION OF DIAGNOSTIC RADIONUCLIDES        (78990)
     Exam Modifiers : None

     Clinical History:
         C&P EXAM - TOTAL BODY WITH FOCUS ON THE THORACIC - LUMBAR SPINE AND
         BOTH LOWER EXTREMITIES TO EVALUATE FOR POSSIBLE STRESS FRACTURES, AND
         TO COMPARE WITH THE EARLIER BONE SCAN.

     Report:
         BANERJEE 3764, WHOLE BODY:  See case #342.

     Impression:
         See case #342.

Primary Interpreting Staff:
  TIMOTHY MANZONE, RADIOLOGIST/NUCLEAR MEDICINE PHYSICIAN (Verifier)

/TS
```

```
  NAME: BANERJEE,URMILA               VERIFIED DATE: JUN 14,1999  08:43
  SSN : [redacted]                    VERIFIED BY  : MANZONE,TIMOTHY
  VAF 10-9034 VICE VAF SF519

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT
```

NAME : BANERJEE,URMILA
SSN : [redacted]
W
AGE : 33
PHYSICIAN: GLAZER,ROBERT
LAST EXAM: FEB 17,1999 11:37
EXAM DATE: MAY 18,1999 12:30
DIAG CODE: MINOR ABNORMALITY

PATIENT LOC : C&P-ORTHO
PROCEDURE : SPINE LUMBOSACRAL MIN 4 VI:
TECHNICIAN : GIEBEY,BERNARD R
RPT ENTERED : MAY 19,1999 08:21
DTE REPORTED:
HOSPITAL LOC: WILMINGTON
SEX : FEMALE

================================================================

(Case 233 COMPLETE) SPINE LUMBOSACRAL MIN 4 VIEWS (72110)
Exam Modifiers : None

Clinical History:
C&P EXAM - L-S SPINE - 4 VIEWS

Report:
BANERJEE 3764, LUMBOSACRAL SPINE: The vertebrae are normal in height. The intervertebral disk spaces are normal. The pedicles, transverse processes, spinous processes and curvature are unremarkable. The patient states that she is not pregnant and refused lead shielding of her abdomen and pelvis.

Impression:
There are no bony abnormalities.

Primary Diagnostic Code:
MINOR ABNORMALITY

Primary Interpreting Staff:
THEODORE M JOHNSTON JR, TMJ (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: MAY 20,1999 17:57
VERIFIED BY : JOHNSTON,THEODORE M JR

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
NAME      : BANERJEE,URMILA              PATIENT LOC : C&P-ORTHO
SSN       : [redacted]                   PROCEDURE   : HIP 2 OR MORE VIEWS
AGE       : 33                           TECHNICIAN  : GIEBEY,BERNARD R
PHYSICIAN: GLAZER,ROBERT                 RPT ENTERED : MAY 19,1999  08:24
LAST EXAM: FEB 17,1999  11:37            DTE REPORTED:
EXAM DATE: MAY 18,1999  12:30            HOSPITAL LOC: WILMINGTON
DIAG CODE: MINOR ABNORMALITY             SEX         : FEMALE
===========================================================================
(Case 234 COMPLETE)       HIP 2 OR MORE VIEWS                      (73510)
    Exam Modifiers : BILATERAL EXAM
```

Clinical History:
C&P EXAM - BOTH HIPS - 2 VIEWS

Report:
BANERJEE 3764, BOTH HIPS: There is no evidence of a fracture or dislocation. Joint space is normal bilaterally. There is no evidence of bony erosion. The patient states that she is not pregnant and refused lead shielding of her abdomen and pelvis.

Impression:
No bony abnormalities.

Primary Diagnostic Code:
MINOR ABNORMALITY

Primary Interpreting Staff:
THEODORE M JOHNSTON JR, TMJ (Verifier)

/TS

```
NAME: BANERJEE,URMILA              VERIFIED DATE: MAY 20,1999  18:00
SSN : [redacted]                   VERIFIED BY  : JOHNSTON,THEODORE M JR
VAF 10-9034 VICE VAF SF519
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

NAME : BANERJEE,URMILA
SSN : [redacted]
AGE : 33
PHYSICIAN: GLAZER,ROBERT
LAST EXAM: FEB 17,1999 11:37
EXAM DATE: MAY 18,1999 12:30
DIAG CODE: MINOR ABNORMALITY

PATIENT LOC : C&P-ORTHO
PROCEDURE : KNEE 2 VIEWS
TECHNICIAN : GIEBEY,BERNARD R
RPT ENTERED : MAY 19,1999 08:26
DTE REPORTED:
HOSPITAL LOC: WILMINGTON
SEX : FEMALE

(Case 235 COMPLETE) KNEE 2 VIEWS (73560)
Exam Modifiers : BILATERAL EXAM

Clinical History:
C&P EXAM - BOTH KNEES - 2 VIEWS

Report:
BANERJEE 3764, BOTH KNEES: The joint space of the knee is unremarkable. There is no evidence of bony erosion. Soft tissues revealed no abnormalities. The patient states that she is not pregnant and refused lead shielding of her abdomen and pelvis.

Impression:
There are no bony abnormalities.

Primary Diagnostic Code:
MINOR ABNORMALITY

Primary Interpreting Staff:
THEODORE M JOHNSTON JR, TMJ (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : 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
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: MAY 20,1999 18:00
VERIFIED BY : JOHNSTON,THEODORE M JR

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

| | | | |
|---|---|---|---|
| NAME | : BANERJEE,URMILA | PATIENT LOC | : C&P-ORTHO |
| SSN | : [redacted] | PROCEDURE | : FOOT 2 VIEWS |
| AGE | : 33 | TECHNICIAN | : GIEBEY,BERNARD R |
| PHYSICIAN | : GLAZER,ROBERT | RPT ENTERED | : MAY 19,1999 08:28 |
| LAST EXAM | : FEB 17,1999 11:37 | DTE REPORTED | : |
| EXAM DATE | : MAY 18,1999 12:30 | HOSPITAL LOC | : WILMINGTON |
| DIAG CODE | : MINOR ABNORMALITY | SEX | : FEMALE |

=====================================================================

(Case 236 COMPLETE) FOOT 2 VIEWS (73620)

Exam Modifiers : BILATERAL EXAM

Clinical History:

C&P EXAM - BOTH HEELS - 2 VIEWS

Report:

BANERJEE 3764, BOTH FEET: There is no evidence of a bone, joint, or soft tissue abnormality. The patient states that she is not pregnant and refused shielding of her abdomen and pelvis.

Impression:

There are no bony abormalities.

Primary Diagnostic Code:

MINOR ABNORMALITY

Primary Interpreting Staff:

THEODORE M JOHNSTON JR, TMJ (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: MAY 20,1999 18:00
VERIFIED BY : JOHNSTON,THEODORE M JR

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

| | | | |
|---|---|---|---|
| NAME | : BANERJEE,URMILA | PATIENT LOC | : C&P-ORTHO |
| SSN | : [redacted] | PROCEDURE | : CALCANEOUS 2 VIEWS |
| AGE | : 33 | TECHNICIAN | : GIEBEY,BERNARD R |
| PHYSICIAN | : GLAZER,ROBERT | RPT ENTERED | : MAY 19,1999 08:31 |
| LAST EXAM | : FEB 17,1999 11:37 | DTE REPORTED | : |
| EXAM DATE | : MAY 18,1999 12:30 | HOSPITAL LOC | : WILMINGTON |
| DIAG CODE | : MINOR ABNORMALITY | SEX | : FEMALE |

(Case 244 COMPLETE) CALCANEOUS 2 VIEWS (73650)

Exam Modifiers : BILATERAL EXAM

Clinical History:

C&P EXAM - BOTH HEELS - 2 VIEWS

Report:

BANERJEE 3764, CALCANEOUS: Bilateral examination reveals no evidence of a bony abnormality. The soft tissues are unremarkable. The patient states that she is not pregnant and refused shielding of her abdomen and pelvis.

Impression:

There are no bony abnormalities.

Primary Diagnostic Code:

MINOR ABNORMALITY

Primary Interpreting Staff:

THEODORE M JOHNSTON JR, TMJ (Verifier)

/TS

NAME: BANERJEE,URMILA
SSN : [redacted]
VAF 10-9034 VICE VAF SF519

VERIFIED DATE: MAY 20,1999 18:00
VERIFIED BY : JOHNSTON,THEODORE M JR

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

MEDICAL RECORD | Progress Note

NOTE DATED: 08/16/1999 15:26 MENTAL HEALTH CLINIC NOTE
VISIT: 08/16/1999 14:00 MHC-STANTON

SW NOTE REVIEWED AND VET INTERVIEWED. AFFECT IS FULLER, THOUGHTS ARE MORE LOGICAL AND SHE DOES NOT REFER AS FREQUESNTLY TO THE DELUSION. SHE ALSOREPORTS NO HALLUCINATIONS FOR PAST FEW DAYS.

ASSESSMNET- IMPROVEMENT NOTED-ONLY TIMEWILL TELL IF SIGNIFICANT CHANGE IS OCCRUING

PLAN INCREASE SEROQUEL TO 350MG DAILY
CHECK BP AND P- IF OK- GIVE HALDOL-D 50MG IM
FU 3 WEEKS

Signed by: /es/ EDWARD W ZEVIN
MD 08/16/1999 15:31

08/16/1999 15:32 Addendum

ALSO AMENORHEA X 6 MONTHS, AND ?CHLOASMA. NO GALATORRHEA,NEEDS WOMENS HEALTH FU- MIISED IN JUNE- TO BE RESCHEDULED.

Signed by: /es/ EDWARD W ZEVIN
MD 08/16/1999 15:35

MEDICAL RECORD Progress Note

NOTE DATED: 08/16/1999 15:05 MENTAL HEALTH CLINIC NOTE
VISIT: 08/16/1999 14:00 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP DX: SCHIZ REACT
SCHED APPT. TODAY VET IS SMILING AND REPORTS THAT SHE FEELS "BETTER", ADDING "I FEEL BETTER ABOUT MYSELF. MY MOTHER IS BACK FROM INDIA AND I KNOW THAT SHE IS VERY CONCERNED ABOUT ME AND IT MAKES ME FEEL GOOD TO KNOW THAT SOMEONE REALLY CARES." SHE REPROTS THAT SHE HAD NO HALLUCINATIONS OVER THE WEEKEND AND ATTRIBUTES THIS TO STAYING VERY OCCUPIED WITH TASKS WHICH HER MOTHER GAVE HER TO DO. SHE HAS BEEN ENCOURAGED TO SPEND LESS TIME IN HER ROOM ALONE, AND TO FIND OTHER ACTIVITIES TO OCCUPY HERSELF WHEN NOT WORKING. SHE IS TAKING AN AEROBICS CLASS ONCE/WEEK AND WILL START SWIMMING LESSONS AGAIN IN THE FALL.
SHE ASKED TO REVIEW VOC REHAB PSYCHOLOGICAL ASSESSMENT WHICH WAS DONE. THIS ASSESSMENT ADVISED AGAINST OCCUPATIONS WITH DIRECT PATIENT CONTACT (MEDICINE, PSYCHOLOGY, ETC). SHE TENDS TO DESIRE OCCUPATIONS WHICH SHE VIEWS AS "PROFESSIONAL". SHE SAYS SHE WOULD LIKE TO BE A DENTIST, PRINCIPAL, BANK MANAGER, PHYSICIAN, ETC. DR PFIZER WHO DID THE PSYC. TESTING DECLINED TO RECOMMEND ANY SCHOOLING AT PRESENT UNLESS JUST ORIENTED TOWARD A TRIAL OF A MATH/SCIENCE, ETC CLASS TO DETERMINE IF SHE COULD HANDLE CONTENT OF THE TYPE OF COURSEWORK. HE DID NOT RECOMMEND FULL TIME SCHOOLING AND ADVISED THAT SHE NEEDS TO BE MORE PSYCHOLOGIALLY STABLE PRIOR TO ENTERING A VOC REHAB PROGRAM.
SHE CONTINEUS TO C/O BOREDOME AT HER JOB AND HER MOTHER IS APPARENTLY AGREEABLE TO HER SEEKING ALTERNATE EMPLOYMENT WHICH MIGHT BE MORE INTELLECUTALLY STIMULATING. VET WILL CONTACT MR WOLANSKI OF DEPT OF LABOR FOR POSSIBLE EMPLOYMENT OPPORTUNITIES. SHE WAS REMINDED THAT SHE IS NOT READY TO WORK IN HER FIELD OF TRAINING (PSYCHOLOGY) AS A COUNSELOR/ CASE MANAGER/ ETC. SUPPORTIVE INTERVIEW. I WAS UNABLE TO REACH MR WOLANSKI OR MR TRENKELBACH OF VR DURING OR FOLLOWING THE APPT. WILL CONTAC THEM TO DISCUSS OPTIONS. RESC 3 WEEKS

Signed by: /es/ ANNA STANTON
LCSW 08/16/1999 15:16

B ERJEE,URMILA WILMINGTON Printed:08/19/1999 17:4
Pt Loc: OUTPATIENT Vice SF 50

MEDICAL RECORD Progress Notes

NOTE DATED: 08/02/1999 14:44 MENTAL HEALTH CLINIC NOTE
VISIT: 08/02/1999 13:00 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP DX: SCHIZ REACT, PAR
SCHED APPT. VET REPORTS THAT HER GRANDMOTHER DIED APPROX 3 WEEKS AGO AND THAT HER MOTHER HAS GONE TO INDIA AND WILL RETURN TOMORROW. SHE REPORTS THAT ON THE DAY HER MOTHER LEFT FOR INDIA SHE HAD AUD HALLUC DIRECTING HER TO CUT HER WRIST AND SHE LEFT WORK AND WENT HOME AND SUPERFICIALLY CUT HER L WRIST. SHE DID THIS IN FRONT OF HER MOTHER WHO BANDAGED HER WRIST AND SENT HER BACK TO WORK. VET RELATES THIS WITH A FLAT AFFECT AND STATES THAT IT WAS "FOOLISH" AND SHE DOES NOT KNOW WHY SHE DID IT. SHE DENIES ANY SUICIDAL IDEATION AND DENIES ANY PLAN OR INTENT TO HARM HERSELF. SHE HAS ALSO TELEPHONED HER EX-HUSBAND IN INDIA SINCE HER MOTHER HAS BEEN AWAY AND ASKED HIM TO TAKE HER AWAY FROM HERE AND HELP HER TO HAVE A BABY. HE APPARENTLY ADVISED HER TO WORK ON HER PH.D. DEGREE INSTEAD AND DID NOT ENCOURAGE HER ATTENTIONS. HER FATHER HAS BEEN HOSPITALIZED SINCE HER MOTHER'S LEAVING AND IS IN ICU FOR BLEEDING DUODENAL ULCER. SHE RELATES ALL OF THESE INCIDENTS WITH NO EMOTION. SHE C/O BOREDOM WITH HER JOB AND SAYS SHE HAS BEEN OFFERRED TO APPLY FOR A JOB IN THE CO. WITH COMPUTERS BUT IT IS A 3-11 JOB AND SHE DOES NOT THINK HER PARENTS WILL ALLOW HER TO WORK THAT SHIFT. SHE WANTS TO SEEK OTHER EMPLOYMENT WITH MORE CHALLENGE.
ATTEMPT TO REACH HER VR COUNSELOR WAS UNSUCCESSFUL.
ENCOURAGED IN THOUGHT STOPPING STRATEGIES TO AID IN COPING WITH AUD HALLUC. SHE SAYS THAT THEY TYPICALLY ARE NOT TROUBLESOME TO HER. SHE EXPRESSES FRUSTRATION WITH "MENIAL WORK" AS HER MAIN COMPLAINT.
SHE AGREES TO CALL A FAMILY MEMBER OR MHC STAFF MEMBER IF SHE HAS FUTURE AUD HALLUC. DIRECTING HER TO HARM HERSELF. SHE REPORTS THAT THIS IS THE FIRST INCIDENT IN WHICH SHE HAS HAD IMPULSE TO HURT HERSELF. DR ZEVIN WAS ADVISED OF THE INCIDENT AND ALSO MET BRIEFLY WITH VET.
SUPPORTIVE INTERVIEW. RESC 2 WEEKS

Signed by: /es/ ANNA STANTON
LCSW 08/02/1999 14:53

MEDICAL RECORD | Progress Note

NOTE DATED: 07/28/1999 16:14 NURSING NOTE
VISIT: 07/27/1999 13:30 MHC-ZEVIN II
BP sitting: 120/84 HR=72 Haldol-Dec 50mg IM R gluteal per order
of provider.

Signed by: /es/ C LEE HAYWARD
RN 07/28/1999 16:14

MEDICAL RECORD Progress Notes

NOTE DATED: 07/27/1999 14:30 MENTAL HEALTH CLINIC NOTE
VISIT: 07/27/1999 13:30 MHC-ZEVIN II

accompanied by dad whoreports improvement in overall fxing but still becomes very tense and intermittently expresses job frustration. he aldsoreports there isevidenceof lowself esteem- esp given the high standards of school and job perfornacmne set by her three sibs..

mse- less distractivle with good preservation of moodcongruent affect.

( i did not get into the delusion because i do not know if dad is aware of it andi did not wabntto embararass herin any way)

assessemnt- improvemnt noted

plancheck bpand p-ifok- give haldol-d 50mg im

imncrease seroquel from 200 to 250 then 300 per day..

fu 3 weeks

spoke with jim trankelbachk- awaiting interesttesting results

he also informs me that a c and p was done for comp. and that disabiitywas recommneded.

Signed by: /es/ EDWARD W ZEVIN
MD 07/27/1999 14:38

MEDICAL RECORD Progress Not

NOTE DATED: 07/06/1999 15:00 MENTAL HEALTH CLINIC NOTE
VISIT: 07/06/1999 14:00 MHC-ZEVIN II

no new complaints. worries re: success and her career. wants to learn of results of voc rehab testing. mse- eutyhmic mood. delusions continue. akasthesia evident.

assessmnert improved since starting decanoate

plan she is to show at lest 6 months of work stabiiltiy before clearance to attend school

conintue quitiapine and benadryl

check bp and p- if ok- give haldol 50mg im today

fu with sw and with me in 3 weeks

Signed by: /es/ EDWARD W ZEVIN
MD 07/06/1999 15:07

07/06/1999 15:37 Addendum

Haldol Dec. 50mg given IM R deltoid per MD order. BP 126/80, HR 74. Weight = 163.

Signed by: /es/ MELINDA K HAEBEL
RN 07/06/1999 15:38

---

MEDICAL RECORD | Progress Note

---

NOTE DATED: 07/01/1999 04:57 AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 06/30/1999 14:30 PRIMARY CARE (FAIRCHILD)
Vet did not present as scheduled. will follow PRN.

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 07/01/1999 04:57

---

MEDICAL RECORD Progress Notes

---

NOTE DATED: 06/14/1999 14:37 MENTAL HEALTH CLINIC NOTE
VISIT: 06/14/1999 14:30 MHC-ZEVIN II

sw note read. delusion conitues. also she retreats to her bedroom on weekkends. could be attempts to escape her new reality- i doubt that the illness is exacerbating. mse- pleasantand intereactive.
no si
assessemnt- cps , in fair control with less negative sx.
plan reinforcement adminitiionnot to send letter to mr. finertty,. to exercise daily,
suppport her attempts to find meaning in her life- she "needs an endeavor"..
check bp and p- if ok - give haldol-d 50mg im today
continue quetiapine and benadryl
fu 1 month

Signed by: /es/ EDWARD W ZEVIN
MD 06/14/1999 14:45

06/14/1999 15:00 Addendum
Pt. given Haldol Dec. 50mg IM R deltoid per MD order. BP 121/86, HR 74.
Signed by: /es/ MELINDA K HAEBEL
RN 06/14/1999 15:01

---

B ERJEE,URMILA WILMINGTON Printed:08/19/1999 17:42
Pt Loc: OUTPATIENT Vice SF 509

---