NOTE DATED: 06/14/1999 14:19 MENTAL HEALTH CLINIC NOTE
VISIT: 06/14/1999 13:00 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP DX: SCHIZ REACT, PAR
SCHED APPT. VET C/O AUD HALLUCINATIONS OF "LT. FINERTY'S VOICE". SHE THUGHT THAT HE CAME INTO THE OFFICE WHERE SHE WORKS TODAY, ALTHOUGH SHE SAYS THAT HE IS "IRISH" AND THE MAN WHO CAME I NTO THE OFFICE WAS AFRICAN AMERICAN. SHE STILL THOUGHT THAT IT WAS THE LT AND THAT HE WAS THERE OBSERVING PEOPLE. SHE WAS ABLE TO REDIRECT HERSELF TO WORK, BUT THEN STOPPED WORK AND WROTE A NOTE WHICH SHE THOUGHT OF SENDING HIM. SHE HAS CALLED DIRECTORY ASSISTANCE IN TX AND LOCATED HIM AND RECENTLY CALLED HIM AND ASKED HIM TO WRITE A LETTER FOR HER VERIFYING STRESS FRACTURES AND SEXUAL HARASSMENT WHILE SHE SERVED UNDER HIM AND HE DECLINED AND REFERRED HER TO RELEASE OF INFO. SHE WAS ADVISED NOT TO HAVE ANY FURTHER CONTACTS WITH HIM AND NOT TO MAIL THE NOTES SHE HAS WRITTEN. SHE HAS ALREADY ADVISED HER MOTHER THAT SHE HAS CONTACTED HIM. SHE DESCRIBES SOME FEELINGS OF SHAME RE: SEXUAL DESIRES.
SHE REPORTS THAT SHE HAS BEEN COMPLIANT WITH MEDS. SHE IS BORED AT WORK AND SPENDS HER EVENINGS AND WEEK ENDS IN BED. ENCOURAGED TO WALK QD AND TO PLAN ACTIVITIES FOR THE WEEKEND .
SUPPORTIVE INTERVIEW. SHE HAS UNDERGONE SOME VR TESTING. CONTACT WAS MADE WITH VR AND COPY OF REPORTS HAVE BEEN REQUESTED. RESC 2 WEEKS IF POSSIBLE.

Signed by: /es/ ANNA STANTON
LCSW 06/14/1999 14:25

MEDICAL RECORD Progress Note

NOTE DATED: 05/25/1999 14:39 MENTAL HEALTH CLINIC NOTE
VISIT: 05/25/1999 13:00 MHC-ZEVIN II
codnmitnues to work full time but is dissatisfied with pay. but understands it helps her structrue herday and puts her inposition to later attend phd.program through voc rehab. conitnues with voices of shiva telling her what to do but they dont tell her ot do anything bad.
mse- entriely appropriate except for the delsions and ah
assessemnt- cps , good response to current psych med regimen
plan- check bp and p if- ok- give haldol -d 50 mg today
has enough seroquel
coniotnue supportive and exsploratory therapy esp- xareer choices etc

Signed by: /es/ EDWARD W ZEVIN
MD 05/25/1999 14:51

05/25/1999 15:00 Addendum
Pt. given Haldol Dec. 50mg IM R Hip per MD order. BP 124/87, HR 87.
Signed by: /es/ MELINDA K HAEBEL
RN 05/26/1999 09:00

MEDICAL RECORD Progress Notes

NOTE DATED: 04/23/1999 11:24 MENTAL HEALTH CLINIC NOTE
VISIT: 04/23/1999 11:40 MHC-ZEVIN I

doing better than i have seen her. affect is full. not as somatically preoccupied. working ft as data entry clerk. mom noticed signs of return of negative sx and depression approx one week before next scheduled injection.

assessment- goodresponse to combination of typeical and atypical ap

plan check bpandp-if ok - give haldol -d 50mg im today and fu in threee weeks instead of 4 weeks

continue seroquel 100mg bid

contuinueto pursue voc rehab

encourgaged to conitnue working ft.

fu with se

Signed by: /es/ EDWARD W ZEVIN
MD 04/23/1999 11:28

MEDICAL RECORD Progress Notes

NOTE DATED: 04/23/1999 09:25 MENTAL HEALTH CLINIC NOTE
VISIT: 04/23/1999 08:30 MHC-STANTON
MHC. SOCIALWORK FOLLOW-UP DX: SCHIZ REACT;
SCHED APPT. ACCOMP BY MOTHER. VET DISPLAYS MORE RANGE OF AFFECT TODAY AND REPORTS THAT SHE HAS FOUND HERSELF CRYING RECENTLY , OVER THE CARE HER SISTER HAS BEEN SHOWING HER, AT AN IMAX MOVIE OF MT EVEREST, ETC. SHE CONTINUES IN HER CLERICAL POSITION AND GETS HERSELF UP EACH AM AT 5:30 AND DRIVEES HERSELF TO THE JOB. SHE CONTINUES TO RECIEVE POSITIVE FEEDBACK AT WORK. SHE EATS HER LUNCH IN CAFETERIA WITH OTHER EMPLOYEES AND SAYS "I LIKE IT : I FEEL COMFORTABLE". BUT SHE DOES WISH THAT SHE COULD WORK IN HER CHOSEN FIELD AND CONTINUES TO APPLY FOR CASEWORKER, SOCIAL WORKER TYPES OF POSITIONS EVEN THOUGH SHE AGREES THAT THIS TYPE OF WORK WOULD STRESS HER. SHE WAS ENCOURAGED TO CONTINUE WITH STEADY PROGRESS IN CURRENT POSITION AND TO FOCUS ON INCREASING LEISURE PURSUIT OF SWIMMING, WALKING, ETC. SHE IS NOW SWIMMING ONCE/WEEK. ENCOURAGED TO INCREASE THIS IF POSSIBLE. SHE REPORTS MED COMPLIANCE. SHE HAS VR APPT ON MONDAY. SUPPORTIVE INTERVIEW. RESC 2 WEEKS

Signed by: /es/ ANNA STANTON
LCSW 04/23/1999 09:36

BANERJEE,URMILA WILMINGTON Printed:08/19/1999 17:42
Pt Loc: OUTPATIENT Vice SF 509

MEDICAL RECORD Progress Note

NOTE DATED: 03/31/1999 12:58 AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 03/31/1999 08:30 PRIMARY CARE (FAIRCHILD)
32 y o Indian female here with her mother (who explains she is a doctor specializing in OB/GYN). Mother reports her daughter is "forgetful because of her depression."

Vet reports her mother blames all her problems on weight gain. She reports that she eats no breakfast, very little lunch, and no dinner because she is so exhausted she just goes to bed. Denies doing anything currently for pleasure. When asked what she would do is tomorrow she were pain free she replies: "I would go swimming, I would join some clubs and make some friends, I would start walking."

She has recently started a full time clerical job (has her degree in psychiatry) which pays $6/hour. Looks very professional in a blue suit and white blouse.

Continues to complain of the same pain in middle back, both hips, both knees which she rates as 8/10 in her spine, 6/10 R hip, 7/10 L hip, and 5/10 both knees. Has not been doing stretching exercises as given previously in PT.

Seeing MHC for management of depression.

LMP 2/24 scant, 35 day cycle normally, noting less menses than previously.

O: See CDI/PI placed in chart.
very flat affect throughout, and gently argumentative with mother about
weight stable since 5/98 BMI = 29
HEENT: no adenopathy
card: rrr 0 m
lungs: clear throughout
ext: no edema, no cyanosis. pulses equal bl upper/lower. ROM as before with pain reported as above.

A/P:
Hx of depression/chronic pain. Continue motrin PRN.
TEACHING: long discussion about effects of depression on all aspects of life. Need to do back stretching/strengthening exercises as discussed previously with me and with PT. Will also begin swimming at Y for exercise, weight loss which will benefit joints, and walking after dinner for management of weight/depression.
Will do additional labs today to include LFTs, Hep C, glucose (mother reports father has type 2 DM) and chol panel (sister has elevated chol according to mother)

Recheck 3 months. Be sure to examine with mother out of the room!

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 03/31/1999 13:08

MEDICAL RECORD Progress Note

MEDICAL RECORD | Progress Note

NOTE DATED: 03/31/1999 10:21 PSYCHIATRY
VISIT: 03/31/1999 10:21 BUSTONERA I

Vet been followed up by Dr.Zevin and was started with haldol decanoate, which has been helpful.Have experience some shaking in the legs ,benadryl was effective for the side effects.

Seen today with her mother.Experiencing some frustration of not being able to work for which she was trained for at the same time appreciate that she is still able to work.

RX Haldol decanoate 50 mg IM today
Appt with Dr.Zevin.

Signed by: /es/ ERLINDA G. BUSTONERA
MD 03/31/1999 10:25

03/31/1999 16:38 Addendum
Haldol-Dec 50mg IM L Deltoid, after BP, WNL per order of provider today.

Signed by: /es/ C LEE HAYWARD
RN 03/31/1999 16:38

B ERJEE,URMILA | WILMINGTON | Printed:08/19/1999 17:42
[redacted] DOB:[redacted] | Pt Loc: OUTPATIENT | Vice SF 509

MEDICAL RECORD Progress Note

NOTE DATED: 03/31/1999 10:11 MENTAL HEALTH CLINIC NOTE
VISIT: 03/31/1999 09:30 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP SCHED APPT DX: SCHIZ REACT
ACCOMP BY MOTHER. VET HAS TAKEN A CLERICAL JOB AND IS GETTING POSITIVE FEEDBACK FOR HER PERFORMANCE. SHE HAS INTERVIEWED FOR A COUNSELOR POSITON AT FERRIS SCHOOL AND HAS BEEN ENCOURAGED TO AVOID POSITIONS WITH HIGH DEGREE OF PUBLIC CONTACT AND STRESS. ENCOURAGED TO BE PATIENT AND FOLLOW THROUGH WITH VOC REHAB PROCESS . SHE IS VERY ANXIOUS TO OBTAIN POSITION "IN HER FIELD OF PSYCHOLOGY" BUT ALSO ADMITS THAT SHE CANNOT TOLERATE STRESSFUL WORK ENVIRONMENTS AND DEMANDS FROM "THE PUBLIC".
SHE IS REQUESTING HALDOL INJECTION TODAY, STATING THAT SHE IS EXPERIENCING FEELING SOF ANGER, DIFFIUCLTY FOCUSING, AMBIVALENCE. HER AFFECT IS LESS FLAT AND SHE NOW VERBALIZES THAT SHE IS BENEFITTING FROM ANTI-PSYCHOTIC MEDICATION. SHE EXPRESSES FEELINGS OF ANGER ABOUT HER CURRENT DEPENDENCE UPON HER FAMILY.
SUPPORTIVE INTERVIEW. SHE HAS APPT SCHED WITH VR ON 4/13 FOR INITIAL INTAKE. SHE IS IN PROCESS OF APPEALING DENIAL OF SC STATUS FOR PSYC. CONDITION. MEDICAL INFO FROM MHC WAS FORWARDED TO TOM KEENAN TODAY FOR REVIEW PROCESS.
RESC 4/13 OR 4/23. REFERRED TO DR BUSTONERA RE: MEDICATION ORDER SINCE DR ZEVIN IS ON AL.

Signed by: /es/ ANNA STANTON
LCSW 03/31/1999 10:52

NOTE DATED: 02/19/1999 14:54 NURSING NOTE
VISIT: 02/19/1999 14:53 TEAM D NURSE
Pt reported unscheduled for review of lab work done on 2/17/99 and follow-up of x-ray on 2/17/99.

Per provider, B. Fairchild, NP., a review will be made of lab work on next PCP appt in March; per call back from radiology, x-rays of 2/17 were WNL.

Signed by: /es/ C LEE HAYWARD
RN 02/19/1999 14:56

MEDICAL RECORD Progress Note

NOTE DATED: 02/19/1999 12:39 MENTAL HEALTH CLINIC NOTE
VISIT: 02/19/1999 11:30 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP SCHED APPT DX: SCHIZ REACT
VET WAS ACCOMP BY HER MOTHER WHO REPORTS THAT VET HAS SEEMED "MORE ORIENTED AND LESS WITHDRAWN" SINCE SHE HAS BEEN RECEIVING HALDOL INJECTIONS, BUT VET DISPLAYS SOME INVOLUNTARY SHAKING OF HER LEGS TODAY AS SHE SITS IN THE OFFICE AND C/O THE UNCOMFORTABLE WAY HER BODY SHAKES. SHE ADMITS THAT SHE "FEELS IN BETTER CONTROL OF BODY" AND FEELS THAT SHE IS MAKING IMPROVEMENT. SHE CONTINUES TO FEEL VERY WEAK , WITH ACHING IN MUSCLES AND JOINTS. SHE HAS BEEN LET GO FROM JOB OF 1 WEEK AT PIZZA HUT DUE TO CALLING IN SICK TOO FREQ.
SHE HAS BEEN APPROVED FOR SSDI. SHE WAS DENIED SC FOR SCHIZ. AND FAMILY IS CONSIDERING AN APPEAL. SHE HAS APPTS PENDING WITH VA VOC REHAB AND STATE OF DE VOC REHAB FOR EVAL.
VET HAS NO PENDING APPT WITH PC OR WITH DR ZEVIN (SHE CANCELLED APPT BECAUSE SHE DOESN'T WANT TO TAKE HALDOL). SHE WAS ENCOURAGED TO RESCHEDULE APPTS AND AGREES. MEDS WERE REVIEWED WITH DR ZEVIN SINCE VET HAD NOT OBTAINED RECENTLY PRESCRIBED ANTIPSYCHOTIC AND HAS MISPLACED THE BENADRYL. HE ADVISED THAT SHE OBTAIN REFILLS FOR EACH AND TAKE AS PRESCRIBED.
SUPPORTIVE, ENCOURAGING INTERVIEW. MOTHER WAS PROVIDED MATERIAL RE: ALLIANCE FOR THE MENTALLY ILL OF DE.
RESC 1 MO AT THIER REQUEST.

Signed by: /es/ ANNA STANTON
LCSW 02/19/1999 12:53

MEDICAL RECORD Progress Notes

NOTE DATED: 02/17/1999 10:52 AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 02/17/1999 10:51 PRIMARY CARE (CHAKKARAVARTHI)
33 YO FEMALE C/O PAIN IN THE LEFT HIP, LEFT THIGH & LEFT HIP & PELVIC BONES & MUSCLES FOR THE PAST 7 YEARS. HAS FEVER TAKES 2 ADVIL.
NO RASH.

PE 98.6*F 113/77 78 RR 20

HIPS , KNEES, ANKLE & FEET WEREEXAMINED.

ROM NORMAL . NO SWELLING

SOME MUCLE TEDERNESS NOTED.

A&P POLY MYALGIA

WILL OBTAIN XRAY FEET, ANKLE, HIPS

LMP 1/21/99 SAYS NOT PREGNANT, NOT MARRIED, HAS NEVER BEEN PRGNANT.

LABS TODAY
MOTRIN 600 MG TID
ADVISED OFF WORK FOR 2 DAYS.

Signed by: /es/ NAVAJEEVAN CHAKKARAVARTHI
Primary Care Physician 02/17/1999 11:02

MEDICAL RECORD Progress Notes

NOTE DATED: 02/17/1999 10:11 TRIAGE NOTE
VISIT: 02/17/1999 10:11 TRIAGE
On arrival patient was:
[X] Ambulatory
[] Stretcher
[] Wheelchair

Homeless []Yes [X]No
Due to Injury [X]Yes []No

ALLERGIES: PCN

VITALS:
Weight: []NA
Temp: 98.6
Pulse: 78
Respiration: 20
Blood Pressure: 113/77
Pulse Ox: []NA

TRIAGE: C/O GENERALIZED LEFT LEG PAIN FROM WORK STATES SHE THINKS HEELS ARE BROKE!! AND MIDDLE OF THE SPINE (LUMBSR REGION) HAS TAKEN ADVIL WITH RELIEF. STATES SHE IS SLEEPING EXCESSIVELY AFTER WORK. WORKING 25 HOURS A WEEK. SHOES ARE ONE YEAR OLD. TOLD HER THAT IT MIGHT BE WISE TO GET SOME NEW SHOES FOR BETTER SUPPORT.

PLAN: TEAM D W/I.

Signed by: /es/ RAYMOND DUCKWORTH
RN 02/17/1999 10:22

B[illegible]ERJEE,URMILA WILMINGTON Printed:08/19/1999 17:42
Pt.Loc: OUTPATIENT Vice SF 509

MEDICAL RECORD Progress Notes

NOTE DATED: 02/12/1999 13:30 MENTAL HEALTH CLINIC NOTE
VISIT: 02/12/1999 13:00 MHC-ZEVIN II
THE LT. WHOSE BODY WAS SWITCHED WITH HERS- HAS BEEN REPORTED TO HAVE DIED, AND THIS HAS HELPED HER TO FEEL BETTER BECAUSE SHE IS NOW GETTING HERSELF BACK FROM HIM..
ALSO- SHE IS WORKING AT PIZZA HUT, SHE NOLONGER IS FAINTING, AND HAS A GOAL OF BEING OUT ON HER OWN.
ALSO - THE LILLY SCHOLARSHIP IS A GOAL THAT SHE CAN EASILY ATTAIN GIVEN HER INTELLECTUAL COMPETENCE AND SHE INTENDS TO PURSUE THIS ON HER MEETING WITH SW.
MSE- FULL AFFECT. NO AH. FORMAL THOUGHTDO AS ABOVE
ASSESSEMNT- MAY BE RRESPONSIVE TO PARENTAL ANTIPSYCHOTIC
PLAN CHECK BP AND P- IF OK- GIVE HALDOL-D 50MG IM TODAY
USE BENADRYL FOR ANY EPS ETC
MOM REPORTS SHE HAD NO PROBLEMS WITH 25MG HALDOL-D.

Signed by: /es/ EDWARD W ZEVIN
MD 02/12/1999 13:36

02/12/1999 14:02 Addendum
Pt. given Haldol Dec. 50mg IM L deltoid per MD order. BP 114/78, HR 83.
Signed by: /es/ MELINDA K HAEBEL
RN 02/12/1999 14:03

MEDICAL RECORD | Progress Note

NOTE DATED: 01/13/1999 10:26 MENTAL HEALTH CLINIC NOTE
VISIT: 01/13/1999 10:00 MHC-ZEVIN I

DELUSIONS AND NEGATIVE SX OF SCHIZPHRENIA CONTINUE, BUT AFFECT AND SHARPNESS OF THOUGHT PROCESSES REMAIN WELL PRESERVED. SHE CONITNUES TO CO LACK OF MOTIVATION, "LOW ENERGY" AND "FAINTING SPELLS EVERY MORNING UNTIL I DRINK MY TEA". SHE CONTINUES TO BE NONCOMPLIANT WITH THE PSYCHOTROPIC MEDICATIONS. WE DISCUSSED THIS AND HOW THIS NONCOMCOMPLIANCE IS PRECLUDING ANY CHANCE FOR IMPROVEMENT REGARDING ESPECIALLY HER NEGATIVE SYMPTOMS. SHE IS AGREEING TO A TRIAL OF SEROQUEL AMD AGREEING TO ATTEMPT TO TOLERATE ANY SE THAT MAY OCCUR-SINCE THEY MAY BE TRANSIENT. I WILL START HER ON IT TODAY. SHE WILL FU WITH ME IN ONE MONTH. I WILL FILL OUT HER STUDENT LOAN FORM AND SEND HER TO ROI. SHE WILL HAVE VOC REHAB CALL ME TO DISCUSS HER APPROPRIATENESS FOR THIS PROGRAM.

Signed by: /es/ EDWARD W ZEVIN
MD 01/13/1999 10:37

MEDICAL RECORD | Progress Note

NOTE DATED: 01/04/1999 10:44 MENTAL HEALTH CLINIC NOTE
VISIT: 01/04/1999 09:30 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP SCHED APPT DX: SCHIZ REACT, PAR
VET WAS ACCOMP BY HER MOTHER. BOTH EXPRESS CONCERN ABOUT VET'S FEELINGS OF DEPRESSION AND LOSS OF MOTIVATION, SOCIAL WITHDRAWAL. SHE IS FILING FOR SSDI AT PRESENT DUE TO HER INABILITY TO WORK DUE TO HER ILLNESS. SHE WAS FIRED FROM LAST JOB WITH MACDONALD'S DUE TO TEARFULNESS AND DIFFICULTY DEALING WITH THE PUBLIC. SHE HAS ALSO REINITIEATED CLAIM FOR MEDICAID BENEFITS AND CONTACT WITH HER CASEWORKER AT CLAYMONT COMM CENTER, LENI WOOTEN 798-4093, NO DECISION HAS BEEN MADE.
OPTION OF ADULT DAY PARTIAL HOSPITALIZATION WAS DISCUSSED AND VET AND HER MOTHER EXPRESSED OPPOSITION TO THIS OPTION, SAYING THAT SHE WOULD"LOSE INTEREST" AS SHE HAD WHEN SHE ATTENDED DAY HOSPITAL FOLLOWING HOSPITALIZATION IN ROANOKE IN NOV 1997. SHE STATES THAT BEING AROUND OTHERS WHO SUFFER WITH MENTAL ILLNESS DEPRESSES HER.
SHE EXPRESSED A LOT OF INTERST IN VOC REHAB , DESIRING RETRAINING IN A TECHNICAL FIELD SO THAT SHE COULD AVOID INTENSE INTERACTIONS WITH THE PUBLIC. SHE SIGNED RELEASE OF INFO FOR DE DIV OF VOC REHAB AND REFERRAL WAS INITIATED FOR EVAL AND JOB RETRAINING.
SUPPORTIVE INTERIVEW. ENCOURAGED TO BEGIN TO STRUCTURE HER DAY AND INCREASE PHYSICAL ACTIVITY IN ATTEMPT TO PREPARE FOR THE STRUCTURE OF A VOC REHAB PROGRAM. RESC 1 MO

Signed by: /es/ ANNA STANTON
LCSW 01/04/1999 10:51

MEDICAL RECORD Progress Notes

NOTE DATED: 12/23/1998 11:33 MENTAL HEALTH CLINIC NOTE
VISIT: 12/23/1998 10:00 MHC-ZEVIN I

CONTINUES TO BE NONCOMPLIANT WITH PO ANTIPSYCOTIC. DELUSION OF HAVING PEOPLE FROM THE TV INSIDE HER CONTINUES. THERE ARE ALSO SIGNIFICANT NEGATIVE SCHIZOPHRENIC SX INCLUDING AVOLITION,AFFECTIVE FLATTENING, SOCIAL WITHRAWL, APATHY AND POOR SELF CARE. THERE IS NO ALOGIA AND NO BLOCKING. SHE IS NOW CONSENTING TO DECANOATE ANTIPSYCHOTIC, BUT REFUSES TRIAL OF PO FIRST. MSE- GOOD INSIGHT EXCEPTING COGITIONS ASSOCIATED WITH THE DELSUION.
ASSESSMENT- CPS
INADEQUATE RESOURCES TO DEAL ADEQUATELY WITH THESE PROBLEMS-WOULD BENEFIT FROM DAY TREATMENT, FREQUENT MONITROING ETC.
PLAN CHECK BP AND P- IF OK- GIVE HALDOL-D 25MG IM TODAY
POSSIBLE SE EXPLAINED TO MOMM AND BENADRYL PROVIDED JUST IN CASE OF DYSTONIC REACTION.
ALSO WILKL TRY TO GET IN TOUCH WITH SISTER AT MCP WHO WILL BE STAYING WITH URMILLA TOMORROW AS MOM IS GOING TO OHIO TO VISIT ANOTHER DUAGHTER.
FU WITH SW
FU WITH ME 3 WEEKS AS SCHEDULED.

Signed by: /es/ EDWARD W ZEVIN
MD 12/23/1998 11:44

12/23/1998 16:30 Addendum
PT reported for INJ: BP sitting LA=126/78 HR=85
requested wt with shoes: 163 lbs; Haldol-dec 25mg IM
R Deltoid, per order of Dr. Zevin.

Telephone numbers given for MHV; ER; telephone care line;
Team D nurse.

Signed by: /es/ C LEE HAYWARD
RN 12/23/1998 16:33

MEDICAL RECORD Progress Note

NOTE DATED: 11/19/1998 11:02 MENTAL HEALTH CLINIC NOTE
VISIT: 11/19/1998 09:00 MHC-ZEVIN I
SEEN IN LENGHTY VISIT ACCOMPANIED BY MOM. 4 PAGE SMALL PRINT FAX FROM SISTER (A RESIDENT AT A HOSPITAL IN VIRGINIA) VET VERBALIZES DELUSIONAL MATERIAL. SHE ADMITS TO ONLY PARTIAL MED COMPLIANCE (AT BEST)- STATING IT MAKES HER TO DROWSY AND IT MAKES HER FAINT. WE ENGAGED IN A LENGHTY DISCUSION ABOUT AVAILABLE VA AND COMMUNITIY RESOURCES THAT MIGHT BE OF HELP AS WELL AS A CHANGE TO A DIFFERENT ATYPICLA ANTIPSYCHOTIC TO HELP WITH THE NEGATIVE SX OF SCHIZOPHRENIA.
ASSESSEMNT- CPS, AT BASELINE- WITH NO RECENT SIGNS OF EXACERBATION
SE TO OLANZAPINE
PLAN PSYCH-ED- NATURAL HX OF DOWNWARD DRIFT IN FUNCTIONAL ABILITIES WITH SCHOZPHRENIA - ESP WITH POOR MED COMPLIANCE
FU WITH SW
DC OLANZAPINE
START RISPEDAL
SUPPORTIVE TREATMENT
EST. ALLIANCE WITH MOM
FU 1 MOMTH

Signed by: /es/ EDWARD W ZEVIN
MD 11/19/1998 11:09

MEDICAL RECORD Progress Notes

NOTE DATED: 11/19/1998 10:40 MENTAL HEALTH CLINIC NOTE
VISIT: 11/19/1998 10:39 MHC-STANTON
MHC. SOCIAL WORK FOLLOW-UP DX: SCHIZ REACT
UNSCHED APPT. MET BRIEFLY WITH VET AND HER MOTHER AT DR ZEVIN'S REQUEST. VET'S MOTHER REQUESTS THAT VET BE EVALUATED FOR POSSIBLE REFERRAL FOR ADULT DAY PROGRAM, VOC REHAB, ETC. "TO KEEP HER MIND OCCUPIED". VET HAD PREV BEEN APPROVED FOR MEDICAID BENEFITS BUT THEY WERE DISCONTINUED WHEN SHE WORKED BREIFLY . THEY WERE ADVISED TO RE-APPLY AT THIS TIME, SINCE VET IS NOT WORKING AND THESE BENEFITS MIGHT BE HELPFUL IN AIDING VET TO OBTAIN ADULT DAY TREATMENT. WILL SCHEDULE VET FOR FOLLOW-UP APPT TO FURTHER PURSUE THESE ISSUES. SUPPORT PROVIDED.

Signed by: /es/ ANNA STANTON
LCSW 11/19/1998 10:42

MEDICAL RECORD | Progress Note

NOTE DATED: 11/19/1998 10:12 MENTAL HEALTH CLINIC NOTE
VISIT: 11/19/1998 09:00 MHC-ZEVIN I

MS. BANNERJEE HAS A DX OF CHRONIC PARANOID SCHIZPHRENIA. SHE HAD TREATMENT HERE IN THE VA MENTAL HEALTH CLINIC IN 1991, AND HAS RESUMED TREATMENT HERE DURING THE PAST YEAR. SHE IS TAKING MEDICATION AND IS NOT ABLE TO WORK DUE TO HER ILLNESS. THE EXPECTED DURATION OF TREATMENT IS NOT KNOWEN, BUT THERE IS A LIKELHOOD AND CONTOINUED TREATMENT INTO THE FORSEEABLE FUTURE.

Signed by: /es/ EDWARD W ZEVIN
MD 11/19/1998 10:15

MEDICAL RECORD Progress Note

NOTE DATED: 11/03/1998 11:02 MENTAL HEALTH CLINIC NOTE
VISIT: 09/24/1998 10:00 MHC-ZEVIN I
PS FROM SISTER OF VET - SISTER IS A RESIDENT AT ALLEGHENY HEALTH SYSTEM.
SHE REPORTS THAT VET IS INTERMITTNTLY MED NONCOMPLIANT, IS BECOMING INCREASINGLY MORE PARANOID, AND LACKS INSIGHT INTO HER PROBLEM DESPITE THE FACT THAT SHE HAS A MASTERS DEGREE IN CLINICAL PSYCHOLOGY.
LAST YEAR SHE WAS HOSPITALIZED AT SALEM VA AND THEN TRANSFERRED TO A PRIVATE PSYCH FACILITY. SHE HAS RECENTLY BEEN TERMINATED FROMN A FEW JOBS - SHE USED TO QUIT THEM. PSYCHOSIS STARTED IN MILITARY IN OR RIGHT AFTER BASIS TRNG AND SHE WAS GIVEN AN HPNORABNLE DISCHARGE.
I INVITED DR. BANEERJEE TO COME WITH THE PT AT HER NEZXT APPT ON NOV 19
PLAN - DECANOATE

Signed by: /es/ EDWARD W ZEVIN
MD 11/03/1998 11:09