MEDICAL RECORD Progress Note:

NOTE DATED: 09/25/1998 09:16 AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 09/25/1998 08:30 PRIMARY CARE (FAIRCHILD)
Vet did not present for this mornings scheduled appointment. Note Dr. Zevin's concerns of yesterday and will address PRN.

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 09/25/1998 09:17

MEDICAL RECORD Progress Note.

NOTE DATED: 09/24/1998 11:04 MENTAL HEALTH CLINIC NOTE
VISIT: 09/24/1998 10:00 MHC-ZEVIN I

HAS NOT BEEN COMPLIANT WITH MEDS. - MAKES HER "TOO DROWSY - CANT WORK." HAS MULTIPLE SOMATIC COMPLAINTS WHICH NEED TO BE EVALUATED BY PRIMARY CARE DESDPITE THE POSSIBILITY THAT THE COMPLAINTS MAY BE DELUSIONAL. SHE REPORTS SHE HAD BEEN TO INDIA 6 MOMNTHS AGO AND WENT TO SEE AN AYURVEDIC PHYSICIAN WHO PRESCRIBED A GHEE BUT SHE DID NOT GET THE RX FOR THE GHEE FILLED YET. ,I TOLD HER TO BRING IN THE RX SO I CAN SEE WHAT SHE MAY BE GOIDNG TO USE IN ADDITION TO THE ST, JOHNS WORT ETC.

MSE- DELIUSIOIN CONTINUES.DENIES AH. NO SI. DENIES RECENT AGITAITON OR SEVERE SEVERE SLEEP DISTURBANCE. CURRENT CONTREOLS- GOOD.

ASSESSEMNT- CPS, PROBABLY AT BAZSXELINE

PLAN REDUCE DOSE OF ZYPREXA TO 5MG HS
ESCORT HER TO PRIMARY CARE
FU 6-8 WEEKS

Signed by: /es/ EDWARD W ZEVIN
MD 09/24/1998 11:18

MEDICAL RECORD Progress Note

NOTE DATED: 09/23/1998 15:15 PHYSICAL THERAPY DISCHARGE PLANNING
VISIT: 07/27/1998 14:00 PHYSICAL THERAPY (B)
Pt. did not show for three consecutive physical therapy appointments.
Pt. was seen for an initial physical therapy evaluation and one treatment session prior to her failure to attend. Therapy consisted of ordering a heel lift for R. foot, education in home use of heat and ice and provision of extensive home stretching program with handout and education in the clinic.
A/P: Due to the fact that the patient's pain may have significant psychological components, further physical therapy intervention is not recommended. Please re-consult PT if patient expresses a desire to review the stretching program provided.

Signed by: /es/ Rebecca Sue M. Sup, MSPT
Physical Therapist 09/23/1998 15:21

MEDICAL RECORD Progress Note

NOTE DATED: 07/15/1998 16:58 PHYSICAL THERAPY NOTE
VISIT: 07/15/1998 16:00 PHYSICAL THERAPY (B)
S: Pt was seen this day with no new complaints. During the course of the visit, she reported stress when around crowds.
O: 3/8" heel lift was ordered for her right leg. Also, pt was instructed in an extensive stretching regimen for her cervical, low back, and lower extremeties. Pt demonstrated all exercises and reported no complaints with these exercises. Pt was also instructed to use heat or ice to her areas of pain as indicated.
A: Pt seems to have pain in several regions of her body. It is unclear if they are strictly the result of musculoskeletal problems, or if there is an affective or stress component to her problems.
P: Pt will be seen for PT next week, at which time the benefit of the stretching exercises will be assessed. Also, a thorough evaluation of her sacral-pelvic girdle will be performed along with joint mobs PRN.

Signed by: /es/ CHRISTOPHER CAMPAGNA
student physical therapist 07/15/1998 17:11

07/15/1998 17:44 Addendum

Co-signature of student PT note.
Signed by: /es/ Rebecca Sue M. Sup, MSPT
Physical Therapist 07/15/1998 17:45

MEDICAL RECORD Progress Note

NOTE DATED: 06/26/1998 11:47 GENERAL NOTE
VISIT: 06/26/1998 11:47 MHC-ZEVIN I

BRIEF VISAIT- 32 YO FEMALE WHO IS REQUESTING ZYPREX A WHICH HAS BEEN RXD BY DR. SMITH A PSYCHIATRIST AT THE SALEM VIRGINIA VAMC. HAD PREVIOUSLY BEEN RXD CPZ HERE IN THE MHC ABOUT 6 YRS AGO BUT NEVER TOOK IT BECAUSE SHE DIDNT AGREE WITH THE DIAGNOSIS.

WAS ADMITTED TO SASLEM VAMC WITH SELF REPORTED SX OF DEPRESSION, IRRITABILTY, REPETITIVE "FAINTING SPELLS", FEELINGS OF BEING FEVERISH BUT NO HIGH TEMPERTURE, FEELINGS OF DISIRIENTATION TO DAY, DATE ETC, HAVING OUT OF BODY EXPERIENCES- PEOPLE PULL HER OUT OF HER BODY- SUCH AS HER COMMANDING OFFICER- THEY SWITCHED BODIES- SHE WAS IN HIS BODY AND HE WAS IN HER BODY. ZYPREXA CALMS HER DOWN AND HER BRAIN IS LESS STRESSED- BUT HAS THE SE OF MAKING HER DRWOSY, HAVING DIARHEA AND GAS, HEADACHES, AND COUGHING. DOSE -7.5 MG FOR 6 MONTHS SICNE DC FROM SALEM VA,BUT HAS BEEN TYAKING 10MG FOR PAST MONTH.

DENIES MAJOR MEDICAL PROBLEMS BUT DID SUFFER FX OF METATARSALS IN BASIC TRAINING- ALSO WAS INJURED IN AIT WFHICH SXHE DID NOT COMPLETE- SUFFERED FX OF PELVIS. ALSO TAKES STRESSTABS ANDF ST JOHMS WORT
SHE DID COMPLETE BASIC TRAINING. WAS IN SERVICE FOR 9 MOMNTHS TOTAL
MSE- FLAT AFFECT. SHE IS UNSURE IF SHE HAS HALLUCVINATIONS BUTR DOES "COMMINCUATE WITH OTHER PEOPLE MENTALLY.
NO SI OR HI.
ASSESSMENT- SCHIZPHRENIA
PLAN ZYPREXA 10MG HS
INTAKE
FU 3 MONTHS

Signed by: /es/ EDWARD W ZEVIN
MD 06/26/1998 12:06

MEDICAL RECORD Progress Note

NOTE DATED: 06/16/1998 15:29 AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 06/16/1998 15:29 PRIMARY CARE (FAIRCHILD)
32 y o Indian female here with complaints of "not getting enough air" and coughing for the past 2 weeks. Drinks about 2 cups of tea and 2 cups of water a day. Non-smoker. No ETOH.

LMP: 5/21/98 only lasted 1 day.
no OCs

NKDA

Meds:
zyprexa 10 mg (for scitzophrenia)
MVI QD

O:
5ft 3 1 / 2 in 167 lbs 106/72 68
In no acute distress but with dry cough throughout

HEENT: benign except for reported tenderness over maxillary sinuses not worsened with bending forward
no adenopathy
card: rrr 0 m
lungs: clear, but with decreased breath sounds in lower fields
ext: no edema, no cyanosis

A/P:
Suspect seasonal allergic rhinitis
Vet refuses labs today. Reports having lab work done 3 months ago downtown by another provider and all was normal.
Chest x-ray today
Increase water intake to 8 - 10 glasses a day.
Nasal saline spray 2 sprays each nostril BID.
Recheck 1 month.

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 06/16/1998 15:38

MEDICAL RECORD Progress Note

NOTE DATED: 06/16/1998 14:05 PSYCHIATRY
VISIT: 06/16/1998 14:05 MHC-STANTON

MHC. SOCIAL WORK. ASSESSMENT AS RESULT OF CONSULT FROM B. FAIRCHILD 5-15 RE: H/O SCHIZOPHRENIA. VET IS PREV KNOWN TO MHC. PLEASE REFER TO INTAKE ASSESSMENT DATED 8-5-91 AND OUT-PATIENT PROGRESS NOTES FOR BACKGROUND INFO.
VET IS 32 YR OLD NSC FEMALE VET WHO WAS ALERT, ORIENTED, RELEVANT AND COHERENT, WITH FLATTENED AFFECT. SHE C/O FEELING WEAK, EXHAUSTED, FEELING "LIKE I HAVE DIED AND THAT MY LIFE IS TRYING TO RETURN TO MY BODY". SHE REPORTS H/O SEXUAL HARASSMENT IN SERVICE AND STATES THAT SHE FEELS LIKE HER BODY BECAME SWITCHED WITH THE MAN AND THAT SHE BECAME LOCKED IN HIS BODY AND THAT HE IS FINALLY LEAVING HER BODY AND SHE IS RETURNING AND THAT THIS IS EXHAUSTING HER. SHE "FEELS OUT OF BODY". SHE SAYS THAT SHE FEELS THAT SHE IS STILL IN THE MILITARY AT TIMES AND THAT SHE RELIVES MILITARY EXPERIENCES AND THAT PARTS OF HER BODY ARE TRYING TO REINTEGRATE THEMSELVES . SHE DENIES SUICIDAL/HOMOCIDAL IDEATION. SHE DENIES HALLUCINATIONS. SHE REPORTS THAT FAMILY IS ANGRY WITH HER BECAUSE SHE SPENDS ALMOST OFF OF THE TIME IN THE BED AND IS NOT WORKING.
VET IS DIVORCED WITH NO CHILDREN. SHE WAS BREIFLY MARIED FOR 1 YR AND SAYS THAT HUSBNAD WAS ABUSIVE, HIT HER AND LEFT HER. SHE HAS HAD NO CONTACT FOR 5 YRS.
SHE IS RESIDING WITH HER PARENTS AND QUIT A JOB AS CASHIER AT MACDONALD'S LAST WEEK. SHE HAD HELD THE JOB FOR 3 MO. SHE REPORTS TAHT SHE HAS BEEN UNABLE TO WORK REGULARLY SINCE 1995 WHEN SHE BEGAN "FAINTING" FREQ. PRIOR TO THAT SHE HAD BEEN WORKING AS A COUNSELOR IN A RESIDENTIAL HOME FOR TEENAGERS FROM 1993-1995. SHE FOUND THIS JOB STRESSFUL AND CRIED ALL THE TIME. SHE LEFT IT AND WORKED FOR 6 MO AT PART. HOSPITAL FOR CHILDREN IN PHILA BUT LEFT THIS ALSO. SHE WENT TO STAY WITH HER SISTER IN VA DURING 1997 AFTER HER BROTHER "PUNCHED HER" DURING AN ARGUMENT.
SHE IS CURRENTLY ATTEMPTING TO COMPLETE THE FINAL COURSE IN A MASTER'S DEGREE PROGRAM IN PSYCHOLOGY AT WEST CHESTER UNIV. SHE IS HAVING DIFFICULTY STAYING UP LONG ENOUGH TO COMPLETE THE REQUIREMENTS AND IS NOT SURE IF SHE CAN COMPLETE IT.
WHILE IN VA SHE WAS HOSP AT VAMC, SALEM FROM NOV 18 , 1997 - NOV 24, 1997. CONTACT WAS MADE WITH THAT FACILITY AND INFO WAS OBTAINED BY FAX VERIFYING DX: PARANOID SCHIZOPHRENIA EXACERBATION. SHE WAS APPARENTLY COMMITTED FOR TREATMENT AFTER AN ATTEMPT TO LEAVE HOSPITAL. SHE WAS THEN TRANS. TO ROANOKE MEM. HOSP. AND VET REPORTS THAT SHE WAS PLACED ON ZYPREXA 10 MG QD. SHE REPORTS COMPLIANCE AND SAYS SHE HAS MEDICATION ENOUGH TO LAST UNTIL APPT WITH PSYCHIATRIST 6-26.
SHE FOCUSES ON "FAINTING" AND "EXHAUSTION".
SHE DENIES USE OF CIGARETTES, ALCOHOL, DRUGS AND DENIES ANY H/ ABUSE OF SUBSTANCES.
DX: SCHIZOPHRENIA,PAR
PLAN: SCHED WITH DR ZEVIN 6-26 FOR MED EVAL.
REFERRED TO VARO RE: POSSIBLE APPLICATION FOR SC STATUS FOR INJURIES TO FEET/LEGS/PELVIS RECEIVED IN SERVICE. SHE DECLINED SUPPORTIVE COUNSELIGN FOLLOW-UP AT THIS TIME, SAYING THAT SHE DID NOT HAVE THE ENERGY FOR IT.

** THIS NOTE CONTINUED ON NEXT PAGE **

MEDICAL RECORD | Progress Notes

06/16/1998 14:05 ** CONTINUED FROM PREVIOUS PAGE **

Signed by: /es/ ANNA STANTON
LCSW 06/16/1998 15:34

E ERJEE,URMILA | WILMINGTON | Printed:08/19/1999 17:43
[redacted] | Pt Loc: OUTPATIENT | Vice SF 509

MEDICAL RECORD Progress Note

NOTE DATED: 05/14/1998 09:18 AMBULATORY/OUTPATIENT CARE NOTE
VISIT: 05/14/1998 09:18 PRIMARY CARE (FAIRCHILD)
Date: 5/14/98

Age: 22 y o Asian female who reports extensive injuries to left hip, leg, ankle, and foot during Persian Gulf war. Is working at McDonalds with extensive standing x 8 hours a day and now has pain in left hip relieved with Advil as well as numbness that extends down left leg to toes. Had been scheduled for PT previously but unable to attend because of conflict in schedule. Now could come for PT after 2:30 pm.

Also with dx of schitzophrenia stable of zyprexa 10 mg QD. Wants MH consult.

Allergies: NKDA
Medications:
zyprexa 10 mg QD

Non-prescription: Advil OTC (completely resolves pain)

OBJECTIVE

H: 5ft 3 1 / 2 in W: 168 BP: 98/64 "This is normal for me."
Pulse: 68

( )no acute distress. Affect is flat. Comes in for exam wearing waistwrap purse.

Chest/Heart: S1 S2 normal 0 murmur

Lungs: clear all fields

Back and Ext: ROM of spine is full but "stabbing" pain 6/10 reported in anterior left hip with side-to-side motion. Muscle strength full and equal bl 5/5. DTR equal bl.
Positive SLR.

A/P:
Lower back pain with parethesia reported down left leg to toes. Extensive prior workup (see x-ray reports).
Consult to PT for evaluation and recommendation for future management.
Continue Advil PRN.
Avoidance of pressure on spine. Instructed on ways to avoid with elevation of one foot or the other while standing, no waistbelt, no heavy loads in hip pockets. Back stretching and strengthening exercises discussed and illustrated.
Hx schizophrenia. Continue medication as rx with consult to MH.
Followup with me 1 month to evaluate pain control and discuss future treatment.

** THIS NOTE CONTINUED ON NEXT PAGE **

MEDICAL RECORD Progress Note

05/14/1998 09:18 ** CONTINUED FROM PREVIOUS PAGE **

Remind seatbelt use

Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 05/14/1998 09:19

05/14/1998 09:21 Addendum
NOTE: Vet is 32 y o. Age related above is incorrect.
Signed by: /es/ BONNIE FAIRCHILD
NURSE PRACTITIONER 05/14/1998 09:21