CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*: BANERJEE, URMILA

**2. DEPARTMENT, COMPONENT AND BRANCH**: ARMY/ RA

**3. SOCIAL SECURITY NO.**: [redacted]

**4.a. GRADE, RATE OR RANK**: SPC

**4.b. PAY GRADE**: E4

**5. DATE OF BIRTH** *(YYMMDD)*: [redacted]

**6. RESERVE OBLIG. TERM. DATE**: Year 00 Month 00 Day 00

**7.a. PLACE OF ENTRY INTO ACTIVE DUTY**: PHILADELPHIA PA

**7.b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*: [redacted]

**8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: CO E TRNE 187TH MED BN AHS HSC HS

**8.b. STATION WHERE SEPARATED**: Ft. Sam Houston, Tx 78234-5000

**9. COMMAND TO WHICH TRANSFERRED**: NA

**10. SGLI COVERAGE**: ☐ None — Amount: $ 100,000

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*: NONE//NOTHING FOLLOWS

**12. RECORD OF SERVICE**

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 90 | 10 | 09 |
| b. Separation Date This Period | 91 | 06 | 24 |
| c. Net Active Service This Period | 00 | 08 | 16 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 90 | 10 | 09 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*: MARKSMAN QUALIFICATION BADGE (RIFLE M-16)//MARKSMAN QUALIFICATION BADGE (HAND GRENADE)//NOTHING FOLLOWS

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*: GENERAL MEDICAL ORIENTATION COURSE, 4 WKS (90)//NOTHING FOLLOWS

**15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM**: Yes ☐ No X

**15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT**: Yes X No ☐

**16. DAYS ACCRUED LEAVE PAID**: NONE

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION**: Yes ☐ No X

**18. REMARKS**: NONE//NOTHING FOLLOWS

26 June 91

**19.a. MAILING ADDRESS AFTER SEPARATION** *(Include Zip Code)*: [redacted]

**19.b. NEAREST RELATIVE** *(Name and address - Include Zip Code)*: B BANERJEE ADDRESS SAME AS BLOCK 19A

**20. MEMBER REQUESTS COPY 6 BE SENT TO** DE **DIR. OF VET AFFAIRS** X Yes ☐ No

**21. SIGNATURE OF MEMBER BEING SEPARATED**: Urmila Banerjee

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*: JOHN CANO, GS9, CHIEF TRANS PT

**SPECIAL ADDITIONAL INFORMATION** *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**: DISCHARGE

**24. CHARACTER OF SERVICE** *(Include upgrades)*: HONORABLE

**25. SEPARATION AUTHORITY**: AR 635-200, CHAP 13

**26. SEPARATION CODE**: JHJ

**27. REENTRY CODE**: RE-3

**28. NARRATIVE REASON FOR SEPARATION**: UNSATISFACTORY PERFORMANCE

**29. DATES OF TIME LOST DURING THIS PERIOD**: NONE

**30. MEMBER REQUESTS COPY 4** Initials: U.B.

DD Form 214, NOV 88 *Previous editions are obsolete.* SERVICE-2

000280