HSHA-AB (HSHA-ABE/ 14 JUN 1991 ) (635-200) 1st End CPT Shumake/
dlm/DSN 471-5788
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100 14 JUN 1991

FOR Commander, Company E, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

1. The separation pertaining to Specialist Urmila Banerjee, [redacted], has been reviewed and is approved under the provisions of AR 635-200, Chapter 13.

2. SPC Banerjee will not be transferred to the Individual Ready Reserve.

3. SPC Banerjee will be issued a/an ~~General~~/Honorable Discharge Certificate.

4. Further rehabilitation and training would not be in the best interest of the United States Army and is thereby waived in accordance with AR 635-200, paragraph 1-18d.

7 Encls
nc

JAMES R. WIGGER, JR.
LTC, MS
Commanding

DEPARTMENT OF THE ARMY
Company E, 187th Medical Battalion, Academy Brigade
Academy of Health Sciences, U.S. Army
Fort Sam Houston, Texas 78234-6100

HSHA-ABE (635-200)

14 JUN 1991

MEMORANDUM FOR Commander, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

1. Under the provisions of AR 635-200, Chapter 13, paragraph 13-2a, recommend that the following named individual be separated from the United States Army prior to expiration of his/her term of service.

a. Name/grade/SSN: BANERJEE, Urmila, SPC, [redacted].

b. Date of Birth: [redacted].

c. Date of Enlistment: 901009.

d. Length of term for which enlisted: 6 years.

e. Prior service, if any: None.

f. Soldier does not hold a Reserve status as a commissioned or warrant officer.

g. Specific, factual reason(s) for action recommended: SPC Banerjee cannot or will not adapt socially and emotionally to military life.

h. Aptitude area scores:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GT | 122 | GM | 112 | EL | 122 | CL | 106 | MM | 110 |
| SC | 109 | CO | 119 | FA | 110 | OF | 121 | ST | 121 |

i. Soldier (has) (has not) been awarded an MOS.

HSHA-ABE
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

j. Number of times counseled: 2.

k. Description of rehabilitation attempts: Unit counseling.

l. Record of trial by court-martial: None.

m. Record of other disciplinary action including nonjudicial punishment (include offenses, findings and sentences): None.

n. Report of Mental Status Evaluation (is) (is ~~not~~) enclosed.

o. Report of Medical Examination (is) (is ~~not~~) enclosed.

p. Statement why the commander does not consider it feasible or appropriate to accomplish other disposition: SPC Banerjee will not develop sufficiently to participate satisfactorily in further training to become a productive soldier. Separation is in the best interest of the individual and the Army.

q. Promotions and dates thereof: SPC at enlistment.

r. Reductions and dates thereof: None.

s. Whether there is a record of time lost; if so, whether due to AWOL, confinement, or other reasons: None.

t. Note favorable communications or recommendations for the soldier: None.

u. Note other derogatory data other than Article 15 action and courts-martial: None.

v. Note any citations and awards: None.

HSHA-ABE
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

w. Where derogatory information has been revealed, make note of any evidence of rehabilitation: None.

x. Make note of any medical or other data meriting consideration in the overall evaluation to separate the soldier and in the determination as to the appropriate characterization of service: None.

y. Other information considered pertinent: None.

2. This soldier (has) (has no) potential for useful service under conditions of full mobilization.

3. Letters of notification and acknowledgment are attached as enclosures. Recommend he/she be issued a/an General/Honorable Discharge Certificate.

4. Request further rehabilitation and training be waived in accordance with AR 635-200, para 1-18d.

7 Encls
1. Letter of notification
2. Letter of acknowledgment
3. 2 DA Forms 4856
4. Mental Status Eval
5. Medical Eval
6. DA Form 4187
7. DA Forms 2A/2-1

MARK C. WILHITE
CPT, MS
Commanding



000284

DEPARTMENT OF THE ARMY
Company E, 187th Medical Battalion, Academy Brigade
Academy of Health Sciences, U.S. Army
Fort Sam Houston, Texas 78234-6100

HSHA-ABE (635-200)

14 JUN 1991

MEMORANDUM FOR Specialist Urmila Banerjee, [redacted], Company E, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

1. Under the provisions of AR 635-200, Chapter 13, paragraph 13-2a, I am initiating action to separate you from the United States Army. The reasons for my proposed action are: You are unable and unwilling to adapt socially and emotionally to the military life-style.

2. I am recommending that you receive a/an General/Honorable Discharge Certificate. My recommendation and your reply will be submitted to the Commander, 187th Medical Battalion, who will make the final decision in your case.

3. The separation authority is not bound by my recommendation as to characterization of service. The separation authority may direct that your service be characterized as honorable or under honorable conditions.

4. If my recommendation is approved, the proposed separation could result in discharge from the Army.

5. You have the right to consult with consulting counsel and/or civilian counsel at no expense to the Government within a reasonable time (not less than three duty days).

6. You may submit written statements in your behalf.

7. You may obtain copies of documents that will be sent to the separation authority supporting the proposed separation. (Classified documents may be summarized.)

HSHA-ABE
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

8. You may waive the rights listed above in paragraphs 5, 6 and 7 in writing and you may withdraw any such waiver at any time prior to the date the separation authority orders, directs, or approves your separation.

9. You are required to undergo a complete medical examination and mental evaluation.

10. Execute the attached acknowledgment and return it within seven duty days from the date of your receipt of this letter. Any statement you desire to submit in your behalf must reach me within seven duty days after you receive this letter, unless you request and receive an extension for good cause shown. Unless an extension is granted, failure to respond within seven duty days will constitute a waiver of the rights in paragraphs 5, 6, and 7.

MARK C. WILHITE
CPT, MS
Commanding

HSHA-ABE (HSHA-ABE/ 14 JUN 1991 ) (635-200) 1st End CPT Shumake/ dlm/DSN 471-5788
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

14 JUN 1991

Specialist Urmila Banerjee, [redacted], Company E, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

FOR Commander, Company E, 187th Medical Battalion, Academy Brigade, Academy of Health Sciences, U.S. Army, Fort Sam Houston, Texas 78234-6100

1. Before completing this format, I have been afforded the opportunity to consult with appointed counsel for consultation, military counsel of my own choice if he or she is reasonably available, or civilian counsel at my own expense. I decline the opportunity. I understand the basis for the contemplated action to separate me from the United States Army under the provisions of AR 635-200, Chapter 13, and its effects; rights available to me; and the effect of any action taken by me in waiving my rights.

2. Statements in my own behalf (~~are~~) U.B. (are not) submitted herewith (Encl ).

3. I understand that I may expect to encounter substantial prejudice in civilian life if a general discharge under honorable conditions is issued to me. I understand that if I receive a discharge certificate/character of service which is less than honorable, I may make application to the Army Discharge Review Board or the Army Board for Correction of Military Records for upgrading; however, I realize that an act of consideration by either board does not imply that my discharge will be upgraded.

4. I understand that I may, up until the date the separation authority orders, directs, or approves my separation, withdraw the waiver of any of the above rights.

5. I have received adequate counseling and rehabilitative measures.

6. I am aware of the information found in AR 635-200, paragraph 1-18b(2). U.B.

7. I do not feel that any amount of counseling would have allowed me to overcome the deficiencies forming the basis for this separation action. U.B.

HSHA-ABE
SUBJECT: Recommendation for Separation Under the Provisions of AR 635-200, Chapter 13

8. I further understand that I will be ineligible to apply for enlistment in the United States Army for a period of two years after discharge. U.B.

9. I HAVE INITIALED OR LINED OUT paras 6, 7, and 8 AS APPLICABLE. I have retained a copy of this statement.

Urmila Banerjee
URMILA BANERJEE
SPC, U.S. Army

DUTY PERFORMANCE DEFICIENCY AND/OR MISCONDUCT

## GENERAL COUNSELING FORM

For use of this form, see AR 635-200; the proponent agency is MILPERCEN

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

AUTHORITY: 5 USC 301, 10 USC 3012(G). PRINCIPAL PURPOSE: To record counseling data pertaining to service members.
ROUTINE USES: Prerequisite counseling under paragraphs 5-8, 5-13, chapters 11, 13 or section III, chapter 14, AR 635-200. May also be used to document failures of rehabilitation efforts in administrative discharge proceedings.
DISCLOSURE: Disclosure is voluntary, but failure to provide the information may result in recording of a negative counseling session indicative of the subordinate's lack of a desire to solve his or her problems.

**PART I — BASIC DATA**

| 1. NAME *(last, first, MI)* | 2. SOCIAL SECURITY NO. | 3. GRADE | 4. SEX |
|---|---|---|---|
| BANERJCE, URMILA | [redacted] | SPC | F |

| 5. UNIT | FOR TRAINING UNITS ONLY | |
|---|---|---|
| | 6. WEEK OF TRAINING | 7. TRAINING SCORES |
| Co E, 187th MED BN, ACAD BDE FSHTX 78234 | | HIGH ✓ MED ___ LOW ___ |

**PART II — OBSERVATIONS**

8. DATE AND CIRCUMSTANCES.

1. It has come to my attention that your (duty performance) (conduct) (overall behavior) has been deficient as indicated below:

a. ON 17 MAY 1991 You were counseled concerning your motivation and ability to become a productive soldier.

b. You still desire to be discharged from the Army.

c. ______

2. This constitutes a formal counseling session IAW the requirements of AR 635-200 concerning your noted deficiencies. You are expected to correct these deficiencies and to rehabilitate yourself into a productive, satisfactory soldier. Your subsequent behavior will be monitored and you will be given every opportunity to improve yourself.

9. DATE AND SUMMARY OF COUNSELING

On 22 May 91 the soldier was counseled concerning the above incident(s). The soldier was told ~~that/~~if this type of behavior continues, action may be initiated under the ~~UCMJ and/~~or to administratively separate the soldier prior to normal ETS UP AR 635-200. The soldier was told that such a separation could result in the issuance of an Honorable, or a General, or an Under Other Than Honorable Conditions (UOTHC) discharge. Further, the soldier was advised that a General or UOTHC discharge might result in difficulty in finding civilian employment. And if an UOTHC discharge is issued, the soldier would lose substantially all Army and VA benefits and could encounter substantial prejudice in the civilian sector. Also, the soldier would find it almost impossible to reenlist in the Armed Forces. Further, the soldier was advised that although the soldier may request to upgrade any unfavorable discharge received, such an upgrade is unlikely.

ADDITIONAL SUMMARY:

It is my judgment that you will not develop sufficiently to participate satisfactorily in further training and/or become a satisfactory soldier. I am initiating action UP AR 635-200, Chap 13, Para 13-2(a) to separate you from the service prior to your normal ETS.

*DISPOSITION INSTRUCTIONS*

*This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement.*

000289

AHS O/P Form 1085, 1 Nov 87

DA FORM 4856, JUN 85 EDITION OF JUL 84 IS OBSOLETE.

**PART III – AUTHENTICATION**

| 10. NAME, GRADE, SIGNATURE OF COUNSELOR | DATE |
|---|---|
| [signature] MARK C WILHITE SPC MS Commander | 22 May 91 |

11. I acknowledge having been counseled by the above individual and understand the reason for this counseling session. I concur/nonconcur that the information above accurately reflects this counseling session. I nonconcur for the following reasons:

U.B.

There has been conscious lack of motivation on my part because of an extended period of sexual harrassment which was reported to the E.O.

| 12. NAME, GRADE, SIGNATURE OF INDIVIDUAL COUNSELED | DATE |
|---|---|
| BANERJEE URMILA . E4 Urmila Banerjee | 22 MAY '91. |

13. IF COUNSELED INDIVIDUAL REFUSES TO SIGN COUNSELING NOTES, COUNSELOR WILL INITIAL THIS BLOCK.

**PART IV – REHABILITATION**

14. REHABILITATION RESULTS/COMMENTS

| 15. NAME, GRADE, SIGNATURE OF INDIVIDUAL COUNSELED | DATE |
|---|---|
| | |

| 16. NAME, GRADE, SIGNATURE OF COUNSELOR | DATE |
|---|---|
| | |

**PART V – UNIT COMMANDER INTERVIEW**

17. INTERVIEW RESULTS AND RECOMMENDATION

| 18. NAME, GRADE, SIGNATURE OF UNIT COMMANDER | DATE |
|---|---|
| | 000290 |

## GENERAL COUNSELING FORM

For use of this form, see AR 635-200; the proponent agency is MILPERCEN

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

AUTHORITY: 5 USC 301, 10 USC 3012(G). PRINCIPAL PURPOSE: To record counseling data pertaining to service members. ROUTINE USES: Prerequisite counseling under paragraphs 5-4, 5-13, chapters 11, 13 or section III, chapter 14, AR 635-200. May also be used to document failures of rehabilitation efforts in administrative discharge proceedings. DISCLOSURE: Disclosure is voluntary, but failure to provide the information may result in recording of a negative counseling session indicative of the subordinate's lack of a desire to solve his or her problems.

**PART I – BASIC DATA**

| 1. NAME (last, first, MI) | 2. SOCIAL SECURITY NO. | 3. GRADE | 4. SEX |
|---|---|---|---|
| BANERJEE, URMILA | | E-4 | F |

| 5. UNIT | FOR TRAINING UNITS ONLY | |
|---|---|---|
| Company E, 187th Medical Battalion, AHS<br>Ft. Sam Houston, Texas 78234-6100 | 6. WEEK OF TRAINING | 7. TRAINING SCORES<br>HIGH ____ MED ____ LOW ____ |

**PART II – OBSERVATIONS**

8. DATE AND CIRCUMSTANCES

1. It has come to my attention that your (duty performance) (conduct) (overall behavior) has been deficient as indicated below:

a. On 17 MAY 91, you are being counseled on your overall behavior is not in keeping with military standards. You display a poor attitude and lack of motivation. I highly encourage you to improve your attitude and motivation level in order to become a satisfactory soldier.

b. SPC BANERJEE DOES NOT DEMONSTRATE THE ABILITY TO BECOME A SUCCESSFUL SOLDIER.

c. SPC BANERJEE DOES NOT WISH TO STAY IN THE ARMY AND IS REQUESTING TO BE DISCHARGED FROM THE SERVICE.

2. This constitutes a formal counseling session IAW the requirements of AR 635-200 concerning your noted deficiencies. You are expected to correct these deficiencies and to rehabilitate yourself into a productive, satisfactory soldier. Your subsequent behavior will be monitored and you will be given every opportunity to improve yourself.

9. DATE AND SUMMARY OF COUNSELING

On 17 MAY 91 the soldier was counseled concerning the above incident(s). The soldier was told that if this type of behavior continues, action may be initiated under the UCMJ and/or to administratively separate the soldier prior to normal ETS UP AR 635-200. The soldier was told that such a separation could result in the issuance of an Honorable, or a General, or an Under Other Than Honorable Conditions (UOTHC) discharge. Further, the soldier was advised that a General or UOTHC discharge might result in difficulty in finding civilian employment. And if an UOTHC discharge is issued, the soldier would lose substantially all Army and VA benefits and could encounter substantial prejudice in the civilian sector. Also, the soldier would find it almost impossible to reenlist in the Armed Forces. Further, the soldier was advised that although the soldier may request to upgrade any unfavorable discharge received, such an upgrade is unlikely.

ADDITIONAL SUMMARY:

Future occurances of this nature may result in separation IAW AR 635-200.

AHS O/P Form 1085, 1 Nov 87

*DISPOSITION INSTRUCTIONS*

*This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement.*

000291

DA FORM 4856, JUN 85

EDITION OF JUL 84 IS OBSOLETE.

Torres, Wilson E-4 [signature]

DATE 17 MAY 91

11. I acknowledge having been counseled by the above individual and understand the reason for this counseling session. I (concur) nonconcur that the information above accurately reflects this counseling session. I nonconcur for the following reasons:

UB

12. NAME, GRADE, SIGNATURE OF INDIVIDUAL COUNSELED

Banerjee, Urmila E-4 Urmila Banerjee

DATE 17 May '91

13. IF COUNSELED INDIVIDUAL REFUSES TO SIGN COUNSELING NOTES, COUNSELOR WILL INITIAL THIS BLOCK.

PART IV – REHABILITATION

14. REHABILITATION RESULTS/COMMENTS

15. NAME, GRADE, SIGNATURE OF INDIVIDUAL COUNSELED

DATE

16. NAME, GRADE, SIGNATURE OF COUNSELOR

DATE

PART V – UNIT COMMANDER INTERVIEW

17. INTERVIEW RESULTS AND RECOMMENDATION

NAME, GRADE, SIGNATURE OF UNIT COMMANDER

DATE

000292

GPO : 1985 O - 461-033 (38541)