**DEPARTMENT OF VETERANS AFFAIRS**
**Board of Veterans' Appeals**
**Washington DC 20420**

In Reply Refer To: 01C1
BANERJEE, Urmila
SS [redacted]

January 15, 2002

Thomas J. Reed, Esq.
Veterans Assistance Program
Widener University School of Law
4601 Concord Pike, P.O. Box 7474
Wilmington, DE 19803-0474

Dear Mr. Reed:

This is in response to your letter dated December 12, 2001, which was received in this office on January 10, 2002. In your letter, you requested a copy of all documents added to Ms. Banerjee's claim file since your last request dated October 18, 1998.

Enclosed are copies of all documents added to Ms. Banerjee's claim file since October 18, 1998. I hope that the information provided will be useful to you.

If you disagree with my decision to release, or not release documents, you have the right to administratively appeal my decision, in writing, to the Office of General Counsel (024), 810 Vermont Avenue, NW, Washington, D.C. 20420. Your letter of appeal should state clearly why you disagree with my decision to release, or not release documents. Please be aware that this office does not entertain appeals of substantive issues in claims.

Sincerely,

Margaret L. Peak
FOIA/Privacy Act Officer
By Direction of the Chairman

Enclosure

## REPLY CONCERNING MILITARY RECORDS

RE: Banerjee Urmila

**The reply to the inquiry will be found in the checked item(s). If you write to us again on this subject, please return your original request, this form, and any other form you complete.**

[x] Copies of requested military [x] personnel [ ] medical records are attached. We suggest you make an extra copy and guard against loss or damage. We regret if any photocopies may be of poor quality, but they are the best copies obtainable.

[ ] The attached separation document may include the following information: authority for separation, reason for separation, Reenlistment Eligibility Code, and Separation (SPN/SPD) Code. If you require a copy of the separation document that does not contain the above information, you may request a deleted copy from this Center. A seal has been affixed to the enclosed copy to attest to its authenticity.

[x] Title 32, Part 45 of the Code of Federal Regulations prohibits this Center from providing to third parties copies of separation documents which contain the type and character of discharge, authority and narrative reason for separation, reenlistment eligibility code, and separation program designator/number. If you require a copy of the separation document containing the above information, the veteran must specifically authorize the release to you of an UNDELETED copy of the separation document.

[x] The Privacy Act of 1974 does not permit the release of a social security number or other personal information to the public without the authorization of the veteran concerned; therefore, we have deleted personal identifying data relating to other persons.

[ ] Since September 1979 the military service departments have not issued individual separation documents for each enlistment period if the person was discharged for immediate reenlistment. Block 18 of the DD Form 214 issued at final separation reflects the full period of continuous active military service.

[ ] The Reenlistment Eligibility (RE) Code issued upon release from active duty on ______________ is ______________.

[ ] The reason and authority for separation from active duty/discharge on ______________ is ______________.

[ ] The record of service in the ______________ indicates being in a POW status from ______________ to ______________.

[ ] A discharge certificate is issued only as an original document; thus, there is no file copy from which to make a copy for you. We will obtain an appropriate substitute certificate for a veteran or surviving spouse if you will tell us whether the original was: 1) never received; or (2) lost or destroyed.

[ ] The document you have requested, DD Form 214, Report of Separation, was not used until Jan. 1, 1950. However, a similar form was used at the time the person named above was separated. A copy of it is attached. A seal has been affixed to the enclosed copy to attest to its authenticity.

[ ] When the person named above was separated, it was not the practice to issue a document which served as a report of separation.

[ ] The original report of separation was issued at the time of separation. Another original cannot be issued. The attached copy, however, will serve the same purpose as the original.

[ ] No report of separation was issued, since the person named above had no active service, or less than 90 days of active duty for training.

[ ] The service record of the person named above does not contain a copy of a report of separation, or its equivalent. Therefore, we are instead providing the attached NA Form 13038, Certification of Military Service. This will serve as verification of military service and may be used for any official purpose.

[ ] That portion of your request seeking medals/awards has been referred to the office checked below, which has jurisdiction over the issuance of medals/awards. Any further correspondence on this subject should be addressed to that office. Both offices are at 9700 Page Ave., St. Louis, MO 63132.

[ ] ARPERCEN, Attn: DARP-VSE-A [ ] Navy Liaison Office, Room 5409

[ ] That portion of your request regarding Air Force or Army Air Corps medals will be answered under separate cover.

[x] The medical records requested [ ] The documents requested pertaining to discharge have been lent to the Department of Veterans Affairs (VA). Please phone the VA at 1-800-827-1000 for help in obtaining these records, and provide your VA Claim Number. [redacted]

[ ] The Department of Defense Privacy Program, 32 CFR 310.30(f), allows for the disclosure of medical records to the individual to whom they pertain. A portion of the requested medical records, however, contains information which can be interpreted and explained properly only by a physician. If you wish us to send copies to a designated physician, please provide us with the name and address of that physician. The request MUST INCLUDE the written consent (signature) of the person whose records are involved, authorizing the release of the records to the designated physician.

[ ]

Thos Reed
Widener Univ School of Law
POB 7474
Wilmington De 19803

Date: 15 Sep 98

For the Chief,
[x] Army Reference Branch
[ ] Air Force Reference Branch
[ ] Navy Reference Branch
[ ] Records Reconstruction Branch

NATIONAL PERSONNEL RECORDS CENTER
(Military Personnel Records)
9700 Page Avenue
St. Louis, MO 63132-5100

000294

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

NA FORM 13044 (REV. 12-95)

# REQUEST PERTAINING TO MILITARY RECORDS

To ensure the best possible service, please thoroughly review the instructions at the bottom before filling out this form. Please print clearly or type. If you need more space, use plain paper.

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible.)

| 1. NAME USED DURING SERVICE (Last, first, and middle) | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| BANERJEE, URMILA | [redacted] | [redacted] | USA |

5. SERVICE, PAST AND PRESENT (For an effective records search, it is important that ALL service be shown below.)

| | BRANCH OF SERVICE | DATES OF SERVICE: DATE ENTERED | DATES OF SERVICE: DATE RELEASED | CHECK ONE: OFFICER | CHECK ONE: ENLISTED | SERVICE NUMBER DURING THIS PERIOD (If unknown, please write "unknown.") |
|---|---|---|---|---|---|---|
| a. ACTIVE SERVICE | U.S. Army | 10-7-1990 | 6-24-1991 | | X | [redacted] |
| | | | | | | |
| b. RESERVE SERVICE | | | | | | |
| | | | | | | |
| c. NATIONAL GUARD | | | | | | |
| | | | | | | |

6. IS THIS PERSON DECEASED? ☒ NO ☐ YES If "YES" enter the date of death. ____________

7. IS (WAS) THIS PERSON RETIRED FROM MILITARY SERVICE? ☐ YES ☒ NO

## SECTION II - INFORMATION AND/OR DOCUMENTS REQUESTED

1. REPORT OF SEPARATION (DD Form 214 or equivalent) This contains information normally needed to verify military service. It may be furnished to the veteran, the deceased veteran's next of kin, or other persons or organizations if authorized in Section III, below. NOTE: If more than one period of service was performed, even in the same branch, there may be more than one Report of Separation. Be sure to show EACH year for which you need a copy.

☒ An UNDELETED Report of Separation is requested for the years ____________. This normally will be a copy of the full separation document including such sensitive items as the character of separation, authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and dates of time lost. An undeleted version is ordinarily required to determine eligibility for benefits.

☐ A DELETED Report of Separation is requested for the years ____________. The following information will be deleted from the copy sent: authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and for separations after June 30, 1979, character of separation and dates of time lost.

2. OTHER INFORMATION AND/OR DOCUMENTS REQUESTED All military, medical & dental records

3. PURPOSE (OPTIONAL--An explanation of the purpose of the request is strictly voluntary. Such information may help the agency answering this request to provide the best possible response and will in no way be used to make a decision to deny the request.) Veteran is client of this pro bono program for purposes of discharge review & VA assistance

## SECTION III - RETURN ADDRESS AND SIGNATURE

1. REQUESTER IS

☐ Military service member or veteran identified in Section I, above

☐ Next of kin of deceased veteran ____________ (relation)

☐ Legal guardian (must submit copy of court appointment)

☒ Other (specify) Attorney for Veteran (See attached authorization)

2. SEND INFORMATION/DOCUMENTS TO: (Please print or type. See instruction 3, below.)

Name: Prof. Thomas J. Reed
Widener Univ. School of Law

Street: P.O. Box 7474 Apt.

City: Wilmington, State: DE ZIP Code: 19803

3. AUTHORIZATION SIGNATURE REQUIRED (See instruction 2, below.) I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct.

[signature]

Signature of requester (Please do not print.)

000295

8-10-1998 (302) 477-2070

Date of this request Daytime phone

## LOCATION OF MILITARY RECO

The various categories of military ser... records are described in the chart below. For ... category there is a code number which indicates the address at the bottom of the page to which this request should be sent.

1. **Health and personnel records.** In most cases involving individuals no longer on active duty, the personnel record, the health record, or both can be obtained from the same location, as shown on the chart. However, some health records are available from the Department of Veterans Affairs (VA) Records Management Center (Code 11). A request for a copy of the health record should be sent to Code 11 if the person was discharged, retired, or released from active duty (separated) on or after the following dates: ARMY--October 16, 1992; NAVY--January 31, 1994; AIR FORCE and MARINE CORPS--May 1, 1994. Health records of persons on active duty are generally ke at the local servicing clinic, and usually are available from Code 11 a week or two after the last day of active duty.

2. **Records at the National Personnel Records Center.** Note that it takes at least three months, and often six or seven, for the file to reach the National Personnel Records Center (Code 14) in St. Louis after the military obligation has ended (such as by discharge). If only a short time has passed, please send the inquiry to the address shown for active or current reserve members. Also, if the person has only been released from active duty but is still in a reserve status, the personnel record will stay at the location specified for reservists. A person can retain a reserve obligation for several years, even without attending meetings or receiving annual training.

3. **Definitions and abbreviations.** DISCHARGED--the individual has no current military status; HEALTH--Records of physical examinations, dental treatment, and outpatient medical treatment received while in a duty status (does not include records of treatment while hospitalized); TDRL--Temporary Disability Retired List

4. **Service completed before World War I (before 1929 for Coast Guard officers).** The oldest military service records are at the National Archives (Code 6). Send the request there if service was completed before the following dates: ARMY--enlisted, 11/1/1912, officer, 7/1/1917; NAVY--enlisted, 1/1/1886, officer, 1/1/1903; MARINE CORPS--1/1/1905; COAST GUARD--enlisted, 1/1/1915, officer, 1/1/1929.

| BRANCH | CURRENT STATUS OF SERVICE MEMBER | WHERE TO WRITE ADDRESS CODE ▼ |
|---|---|---|
| AIR FORCE | Discharged, deceased, or retired with pay (See paragraph 1, above, if requesting health record.) | 14 |
| | Active (including National Guard on active duty in the Air Force), TDRL, or general officers retired with pay | 1 |
| | Reserve, retired reserve in nonpay status, current National Guard officers not on active duty in the Air Force, or National Guard released from active duty in the Air Force | 2 |
| | Current National Guard enlisted not on active duty in the Air Force | 13 |
| COAST GUARD | Discharged, deceased, or retired (See paragraph 1, above, if requesting health record.) | 14 |
| | Active or TDRL | 3 |
| | Reserve | 15 |
| MARINE CORPS | Discharged, deceased, or retired (See paragraph 1, above, if requesting health record.) | 14 |
| | Individual Ready Reserve or Fleet Marine Corps Reserve | 5 |
| | Active, Selected Marine Corps Reserve, or TDRL | 4 |
| ARMY | Discharged, deceased, or retired (See paragraph 1, above, if requesting health record.) | 14 |
| | Reserve; or active duty records of current National Guard members who performed service in the U.S. Army before 7/1/72 | 7 |
| | Active enlisted (including National Guard on active duty in the U.S. Army) or TDRL enlisted | 9 |
| | Active officers (including National Guard on active duty in the U.S. Army) or TDRL officers | 8 |
| | Current National Guard enlisted not on active duty in Army (including records of Army active duty performed after 6/30/72) | 13 |
| | Current National Guard officers not on active duty in Army (including records of Army active duty performed after 6/30/72) | 12 |
| NAVY | Discharged, deceased, or retired (See paragraph 1, above, if requesting health record.) | 14 |
| | Active, reserve, or TDRL | 10 |

### ADDRESS LIST OF CUSTODIANS (BY CODE NUMBERS SHOWN ABOVE) - where to write / send this form

| Code | Address |
|---|---|
| 1 | Air Force Personnel Center<br>HQ AFPC/DPSRP<br>550 C Street West, Suite 19<br>Randolph AFB, TX 78150-4721 |
| 2 | Air Reserve Personnel Center/DSMR<br>6760 E. Irvington Pl. #4600<br>Denver, CO 80280-4600 |
| 3 | Commander CGPC-Adm-3<br>U.S. Coast Guard<br>2100 2nd Street, SW.<br>Washington, DC 20593-0001 |
| 4 | Headquarters U.S. Marine Corps<br>Personnel Management Support Branch<br>(MMSB-10)<br>2008 Elliot Road<br>Quantico, VA 22134-5030 |
| 5 | Marine Corps Reserve Support Command<br>(Code MMI)<br>15303 Andrews Road<br>Kansas City, MO 64147-1207 |
| 6 | Archives I Textual Reference Branch<br>(NNR1), Room 13W<br>National Archives and<br>Records Administration<br>Washington, DC 20408 |
| 7 | Commander<br>U.S. Army Reserve Personnel Center<br>ATTN: ARPC-VS<br>9700 Page Avenue<br>St. Louis, MO 63132-5200 |
| 8 | U.S. Total Army Personnel<br>Command<br>200 Stoval Street<br>Alexandria, VA 22332-0400 |
| 9 | Commander USAEREC<br>Attn: PCRE-F<br>8899 E. 56th St.<br>Indianapolis, IN 46249-5301 |
| 10 | Bureau of Naval Personnel<br>Pers-313D<br>2 Navy Annex<br>Washington, DC 20370-3130 |
| 11 | Department of Veterans Affairs<br>Records Management Center<br>P.O. Box 5020<br>St. Louis, MO 63115-5020 |
| 12 | Army National Guard Readiness Center<br>NGB-ARP<br>111 S. George Mason Dr.<br>Arlington, VA 22204-1382 |
| 13 | The Adjutant General<br>(of the appropriate state, DC,<br>or Puerto Rico) |
| 14 | National Personnel Records Center<br>(Military Personnel Records)<br>9700 Page Avenue<br>St. Louis, MO 63132-5100 |
| 15 | Commander CGPC-Adm-3<br>U.S. Coast Guard<br>2100 2nd Street, SW.<br>Washington, DC 20593-0001 |

000296

**DELAWARE VOLUNTEER LEGAL SERVICES, INC**
**AUTHORIZATION TO INSPECT AND COPY**
**MEDICAL RECORDS AND REPORTS**
***VETERANS ASSISTANCE PROGRAM***

TO WHOM IT MAY CONCERN:

I hereby authorize any physician or other person who has attended or examined or treated Urmila Banerjee (Hereafter referred to as the "veteran"), or who may hereafter attend, examine the veteran, to disclose to any attorney or employee from Delaware Volunteer Legal Services, Inc., an all information which may be contained in records or reports concerning medical condition, medical bi insurance records and also to discuss the veteran's medical conditions, bills and insurance which any si attorney or employee who bears this authorization or a photocopy of this authorization.

I further give my consent to the National Personnel Records Center (Military Personnel Recor Louis, MO; to the Department of Veterans Affairs; or any other public or private custodian of (includi not limited to, hospitals, clinics, and current and former treating physicians), or agency that possesses controls, my military, veteran, medical, drug, alcohol treatment, Discharge Review or Correction Boar records and files, to release to my attorneys or to any person designated by my attorneys, all records contained in my files.

If these records include information (protected under 38 U.S.C. §7332 regarding drug abuse. Infection with human immunodeciency virus (HIV), alcoholism or alcohol abuse, or sickle cell anemia, specifically consent to that disclosure as well. To permit this, and for no other purpose, I waive my rig under the Privacy Act 5 U.S.C. §522 a(b), and under any other federal or state law or regulation whicl controls access to my records.

Urmila Banerjee
(Veteran)

OR: ____________________

DATED: April 13 1998

BY: ____________________
(Legal Representative of Veteran)

000297

# RELEASE OF INFORMATION

RE: Banerjee Urmila

NOTE: PLEASE BE SURE TO ENCLOSE THIS FORM AND ALL OF THE ATTACHED PAPERS IF YOU WRITE TO US AGAIN ON THIS SUBJECT.

***THE REPLY TO YOUR INQUIRY WILL BE FOUND IN THE CHECKED ITEM(S).***

☐ Under the provisions of the Privacy Act of 1974, we must have the written consent (signature) of the individual whose records are involved before considering your request. If the individual is a minor dependent of a veteran, the parent or legal guardian must sign the release. If the person is mentally incompetent, the legal guardian must sign the release. (The legal representative or guardian should send us a copy of the court appointment.) Although the Privacy Act does not apply to the records of deceased individuals, Department of Defense instructions indicate that we must have the written consent of the next of kin if the individual is deceased. For the purposes of the release authorization, the next of kin is defined as any of the following: unremarried widow or widower, son, daughter, father, mother, brother, or sister. The signature must be dated if the veteran or deceased veteran's next of kin wants the records or information released to someone else. This authorization will be valid for one year.

☐ The veteran may possess a copy of the DD Form 214, Report of Separation. This form is given to each person completing active duty, and contains a summary of the veteran's military service. If a copy is not available from the veteran, or if the copy does not contain the specific information you need, please be sure to include the veteran's signed authorization when you resubmit your request.

☐ The authorization to release the records/information must have been signed less than a year ago. Please provide a newly-dated signature and we will issue a response as soon as possible. We regret any inconvenience.

☐ We cannot honor an authorization that has been passed from one company/agency to another. Please send us an authorization signed by the veteran that specifically names your agency/company as entitled to receive copies or information from the veteran's military file.

☒ If your company/agency is the duly authorized representative of the organization named in the veteran's authorization, you may satisfy the release authorization requirements of this Center by sending us a letter from the authorized organization that names your company/agency as it representative.

☐ The following is suggested as an example of an acceptable authorization: "I authorize the National Personnel Records Center, or other custodian of my military service record, to release to (your name or that of your company/organization) the following information and/or copies of documents from my military service record." Then complete the authorization by specifying the information and/or documents(s) requested.

☐ We are unable to determine what information or documents(s) you want. Please send us a detailed statement outlining the specific information or document(s) needed.

☐ The information or documents(s) you have requested may be released only under certain conditions. Please explain the purpose for which you intend to use what you have requested.

☐ If legal proceedings are pending, please inform us of the nature of the action and whether the United States is a party.

☐ The military record needed to answer this inquiry is not in our files. If the record were here on July 12, 1973, it would have been in the area that suffered the most damage in the fire on that date and may have been destroyed. Alternate record sources are available which often can be used to reconstruct the information or document required. Please complete the attached form(s) as thoroughly as possible and return it (them) to this Center.

☐ Birth certificates for persons born in the United States usually can be obtained from the office that maintains vital statistics/records in the state in which birth occurred. If the birth occurred outside the United States, the certificate may be available from Passport Services, Correspondence Branch, Department of State, 1111 19th St., NW., Suite 510, Washington, DC 20522-1705.

☐

Veterans Assistance Program
Widener University School of Law +
Delaware Volunteer Legal Services, Inc.
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-0474

DATE: 5-11-99

H. Seaborn

For the Chief,
☒ Army Reference Branch
☐ Air Force Reference Branch
☐ Navy Reference Branch
☐ Records Reconstruction Branch
☐ Military Operations Branch

NATIONAL PERSONNEL RECORDS CENTER
(Military Personnel Records)
9700 Page Avenue
St. Louis, MO 63132-5100

000298

# Veterans Assistance Program

A Pro Bono Litigation Program Sponsored by
Widener University School of Law & Delaware Volunteer Legal Services, Inc.
☐ 4601 Concord Pike P.O. Box 7474 • Wilmington, DE 19803-0474
☐ 3800 Vartan Way • Harrisburg, PA 17110-9450

School of Law
Direct Dial Number:
302-477-2070
e-mail ThomasJ.Reed@law.widener.edu

☐ (302) 477-2100
Fax: (302) 477-2224
☐ (717) 541-3900
Fax: (717) 541-3966

March 27, 1999

National Personeel Records Center
Military PersonnelRecords
9700 Page Avenue
St. Louis, MO 63132-5100

**Re: REVISED INQUIRY - Form 13034 Enclosed**
**FOIA Request - Urmila Banerjee** [redacted]

Dear Sir/Madam:

This letter is in reference to Ms. **Urmila Banerjee** [redacted] for whom an FOIA request was submitted in November 1998. You will find enclosed a notification of receipt of this request dated 12 January 1999. **Please note**: my letter of inquiry dated 22 March 99 failed to include this document.

In order that I might update our client on this matter, would you kindly advise me as to the status of the FOIA request?

Thank you very much for your prompt attention to this matter.

Sincerely,

Bridget M Bailey

Bridget M. Bailey
Veterans Assistance Program Intern

F.O.I.A. ACK.
DATE APR 0 6 1999

DEPARTMENT OF THE ARMY
Headquarters, US Army Training Center and Fort Dix
Fort Dix, New Jersey 08640-5000

ORDERS 038-111

7 February 1991

1. Following Order is amended as indicated.

So much of: Orders 032-113 this Headquarters dated 1 February 1991
Pertaining to: Assignment of all individuals released from: Co E, 1st Bn, 26th Inf (W1MVA0) Ft Dix, NJ 08640-7015
As reads: Reporting date: 5 February 1991
How changed: Is amended to read: Reporting date: 9 February 1991
Authority: AR 310-10

2. Following Order is amended as indicated.

So much of: Orders 032-116 this Headquarters dated 1 February 1991
Pertaining to: Assignment of: BANERJEE, URMILA [redacted] PFC Co E, 1st Bn, 26th Inf (W1MVA0) Ft Dix, NJ 08640-7015
As reads: Reporting date: 5 February 1991
How changed: Is amended to read: Reporting date: 9 February 1991
Authority: AR 310-10

3. Following Order is amended as indicated.

So much of: Orders 032-117 this Headquarters dated 1 February 1991
Pertaining to: Assignment of: WOLFE, RONALD L. [redacted] PV1 Co E, 1st Bn, 26th Inf (W1MVA0) Ft Dix, NJ 08640-7015
As reads: Reporting date: 5 February 1991
How changed: Is amended to read: Reporting date: 9 February 1991
Atuhority: AR 310-10

Format 700

FOR THE COMMANDER:

*********************
* OFFICIAL SPC *
* USATC AND FORT DIX *
*********************

H. J. CUMMINGS SR.
Chief, Trainee/Student
Personnel Branch

DISTRIBUTION:
ATZD-AGT (2)
ATZD-RMA-TF-Ea indiv conc (1)
ATZD-AGT-Ea indiv 201 File (1)
ATZD-AGA (1)
Cdr, E-1-26 (3)

000300

DEPARTMENT OF THE ARMY
Headquarters, US Army Training Center and Fort Dix
Fort Dix, New Jersey 08640-5000

ORDERS 032-116

1 February 1991

BANERJEE, URMILA [redacted], PFC *91010

You will proceed on permanent change of station as shown.

Released from: Co E 1st Bn 26th Infantry (W1MVA0) Ft Dix, NJ 08640-7015
Assigned to: Academy Health Sciences (W3VZ1F) Ft Sam Houston, TX 78234-5000
Reporting date: 5 February 1991
Additional instructions: (a) You are for training in MOS * indicated on standard name line.
(b) You are required to report to the Family Housing/Housing Referral Office serving your new duty station before you make arrangements for renting, leasing or purchasing off-post housing.
(c) Taking family members, privately owned vehicles, and household goods to Advance Individual Training activities may cause financial embarrassment, work severe hardship upon family members, and interfere with training and movement to your first unit of assignment. You are advised to resettle your family members and make suitable disposition of vehicles and household goods before entering Advanced Individual Training.
(d) You are authorized shipment of HHG/Hold baggage and movement of family members IAW JTR as determined by Transportation Officer.

FOR ARMY USE
Auth: DAPC EPT ID PTMS Confirmation dtd 9 November 1990
MDC: 1AE1
Enl/REENLB indic: NA
PPD: NA
PMOS/SSI: NA
Proj specialty: NA
Format: 410

Pers con no: NA
PEBD: NA
Asgd to mgt dsg: *See standard name line
Con specialty: NA
Pers scty code: NA

FOR THE COMMANDER:

*********************
* OFFICIAL *
* USATC AND FORT DIX *
*********************
H. J. CUMMINGS SR.
Chief, Trainee/Student
Personnel Branch

DISTRIBUTION:
Ea Indiv Conc (10)
Ea Indiv 201 File (1)
ATZD-RMA-TF-Ea indiv Fin Rec (1)
ATZD-AGT-PM (2)
ATZD-AGA (1)
ATZD-AGT (2)
Cdr, E-1-26 (3)
Cdr, AHS, Ft Sam Houston, TX 78234-5000 (3)

DEPARTMENT OF THE ARMY
Headquarters, US Army Training Center and Fort Dix
Fort Dix, New Jersey 08640-5000

ORDERS 028-113

28 January 1991

| | | |
|---|---|---|
| ABRAHAM, MARISSA M. | [redacted] | PV2 |
| BANERJEE, URMILA | | PFC |
| NELSON, CANDY E. | | PV1 |
| RUSTEBERG, HEATHER L. | | PV2 |

You are assigned as indicated below. No travel involved.

Released from: Co B 3d Bn 26th Inf (W1MVC7) Fort Dix, NJ 08640-7032
Assigned to: Co E, 1st Bn, 26th Inf (W1MVA0) Fort Dix, NJ 08640-7015
Reporting date: 17 January 1991 VOCDR date confirmed
Movement designator code: 1AE1
Additional instructions: For the completion of Basic Training
Format: 420

FOR THE COMMANDER:

OFFICIAL
USATC AND FORT DIX

H. J. CUMMINGS SR.
Chief, Trainee/Student
Personnel Branch

DISTRIBUTION:
ATZD-AGT-Ea indiv 201 File (1)
ATZD-RMA-TF -Ea indiv Fin Rec (1)
ATZD-AGT-Ea indiv conc (2)
ATZD-AGT (2)
ATZD-AGA (1)
Cdr, B-3-26 (3)
Cdr E-1-26 (3)

# DEPARTMENT OF DEFENSE

## PERSONNEL SECURITY QUESTIONNAIRE *(National Agency Check)*

*(This form is subject to the Privacy Act of 1974 - See instructions)*

**FOR REQUESTER USE ONLY**

REQUEST DATE: 900413 CODE: 1

**FOR DIS USE ONLY**

| 1.a. LAST NAME–FIRST NAME–MIDDLE NAME | b. MAIDEN NAME *(If any)* |
|---|---|
| BANERJEE Urmila (NMN) | |

| 2. ALIASES | 3. SEX | 4. SOCIAL SECURITY NUMBER |
|---|---|---|
| | Female | [redacted] |

| 5. DATE OF BIRTH (Year-Month-Day) | 6. PLACE OF BIRTH a. CITY | b. COUNTY | d. STATE | e. COUNTRY |
|---|---|---|---|---|
| [redacted] | | | | INDIA |

| 7. a. CIVILIAN | b. MILITARY | c. GRADE | d. IF MILITARY: |
|---|---|---|---|
| | X | E3 | X ARMY / AIR FORCE / NAVY / MARINE CORPS |

| 8a. U.S. CITIZEN | c. NATIVE | d. IF NATURALIZED, CERTIFICATE NO.(S) | e. IF DERIVED, PARENT(S) CERTIFICATE NO.(S) | f. DATE | g. PLACE | h. COURT |
|---|---|---|---|---|---|---|
| | YES / X NO | | | | | |

| b. ALIEN | i. REGISTRATION NO. | j. CURRENT CITIZENSHIP | k. DATE OF ENTRY | l. PORT OF ENTRY | m. FORM I-151 NO. |
|---|---|---|---|---|---|
| X | [redacted] | ASIAN INDIAN | 13 Aug 86 | | 40101676- |

**9. FORMER MILITARY SERVICE**

| a. FROM | b. TO | c. BRANCH | d. RANK | e. SERVICE NO(S) | f. TYPE OF DISCHARGE |
|---|---|---|---|---|---|
| | | | | | |

**10. FAMILY/ASSOCIATES** *(List father, mother, spouse, and children.) (You should also list guardians, stepparents, foster parents, brothers and sisters, ste[p] brothers and stepsisters, and other relatives or friends to whom you are bound by affection or obligation if such persons are residing in or are citizens of any foreign country.) (See DETAILED INSTRUCTIONS.)*

| a. RELATIONSHIP AND NAME | b. DATE OF BIRTH | c. PLACE OF BIRTH | d. ADDRESS | e. CITIZENSHIP |
|---|---|---|---|---|
| FATHER Banerjee Amalendu | [redacted] | INDIA | [redacted] | IN[DIA] |
| MOTHER Barati Sen | | INDIA | | IND[IA] |
| SPOUSE | | | | |
| | | | | |

**11. RESIDENCES** *(List all places of residence during the last 5 years in chronological order beginning with the current address. Individuals under the age o[f] list residences for the past 3 years or since your 16th birthday, whichever is the shorter period. Give the inclusive dates for each period of residence. SE[E] DETAILED INSTRUCTIONS)*

| a. DATES FROM | TO | b. NUMBER AND STREET | c. CITY | d. STATE | e. COUNTRY | f. ZIP CO[DE] |
|---|---|---|---|---|---|---|
| 8608 | Present | 3120 APT E2 Naamans Rd. | Wilmington | DE | United States | 1981[0] |
| 7911 | 8605 | B-5 M.C.D. R-Block | Greater Kailash | New Delhi | INDIA | 1100[ ] |
| | | | | | | |

**12. DUTY OR EMPLOYMENT ORGANIZATION** *(List in chronological order beginning with the present, each period of employment, self-employment, pa[rt] time employment, and/or unemployment during the last 5 years. If under age 21, list each period for last 3 years or since your 16th birthday whichever shorter. List inclusive dates for each period. If discharged for cause from any employment, so state. SEE DETAILED INSTRUCTIONS)*

| a. DATES FROM | TO | b. NAME OF EMPLOYER | c. ADDRESS *(Include Zip Code)* | d. NAME OF IMMEDIATE SUPERVISOR |
|---|---|---|---|---|
| 8909 | Present | WAWA | [redacted] | Bob |
| 8709 | 8909 | student | | |
| 8610 | 8709 | Rollins Trk Leasing | [redacted] | Marika |
| 8605 | 8610 | STUDENT | | |

**13. FEDERAL SERVICE, FOREIGN TRAVEL/CONNECTIONS** *("Yes" answers must be explained in accordance with the DETAILED INSTRUCTIONS)*

| Yes | No | |
|---|---|---|
| | U.B. | a. HAVE YOU EVER BEEN IN THE FEDERAL CIVIL SERVICE? |
| | U.B. | b. HAVE YOU TRAVELED OR RESIDED ABROAD FOR OTHER THAN THE U.S. GOVERNMENT? |
| | U.B. | c. DO YOU HAVE ANY FOREIGN PROPERTY OR BUSINESS CONNECTIONS, OR HAVE YOU EVER BEEN EMPLOYED BY OR ACTED AS A CONSULTANT FOR A FOREIGN GOVERNMENT, FIRM, OR AGENCY? |

**FOR REQUESTER USE ONLY**

LOCAL FILES CHECKED WITH FAVORABLE RESULTS ☐ Yes ☐ N[o]
*(If "No," provide details of unfavorable information)*

**REASON FOR REQUEST**

| | |
|---|---|
| SECRET | PERS. RELIABILITY PROGRA[M] |
| CONFIDENTIAL | RED CROSS/USO |
| COMMISSION | NAFI |
| X ENLISTMENT 91D/C | SUMMER HIRE |
| NATIONAL GUARD | EDUCATION/ORIENTATION |
| RESERVES | NON-CITIZEN OVERSEAS |
| ROTC | DOD BUILDING PASS |
| OFFICER CANDIDATE | UNESCORTED ENTRY |
| SERVICE ACADEMY | OTHER *(SPECIFY)* |
| ADDRESSEE CODE Phila RC | |

FOR REQUESTER USE ONLY W06GAA

RETURN RESULTS TO: *(Include Zip Code)* CMDR USAREC ATTN: USARCPAL-HE-S Ft. Sheridan, IL 60037

DD FORM 398-2
81 MAR

REPLACES DD FORM 1584 WHICH MAY BE USED UNTIL EXHAUSTED

000303

REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (FLAG)
FOR USE OF THIS FORM, SEE AR 600-8-2; THE PROPONENT AGENCY IS PERSCOM.

## SECTION I - ADMINISTRATIVE DATA

| 1. NAME (LAST, FIRST, MI) | SSN | GRADE | PMOS/PASSI | ASI | LNG | BR |
|---|---|---|---|---|---|---|
| BANERJEE URMILA | [redacted] | SP4 | 91Q10 | 00 | YY | |

2. UNIT
W3VZ CO E-187TH TRAINEESFT S HOUS5TX7823 UPC1 3VZ7Q

3. DUTY STATUS
ON ACTIVE DUTY

4. ETS/ESA/MRD
961008

5. PSC CONTROLLING FLAGING ACTION AND TELEPHONE NO.
FT SAM HOUSTON, TX 78234 (AV 471-4037)

6. THIS ACTION IS TO:
INITIATE A FLAG

## SECTION II - INITIATE A FLAG

7. A FLAG IS INITIATED, EFFECTIVE: 21 May 91, REASON FOLLOWS:

NON-TRANSFERABLE
ELIMINATION - FIELD INITIATED (B)- CHAP 11

TRANSFERABLE

## SECTION III - AUTHENTICATION

DISTRIBUTION

1 - UNIT COMMANDER [redacted] 1 - F&AO

1 - HSHA-SSI 1-INDIV 1-FILE

NAME, GRADE, TITLE AND ORGANIZATION

MARK C. WILHITE CPT, MS COMMANDING

SIGNATURE ______________________ DATE: 23 May 91

DA FORM 268-E (Oct 87)

000304

HSHA-MM (351J)

DATE: 31 MAY 91

MEMORANDUM FOR (IN TURN, where applicable)

SUBJECT: Relief of Student from Course of Instruction

| | Initials | Date | | Initials | Date |
|---|---|---|---|---|---|
| 1. Course Director | [signature] | 4 Jun 91 | 3. USAR/ARNG | | |
| 2. Det Cdr/Bde Cdr | | | 4. MFSS | | |

1. Recommend PFC URMILA BANERJEE, [redacted], RA COMPANY E, 187th MED BN, ACADEMY OF HEALTH SCIENCES, FT SAM HOUSTON,TX,78234, be relieved from CLASS #503 FY 91, 312-91Q10, PHARMACY SPECIALIST COURSE, AHS.

2. Check appropriate block and state reason(s) for recommendation

Academic Deficiency (____) Nonacademic Reasons (XXXX)

Reason: SM is in the process of separation from the service prior to her normal ETS date by E Company, 187th Med Bn, AHS.

3. Performance Evaluation Data:

a. List the block(s) of instruction and grade(s) that the student has completed to date or is currently passing prior to the initiation of the relief action:

| Block(s) of Instruction | Grade(s) | Block(s) of Instruction | Grade(s) |
|---|---|---|---|
| PHM 1-023-01 | 31.5% | PHM 1-023-04 | N/A |
| PHM 1-023-02 | 27.3% | PHM 1-023-05 | N/A |
| PHM 1-023-03 | 27.7% | PHM 1-023-06 | 42.0% |

b. ASVAB Cluster Score(e.g., GT, ST, GM, CL, etc.,as appropriate) GT - NONE ST - NONE

c. Completed 4 year(s) HS: 6 year(s) college.

d. ATRRS Code: Status Z Reason Z (see Appendix K, AHS Reg 351-12)

4. Of 95 students enrolled in this class, 01 have been dropped; 00 have been recycled.

5. Signature(s) (as applicable):

[signature] LTC, MS
for ROBERT D. SALZMAN
LTC, MS, PROGRAM DIRECTOR

[signature]
MARK C. WILHITE
CPT, MS, Commander,

[signature]
FRANK A. BREWSTER
COL, MC, C, M&SD, COURSE DIRECTOR

[X] Concur [ ] Nonconcur

[signature]
LARRY J. KELLER
COL, MS, Commander, Academy Bde

5 JUN 91
Date

FOR THE COMMANDANT:

[X] Approved [ ] Disapproved

[signature]
Dean
(or designated representative)
DON C. HOBAUGH, COL, DC, DEAN, MFSS

11 Jun 91
Date

CF: HSHA-SR, HSHA-A, AFZG-PA-AS, Pharmacy Br, E. Co., 187th Med Bn, AHS

000305

AHS F/L 29-R, 1 DEC 90 (E)

# INPROCESSING DATA ACCURACY CHECKLIST (ENLISTED RECORDS)

NAME BANERJEE URMILA SSN [redacted] IN-PROC CLERK K. C.

DATE IN-PROC 11. 2. 91.

## RECORD OF EMERGENCY DATA (DD Fm 93)

Is Form over 3 yrs old (Yes) (No) Is audit date initialed (Yes) (No)

Items that are incorrect 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16.

REMARKS: OK

## SERVICEMEN'S GROUP LIFE INSURANCE (VA Fm 29-8286)

| | (Yes) | (No) | | (Yes) | (No) |
|---|---|---|---|---|---|
| Is percentage Correct | | | Is there a complete signature | | |
| Is Review Date Initialed | | | Is "By Law" printed | | |
| Complete Middle Name | | | Is there a signature on Counseling Statement | | |

REMARKS:

## PERSONNEL QUALIFICATION RECORD - PART I

| DATA ELEMENT | ITEM # | Remarks | DATA ELEMENT | ITEM # | Remarks |
|---|---|---|---|---|---|
| Name | I 1 | OK | Bonus MOS/Date | II 20 | OK |
| SSN | I 2 | | Reenl Elig Code | II 33 | |
| # Family Mbrs | I 8 | | BASD/BPED (DA Fm 1506) | IV 2 | |
| Grade | II 1 | | ETS | IV 3 | |
| Date of Rank | II 2 | | Current Term Svc | IV 4 | |
| PMOS | II 4 | | Date Last EER | IV 7 | |
| PULHES | II 9 | | Date Last GCMDL | IV 11 | |
| GT Score | II 11 | | DROS/DEROS | IV 14 | |
| Mil Educ | II 13 | | AEA Code/Term Date | IV 15 | |
| Civ Educ/MADC | II 14 | | DA Form 873 (MPRJ) | ** ** | |
| SMOS | II 18 | | DA Form 4188 (MPRJ) | ** ** | |

## PERSONNEL QUALIFICATION RECORD - PART II

| DATA ELEMENT | ITEM # | Remarks | DATA ELEMENT | ITEM # | Remarks |
|---|---|---|---|---|---|
| Asg Consider. | 4 | | Date DA Fm 2-1 fwd | 30 | |
| Awards & Decor. | 9 | | Record of Asg | 35 | |

## COMMAND SUSPENSE ITEMS

SUBJECT AREA

Official Photo overdue? Yes No REMARKS:

Periodic Phys Exam O/due? Yes No REMARKS:

## ALLIED RECORDS/DOCUMENTS

Health Record Yes No Missing Documents:

Dental Record Yes No

Other: Yes No

Evaluator's Signature

000306

FSH FORM 96*
1 Apr 87 (MPD)

C O R R E C T E D   C O P Y

DEPARTMENT OF THE ARMY
HEADQUARTERS, FIFTH U.S. ARMY AND FORT SAM HOUSTON
Fort Sam Houston, Texas 78234-5000

ORDERS 128-55 17 June 1991

BANERJEE, URMILA [redacted] SPC Co E Trne (W3VZ7Q) 187th Med Bn USAMEDD Regt AHS USA Ft Sam Houston, TX 78234-6100

You are reassigned to US Army Separation Transition Point shown for separation processing. After processing, you are discharged from component shown. If you are delayed in reporting to the separation transition point, you still must report to the separation transition point as soon as possible or as authorized to receive a new effective date of discharge.

Assigned to: United States Army Separation Transition Point (WOVD1A 9) Fort Sam Houston, Texas 78234-5000
Reporting date: 24 June 1991
Component: Regular Army
Date of discharge (unless changed or rescinded): 24 June 1991
Additional instructions: Not applicable

FOR ARMY USE
Auth: AR 635-200
HOR: Wilmington DE
Pl EAD or OAD: Philadelphia PA
MDC: 7BE1
PEBD: NA
Format: 501

CIC: NA
Aval date: NA

FOR THE COMMANDER:

HEADQUARTERS FORT SAM HOUSTON, TEXAS
OFFICIAL COPY

DAVID L. NICKELS
CPT,
Adjutant General

DISTRIBUTION:
SPC BANERJEE (25)
Cdr, Co E 187th Med Bn AHS (2)
C, Stu Pers (Ms Dick)(1)
Casual Clk (Mrs Wong)(1)
AFZG-PA-AT (91Q Rcd)(1)
AFZG-PA-AT (91Q Mgt)(1)
TOTAL COPIES (31)

"REPRODUCED AT GOVERNMENT EXPENSE"
"REPRODUCED AT GOVERNMENT EXPENSE"

ORDER # DATE DATE MPI TRAINING TYPE AIT LOCATION GTA FL

101 11/02/91 12/04/91 91F1 FOR HOUSTON 3
PSYCHIATRIC SPECIALIST
AVAILABLE OPTIONS: 3

ENTER PRIMARY ENLISTMENT OPTION OR END(E):
3

OPTION 3 - US ARMY TRAINING OF CHOICE

THE FOLLOWING ASSOCIATED OPTIONS ARE AVAILABLE:
OPT 27 - US ARMY LOAN REPAY (LRP) ASSOC OPT (EFF 9JUN 87)

ENTER ASSOCIATED OPTIONS, NO(N) OR END(E):
27

THE FOLLOWING UNITS ARE AVAILABLE:
UNCM

ENTER 1ST ASSIGNMENT OR END(E):
UNCM

BANERJEE URMILA [redacted]
YOU HAVE CHOSEN:

| MOS | RECSTA DATE | TERM | AIT START | AIT LOCATION | PRIM OPT | ASOC. OPTS. | STP | 1ST ASSIGN |
|---|---|---|---|---|---|---|---|---|
| 91F1 | 11/02/91 | 6 | 12/04/91 | HOUSTON | 3 | 27 | | UNCM |

ENTER ENLISTMENT DATE OR END
7/2/91

MOS 91F1
PSYCHIATRIC SPECIALIST
CRS LGTH 16WKS (INCL 4WKS GMO, 6WKS AIT AT ARMY HEALTH SVC AND
6WKS ON SITE TNG AT SELECTED MEDDAC).

RESERVATION? - (YES OR NO)
Y

HRAP /
O

DO YOU WANT TO DISPLAY THE RECORD? (Y OR N)
Y

SOC SEC# / NAME / CIT / SX / RACE / BIRTHDAT / EDYRS /
[redacted] BANERJEE URMILA N F M [redacted] 16
EDUC / DVRL / REC ID / AATYPE / CREDT / PHY PROF / CP / MATH / SCI /

COLL Y 577863945 NPS 1K4W 1111111 NOR ALG CHE
RENO / AFQT / GT / GM / EL / CL / MM / SC / CO / FA / OF / ST / AP /
N 84 122 112 122 122 106 110 109 119 110 121
MVDB / DLAB / AAT / GCODE / MEPSCAT / DOS / ESL / LRP / ECLT / SM PMOS /
E 0 0 N 0

RECSTA LOC: JACKSON BT LOC: JACKSON AIT LOC: HOUSTON
RESERVATION SUCCESSFUL ON 18/ 4/90. ENTER CCN 43888810 IN REMARKS,
DD FORM 1966

000309

18

| ORDER # | RECSTA DATE | AIT START DATE | MOS | MPI | TRAINING TYPE | AIT LOCATION | QUOTA UNFL |
|---|---|---|---|---|---|---|---|
| 18 | 15/10/90 | 04/01/91 | 91Q1 | | FOR | HOUSTON | 2 |

PHARMACY SPECIALIST
AVAILABLE OPTIONS: 3

ENTER PRIMARY ENLISTMENT OPTION OR END(E):
3

~~OPTION 3 US ARMY TRAINING OF CHOICE~~

THE FOLLOWING UNITS ARE AVAILABLE:
UNCM

ENTER 1ST ASSIGNMENT OR END(E):
UNCM

BANERJEE URMILA [redacted]
YOU HAVE CHOSEN:

| MOS | RECSTA DATE | TERM | AIT START | AIT LOCATION | PRIM OPT | ASOC. OPTS. | STP | 1ST ASSIGN |
|---|---|---|---|---|---|---|---|---|
| 91Q1 | 15/10/90 | 6 | 04/01/91 | HOUSTON | 3 | | | UNCM |

ENTER ENLISTMENT DATE OR END
9/10/90

MOS 91Q1
PHARMACY SPECIALIST
CRS LGTH 21WKS. (INCL 4WKS GMO, 17WKS AIT AT ARMY HEALTH SVC).
REVIEW AR 601-210 FOR CAS RQMTS. NO HISTORY OF ALCOHOLISM/DRUG
ABUSE OR INDISCRIMINATE USE OF HABIT-FORMING OR DANGEROUS DRUGS.

NORMAL NEAR VISION WITH OR WITHOUT CORRECTIVE LENS

MOS 91Q1 TAUGHT AT HOUSTON BEGINNING 01/02/91 REQUIRES PREREQUISITE TRAINING
FOR MOS 91Q1 TAUGHT AT HOUSTON BEGINNING 04/01/91
RESERVATION? - (YES OR NO)
Y

HRAP /
0

DO YOU WANT TO DISPLAY THE RECORD? (Y OR N)
Y

| SOC SEC# | / NAME | | | | | / CIT | / SX | / RACE | / BIRTHDAT | / EDYRS / |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | BANERJEE URMILA | | | | | N | F | M | [redacted] | 16 |

| EDUC / | DVRL / | REC ID / | AATYPE / | CREDT / | PHY PROF / | CP / | MATH / | SCI / |
|---|---|---|---|---|---|---|---|---|
| BACL | Y | 577863945 | NPS | 1K4W | 1111111 | NOR | ALG | CHE |

| RENO / | AFQT / | GT / | GM / | EL / | CL / | MM / | SC / | CO / | FA / | OF / | ST / | AP / |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 84 | 122 | 112 | 122 | 122 | 106 | 110 | 109 | 119 | 110 | 121 | |

| MVDB / | DLAB / | AAT / | GCODE / | MEPSCAT / | DOS / | ESL / | LRP / | ECLT / | SM PMOS / |
|---|---|---|---|---|---|---|---|---|---|
| | | | | E | 0 | 0 | N | 0 | |

RECSTA LOC: DIX BT LOC: DIX AIT LOC: HOUSTON
RESERVATION SUCCESSFUL ON 29/ 6/90. ENTER CCN 54086535 IN REMARKS,
DD FORM 1966

```
714ADP-AC                    714ADP ACCESSION INFORMATION                          OPR  08
 PERSONAL DATA                 P R I V A C Y   A C T                    PL93-579 APPLIES
 SSN        NAME4 MEPS SPF   DOA    PAMDAHAO RID            DATE-TIME PRINTING
            BANE   10  DAR   901009  VPPA  #A  #            901009 1425      01

 PERSONAL DATA        PSSN                     PNAME
 PMS       FULL NAME  LAST, FIRST, MI                    SEL-SERVICE
 N-N       BANERJEE URMILA                                    *
PHS  DOS           SPF       SPD       SRC      ISC           -
 CURR-ADDRESS        STREET                  CITY               ST CTRY ZIP-CODE ST-CNTY
3120 NAAMANS RD APT E2              WILMINGTON                  DE US 19810 0000 10003
 HOME-OF-RECORD       STREET                  CITY              ST CTRY ZIP-CODE ST-CNTY
3120 NAAMANS RD APT E2              WILMINGTON                  DE US 19810 0000 10003

 CITZ  SEX  POP  ETH  MRTL  #DEP  DT-BIRTH  RELG  EDUC  RCTR-ID    STATN
  NY    F    N    3    S     00              49    16 K  577863945 1K4W

APTITUDE DATA  TY  A WRK  1  STAT   P  TIME  09   OP  TC
 CURRENT    AFQT  TID  TST-DT  ST M-SITE DFQT GS AR WK PC NO CS AS MK MC EI VE
              84%  17A  900413  P  102231 -13% 23 27 33 15 48 58 10 20 17 13 48
  COMPOSITE    ARMY           GT  SM  EL  CL  MM  SC  CO  FA  OF  ST
                             122 112 122 122 106 110 109 119 110 121

ASP   AS1       AS2     AS3     AS4    AS5      TID       TST-DT          M-SITE

MEDICAL  DATA   TY  B  WRK  7  ST  P  OP  08  TIME  13
 P-U-L-H-E-S-X  WVR MED-FAIL   HIV   DRUG      ALCOHOL
  1 1 1 1 2 1 -E  N    -  -  -    5B  N-N  -     N

DEP DATA   DEP-DOE   PADD ENST  RCTR-ID   STATN    PEF    T-MOS  WVR 368
           900418    901009  3  577863945-00000  OHTOC  91010  YYX  N

ADDITIONAL DATA FROM 1966/1   ALIAS-1
 PLACE OF BIRTH  CITY/ST/CNTRY   NEW DELHI                 00 IN
 LANGUAGES     N -   /  /  /  /
 DRIVERS LICENSE FLG/ST/NR/EXPIRE     Y/DE/963475                  -901219

ACCESSION DATA   TY  B  WRK  1  ST  B  OP  08
  DOE    ADSD    PEBD   TOE    WVR   GRADE/DATE   ENST  EDUC   368  S/O
901009  901009  901009   6     YYY   E3-901009     1    16-K    N    N
 RCTR-ID   STATN    PEF    TMOS   PMOS  YTH-PR  O/A  TI-UIC    DIEMS   DIERF
 577863945-1K4W  OHTOC  91010 910000  YYO    FY  FTDIXX
PAI  OCL     SVC     I/R    RMKS
SERV-REQ  001AEPFC30001221121221221061101091191101214BF01K4WN    0000DHE00000A00

        A/M  SUBMSN  CLOSE  CASE-NR    RSLT  AGY  RPR
ENTNAC    H   900418
CONGRESSIONAL    DT-RECVD              DT-CLOSED             P/R

DAILY     WRK-STAT-DOA-MEP-SPF  WRK-STAT-DOA-MEP-SPF   WRK-STAT-DOA-MEP-SPF
HISTORY  B001-B-901009-10-DAR  B070-P-901009-10-DAR     - -        - -
          - -         - -        - -          - -         - -        - -

PRIOR     WRK-STAT-DOA-MEP-SPF  WRK-STAT-DOA-MEP-SPF   WRK-STAT-DOA-MEP-SPF
HISTORY  J008-A-900727-10-DAR  J008-A-900711-10-DAR   B000-P-900423-10-DAR
         B050-P-900420-10-DAR  B002-A-900418-10-DAR   B010-P-900418-10-DAR
```

000311

REPORT

[0IREPOR IS AN INVALID PROGRAM NAME
ENTER PROGRAM NAME, LIST OR OFF
AACNCL

ENTER SOCIAL SECURITY NUMBER OR END-
[redacted]

SOC SEC# / NAME / MOS / RECEPT / OPT / FRSTASGN /
[redacted] BANERJEE URMILA 91F1 11/02/91 3 DNCM
TERM / TERM-WKS / REC ID /
6 0 577863945
CANCELLATION (YES OR NO)
Y

ENTER CCN
43888810

SHOW CANCELLATION CODES AND DESCRIPTIONS(Y OR N)
Y

1 RENO-CHG REC STA
2 RENO-CHG MOS
3 RENO-CHG OPTION
4 RENO-MEDICAL
5 RENO-FAILED-GRAD
6 RENO-OTHER
7 DL-FAIL TO GRAD
8 DL-MORAL/LEGAL
9 DL-FRAUD ENLIST
10 DL-DEP DEATH
11 DL-PDQ MEDICAL
12 DL-PREGNANCY
13 DL-WEIGHT STD
14 DL-POS HIV
15 DL-POS THC
16 DL-POS COCAINE
17 DL-POS ALCOHOL
18 DL-APATHY(OTHER)
ENTER REASON CODE NUMBER
/ /
1

YOU PICKED
1 RENO-CHG REC STA
O.K.? (Y OR N)
Y

CANCELLATION SUCCESSFUL ON 29/ 6/90 AT 9:28:15

ENTER SOCIAL SECURITY NUMBER OR END-
END

ENTER PROGRAM NAME, LIST OR OFF