AFZG-PA-AS 1st End
SUBJECT: Orders 032-116.

Commander, Fifth United States Army and Fort Sam Houston, ATTN: AFZG-PA-AS,
Fort Sam Houston, Texas 78234-5000

TO: BANERJEE URMILA [redacted] E3.
E-1-26 INF. FORT DIX N.J. 08640

Effective 9 Feb '91, you are further assigned/attached to B-187 Medical Battalion, United States Army Medical Department Regiment (W3VZ7F), Academy of Health Sciences, United States Health Services Command, Fort Sam Houston, Texas 78234-6100. No travel involved. Movement designator code is NXE 11.

DON JOINER
Chief, Student Personnel Branch

FSH FL 54* Previous stock will be used until exhausted.
1 Aug 89 (MPD)


STATE OF


SOCIAL SECURITY
THIS NUMBER HAS BEEN ESTABLISHED FOR
URMILA BANERJEE
SIGNATURE

# PERSONNEL ACTION

For use of this form, see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN.

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (*Section III*). Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include Zip Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| | C, EnlStuPers<br>C, F&AO FSHTX 72834 | COMMANDER<br>Co E, 187th Med Bn, AHS<br>FSHTX 78234-6100 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, first, MI)* | GRADE OR RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| BANERJEE, Urmila | PFC/91P | [redacted] |

## SECTION II - DUTY STATUS CHANGE *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from ______________________________

______________________________ to ______________________________

______________ effective ______________ hours ______________ 19____

## SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| | TYPE OF ACTION | Procedure | | TYPE OF ACTION | Procedure |
|---|---|---|---|---|---|
| | Service School *(Enl only)* | | | Reassignment Married Army Couples | |
| | ROTC or Reserve Component Duty | | | Reclassification | |
| | Volunteering For Oversea Service | | | Officer Candidate School | |
| | Ranger Training | | | Assgmt of Pers with Exceptional Family Members | |
| | Reasgmt Extreme Family Problems | | | Identification Card | |
| | Exchange Reassignment *(Enl only)* | | | Identification Tags | |
| | Airborne Training | | | Separate Rations | |
| | Special Forces Training/Assignment | | | Leave - Excess/Advance/Outside CONUS | |
| | On-the-Job Training *(Enl only)* | | | Change of Name/SSN/DOB | |
| | Retesting in Army Personnel Tests | | X | Other *(Specify)* Advance to: Specialist | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

Advance to: Specialist
Authority: para 2-3 rule(3) E, AR 601-210
Effective date:
Date of rank: 901009
Additional instructions: SPC Banerjee may apply to the Army Board for Correction of Military Records (DD Form 149) for correction of the effective date of __________ and thus receive adjustment of any pay allowance for the period from the date of promotion should have occurred. Procedures are contained in AR 15-185.

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☐ HAS BEEN VERIFIED ☐ IS APPROVED ☐ RECOMMEND APPROVAL ☐ IS DISAPPROVED ☐ RECOMMEND DISAPPROVAL

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| MARK C. WILHITE, CPT, MS, Commanding | [signature] | |

000315

COP

REPRODUCED AT GOVERNMENT EXPENSE

9181✓

## QUALIFICATION RECORD — PART ... PERSON...

~~283901T2504~~

### SECTION I — IDENTIFICATION DATA

| 1. NAME | 2. S.S.N. |
|---|---|
| BANERJEE URMILA | [redacted] |

### SECTION II — CLASSIFICATION AND ASSIGNMENT DATA

(3) MOS EVALUATION SCORES ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

4. ASSIGNMENT CONSIDERATIONS ☐ CONT

ENL FOR TOC ENL OPT TBL 9-3 AR 601-210 91Q

5. OVERSEA SERVICE ☐ CONT

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC | DEPN ARR OS |
|---|---|---|---|---|---|---|
| | | | | | | |

### SECTION II — CLASSIFICATION AND ASSIGNMENT DATA (Continued)

6. MILITARY OCCUPATIONAL SPECIALTIES ☐ CONT

| MOSC | TITLE | DATE |
|---|---|---|
| | | |

7 AVIATION ASI & GUNNERY QUALIFICATION ☐ CONT

| AIRCRAFT F/W | AIRCRAFT R/W | INSTR PILOT F/W | INSTR PILOT R/W | GUNNERY SYSTEM TNG | GUNNERY SYSTEM INSTR |
|---|---|---|---|---|---|
| | | | | | |

(8) APTITUDE AREA SCORES ☐ CONT

| AREA | SCORE | AREA | SCORE |
|---|---|---|---|
| GT | 122 | | |
| GM | 112 | | |
| EL | 122 | | |
| CL | 106 | | |
| MM | 110 | | |
| SC | 109 | | |
| CO | 119 | | |
| FA | 110 | | |
| OF | 121 | | |
| ST | | | |

DATE 900418

PLACE Phil, PA

9. AWARDS, DECORATIONS & CAMPAIGNS ☐ CONT

ARMY-SVC-RBN/NAT-DEF-SVC-MDL/

RIFLE M16 MM BADGE 901124

HAND GRENADE SC BADGE 901203

10. OTHER TESTS ☐ CONT

| TEST | DATE | SCORE |
|---|---|---|
| MDB- | | |
| OCT | | |
| DLAT | | |
| OQI-1 | | |
| FAST- | | |
| OB | | |
| WOCB | | |

11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD ☐ CONT

12. LANGUAGE PROFICIENCY

| DA FORM 330 SUBMITTED | DATE |
|---|---|
| | |

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA *(Continued)*

13 PILOT RATINGS

| ORIGINAL | DATE | CURRENT | DATE |
|---|---|---|---|
| | | | |

14 FLYING STATUS ☐ CONT

INSTRUMENT CERTIFICATION

15 INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS ☐ CONT

| HOSPITAL | TYPE OR SERVICE | MONTHS | YEAR |
|---|---|---|---|
| | | | |

16 HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE ☐ CONT

| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT |
|---|---|---|---|---|
| | | | | |

17. CIVILIAN EDUCATION AND MILITARY SCHOOLS ☐ CONT

| SCHOOL | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR |
|---|---|---|---|---|
| DETEA HS | GENERAL | 4YR | YES | 83 |
| UNIV OF DELEWARE | PYSCHOLOGOY | -- | BA | 89 |
| AHS FSH TX | GMO | 4 Wk | Yes | 91 |
| AHS FSH TX | Pharm Spc 910 | WKS | NO | 91 |

## SECTION III – SERVICE, TRAINING AND OTHER DATES

18. APPOINTMENTS AND REDUCTIONS ☐ CONT

| GRADE | COMP | EFFECTIVE DATE | DATE OF ELIG/RANK |
|---|---|---|---|
| PFC | | | 901009 |

19. SPECIALIZED TRAINING ☐ CONT

| SUBJECT | DATE |
|---|---|
| ATP 21-114 *(BCT)* | 9012[illegible] |
| Geneva-Hague Conventions | 901028 |
| Military Justice | 901009 |
| Benefits of Honorable Discharge | |
| STD OF CDT | 901028 |
| ED | 901027 |

(20) BASIC ENLISTED SERVICE DATE *(BESD)* 900418

(21) TIME LOST *Sec. 972, Title 10, USC)* ☐ CONT

| FROM | THRU | DAYS | REASON |
|---|---|---|---|
| | | | |

## SECTION IV – PERSONAL AND FAMILY DATA

AC born

22. PHYSICAL STATUS

| HEIGHT | WEIGHT | GLASSES |
|---|---|---|
| 63 | 116 | ☒ YES ☐ NO |

DATE OF EXAM 901009

23. PLACE OF BIRTH AND CITIZENSHIP

SELF INDIA E E

SPOUSE

CITIZENSHIP OF SPOUSE

24. NUMBER OF DEPENDENTS

| ADULT | CHILDREN |
|---|---|
| | |

25. HOME OF RECORD/ADDRESS

26. CIVILIAN OCCUPATION

JOB TITLE:

DOT CODE

CRITICAL OCCUPATION ☐ YES ☐ NO

NO. MONTHS EMPLOYED

MOSC

DUTIES PERFORMED

EMPLOYER

– Fold Here –

000317

27. REMARKS

[illegible]

28. ITEM CONTINUATION

| ITEM NO. | DATA |
|---|---|
| | |

(29) DATE DA FORM 20B PREPARED:

(30) DATE DUPLICATE DA FORM 2-1 SUBMITTED:

31 REPORT OF CHANGES

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

000318

**SECTION IX — RESERVE COMPONENT DATA**

32a. READY RESERVE OBLIGATION EXPIRATION DATE:

b. DA FORM 3726 OR 3726-1 AGREEMENT EXPIRATION DATE:

c. SERVICE OBLIGATION EXPIRATION DATE:

d. MANDATORY REMOVAL FROM ACTIVE STATUS:

e. RETIREMENT YEAR ENDING DATE:

| 33. DATE PREPARED | REVIEWED | 34. SIGNATURE |
|---|---|---|
| OCT 1 2 1990 | 91 02 11 | [signature] |

35.

## SECTION VII – CURRENT AND PREVIOUS ASSIGNMENTS

RECORD OF ASSIGNMENTS

☐ CONT

| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-DUTY DAYS BP YR/MO | NON-RATED DAYS EP YR/MO | TYPE REPORT |
|---|---|---|---|---|---|---|
| 900418 | 901008 | ON DEP | | | | |
| 901009 | | ENLISTMENT | 42ND AG BN (REC) FT DIX NJ | - | - | NONE |
| 901023 | 91B | BCT | B-3-24th Inf, Ft Dix NJ | — | — | NONE |
| 901224 | — | Casual | Enroute to Ft Sam Houston, TX | — | — | NONE |
| 910208 | 91000 | GMO | Co B 187th Med FSH TX | - | - | - |
| 910315 | 910 | AIT (DROPPED) | CO E 187th MED BN AHS FSHTX | - | - | - |
| 910611 | - | DUTY SOLDIER | CO E 187th MED BN TRNE AHS FSHTX | | | |
| 910624 | - - | DISCHARGE-Honorable | | | | |

– Fold Here –

000319

# PERSONNEL QUALIFICATION RECORD — PART II

~~283901T2504~~

9/91

## SECTION I — IDENTIFICATION DATA

1. NAME: BANERJEE URMILA

2. S.S.N.: [redacted]

## SECTION II — CLASSIFICATION AND ASSIGNMENT DATA

3. MOS EVALUATION SCORES ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

4. ASSIGNMENT CONSIDERATIONS ☐ CONT

ENL FOR TOC ENL OPT TBL 9-3 AR 601-210 91Q

5. OVERSEA SERVICE ☐ CONT

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC | DEPN ARR OS |
|---|---|---|---|---|---|---|
| | | | | | | |

## SECTION II — CLASSIFICATION AND ASSIGNMENT DATA (Continued)

6. MILITARY OCCUPATIONAL SPECIALTIES ☐ CONT

| MOSC | TITLE | DATE |
|---|---|---|
| | | |

7. AVIATION ASI & GUNNERY QUALIFICATION ☐ CONT

| AIRCRAFT F/W | AIRCRAFT R/W | INSTR PILOT F/W | INSTR PILOT R/W | GUNNERY SYSTEM TNG | GUNNERY SYSTEM INSTR |
|---|---|---|---|---|---|
| | | | | | |

8. APTITUDE AREA SCORES ☐ CONT

| AREA | SCORE | AREA | SCORE |
|---|---|---|---|
| GT | 122 | | |
| GM | 112 | | |
| EL | 122 | | |
| CL | 106 | | |
| MM | 110 | | |
| SC | 109 | | |
| CO | 119 | | |
| FA | 110 | | |
| OF | 121 | | |
| ST | | | |

DATE: 900918

PLACE: Phil, PA

9. AWARDS, DECORATIONS & CAMPAIGNS ☐ CONT

ARMY-SVC-RBN/NAT-DEF-SVC-MDL/

RIFLE M16 MM BADGE 901124

HAND GRENADE SC BADGE 901203

10. OTHER TESTS ☐ CONT

| TEST | DATE | SCORE |
|---|---|---|
| MDB- | | |
| OCT | | |
| DLAT | | |
| OQI-1 | | |
| FAST- | | |
| OB | | |
| WOCB | | |

11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD ☐ CONT

12. LANGUAGE PROFICIENCY

| DA FORM 330 SUBMITTED | DATE |
|---|---|
| | |

DA FORM 2-1 JAN 73

000320

## SECTION II — CLASSIFICATION AND ASSIGNMENT DATA (Continued)

13. PILOT RATINGS

| ORIGINAL | DATE | CURRENT | DATE |
|---|---|---|---|
| | | | |

14. FLYING STATUS ☐ CONT

INSTRUMENT CERTIFICATION

15. INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS ☐ CONT

| HOSPITAL | TYPE OR SERVICE | MONTHS | YEAR |
|---|---|---|---|
| | | | |

16. HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE ☐ CONT

| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT |
|---|---|---|---|---|
| | | | | |

17. CIVILIAN EDUCATION AND MILITARY SCHOOLS ☐ CONT

| SCHOOL | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR |
|---|---|---|---|---|
| DETEA HS | GENERAL | 4YR | YES | 83 |
| UNIV OF DELEWARE | PYSCHOLOGOY | -- | BA | 89 |
| AHS FSH TX | GMO | 4 Wk | Yes | 91 |
| AHS FSH TX | Pharm Spc 91Q | 20 WKS | | 91 |

## SECTION III — SERVICE, TRAINING AND OTHER DATES

18. APPOINTMENTS AND REDUCTIONS ☐ CONT

| GRADE | COMP | EFFECTIVE DATE | DATE OF ~~ELIG.~~/RANK |
|---|---|---|---|
| PFC | | | 901009 |

19. SPECIALIZED TRAINING ☐ CONT

| SUBJECT | DATE |
|---|---|
| ATP 21-114 (BCT) | 901221 |
| Geneva-Hague Conventions | 901028 |
| Military Justice | 901009 |
| Benefits of Honorable Discharge | |
| STD OF CDT | 901028 |
| EO | 901027 |

20. BASIC ENLISTED SERVICE DATE (BESD) 900418

21. TIME LOST Sec. 972, Title 10, USC) ☐ CONT

| FROM | THRU | DAYS | REASON |
|---|---|---|---|
| | | | |

## SECTION IV — PERSONAL AND FAMILY DATA

NAC Orn

22. PHYSICAL STATUS

| HEIGHT | WEIGHT | GLASSES |
|---|---|---|
| 63 | 116 | ☒ YES ☐ NO |

DATE OF EXAM 901009

23. PLACE OF BIRTH AND CITIZENSHIP

SELF INDIA E E

SPOUSE

CITIZENSHIP OF SPOUSE

24. NUMBER OF DEPENDENTS

| ADULT | CHILDREN |
|---|---|
| | |

25. HOME OF RECORD/ADDRESS

26. CIVILIAN OCCUPATION

JOB TITLE:

DOT CODE | CRITICAL OCCUPATION ☐ YES ☐ NO | NO. MONTHS EMPLOYED | MOSC

DUTIES PERFORMED

EMPLOYER

— Fold Here —

000321

35.

## SECTION VII -- CURRENT AND PREVIOUS ASSIGNMENTS

RECORD OF ASSIGNMENTS

☐ CONT

| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-DUTY DAYS BP YR/MO | NON-RATED DAYS EP YR/MO | TYPE REPORT |
|---|---|---|---|---|---|---|
| 900418 | 901008 | ON DEP | | | | |
| 901009 | | ENLISTMENT | 42ND AG BN (REC) FT DIX NJ | - | - | NONE |
| 901023 | 916 | BCT | B-3-26th Inf, Ft Dix, NJ | — | — | NONE |
| 901224 | — | Casual | Enroute to Ft Sam Houston, TX | — | — | NONE |
| 910208 | 91000 | GMO | Co B 187th Med FSH TX | - | - | - |
| 910315 | 910 | AIT | CO E 187th MED BN AHS FSHTX | - | - | - |

— Fold Here —

000322

## SECTION V – MISCELLANEOUS

27. REMARKS

28. ITEM CONTINUATION

| ITEM NO. | DATA |
|---|---|
| | |

(29) DATE DA FORM 20B PREPARED:

(30) DATE DUPLICATE DA FORM 2-1 SUBMITTED:

31 REPORT OF CHANGES

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | (27) | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | (50) | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 71 | 72 | (73) | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

## SECTION IX – RESERVE COMPONENT DATA

32a. READY RESERVE OBLIGATION EXPIRATION DATE:

b. DA FORM 3726 OR 3726-1 AGREEMENT EXPIRATION DATE:

c. SERVICE OBLIGATION EXPIRATION DATE:

d. MANDATORY REMOVAL FROM ACTIVE STATUS:

e. RETIREMENT YEAR ENDING DATE:

| 33. DATE PREPARED | DATE REVIEWED | 34. SIGNATURE |
|---|---|---|
| OCT 12 1990 | 91 02 11 | [signature] |

823

ROUT/COLOR-CODE..................C/O DATE..............SEARCHER...........ADDRESS-CODE
SSAN/SN NAME SVC-CODE REGISTRY-NO.
BANERJEE URMILA AR A 9 065 411

RUN DATE 10/11/9
RUN TIME 19.33
RUN PAGE 00659
INQ PAGE 00001

*****************REQUEST FOR INFORMATION VA FORM 70-3101-4 JUL 1986*************

DATE 09-30-96 VA-INS-NO.
TYPE-OF-REQUEST SUPPLEMENTAL VA-FILE-NO. 142 80 3
TYPE-OF-CLAIM DISABILITY

1. NAME CHATTERJEE, URMILA
2. SSAN
3. SERVICE-BRANCH ARMY
4. DATE-OF-BIRTH
5. PLACE-OF-BIRTH
6. DATE-OF-DEATH

DATA-REQUESTED SERVICE
MEDICAL DENTAL

VETERANS ADMINISTRATION (460)
1601 KIRKWOOD HGWY
WILMINGTON DE 19805

ORIGINATING-UNIT ADJUDICATION 0211

| 7. ENT ACT DUTY | 8. SEP ACT DUTY | 9. CHAR | 10. SVC NUMBER | 11. LAST GRADE, RATE, RANK, AND/OR ORGANIZATION | 12. SEP FO ON FILE |
|---|---|---|---|---|---|
| A 10-09-90 | 06-24-91 | UNV | | E-4 | NO |
| B | | | | | |

13. SUBSEQUENT-RES/RET-STATUS UNK 14. TERMINAL-DATE 15. RET-STATUS

16. ALLEGED DISEASE/INJURY 17. TREATMENT-DATES 18. PLACE-OF-TREATMENT 19. TYP
A
B

20. PLS VERIFY SERVICE DATES AND CHARACTER OF DISCHARGE. PROVIDE DD 214. IF AVAILABLE. PROVIDE ALL SMR'S.
COPY OF ANY SEPARATION DOCUMENTS.
COMPLETE VERIFICATION OF SERVICE.
COPY OF PHYSICAL EXAM AT INDUCTION.
COPY OF PHYSICAL EXAM AT DISCHARGE.

( ) AVAILABLE REQUESTED RECORDS FORWARDED.
( ) ITEMS 1, AND 2 OR 10 (WHICHEVER WAS THE IDENTIFIER) AND 7-9 VERIFIED CORRECT.
( ) ITEMS 1, AND 2 OR 10 (WHICHEVER WAS THE IDENTIFIER) AND 7-9 VERIFIED CORRECT, EXCEP

ENCLOSURES ( )X-RAYS ( )CLINICAL RECORDS
( )HEALTH RECORDS ( )DENTAL RECORDS
( )ENTRANCE PHYSICAL ( )MEDICAL RECORDS
( )SEPARATION PHYSICAL ( )OTHER RECORDS

SIGNATURE AND TITLE DATE

AC5WB3 9/16 ...

ROUT/COLOR-CODE..................C/O DATE............SEARCHER..........ADDRESS-CODE 13

| SSAN/SN | NAME | SVC-CODE | REGISTRY-NO. | |
|---|---|---|---|---|
| [redacted] | BANERJEE URMILA | AR A | 9 065 411 | RUN DATE 06/19/96<br>RUN TIME 19.22<br>RUN PAGE 00345<br>INQ PAGE 00001 |

**********************REQUEST FOR INFORMATION VA FORM 70-3101-4 JUL 1986**********************

DATE 06-18-96
TYPE-OF-REQUEST ORIGINAL
TYPE-OF-CLAIM DISABILITY

DATA-REQUESTED SERVICE
MEDICAL

VA-INS-NO.
1.NAME CHATTERJEE,URMILA
2.SSAN [redacted]
3.SERVICE-BRANCH ARMY
4.DATE-OF-BIRTH [redacted]
5.PLACE-OF-BIRTH
6.DATE-OF-DEATH

VA-FILE-NO. 142 80 376

VETERANS ADMINISTRATION (460)
1601 KIRKWOOD HGWY
WILMINGTON DE 19805

ORIGINATING-UNIT ADJUDICATION 0211

| | 7. ENT ACT DUTY | 8. SEP ACT DUTY | 9. CHAR | 10. SVC NUMBER | 11. LAST GRADE, RATE, RANK, AND/OR ORGANIZATION | 12. SEP FORM ON FILE |
|---|---|---|---|---|---|---|
| A | 10-09-90 | 06-24-91 | HON | [redacted] | E-4 US ARMY | NO |
| B | | | | | | |

13.SUBSEQUENT-RES/RET-STATUS NONE 14.TERMINAL-DATE 15.RET-STATUS

16.ALLEGED DISEASE/INJURY 17.TREATMENT-DATES 18.PLACE-OF-TREATMENT 19.TYPE
A

20.COMPLETE VERIFICATION OF SERVICE.
COPY OF PHYSICAL EXAM AT INDUCTION.
COPY OF PHYSICAL EXAM AT DISCHARGE.

( ) AVAILABLE REQUESTED RECORDS FORWARDED. ( ) ITEMS 1, AND 2 OR 10 (WHICHEVER WAS THE IDENTIFIER) AND 7-9 VERIFIED CORRECT. (X) ITEMS 1, AND 2 OR 10 (WHICHEVER WAS THE IDENTIFIER) AND 7-9 VERIFIED CORRECT, EXCEPT

All available SMRS enclosed. Vet filed claim at separation at VARO nearest Ft Sam Houston TX.

1. BANERJEE, URMILA

000325

ENCLOSURES ( )X-RAYS ( )CLINICAL RECORDS
HEALTH RECORDS ( )DENTAL RECORDS
ENTRANCE PHYSICAL ( )MEDICAL RECORDS
SEPARATION PHYSICAL ( )OTHER RECORDS

SIGNATURE AND TITLE AC

DATE 9/27/96

VA5 BCI 7-9-98

ROUT/COLOR-CODE............C/O DATE............SEARCHER..........ADDRESS-CODE 13

SSAN/SN [redacted] NAME BANERJEE URMILA SVC-CODE AR A REGISTRY-NO. 9 065 411

RUN DATE 07/06/98
RUN TIME 23.40
RUN PAGE 00126
INQ PAGE 00001

******************REQUEST FOR INFORMATION VA FORM 70-3101-4 JUL 1986****************

DATE 06-30-98
TYPE-OF-REQUEST SUPPLEMENTAL
TYPE-OF-CLAIM DISABILITY
DATA-REQUESTED OTHER

VA-INS-NO.
1.NAME CHATTERJEE,URMILA
2.SSAN [redacted]
3.SERVICE-BRANCH ARMY
4.DATE-OF-BIRTH [redacted]
5.PLACE-OF-BIRTH
6.DATE-OF-DEATH

VA-FILE-NO. 142 80 376

VETERANS ADMINISTRATION (460)
1601 KIRKWOOD HGWY
WILMINGTON DE 19805

ORIGINATING-UNIT ADJUDICATION 2111

| 7. ENT ACT DUTY | 8. SEP ACT DUTY | 9. CHAR | 10.SVC NUMBER | 11. LAST GRADE, RATE, RANK, AND/OR ORGANIZATION | 12.SEP FORM ON FILE |
|---|---|---|---|---|---|
| A 10-09-90 | 06-24-91 | HON | [redacted] | E-4 US ARMY | YES |
| B | | | | | |

13.SUBSEQUENT-RES/RET-STATUS NONE 14.TERMINAL-DATE 15.RET-STATUS

16.ALLEGED DISEASE/INJURY 17.TREATMENT-DATES 18.PLACE-OF-TREATMENT 19.TYPE
A

20.PLEASE PROVIDE A COMPLETE COPY OF THE MILITARY FILE. MICROFICHE IS ACCEPTABLE. WE MUST HAVE ALL AVAILABLE DOCUMENTS TO PROCESS CLAIM.

( ) AVAILABLE REQUESTED RECORDS FORWARDED.

( ) ITEMS 1, AND 2 OR 10 (WHICHEVER WAS THE IDENTIFIER) AND 7-9 VERIFIED CORRECT.

( ) ITEMS 1, AND 2 OR 10 (WHICHEVER WAS THE IDENTIFIER) AND 7-9 VERIFIED CORRECT, EXCEPT

DA form 2-1

ENCLOSURES ( )X-RAYS ( )CLINICAL RECORDS . SIGNATURE AND TITLE . DATE
( )HEALTH RECORDS ( )DENTAL RECORDS .
( )ENTRANCE PHYSICAL ( )MEDICAL RECORDS .
( )SEPARATION PHYSICAL (X)OTHER RECORDS .

Nap 7/20/98

000326

PREPARED 91 MAR 27
FPA MG

PERSONNEL QUALIFICATION RECORD, PART I

VOUCHER NO MG7I

## SECTION I - PERSONAL DATA

| | | | | | |
|---|---|---|---|---|---|
| * 1.NAME: | BANERJEE URMILA | * 6.RACE/CODE: | ASI-MO M | 11.ETH GRP/CODE: | OTHER X |
| * 2.SSN: | [redacted] | 7.DATE OF BIRTH: | [redacted] | 12.CITZSHP/CODE: | NA Y |
| * 3.VSSSN CODE: | V | 8.NUMBER DEPENDENTS: | 00 | 13.MRTL STS/CODE: | SINGLE S |
| * 4.MPC/CODE: | ENLISTED E | 9.NO ACMP CSDEP PCS: | 00 | 14.REL PREF/CODE: | NO-REL-PREF 01 |
| * 5.SEX/CODE: | FEMALE F | 10.NO ACMP NCSDEP PCS: | 00 | 15.SSN-MIL-SPOUSE | |
| | | | | 16.MIL-PERS-CLASS-AD-SPOUSE: | |
| | | | | 17.DOD-COMP-AD-SPOUSE: | |

## SECTION II - QUALIFICATION DATA

| | | | | | |
|---|---|---|---|---|---|
| * 1.GRADE/CODE: | PFC3 | 15.PROMOTION IND: | | 29.SQT RATING/CODE: | |
| * 2.DATE OF RANK: | 901009 | 16.DUAL SVC GRADE/CODE: | | 30.SQT SCORE | |
| * 3.SVC COMP/CODE: | REG R | 17.DUAL SVC COMP/CODE: | | 31.PROM PTS-C/DATE: | |
| * 4.PMOS/ASI: | 91Q0000 | 18.SMOS/ASI: | 00000 00 | 32.PROM PTS-P/DATE: | |
| * 5.FIRST-LANG/CODE: | NONE YY | 19.DUTY MOS/ASI: | 00000 00 | 33.REEN ELIG/INELIG: | ELIG-REENLIST 10 |
| * 6.SECD-LANG/CODE: | NONE YY | 20.BONUS MOS/EFF DATE: | | 34.PER SCTY INV INIT/DATE: | |
| 7. | | 21.PROM/PROG MOS: | | *35.PER SCTY INV COMP/DATE: | |
| 8. | | 22.SP-DY-ASG-PAY-STATS: | SDA-NONE | *36.FLD DETMD PER SCTY STS: | INVALID CODE |
| * 9.PULHES: | 111121 | 23.SPAY1/SPAY2: | | 37.DPT DETMD PER SCTY STS: | INVALID CODE |
| *10.PHYS CAT CODE: | B | 24.IPAY1/IPAY2: | | 38.PER RLBTY PGM ASGN STS: | NONE Y |
| 11.GT SCORE: | 122 | 25.SQT MOS: | | 39.PERS SCTY INV INIT STS: | INVALID CODE |
| 12.OJT COMP DATE: | | 26.SQT DATE-1: | | *40.PERS.SCTY INV COMP STS: | INVALID CODE |
| 13.MIL EDUC/CODE: | | 27.SQT DATE-2: | | | |
| 14.CIV EDUC/CODE: | COLL GRADN | 28.SQT PERCENTAGE: | % | | |

## SECTION III - UNIT DATA

| | | | | | |
|---|---|---|---|---|---|
| * 1.UPC: | 3V77F | * 4.ARRIVAL DATE: | 910212 | 7.LOSING UPC: | 3VSAA |
| * 2.UNIT NAME: | W3VZ CO B-187TH TRAINEES | * 5.DEPART DATE: | | 8.REGT AFFIL: | |
| * 3.REPORT DATE: | 910212 | * 6.GAINING UPC: | | 9.REGT HOMEBASE: | |

## SECTION IV - SERVICE DATA

| | | | | | |
|---|---|---|---|---|---|
| 1.PEBD: | 901009 | 11.DATE ELIG GCMDL: | 9310 | 21.YR MO HIV SRCN TEST LAST ADMIN: | |
| 2.BASD: | 901009 | 12.FHA ELIG IND: | NONE | | |
| 3.ETS: | 961008 | 13.DLOS: | | | |
| 4.CURR TERM SVC/CODE: | 71-83 MONTHS 6 | 14.DROS/DEROS: | N/A | | |
| 5.DELAY IN SEP/CODE: | NONE | 15.AEA/TERM DATE: | B | | |
| 6.DATE LAST PCS: | 9102 | 16.LAST CBT TOUR/DATE: | NONE Z | | |
| 7.DATE OF LAST EER: | | 17.CURR/LAST FST/CODE: | NO PRIOR OS SVC Z | | |
| 8.EER DATE VERIF: | | 18.TRAVEL STATUS: | | | |
| 9.DATE OF LAST PHOTO: | | 19.OVERSEAS PREF/CODE: | 1.EUROPE OE 2.HI 15 3.ANDORRA AN | | |
| 10.DATE ELIG AFRM: | | 20.CONUS PREF/CODE: | CALIFORNIA 06 | | |

## SECTION V - POSITION DATA

| | | | | | |
|---|---|---|---|---|---|
| 1.POSITION NO: | 9996 | 4.AUTH MOS/ASI: | | 7.RQRD-LANG/CODE: | |
| 2.POSITION TITLE: | TEMPORARY STATUS | 5.AUTH GRADE/CODE: | | | |

## SECTION VI - LOCAL DATA

DA FORM 2A (01 MAR 86) (ASTERISKS INDICATE WARTIME DATA ELEMENTS)

**STATEMENT FOR ENLISTMENT**
**UNITED STATES ARMY ENLISTMENT OPTION**
**US ARMY DELAYED ENLISTMENT PROGRAM**

For use of this form, see AR 601-201; the proponent agency is the Office of the Deputy Chief of Staff for Personnel.

1. ACKNOWLEDGEMENT: In connection with my enlistment into the United States Army Reserve, I hereby acknowledge that:

a. My enlistment in the US Army Reserve obligates me to a total of 8 years service in the US Armed Forces, including service in the Reserve components, unless sooner discharged by proper authority. Fulfillment of this obligation begins on the date I enlist in the Delayed Entry Program.

b. I will be assigned to the US Army Reserve Control Group *(Delayed Entry)*, during which time I will be in a nonpay status and will not be authorized to participate in any Reserve training.

c. I volunteer to serve on active duty for two years in any job assignment specified by the Army, such period to begin within 294 days unless I enlist into the Regular Army, or I am granted further delay by proper authority.

d. In lieu of performing the active duty specified in c above, I may enlist into the Regular Army for a period of 6 Years 00 Weeks with the following understanding:

(1) Upon enlistment into the Regular Army, I will be enlisted under the provisions of Army Regulation 601-210, option or options as indicated below:

— Option 9- 3 TITLE US ARMY TRAINING OF CHOICE

— Option 9- 27 TITLE US ARMY LOAN REPAY (LRP) Assoc Opt

— Option 9- NA TITLE

— Option 9- NA TITLE

*(enter appropriate primary option and indicate all associated options)*

(2) If enlisting for an Army school course I have been assured of attending the school course for MOS or CMF:

91F10 TITLE Psychiatric Specialist

*(enter military occupational specialty or career management field & title)*

(3) In the event through no fault of my own that my enlistment option, school course, or training of my choice is cancelled or otherwise not available before I enlist into the Regular Army, I will elect one of the following alternatives:

(a) I will elect another option, school course or training of my choice for which I am qualified and a vacancy exists.

(b) I will be separated from the Delayed Entry Program.

(4) The date of my enlistment into the Regular Army is scheduled for: 7 FEB 1991.

(5) In the event that I willfully fail to report for active duty on the date specified in (4) above and on my DD Form 4 enlistment contract I understand that I will be in an Absent Without Leave Status *(AWOL)* and subject to apprehension in accordance with article 86 and if appropriate article 85 *(deserter)* of the Uniform Code of Military Justice.

(6) I further certify that I am currently enrolled as a senior in high school and I understand that my enlistment into the Delayed Entry Program is contingent upon my successful completion of high school. NA *(Initials)*

(7) I understand that the course I have selected requires me to present proof in the form of a transcript or letter from school officials stating I have successfully completed a course or courses of instruction in

*(enter Subject(s), i.e., Math, Science, etc.)*

(8) I certify that I have read or have viewed the Job Description for the MOS I am enlisting for and further acknowledge that I understand the general nature of the training I will receive. VB *(Initials)*

000328

DA FORM 3286-59/1, MAY 86

ANNEX A

STATEMENT FOR ENLISTMENT — CONTINUED

(9) I also acknowledge that if I am qualified and I am enlisting for an MOS or CMF that has a Cash Bonus, that the bonus amount authorized on my enlistment into the Regular Army will be the amount authorized upon my entry into the Delayed Entry Program. Further I understand that the Bonus for my CMF/MOS on this date is $ NONE / U.B. (Amount/Initials) *(Note: If enlisting for an MOS which has a Cash Bonus and applicant declined such bonus the word "Declined" is entered in the Amount Block. If no bonus authorized enter "NONE").* If the word declined is entered above I hereby state I was offered an enlistment option for a bonus and declined such option.

(10) If I have enlisted for guaranteed 1st assignment of Europe, I understand that should I acquire a dependent prior to my active duty date, I will no longer be qualified for a guaranteed assignment to Europe. *(This does not preclude assignment to Europe at the discretion of the Army)*

(11) I certify I have provided my recruiter and counselor all information required on my application for enlistment, further, I have not concealed any medical information and I further state that no person has advised me to conceal any information with respect to my enlisment.

2. UNDERSTANDING: I understand that in the event the Secretary of the Army determines that military necessity of a national scope requires that service members be available for immediate assignment/reassignment, any guarantees contained in this agreement may be terminated. Under these conditions I may be assigned or reassigned according to the needs of the Army.

I have read and understand each of the statements above and in the DD Form 1966 series, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment. Any other promise or representation of commitments made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived *(if none, write "NONE").* NONE

Contract Control Number ~~CCN~~: 4388881D

ANNEX A

AUTHENTICATION

| SIGNATURE OF GUIDANCE COUNSELOR *(Witness)* | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| [signature] | x Urmila Banerjee | 90 04 18 |
| TYPED NAME, GRADE, AND SSN OF COUNSELOR | TYPED NAME, SSN OF APPLICANT | DATE |
| [illegible] Sykes E-7 | URMILA BANERJEE | 90 04 18 |

T504

# VETERANS' EDUCATIONAL ASSISTANCE ACT OF 1984 (NEW GI BILL)

(Chapter 30, Title 38, U.S. Code)

*Privacy Act Statement*

**AUTHORITY:** Chapter 30, Title 38, US Code, Sections 1411 and 1412; and EO 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE:** To establish eligibility to participate in the Veterans' Educational Assistance Act of 1984 (New GI Bill.)

**ROUTINE USES:** Information will be used as a source document indicating participation status of each service member in the New GI Bill Educational Benefits Program.

**DISCLOSURE:** Disclosure of your social security number and other personal information is voluntary. However, this form CANNOT be processed if requested information is not provided.

**1. SERVICE MEMBER**

a. NAME (Last, First, Middle Initial): BANERJEE Urmila

b. SOCIAL SECURITY NUMBER (SSN): [redacted]

**2. STATEMENT OF UNDERSTANDING**

a. I am eligible for the New GI Bill based on my initial entry on active duty on or after July 1, 1985.

b. I understand that I am automatically enrolled and that I have the option to disenroll. (See paragraph 3 or 4)

c. If I disenroll, I must do so on the date designated by my service.

d. I am a Service academy or ROTC scholarship graduate and I am NOT ELIGIBLE for the New GI Bill. (X if applicable) → [ ]

e. I understand that if enrolled in the New GI Bill, my basic pay will be reduced $100 per month for EACH of the first full 12 months of active duty and CANNOT BE REFUNDED, SUSPENDED OR STOPPED.

f. I must complete three years of active duty service before I am entitled to $300 per month for 36 months.

g. If I have a two year obligation, I understand that I must complete two years of active duty to receive $250 per month for 36 months.

h. I must complete two years of active duty service and join the Selected Reserve for a minimum four year service agreement before I am entitled to $300 per month for 36 months.

i. If a non-high school graduate, I must complete all requirements for a high school diploma (or an equivalency certificate) before completion of my initial tour in order to qualify for the New GI Bill.

j. I must use my benefits within 10 years of my separation or discharge from active duty for the entitlement in paragraph 2.g., or complete my Selected Reserve obligation for the entitlement in paragraph 2.h.

k. I must receive an honorable discharge for service which established entitlement to the New GI Bill.

l. SERVICE MEMBER

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| BANERJEE Urmila | E-3 | x Urmila Banerjee | 901009 |

m. WITNESSING OFFICIAL

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| Tynan Steve | E-7 | [signature] | 901009 |

**3. STATEMENT OF ENROLLMENT**

I am enrolling in the "New GI Bill" and ACCEPT THE TERMS OF 2.a. through k.

a. SERVICE MEMBER

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| BANERJEE VRMILA | E3 | Urmila Banerjee | 910102 |

b. WITNESSING OFFICIAL

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| Jones Letha | GS9 | [signature] | 910102 |

**4. STATEMENT OF DISENROLLMENT**

I do not desire to participate in the New GI Bill. I understand that I WILL NOT be able to enroll at a later date.

a. SERVICE MEMBER

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| | | | |

b. WITNESSING OFFICIAL

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE | (4) DATE SIGNED |
|---|---|---|---|
| | | | |

**5. SERVICE UNIQUE EDUCATION ASSISTANCE OPTIONS**

If I enroll in the New GI Bill, I may be eligible for additional educational assistance based on my military specialty and/or years of service as shown below.

MOS-91Q
6 YRS

000330

DEPARTMENT OF DEFENSE
MILITARY ENTRANCE PROCESSING STATION
1421 CHERRY STREET
PHILADELPHIA, PENNSYLVANIA 19102-1495

ORDERS 198-009

9 OCTOBER 1990

HAVING ENLISTED THIS DATE IN THE US ARMY UNDER THE PROVISIONS OF AR 601-210, YOU ARE ASSIGNED AND WILL REPORT TO 42D AG BN (RECEPTION), FT DIX, NJ

MDC 1AE1

REPORTING DATE: 9 OCTOBER 1990

| NAME | SSN |
|---|---|
| BANERJEE URMILA | [redacted] |
| RHODES STORM M | |
| RONDON DAMARIS | |

FOR THE COMMANDER:

*********************************
* OFFICIAL COPY *
* DEPARTMENT OF DEFENSE *
* PHILADELPHIA MEPS *
*********************************

MICHAEL J LONG
CPT, USA
OPERATIONS OFFICER

DISTRIBUTION:
EA INDIV INDIC (1)
EA INDIV TNG STA ENL PACKET (7)
CDR, USAEREC, EA INDIV INDIC (1)
SPONSORING RCTG SVC CDR (3)
TRAVEL SECTION (1)
FILE (1)

# APPLICATION FOR IDENTIFICATION CARD

RA 283907Z-504

NAME:
BANERJEE URMILA

\########################################################
\# TO BE FILLED IN BY ISSUING AUTHORITY
\# DATE ISSUED: EXP DATE: SERIAL NO.:
\#
\# 901012 961008 L690796
\########################################################

MILITARY ADDRESS:
42ND ADJUTANT GENERAL (RECEPTION)
FORT DIX, NEW JERSEY 08640-7400




901012

[redacted]

TYPE OF CARD DESIRED: DA FORM 2A

REASON FOR REQUESTING CARD: INITIAL ISSUE

DATE BIRTH: [redacted]

WEIGHT: 116

HEIGHT: 66

GENEVA CONV CAT: I

COLOR HAIR: BLACK

COLOR EYES: BROWN

BLOOD TYPE: A POS

EXP TERM OF SVC OR OBLIG: 961008

REMARKS:

SIGNATURE OF APPROVING AUTHORITY:

X Urmila Banerjee
SIGNATURE OF APPLICANT:

X Urmila Banerjee
RECEIPT OF CARD IS ACKNOWLEDGED: (Signature)

901012
DATE ACKNOWLEDGED

000332