T504

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331, 32 USC 708, 44 USC 708, 44 USC 3101, and Section 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411 of 10 USC and in Executive Orders 9397, 10450, and 11652.

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U. S. Armed Forces. This information becomes a part of your military personnel records which are used to provide promotion, reassignment, training, medical support, and other personnel management actions for you. Your Social Security Number is necessary to identify you and your records, and to properly report your earnings as a member of the U.S. Armed Forces to the Social Security Administration. The data is FOR OFFICIAL USE ONLY and will be maintained in strict confidence in accordance with Federal law and regulations.

**ROUTINE USES:** To document your enlistment/reenlistment agreement with the U. S. Armed Forces; to record voluntary changes in your enlistment/reenlistment agreement; to determine dates of service and seniority; and for such other routine personnel management actions required to maintain normal career progression as a member of a component of the U. S. Armed Forces.

**DISCLOSURE IS VOLUNTARY:** However, failure to furnish information will result in denial of enlistment or reenlistment.

**A. ENLISTEE / REENLISTEE IDENTIFICATION DATA**

1. NAME *(Last, First, Middle)*: BANERJEE URMILA

2. SOCIAL SECURITY NUMBER: [redacted]

3. HOME OF RECORD *(Street, City, State, ZIP Code)*: [redacted]

4. PLACE OF ENLISTMENT / REENLISTMENT *(Mil. Installation, City, State)*: PHILADELPHIA MEPS PHILADELPHIA PA 19102-1495

5. DATE OF ENLISTMENT/REENLISTMENT *(YYMMDD)*: 90 APR 18

6. DATE OF BIRTH *(YYMMDD)*: [redacted]

| 7. PREV. MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. Total Active Military Service | | | |
| b. Total Inactive Military Service | | | |

**B. AGREEMENTS**

8. I am enlisting/reenlisting in the United States *(list branch of service)* ARMY RESERVE this date for 8 years and ____ weeks beginning in pay grade E-3. The additional details of my enlistment/reenlistment are in Section C and Annex(es) A&B.

a. **FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):** I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYMMDD))* ~~0630 94 FEB 07~~ for enlistment in the Regular component of the United States *(list branch of service)* ARMY for not less than 4 years and ____ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is **NOT** creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: *(If none, so state.)* NONE

000333

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

*(Initials of Enlistee/Reenlistee)* UB

*(Continued on reverse side.)*

DD Form 4/1, MAY 85 *Previous editions are obsolete.*

NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)*
BANERJEE URMILA

SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE
[redacted]

**D. CERTIFICATION AND ACCEPTANCE**

13a. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

**I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW:** *(If none, X "NONE" and initial.)*

[X] NONE U.B. *(Initials of enlistee / reenlistee)*

b. SIGNATURE OF ENLISTEE / REENLISTEE
X Urmila Banerjee

c. DATE SIGNED *(YYMMDD)*
90 APR 18

14a. On behalf of the United States *(list branch of service)* ARMY
I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

SERVICE REPRESENTATIVE INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| TYNAN STEVEN | E- 7 | DISTRICT RCTG COMMAND |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| [signature] | 90 APR 18 | PHILADELPHIA PA 19106 |

**E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
I, URMILA BANERJEE, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
I, ______, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law and regulations. So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
I do hereby acknowledge to have voluntarily enlisted /reenlisted this ______ day of ______ 19______ in the ______ National Guard and as a Reserve of the United States *(list branch of service)* ______ with membership in the ______ National Guard of the United States for a period of ______ years, ______ months, ______ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

18a. SIGNATURE OF ENLISTEE / REENLISTEE
Urmila Banerjee

b. DATE SIGNED *(YYMMDD)*
90 APR 18

19a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

ENLISTMENT / REENLISTMENT OFFICER INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| ENCARNACION CARLOS M | O-2 | PHILADELPHIA MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| Carlos M Encarnacion | 90 APR 18 | PHILADELPHIA PA 19102-1495 |

000334

| NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| BANERJEE URMILA | [redacted] |

**F. DISCHARGE FROM DELAYED ENTRY / ENLISTMENT PROGRAM**

20a. I request to be discharged from the Delayed Entry/Enlistment Program (DEP) and enlisted in the Regular Component of the United States *(list branch of service)* ARMY for a period of 6 years and ____ weeks. No changes have been made to my enlistment options **OR** if changes were made they are recorded on Annex(es) B&C ____ which replace(s) Annex(es) A.

| b. SIGNATURE OF DELAYED ENTRY / ENLISTMENT PROGRAM ENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| | 90 OCT 09 |

**G. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE**

21a. This enlistee is discharged from the Reserve Component shown in item 8 and is accepted for enlistment in the Regular Component of the United States *(list branch of service)* ARMY in pay grade E-3.

SERVICE REPRESENTATIVE INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| MORRIS RENALDO B | E-8 | DISTRICT RECRUITING COMMAND |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| | 90 OCT 09 | PHILADELPHIA PA 19106 |

**H. CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

**22a. IN A REGULAR COMPONENT OF THE ARMED FORCES:**

I, URMILA BANERJEE do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| | 90 OCT 09 |

**23a.** The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

ENLISTMENT OFFICER INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| ECKHARDT MARTHA E | O-3 | PHILADELPHIA MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| | 90 OCT 09 | PHILADELPHIA PA 19102-1495 |

000335

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| BanerJee Urmila (NMN) | [redacted] |

## SECTION III - OTHER PERSONAL DATA

**23. CITIZENSHIP** *(You must provide your recruiter with the necessary documents to confirm your answers.)*

| a. BIRTH CERTIFICATE (1) FILE NUMBER | (2) ISSUING COUNTY | (3) ISSUING STATE | b. NATIVE COUNTRY |
|---|---|---|---|
| | | | INDIA |

| c. IF ALIEN, GIVE ALIEN REGISTRATION NUMBER AND LAST ADDRESS FURNISHED TO IMMIGRATION AND NATURALIZATION SERVICE (INS) | d. DATE/PORT OF ENTRY INTO THE U.S. (If applicable) |
|---|---|
| [redacted] B-5 M.C.D Flats R-Block Greater KAILASH-I New DELHI 110048 INDIA | 860813 |

**24. EDUCATION** *(List all high schools and colleges attended. If none attended, show last school attended.)*

| a. FROM (YYMM) | b. TO (YYMM) | c. NAME OF SCHOOL | d. LOCATION | e. GRADUATE YES | NO |
|---|---|---|---|---|---|
| 8909 | Present | West chester univ. | West chester PA | | X |
| 8709 | 8908 | university Delaware | Newark Delaware | X | |
| 8007 | 8305 | DTEA UNIV DELHI, INDIA | UNIV. DELHI INDIA | X | |

**25. RESIDENCES** *(List all for the last five years or since 13th birthday, whichever is shorter.)*

| a. FROM (YYMM) | b. TO (YYMM) | c. STREET ADDRESS | d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|---|---|---|
| 8608 | PRESENT | [redacted] | | DE | 19810 |
| 7911 | 8605 | M.C.D B-5 FLATS R-Block Greater KaLiLash-I | Greater KaLiLash New DELHI | INDIA | 110048 |
| | | | | | |
| | | | | | |
| | | | | | |

**26. EMPLOYMENT** *(Show all periods of employment and unemployment during the last five years.)*

| a. FROM (YYMM) | b. TO (YYMM) | c. NAME OF EMPLOYER | d. ADDRESS (Include Zip Code) | e. NAME OF IMMEDIATE SUPERVISOR | f. JOB TITLE |
|---|---|---|---|---|---|
| 8909 | PRESENT | WAWA | [redacted] | Bob | Cashier |
| 8709 | 8909 | student — | | — | — |
| 8610 | 8709 | Rollins Truck Leasing | | Monika | Administr[illegible] |
| 8605 | 8610 | student — | — | — | — |

**27. RELATIVES**

| a. NAME (Last, First, Middle Initial) | b. DEPN YES | NO | c. DATE OF BIRTH (YYMMDD) | d. PLACE OF BIRTH | e. PRESENT ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|---|
| FATHER: BanerJee Amalendu | | X | 321014 | INDIA | APT E-2 Wilm DE 3120 [illegible] 19810 | ASIAN INDIAN |
| MOTHER (Maiden Name): Bharati SEN | | X | 401102 | INDIA | APT E-2 Wilm DE 3120 [illegible] 19810 | ASIAN INDIAN |
| SPOUSE (Maiden Name, if applicable): NA | | | | | | |
| CHILDREN: NA | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

000336

DD Form 1966/2, AUG 85 — Previous editions are obsolete.

NAME BANERJEE URMILA

SOCIAL SECURITY NUMBER [redacted]

| | YES | NO |
|---|---|---|
| **28.** Are you now or have you ever been in any regular or reserve branch of the Armed Forces or in the Army National Guard or the Air National Guard? *(Give your recruiter the appropriate DD Form 214 and/or DD Form 215 or NGB Form 22 for review.)* | | U.B |
| **29.** Are you now or have you ever been divorced or legally separated? If "YES," enter in Item 39, "REMARKS," the date, place and court which granted divorce or legal separation. | | U.B |
| **30.** Is any court order or judgment in effect that directs you to provide support for children or alimony? If "YES," enter in Item 39, "REMARKS," the date, place, and court which granted alimony or support, including orders resulting from paternity suits. | | U.B |
| **31.** Have you ever been arrested, apprehended, charged, cited or held by Federal, State, military or other law enforcement or juvenile authorities, regardless of whether the citation was dropped or dismissed or you were found not guilty? Include all courts-martial or non-judicial punishment while in military service. If "YES," enter details in Item 35. | | U.B |
| **32.** As a result of being arrested, apprehended, charged, cited or held by Federal, State, military or other law enforcement or juvenile authorities, have you ever been convicted, fined by or forfeited bond to a Federal, State or other judicial authority or adjudicated a youthful offender or juvenile delinquent (regardless of whether the record in your case has been "sealed" or otherwise stricken from the court record); or have you been released from parole, probation, juvenile supervision or given a suspended sentence or relieved of charges pending on condition that you apply for or enlist in the United States Armed Forces? If "YES," enter details in Item 35. | | U.B |
| **33.** Have you ever been detained, held in, or served time in any jail or prison, reform, or industrial school, or a juvenile facility or institution under the jurisdiction of any city, state, Federal, or foreign country? If "YES," enter details in Item 35. | | U.B |
| **34.** Have you ever been ~~a ward~~ awarded, or are you now under suspended sentence, parole, or probation or awaiting any action on criminal/civil charges against you? If "YES," enter details in Item 35. | | U.B |

**35. LAW VIOLATIONS.** Explain below "YES" answers given in Items 31 through 34 above. (Include all incidents with law enforcement authorities even if the citation or charge was dropped or dismissed or you were found not guilty or you have been told by recruiting personnel or anyone else that the incident was not important enough to list.)

| a. DATE (YYMMDD) | b. NATURE OF OFFENSE OR VIOLATION | c. PLACE OF OFFENSE | d. NAME AND LOCATION OF COURT | e. PENALTY IMPOSED OR OTHER DISPOSITION IN EACH CASE |
|---|---|---|---|---|
| / APPLICANT | | STATES NO LAW | VIOLATIONS | — U.B. / |
| | | | | |
| | | | | |
| | | | | |

**36. CHARACTER AND SOCIAL ADJUSTMENT:** If your answer to every question is truthfully "NO," indicate so in the appropriate space. If your answer is "YES," indicate so in the appropriate space and give details in Item 39, "REMARKS." A "YES" answer will not necessarily disqualify you for enlistment; it will depend on the circumstances surrounding the situation.

| | YES | NO |
|---|---|---|
| **a.** Questions (1), (2), ~~and (3)~~ AND below concern ~~possession~~ SUPPLY OF MARIJUANA OR POSSESSION, supply, use without a prescription of marijuana, narcotics, LSD or other dangerous drugs. A "Yes" answer to (3) has no bearing on your eligibility to enlist or be commissioned but is essential to accurate job classification. Additional screening will occur during basic training or officer training school. | | |
| (1) Have you ever used narcotics, LSD or other dangerous drugs? | | U.B |
| (2) Have you ever been a supplier of narcotics, LSD or other dangerous drugs or marijuana? | | U.B |
| ~~(3) Have you used marijuana at any time in the past six months?~~ | | |
| **b.** Has your use of drugs or alcoholic beverages (such as liquor, beer, wine), ever resulted in your loss of a job, arrest by police, or treatment ~~of~~ FOR alcoholism? OR FOR DRUG ABUSE OR SUSPENSION OR EXPULSION FROM SCHOOL? | | U.B |
| **c.** Are you a homosexual or a bisexual? ("Homosexual" is defined as: sexual desire or behavior directed at a person(s) of one's own sex. "Bisexual" is defined as: a person sexually responsive to both sexes.) | | U.B |
| **d.** Do you intend to engage in homosexual acts (sexual relations with another person of the same sex)? | | U.B |
| **e.** Are you a conscientious objector? That is, do you have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious training or belief? | | U.B |
| **f.** Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | | U.B |
| **g.** Are you now, or have you ever been, a deserter from any branch of the Armed Forces of the United States? | | U.B |
| **h.** Are you now, or have you ever been, a member of the Communist Party or any Communist organization? Are you now, or have you ever been, affiliated with any organization, association, movement, group, or combination of persons which advocates the overthrow of our constitutional form of government or which has adopted the policy of advocating the commission of acts of violence to deny other persons their rights under the Constitution of the United States or which seeks to alter the form of government of the United States by unconstitutional means? *(If "YES," give details in Item 39, "REMARKS.")* | | U.B |

000337

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| BANERJee URMILA | [redacted] |

**37. OTHER BACKGROUND DATA**

| | | YES | NO |
|---|---|---|---|
| a. | Have you ever traveled to, or resided in, a foreign country except as a member of the United States Armed Forces (including dependent travel) performing official duties? *(If "YES," give details in Item 39, "REMARKS.")* | U.B. | |
| b. | Are you the only living child of your parents? | | U.B. |
| c. | Are you now drawing, or do you have an application pending, or approval for: retired pay, disability allowance, severance pay, or a pension from the government of the United States? | | U.B. |
| d. | Have you been enrolled in ROTC, Junior ROTC, Sea Cadet Program, or have you been a member of the Civil Air Patrol? *(If "YES," enter organization and its address in Item 39, "REMARKS.")* | | U.B. |

**38. UNDERSTANDING**

| | | b. APPLICANT'S INITIALS |
|---|---|---|
| a. | I understand that an original enlistment obligates me to serve in the Armed Forces for a period of eight (8) years (active and inactive duty) unless sooner discharged. | U. B. |

## SECTION IV - REMARKS

**39. REMARKS** *(Enter Item(s) being continued.)*

37.A Lived in INDIA NATive Country

E3 is authorized IAW AR 601-210 Table 2-3 Rule E. University of Delaware is listed in the Accredited Institutions of Postsecondary Education book

[illegible]
Guidance Counselor

~~5~~ YES

6 CCN ~~43888870~~

~~43888810~~

CCN-54086535

000338

NAME: BANERJEE URMILA (NMN) | SOCIAL SECURITY NUMBER: [redacted]

## SECTION V - CERTIFICATION

**40. CERTIFICATION OF APPLICANT** *(Your signature in this block must be witnessed by your recruiter.)*

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document: that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less than honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYMMDD)* |
|---|---|---|
| BANERJEE URMILA (NMN) | Urmila Banerjee | 90 04 13 |

**41. DATA VERIFICATION BY RECRUITER** *(Enter description of the actual documents used to verify the following items.)*

| a. NAME *(X one)* | b. AGE *(X one)* | c. CITIZENSHIP *(X one)* |
|---|---|---|
| (1) BIRTH CERTIFICATE | (1) BIRTH CERTIFICATE | (1) BIRTH CERTIFICATE |
| X (2) OTHER *(Explain)* I-551 SS CARD | X (2) OTHER *(Explain)* I-551 | X (2) OTHER *(Explain)* I-551 PASSPORT |
| **d. SOCIAL SECURITY NUMBER** *(X one)* | **e. EDUCATION** *(X one)* | **f. OTHER DOCUMENTS USED** |
| X (1) SSN CARD | X (1) DIPLOMA College | |
| (2) OTHER *(Explain)* | (2) OTHER *(Explain)* | |

**42. CERTIFICATION OF WITNESS**

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand my liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I. D. | e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* |
|---|---|---|---|---|
| DAVIS, CERVANTES E. | E6 | [redacted] | Cervantes E. Davis | 900413 |

**43. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES**

a. SPECIFIC OPTION/PROGRAM ENLISTED FOR *(Completed by Guidance Counselor, MEPS Liason NCO, etc., as specified by sponsoring service - use clear text English.)* TALL AR 601-210 TABLE 9-1 OPTION 9-3 US ARMY TRAINING OF CHOICE; OPTION 9-27 US ARMY LOAN REPAY (HED) ASSOC

b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in Item 43.a. above and annexes attached to my Enlistment/Reenlistment Document *(DD Form 4)*.

c. APPLICANT'S INITIALS: U.B.

**44. CERTIFICATION OF RECRUITER OR ACCEPTOR**

a. I certify that I have reviewed all information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States *(Enter Branch of Service)* ARMY, and certify that I have not made any promises or guarantees other than those listed in Item 43 above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. OR ORGANIZATION | e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* |
|---|---|---|---|---|
| HERRING, JAMES E. | E-7 | [redacted] | James E. Herring | 900418 |

## SECTION VI - RECERTIFICATION

**45. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

a. I have reviewed all information contained in this document this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 45" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| 19B | 901009 |
| 19F | 91910 |
| | |

000339

**d. WITNESS**

| (1) TYPED OR PRINTED NAME | (2) PAY GRADE |
|---|---|
| THOMAS SPIRE | E7 |
| (3) SIGNATURE | |

**e. APPLICANT**

| (1) SIGNATURE | (2) DATE SIGNED *(YYMMDD)* |
|---|---|
| Urmila Banerjee | 901009 |

DD Form 1966/5, AUG 85 — *Previous editions are obsolete.*

NAME BANERJEE Urmila (NMN)

SOCIAL SECURITY NUMBER [redacted]

**NOTE**

USE THIS DD FORM 1966 PAGE ONLY IF EITHER SECTION APPLIES TO THE APPLICANT'S RECORD OF MILITARY PROCESSING.

## SECTION VII - PARENTAL / GUARDIAN CONSENT FOR ENLISTMENT

**46. PARENT / GUARDIAN STATEMENT(S)** *(Line out portions not applicable)*

a. I/we certify that *(Enter name of applicant)* ________________________ has no other legal guardian other than me / us and I / we consent to his / her enlistment in the United States *(Enter Branch of Service)* ________________________

I/we certify that no promises of any kind have been made to me/us concerning assignment to duty, training, or promotion during his/her enlistment as an inducement to me/us to sign this consent. I/we hereby authorize the Armed Forces representatives concerned to perform medical examinations, other examinations required, and to conduct records checks to determine his/her eligibility. I/we relinquish all claim to his/her service and to any wage or compensation for such service.

b. FOR ENLISTMENT IN A RESERVE COMPONENT.

I/we understand that, as a member of a reserve component, he/she must serve minimum periods of active duty for training unless excused by competent authority. In the event he/she fails to fulfill the obligations of his/her reserve enlistment, he/she may be recalled to active duty as prescribed by law. I/we further understand that while he/she is in the ready reserve, he/she may be ordered to extended active duty in time of war or national emergency declared by the Congress or the President or when otherwise authorized by law.

c. PARENT

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) SIGNATURE | (3) DATE SIGNED *(YYMMDD)* |
|---|---|---|
| | | |

d. WITNESS

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) SIGNATURE | (3) DATE SIGNED *(YYMMDD)* |
|---|---|---|
| | | |

e. PARENT

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) SIGNATURE | (3) DATE SIGNED *(YYMMDD)* |
|---|---|---|
| | | |

f. WITNESS

| (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) SIGNATURE | (3) DATE SIGNED *(YYMMDD)* |
|---|---|---|
| | | |

**47. VERIFICATION OF SINGLE SIGNATURE CONSENT**

## SECTION VIII - STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

**48. NAME CHANGE.** If the preferred enlistment name (name given in Item 2) is not the same as on your birth certificate, and it has not been changed by legal procedure prescribed by state law, and it is the same as on your social security number card, complete the following:

| a. NAME AS SHOWN ON BIRTH CERTIFICATE | b. NAME AS SHOWN ON SOCIAL SECURITY NUMBER CARD |
|---|---|
| NA | NA |

c. I hereby state that I have not changed my name through any court or other legal procedure; that I prefer to use the name of ____NA____ by which I am known in the community as a matter of convenience and with no criminal intent. I further state that I am the same person as the person whose name is shown in Item 2.

000340

d. WITNESS

| (1) TYPED OR PRINTED NAME | (2) PAY GRADE |
|---|---|
| | |

(3) SIGNATURE

e. APPLICANT

| (1) SIGNATURE | (2) DATE SIGNED *(YYMMDD)* |
|---|---|
| | |

# STATEMENT FOR ENLISTMENT
## UNITED STATES ARMY TRAINING ENLISTMENT PROGRAM

For use of this form, see AR 601-210, the proponent agency is DCSPER

1. ACKNOWLEDGEMENT: In connection with my enlistment in the Regular Army for the United States Army Training Enlistment Program, I hereby acknowledge that:

a. My enlistment for this program assures me that, provided I meet required prerequisites, I will receive training in the following Military Occupational Specialty *(MOS)* or Career Management Field *(CMF)*:

(Enter MOS or CMF with complete title)

91Q1 PHARMACY SPECIALIST (N/A)

*(If Airborne is required enter Airborne Training; if not enter NA)*

b. I have read, viewed and have had explained to me the general nature of the training I am to receive for the MOS, CMF and, if applicable, the Airborne training above.

c. I understand that I must satisfactorily complete basic combat training in order to receive the training indicated above. Further, I understand that if I should be relieved from training for academic deficiency, disciplinary reasons, failure to receive any required security clearance because of information withheld by me or any misconduct, I will be trained in accordance with the needs of the Army and required to complete the term of my enlistment.

d. I further state and understand that I have been given no guarantee of assignment nor have I been assured that I will or will not be assigned to an overseas location. I understand that upon successful completion of my training I will be assigned in accordance with the needs of the Army and no guarantee of a specific job has been made.

e. If in addition to my MOS training I am required to complete airborne training, I understand that I am volunteering to perform frequent aircraft flights, parachute jumps and to participate in realistic combat training while receiving airborne training or performing Airborne duties. I understand that I I fail to complete airborne training, maintain airborne qualifications or fail to attain or maintain required standards on the advanced physical fitness test, I will be reassigned and trained in accordance with the needs of the Army. *(only applicable for enlistment that includes Airborne Training listed in para Ia.)*

f. If my enlistment is for an MOS that requires language training and I am guaranteed a specific language, that language is specified in paragraph 1a. If no specific language is specified in paragraph 1a, I am not guaranteed a specific language and will be trained in a language in accordance with the needs of the Army.

g. My term of enlistment in the Regular Army is 6 years 00 weeks.

**APPLICABLE TO ALL APPLICANTS ENLISTING UNDER THIS PROGRAM**

2. I understand that if my enlistment contract cannot be fulfilled through no fault of my own, the alternatives available to me will be provided in Army Regulation 635-200. I understand that I will have a period of thirty days from the time I am notified, become aware or reasonably should have become aware that my selected training *(Ia above)* cannot become fulfilled, to elect an alternative training program for which I am qualified and a vacancy exists, or request a separation. This thirty day period my be extended by the General Courts Martial Convening Authority when necessary to determine the availability of my selected alternative. If I make no election within the thirty day period, my claim will be deemed to have been waived.

000341

3. If I fail, through my own fault, to meet any of these established prerequisites for the Nuclear Surety Programs or the required security clearances or fail to meet or maintain required medical, physical, professional, or other suitability standards for training or retention in accordance with my enlistment contract, I will be trained and assigned in accordance with the needs of the Army and required to complete my term of enlistment. I further acknowledge that if I become disqualified for this enlistment program because of personal conduct, withholding of information that I have within my knowledge that precludes access to special intelligence information, I will be retrained and required to complete my term of enlistment in accordance with the needs of the Army.

4. MILITARY SERVICE OBLIGATION UNDERSTANDING: I understand that an original enlistment in the US Armed Forces obligates me to an eight (8) year Military Service Obligation. My term of enlistment in the Regular Army is creditable towards that obligation as was any enlistment in the Delayed Entry Program. In the event that the Secretary of the Army determines that military necessity of a national scope requires that soldiers be available for assignment/reassignment or training, any or all guarantees contained in this agreement may be terminated. Under these conditions I may be trained, assigned or reassigned according to the needs of the Army.

5 I have read and understand the statements above and that these statement are intended to constitute ALL promises and quarantees whatsoever concerning my enlistment. No other (verbal or otherwise) promise or representation not annexed to my enlistment contract is valid or will be honored. I hereby state that I have NOT been promised anything other than what is written on this form and hereby waive any claim based upon any promise or representation not annexed to my contract. I further state than I have provided my recruiter and guidance counselor all information concerning my qualifications and that no official in the US Army or any other agency has advised me to conceal, nor I have concealed information in connection with my enlistment.

**AUTHENTICATION**

| SIGNATURE OF GUIDANCE COUNSELOR | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| [signature] | [signature] | 901009 |
| TYPED NAME, GRADE AND SSN OF COUNSELOR: SSG TYSON E7 [redacted] | TYPED NAME, SSN OF APPLICANT: [handwritten name] [redacted] | DATE: 901009 |
| CCN: (REQUEST) 54088 65385 | ANNEX: C | DATE: 901009 |

000342

REVERSE OF DA FORM 3286-63

☆U.S. Government Printing Office: 1989-261-871/