## STATEMENT OF UNDERSTANDING — CONTINUED

ACKNOWLEDGEMENT/CERTIFICATION:

"I, N/A, am the parent of N/A

and certify that the child*(ren)* has *(have)* been placed in the custody of the other parent or another adult by court order or as provided by state law. I further certify that this custody agreement is intended to remain in full force and effect during the term for which I am now enlisting. I understand that if I regain custody of this *(these)* child*(ren)*, either by court decree, or in accordance with applicable state law, or if the child*(ren)* are residing with me in lieu of the legal custodian, I will be processed for involuntary separation for fraudulent entry unless I can show that the regaining custody is not contrary to the above stated intent; *(e.g., death or incapacity of other parent or custodian)*."

My child*(ren)* are in the custody of: Name N/A

Relationship N/A Address N/A

Signature N/A Witness N/A

7. I have read, acknowledge and fully understand the information above.

Annex B 000343

AUTHENTICATION

| TYPED NAME, RANK AND SSN OF GUIDANCE COUNSELOR | SIGNATURE OF GUIDANCE COUNSELOR | DATE |
|---|---|---|
| [illegible], JAMES E. SFC [redacted] | [illegible] | [illegible]18 |
| **TYPED NAME AND SSN OF APPLICANT** | **SIGNATURE OF APPLICANT** | **DATE** |
| URMILA BANERJEE [redacted] | [illegible] | [illegible] |

DA FORM 3286-61/3, MAY 86

STATEMENT OF UNDERSTANDING — CONTINUED

(2) The Army places a high value on the rights of its soldiers to observe the tenents of their respective religions.

(3) Unit commanders are authorized to initially approve or deny requests for accommodation of religious practices. Conditions of accommodation may change based on military need.

(4) Policy guidelines are contained in AR 600-20 and AR 165-20 which my guidance counselor has available for me to read.

(5) I understand that the Army cannot guarantee accommodation of religious practices.

b. I further state that I have been given the opportunity to read or I have read the policy in AR 600-20 and AR 165-20.

4. I have read the following statement*(s)* of understanding which apply to my enlistment.

a. Statement of Understanding for USAR commissioned/warrant officers. I understand that I will automatically vacate my reserve commission/warrant, if I enlist in the Delayed Entry Program. NA *(Initials)*

b. Statement of Understanding for ESL enlistee. I understand that I will be required to undergo English language training at the Defense Language Institute, English Language Center, Lackland Air Force Base, Texas, and that failure to attain an ECLT score of 70 by completion of training will result in separation from the Army. NA *(Initials)*

c. Statement of Understanding for prior service enlistee. I understand that if I have enlisted for an MOS that is taught in the OSUT mode, I may be required to complete all or a portion of Basic Training, regardless of the period of my break in service. NA *(Initials)*

d. Statement of Understanding. I understand that I will be given a Pre-Basic Training Physical Fitness Test during my first 3 days at the Reception Station. Should I fail to meet the minimum requirements, I will be placed in a Fitness Training Unit *(FTU)* for a period not to exceed 3 weeks or until I can attain the minimum physical standards to enter Basic Training. U.B. *(Initials)*

1 push-up

5. Military Entrance Physical Strength Capacity Test *(MEPSCAT)* STATEMENT OF UNDERSTANDING: *(Applicable only to applicants not meeting MEPSCAT)*

a. I understand that the physical strength demands rating was developed to keep persons from being enlisted into MOS they may have difficulty performing as a result of physical requirements. My Military Entrance Physical Strength Capacity Test *(MEPSCAT)* indicated that I am unable to satisfy the physical strength requirements of MOS NA

1 push-up

b. Having been advised that I lack the physical strength for this MOS, I elect to be enlisted and trained in this MOS.

c. I understand that if I cannot perform the duties prescribed for MOS NA, which I have read or viewed, I will be trained in and reclassified to another MOS in accordance with the needs of the Army. I understand that this training/reclassification will not give me a right to an early discharge or otherwise relieve me of any obligations I have under my enlistment agreement. NA *(Initials)*

d. I also understand that if I have enlisted under option 9-17, US Army cash bonus enlistment option, I am also subject to the provisions of subparagraph *(4)* and *(6)* of that option and may not be paid the bonus or may be required to repay any bonus already paid or any unearned portion thereof. NA *(Initials)*

6. This statement will be completed for applicants enlisting in the Regular Army who have no spouse and have surrendered custody of dependents. *(Enter NA if not applicable)*

000344

DA FORM 3286-61/2, MAY 86

**STATEMENT OF UNDERSTANDING**

*(ARMY POLICY)*

For use of this form, see AR 601.210; the proponent agency is the Office of the Deputy Chief of Staff for Personnel.

1. SURE PAY:

a. As part of my enlistment contract, I hereby acknowledge and agree that I have the duty, as explained below, to establish and maintain an account with a United States financial institution *(such as a bank, savings and loan, or credit union)* for the direct deposit of my Army net pay and allowances.

b. I understand that within 3 months after completion of BT/AIT, or arrival at my first duty station, whichever is later, I am required to do the following:

(1) Establish an account with a US financial institution for direct deposit of my Army net pay and allowances, and

(2) Execute the approrpiate forms at my finance office to ensure that my Army net pay and allowances are deposited directly into my account.

c. I understand I may freely choose or change US financial institutions to satisfy this requirement.

d. I understand that I will continue to have the duty to maintain such an account for direct deposit of my Army net pay and allowances so long as I remain on active duty, unless I receive a specific exemption from this requirement from the Army.

e. I understand that failure to perform the duty of establishing and maintaining such an account, in the absence of a specific exemption, may subject me to administrative action and/or disciplinary action under the Uniform Code of Military Justice.

2. ALCOHOL AND DRUG ABUSE:

a. I understand that the Army's policy on alcohol and drug abuse is as follows:

(1) The Army must prevent alcohol and drug abuse in order to perform its mission to defend the United States, to ensure its combat readinesss, and to protect the health and welfare of its soldiers.

(2) I understand that service in the United States Army places me in a position of special trust and responsibility.

(3) Any drug or alcohol abuse by members of the United States Army is against the law, violates Army standards of behavior and duty performance, and will not be tolerated.

(4) The use of narcotics, dangerous drugs, or marijuana can seriously harm my health and safety and the health and safety of other soldiers.

(5) The use of narcotics, dangerous drugs, or marijuana by soldiers can lead to criminal prosecution and/or discharge under other than honorable conditions.

(6) If I am identified for either alcohol or drug abuse, including the use or possession of marijuana, appropriate disciplinary and/or administrative action may be taken against me. This may include trial by court-martial or administrative separation from the Army.

b. I understand that certain MOSs in the Army cannot be performed by persons who have used marijuana or other drugs. If it is established that I have used drugs or marijuana and that usage disqualifies me for the MOS for which I entered the Army or have been awarded, I may be reclassified into another MOS.

3. RELIGIOUS PRACTICE ACCOMMODATION:

a. I understand the following policy on accommodation of religious practices in the Army:

(1) Department of the Army policy is to accommodate religious practices when accommodation will not have an adverse impact on military readiness, unit cohesion, standards, health, safety or discipline.

000345

ANNPKB

DEPARTMENT OF THE ARMY

Enlistment Date

[illegible] reservist's name and SSN, having [illegible] Entry Program (DEP) on 18 Apr 90 (date) [illegible] (date) do hereby initiate [illegible] 3 Feb 91 [illegible] My desired active duty [illegible] active duty date [illegible] will END [illegible] college [illegible]

[illegible] the original enlistment option for [illegible] request for an earlier active duty [illegible] that same option is available to me in connection with [illegible] date

[illegible] reason for this request is Severe Family Disagreements Problems & Upsets [illegible] Productively Due To These [illegible] (additional space is required) Tensions

[illegible] signature [illegible]

900629

STEVE TYNAN SFC
(Type/print name and signature of senior guidance counselor)

(Name of approving authority, DRC/RRC Commander)

(Date)

One copy of this request will be attached to the enlistment orders and placed in the reservist's enlistment file maintained at the DRC. A second copy will be included in the enlistment file forwarded to the reception station.

NOTE: This form is used as exception to policy only. See special instructions on reverse side

[illegible] 7 Mar 80

000346

**STATEMENT FOR ENLISTMENT**
**UNITED STATES ARMY ENLISTMENT OPTION**
**US ARMY DELAYED ENLISTMENT PROGRAM**

For use of this form, see AR 601-201; the proponent agency is the Office of the Deputy Chief of Staff for Personnel.

1. ACKNOWLEDGEMENT: In connection with my enlistment into the United States Army Reserve, I hereby acknowledge that:

a. My enlistment in the US Army Reserve obligates me to a total of 8 years service in the US Armed Forces, including service in the Reserve components, unless sooner discharged by proper authority. Fulfillment of this obligation begins on the date I enlist in the Delayed Entry Program.

b. I will be assigned to the US Army Reserve Control Group *(Delayed Entry)*, during which time I will be in a nonpay status and will not be authorized to participate in any Reserve training.

c. I volunteer to serve on active duty for two years in any job assignment specified by the Army, such period to begin within 174 days unless I enlist into the Regular Army, or I am granted further delay by proper authority.

d. In lieu of performing the active duty specified in c above, I may enlist into the Regular Army for a period of 6 Years ØØ Weeks with the following understanding:

(1) Upon enlistment into the Regular Army, I will be enlisted under the provisions of Army Regulation 601-210, option or options as indicated below:

— Option 9- 3 TITLE US Army Training of Choice

— Option 9- ______ TITLE NA

— Option 9- ______ TITLE NA

— Option 9- ______ TITLE NA

*(enter appropriate primary option and indicate all associated options)*

(2) If enlisting for an Army school course I have been assured of attending the school course for MOS or CMF:

91Q1 TITLE Pharmacy Specialist

*(enter military occupational specialty or career management field & title)*

(3) In the event through no fault of my own that my enlistment option, school course, or training of my choice is cancelled or otherwise not available before I enlist into the Regular Army, I will elect one of the following alternatives:

(a) I will elect another option, school course or training of my choice for which I am qualified and a vacancy exists.

(b) I will be separated from the Delayed Entry Program.

(4) The date of my enlistment into the Regular Army is scheduled for: Sept 1990

(5) In the event that I willfully fail to report for active duty on the date specified in (4) above and on my DD Form 4 enlistment contract I understand that I will be in an Absent Without Leave Status *(AWOL)* and subject to apprehension in accordance with article 86 and if appropriate article 85 *(deserter)* of the Uniform Code of Military Justice.

(6) I further certify that I am currently enrolled as a senior in high school and I understand that my enlistment into the Delayed Entry Program is contingent upon my successful completion of high school. N/A *(Initials)*

(7) I understand that the course I have selected requires me to present proof in the form of a transcript or letter from school officials stating I have successfully completed a course or courses of instruction in: Algebra & Chemistry Transcripts

*(enter Subject(s), i.e., Math, Science, etc.)*

(8) I certify that I have read or have viewed the Job Description for the MOS I am enlisting for and further acknowledge that I understand the general nature of the training I will receive. X VB *(Initials)*

000347

DA FORM 3286-59/1, MAY 86 ANNEX ____

STATEMENT FOR ENLISTMENT — CONTINUED

(9) I also acknowledge that if I am qualified and I am enlisting for an MOS or CMF that has a Cash Bonus, that the bonus amount authorized on my enlistment into the Regular Army will be the amount authorized upon my entry into the Delayed Entry Program. Further I understand that the Bonus for my CMF/MOS on this date is $ None V.B. (Amount/Initials) *(Note: If enlisting for an MOS which has a Cash Bonus and applicant declined such bonus the word "Declined" is entered in the Amount Block. If no bonus authorized enter "NONE").* If the word declined is entered above I hereby state I was offered an enlistment option for a bonus and declined such option.

(10) If I have enlisted for guaranteed 1st assignment of Europe, I inderstand that should I acquire a dependent prior to my active duty date, I will no longer be qualified for a guaranteed assignment to Europe. *(This does not preclude assignment to Europe at the discretion of the Army).*

(11) I certify I have provided my recruiter and counselor all information required on my application for enlistment, further, I have not concealed any medical information and I further state that no person has advised me to conceal any information with respect to my enlisment.

2. UNDERSTANDING: I understand that in the event the Secretary of the Army determines that military necessity of a national scope requires that service members be available for immediate assignment/reassignment, any guarantees contained in this agreement may be terminated. Under these conditions I may be assigned or reassigned according to the needs of the Army.

I have read and understand each of the statements above and in the DD Form 1966 series, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment. Any other promise or representation of commitments made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived *(if none, write "NONE").*

Contract Control Number CCN: 54086535

None

Annex A 000348

AUTHENTICATION

| SIGNATURE OF GUIDANCE COUNSELOR (Witness) | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| [signature] | x Urmila Banerjee | [illegible] |
| TYPED NAME, GRADE AND SSN OF COUNSELOR | TYPED NAME, SSN OF APPLICANT | DATE |
| [handwritten] | Urmila Banerjee | [illegible] |

**SERVICE MEMBER'S STATEMENT CONCERNING COMPENSATION FROM THE VETERANS ADMINISTRATION**

For use of this form, see AR 635-10; the proponent agency is MILPERCEN.

DATE: 21 JUNE '91

1. PLACE OF SEPARATION *(Hospital or other separation activity)*

HEADQUARTERS FORT SAM HOUSTON, ATTN: AFZG-PA-APTP, FORT SAM HOUSTON, TEXAS 78234-5000

2. INSTRUCTIONS FOR PERSONNEL BEING SEPARATED

a. Each member being processed for separation from active military service for any reason who has undergone prolonged hospitalization, or suffered from wounds, injury or disease while in service, is advised to apply for compensation from the Veterans Administration by completing VA Form 21-526e. Each member who had a physical defect when entering the service which the member feels was aggravated by military service should file VA Form 21-526e. You are further advised that, if you do not apply for compensation from the Veterans Administration by completing VA Form 21-526e at the time of separation, you may do so at any time thereafter, that, if you do intend to file, it is advisable to do so before you leave the service as at that time your medical records are more easily obtainable and action by the Veterans Administration on your claim will be expedited thereby: and that filing VA Form 21-526e will in no way delay your separation.

b. Each member being discharged or released from active duty who has served at least 180 days and who was not provided a complete dental examination and all appropriate dental services and treatment within 90 days prior to discharge or release may apply for Veterans Outpatient Dental Treatment. Application must be made within 90 days of discharge or release from active duty.

c. When you have read the above paragraphs, check the items in 3.a. and 3.b. below, then complete items 4 and 5.

3.

I am being processed for separation from the Army and have been advised that:

a. I am entitled to file an application for compensation from the Veterans Administration.

I ☒ HAVE ☒ HAVE NOT FILED APPLICATION FOR SUCH COMPENSATION ON VA FORM 21-526e. (U.B.)

☒ I UNDERSTAND THAT I MAY FILE AFTER I SEPARATE FROM THE ARMY.

b. ☒ IF ELIGIBLE UNDER 2B ABOVE, I MAY MAKE APPLICATION TO THE VA FOR VETERANS OUTPATIENT DENTAL TREATMENT. THIS APPLICATION MUST BE MADE WITHIN 90 DAYS OF DISCHARGE OR RELEASE FROM ACTIVE DUTY.

4. NAME, GRADE, AND SSN *(Addressograph plate may be used)*

BANERJEE URMILA E4 [redacted]

5. SIGNATURE OF MEMBER BEING SEPARATED

Urmila Banerjee

*NOTE: When application is filed for compensation on VA Form 21-526e, check documents listed below that have been sent to the Veterans Administration. Appropriate VA Office and address will be shown.*

TO: Veterans Admin Regional Office
1601 Krkwood highway
Wilmington DE 19805

☐ VA FORM 21-526e *(Application for Compensation or Pension from VA)*

☒ A REPRODUCED COPY NO. 3 DD FORM 214 *(Certificate of release or discharge from active duty)*

HEALTH RECORDS INCLUDING THE FOLLOWING:

☐ SF 88 *(Report of Medical Examination)* — ☐ AT ENTRY ☐ AT SEPARATION

☐ SF 93 *(Report of Medical History)* — ☐ AT ENTRY

☐ SF 600 *(Health Record—Chronological Record of Medical Care)*

☐ SF 603 *(Health Record—Dental)*

for JOHN CANO
Chief, Transition Pt

☐ Other *(Specify)*

ACTION HAS BEEN TAKEN TO TRACE THE MISSING RECORDS NOT CHECKED ABOVE — ☐ YES ☐ NO
*(State reason if action has not been taken)*

PREPARATION AND DISTRIBUTION

Prepare in ORIGINAL only if a claim is not filed and place ORIGINAL in DA Form 201.
Prepare in DUPLICATE when a claim is filed or in all cases of physical disability separation.
Forward DUPLICATE copy with Health Records.

000349

DA FORM 664 APR 82 EDITION OF 1 JUL 79 IS OBSOLETE.

☆ U.S.G.P.O.: 1988 - 201-424/80201

"REPRODUCED AT GOVERNMENT EXPENSE"

| NAME (LAST, FIRST, MI) | SSN | COMPONENT/GRADE/RANK (Pencil) | EDUCATION LEVEL (Pencil) |
|---|---|---|---|
| BANERJEE URMILA | [redacted] | RA SPC E4 | B.A. 2 semester's M.A. |

PERMANENT MAILING ADDRESS (Pencil)

UNIT (PENCIL) E-187, MED. BN.

WORK PHONE (PENCIL) 221 2139

| BPED | BSAD | DEROS | ETS |
|---|---|---|---|
| 8 OCT '90 | | | 24 JUNE '91. |

| | MOS | TITLE | ASI |
|---|---|---|---|
| PRIMARY | | | |
| SECONDARY | | | |
| DUTY | | | |

PROGRAM ELIGIBILITY/PARTICIPATION (PENCIL)

| PROGRAM | ELIG | PART | PROGRAM | ELIG | PART |
|---|---|---|---|---|---|
| AAP | | | CHAP 30 (NEW GI BILL) | | |
| BSEP I | | | NACF | | |
| BSEP II | | | KICKER AMOUNT | | |
| CSEP I | | | LOAN REPAYMENT | | |
| CSEP II | | | | | |
| ESL | | | | | |
| HSCP | | | | | |
| SOCAD | | | OTHER PROGRAMS | | |
| CHAP 34 (GI BILL) | | | ASEP | | |
| CHAP 32 (VEAP) | | | MOS IMPROVEMENT | | |
| ACF | | | HEADSTART/GATEWAY | | |
| KICKER AMOUNT | | | REFRESHER MAINT | | |

ARMY APPRENTICESHIP PROGRAM (AAP) PARTICIPATION

| DATE ENROLLED | PROGRAM TITLE | PROGRAM NUMBER | SKILL CODE | SPONSOR SERVICE SCHOOL | DATE COMPLETED/ TERMINATED |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| SOCAD HOME INSTITUTION | SOCAD NETWORK CURRICULUM |
| STUDENT AGREEMENT DATE | INITIAL LOCATION |

# ARMY CONTINUING EDUCATION SYSTEM (ACES) RECORD

For use of this form, see AR 621-5; the proponent agency is DCSPER

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

AUTHORITY: Title 10, United States Code, Section 4302, "Enlisted Members of Army - Schools."

PRINCIPAL PURPOSE: Cumulative record of individual educational achievement in the Army and a tool to aid the education counselor in helping the individual form educational objectives.

ROUTINE USES: Used as a record of (1) courses in progress or completed; (2) tests taken - including high school and college level tests, interest and aptitude tests; and (3) results of educational counseling sessions, to include actions agreed upon and actions completed. Upon termination of active service this record and its contents become the property of the individual.

DISCLOSURE: Disclosure of information is voluntary. Failure to provide the required information will result in the inability of the Army Continuing Education System to provide appropriate educational services to the individual.

DA FORM 669 MAY 86 EDITION OF 1 JUL 79 IS OBSOLETE.

BSEP/ASEP ENROLLMENTS

| DATE FROM | DATE TO | COURSE OF STUDY | PURPOSE | HOURS | CUM HOURS | DATE COMPLETED |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

000351

ESL/LANGUAGE PROGRAMS

| DATE FROM | DATE TO | LOCATION | COURSE | HOURS OF INSTRUCTION | PRE-TEST SCORE | POST-TEST SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

MILITARY EDUCATION

| DATE | COURSE | HOURS OF INSTRUCTION | SUCCESSFUL COMPLETION (YES/NO) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LEARNING CENTER ENROLLMENTS

| DATE | COMPLETION DATE | ENROLLMENT/PURPOSE | HOURS OF ENROLLMENT | TOTAL HOURS | RESULTS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DA FORM 669, May 86



U.S. GOVERNMENT PRINTING OFFICE: 1987 O - 185-360

| CAREER | | CIVILIAN |
|---|---|---|
| EDUCATION | | |

CERTIFICATES, DEGREES, DIPLOMAS EARNED (YEAR/SCHOOL)

| DATE | COUNSELOR/LOCATION | COUNSELING NOTES |
|---|---|---|
| 19 June 91 | Cotton FSH TX | Counseled concerning VA Benefits Cotton 6/19/91 |

FORM 669, May 86



000352

NAME (LAST, FIRST, MI): BANERJEE URMILA

PERMANENT MAILING ADDRESS (Pencil): 120 NAAMANS RD. APT. E2, WILMINGTON, DE 19810

SSN: [redacted]

COMPONENT/GRADE/RANK (Pencil): [illegible] E4

EDUCATION LEVEL (Pencil): B.A. & 2 semesters M.A.

## COURSE ENROLLMENTS

| DATE FROM/TO | NUMBER/TITLE | CREDIT SEM | CREDIT QTR | CREDIT OTH | GRADE | SOCAD | SCHOOL | FUNDING 75 | FUNDING 90 | FUNDING VA | FUNDING OTH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

## REQUESTS FOR ARMY/AMERICAN COUNCIL ON EDUCATION REGISTRY TRANSCRIPTS

| LOCATION | DATE SENT | COLLEGE SENT TO |
|---|---|---|
| LOCATION | DATE SENT | COLLEGE SENT TO |
| LOCATION | DATE SENT | COLLEGE SENT TO |

## RECORD OF TESTS TAKEN

| ASVAB | | AFCT | | AFCT RETEST | |
|---|---|---|---|---|---|
| DATE | | DATE | | DATE | |
| GT | EL | GT | EL | GT | EL |
| CL | MM | CL | MM | CL | MM |
| GM | SC | GM | SC | GM | SC |
| CO | FA | CO | FA | CO | FA |
| OF | ST | OF | ST | OF | ST |

(Check appropriate box)
☐ GED ☐ CLEP
DATE ________ PLACE ________
FORM ____ ____ ____ ____ ____
1 ____ 2 ____ 3 ____ 4 ____ 5 ____

(Check appropriate box)
☐ GED ☐ CLEP
DATE ________ PLACE ________
FORM ____ ____ ____ ____ ____
1 ____ 2 ____ 3 ____ 4 ____ 5 ____

## BNCOC PRETEST

| DATE | FORM | RESULTS | DATE | FORM | RESULTS |
|---|---|---|---|---|---|
| DATE | FORM | RESULTS | DATE | FORM | RESULTS |

## OTHER TESTS

| DATE | LOCATION | TEST TAKEN | SCORE | CREDIT RECOMMENDATION |
|---|---|---|---|---|
| | | | | |

DA FORM 669, May 86



000353