THIS PAGE LEFT INTENTIONALLY BLANK

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

National Institutes of Health
Bethesda, Maryland 20892-1192
Medical Record Department
Medicolegal Section
10 Center Dr., MSC 1192
Building: 10, Room 1N216
(301) 496-3331
(888) 790-2133 - Toll Free

August 8, 2002

Patient Reference:
URMILA BANERJEE
35-59-48-8

WIDENER UNIVERSITY
SCHOOL OF LAW
ATTN: PROF. THOMAS REED
VETERANS ASSISTANCE PROGRAM
4601 CONCORD PIKE, PO BOX 7474
WILMINGTON, DE 19803-7474

The following is in response to your request of 08/07/02 for the release of confidential information from the Clinical Center (CC) medical record of the patient named above. Copies of medical information from CC medical records are protected under regulations established by the Privacy Act of 1974 which prohibits re-release without the express written consent of the patient to whom it pertains.

- [x] All the requested material is enclosed.
- [ ] The portion of the material you requested that is currently available is enclosed. Additional reports may be available within the next 30 days. If you would like to receive additional materials, please contact us in four weeks and we will provide you with any information that is available.
- [ ] Your request has been referred to the for completion. A reply will be sent under a separate cover with the material requested.
- [ ] Your request could not be honored because, under regulations established by the Privacy Act of 1974, medical information may not be released without the signed consent of the patient, his/her legal guardian, or by court order issued by a judge. An Authorization for the Release of Medical Information is enclosed for your convenience. Please complete the form properly and return it in the envelope provided.
- [ ] Please submit a check or money order in U.S. dollars in the amount of $0.00 made payable to "Medical Records Corporation of Maryland" (Tax ID# 521-312-573).
- [ ] Other:

If you require additional information or assistance, please contact me at the telephone number listed above.

Sincerely,

Nancy Holmfeld

Nancy Holmfeld, R.H.I.A.
Medicolegal Specialist

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

National Institutes of Health
Bethesda, Maryland 20892-1192
Medical Record Department
Medicolegal Section
10 Center Dr., MSC 1192
Building: 10, Room 1N216
(301) 496-3331
(888) 790-2133 - Toll Free

August 8, 2002
Patient Reference: URMILA BANERJEE
35-59-48-8

| Enclosures | Reference | Dates |
|---|---|---|
| Discharge Summary | 07/18/01 | 1/15/02 |
| History and Physical Exam | 07/18/01 | 7/18/01 |
| ECG Results with Tracing | 07/19/01 | 11/2/01 |
| EEG Results | 07/31/01 | 7/31/01 |
| ositron Emission Tomography (PET) Report | 10/09/01 | 10/9/01 |
| adiology Results | 07/19/01 | 11/2/01 |
| Rehabilitation Consult | 07/23/01 | 10/11/01 |
| Permanent Chemistry and Hematology Cumulative Summary | 01/01/75 | 5/30/02 |

| MEDICAL RECORD | INPATIENT RECORD |
|---|---|

Admitted on 07/18/2001
Discharged on 01/15/2002

DICTATOR IDENTIFICATION:

Name: Jose A Apud, M.D.,PH.D, PhD
Office Address: Bldg. 10 Rm. 4N202
Office Telephone: 301 594-6561

REASON FOR HOSPITALIZATION:

The patient is a 35-year-old female originally from India living in the United States since age 20, living at home, with a history of mental disorder since 1990. She has been divorced for many years and unemployed since 1999. Her illness has been characterized by the presence of paranoid ideation, bizarre delusions, auditory hallucinations, and dissociative disorder. She has had at least one episode of severe major depression in the past but no history of manic episodes was reported. She had been admitted on July 27, 2001 to participate in the "Inpatient Evaluation of Neuropsychiatric Patients" protocol.

SIGNIFICANT FINDINGS:

1. Wide Range Achievement Test – Revised (WRAT-R): 111.
2. RBANS: 104.
3. Chest x-ray within normal limits.
4. Electrocardiogram within normal limits.
5. Electroencephalogram report indicates a diffuse background slowing in the frequency of 7-9 Hz possibly secondary to medication. No epileptiform discharges are seen.
6. MRI of the brain within normal limits.
7. MRI of the pituitary gland within normal limits.



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

**MEDICAL RECORD** | INPATIENT RECORD

COURSE IN HOSPITAL:

On admission, the patient was pleasant, cooperative with mild psychomotor retardation, coherent. Her affect was mildly blunted and mood was normal. She denied hearing voices or having paranoid or bizarre delusions at that time. She denied depression and suicidal ideation or plans. She denied mood swings, hypomania or visual, olfactory or gustatory hallucinations. She was alert to time, person and place. Her attention and concentration as well as her memory were unremarkable. She had a good fund of knowledge, good abstract thinking but fair insight.

Her medications included haloperidol, 1 mg three times a day and quetiapine, 200 mg three times a day. Chemistry profile was within normal limits.

Early in her admission she complained of left hip joint pain and an orthopedic consultation was requested. Orthopedics diagnosed her with greater trochanteric bursitis and recommended Naprosyn or Aleve, 500 mg twice a day and suggested physical therapy which she started to do on a regular basis with significant relief of symptoms. On August 9, 2001, she was evaluated by the CORE Team to evaluate her capacity assessment to give informed consent for protocol 89-M-0160 and in that evaluation, even though the patient was found to be competent to sign the consent form, she refused to participate in the coded medication study at that time citing the fear that her symptoms may worsen when off the medications. The following day, however, on August 10, 2001, the patient requested to be assessed again because she had decided that she would like to enroll in the study despite her previous decision of not to enroll. The patient reported that she had been influenced by command auditory hallucinations telling her not to participate. After talking with her family and getting their input, she felt ready to participate in the protocol. Throughout her hospitalization, Ms. Banerjee remained very ambivalent about participating in research or participating in any other studies that would involve stopping her medications. On August 24, 2001, she decided that she would like to stay on her medications or try new medications but she was clear that she did not want to participate in the coded protocol. She did agree, however, to participate in any other protocol that would not entail going off her medications. Throughout her admission, there were a number of times in which the patient verbalized her thoughts about hurting herself. In general, those thoughts came whenever she had difficulties and arguments with the family or when there were losses in the family. There was never, however, any spontaneous reports on thoughts of harming herself when there was no major stressor in her life. On September 21, 2001, a telephone conference was scheduled with the psychiatrist, social worker, nursing staff and the patient's referring physician and social worker. The issues were surrounding her last decision to withdraw from the coded

Admitted on: 07/18/2001
Discharged on: 01/15/2002

DISCHARGE SUMMARY

Patient Identification
Banerjee, Urmila 35-59-48 8



000491

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File in Section 1: Summaries, Operations, History & Physical Exam

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

**MEDICAL RECORD** | INPATIENT RECORD

medication protocol. The Zevin from the VA hospital in Delaware was reported on Urmila's condition and her desire not to participate in the coded medication protocol at this time. He was also informed about the education patient had received and the options available. In October 2001, the patient complained of not having had a menstrual cycle since July. A full Endocrinology work up including MRI of the pituitary gland revealed no abnormal findings. At that point, it was decided that her medication, which at that time was Risperdal, 6 mg a day, would be changed to Geodon. After Risperdal was discontinued and Geodon was instituted, there was a progressive decrease of prolactin level to the point of reaching normal limits at the end of her admission. In the week prior to her discharge, she consulted Dermatology due to skin lesions. She received treatment for that process and her skin condition was improved at the time of her discharge. After setting up her discharge plan with a group home in Delaware and with the social worker and psychiatrist at the VA hospital, Ms Banerjee was discharged to a group home on January 15, 2002.

OPERATIONS PROCEDURES AND DATES PERFORMED:

1. Study 00-M-0085, Structural and Functional Imaging of Neuropsychiatric Patients and Normal Volunteers with 3.0 Tesla MRI.
2. Study 95-M-0150, A Neurobiological Investigation of Patients with Schizophrenia Spectrum Disorders and Their Siblings.
3. Study 91-M-0124, Structural and Functional Imaging of Neuropsychiatric Patients and Normal Volunteers with 1.5 Tesla MRI.

CLINICAL DIAGNOSES:

Axis I: Schizophrenia paranoid.
Axis II: Deferred.
Axis III: Hyperprolactinemia with amenorrhea, in remission. Hip bursitis in remission. History of stress fractures.
Axis IV: Chronic illness.
Axis V: 50.

Admitted on: 07/18/2001
Discharged on: 01/15/2002

DISCHARGE SUMMARY

Patient Identification
Banerjee, Urmila 35-59-48 8



Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File In Section 1: Summaries, Operations, History & Physical Exam

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

**MEDICAL RECORD** | INPATIENT RECORD

CONDITION OF PATIENT:

Patient was alert, oriented to time, person and place. Good attention and concentration, good immediate, short and long term memory. Affect was calm and mood congruent. Denied depression or suicidal/homicidal thoughts or plans but admitted to hearing voices at times. She was also somewhat guarded, refused to sign release of information form to send the discharge summary to her psychiatrist. Good insight into her illness.

INSTRUCTIONS TO PATIENT:

1. Continue taking present medications, Geodon, 80 mg, one tablet twice a day.
2. Clindamycin sulfate topical solution 1% to apply to the face daily at 8 P.M.
3. Monitor electrocardiogram and levels of potassium and magnesium as needed according to the physician involved in her care but at least every six months to monitor for Geodon treatment.

DISPOSITION:

1. The patient to be discharged to a group home in Delaware; Janice Truka is the social worker for the group
2. The patient is to participate in residential program on a daily basis.
3. Ms. Banerjee will work part time in the pharmacy at the Veterans Administration Hospital twice a week
4. Appointment with the Group Home psychiatrist on January 16, 2002.
5. Follow up with her psychiatrist, Dr. E. Zevin, at the Psychiatry Department, VA Hospital on February 11, 2002. Anna Stanton will be her social worker at the VA Hospital.

END OF REPORT

Dictated by:

Admitted on: 07/18/2001
Discharged on: 01/15/2002

DISCHARGE SUMMARY

Patient Identification
Banerjee, Urmila 35-59-48 8

 C00493

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File In Section 1: Summaries, Operations, History & Physical Exam

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

| MEDICAL RECORD | INPATIENT RECORD |
|---|---|

Jose A Apud, M.D.,PH.D 01/15/2002 10:01 A
Transcribed on:
01/15/2002 11:24 A
Signed by:
Jose A Apud, M.D. 01/17/2002 12:11

Admitted on: 07/18/2001
Discharged on: 01/15/2002

DISCHARGE SUMMARY

Patient Identification
Banerjee, Urmila 35-59-48 8



C00494

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File In Section 1: Summaries, Operations, History & Physical Exam

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

**MEDICAL RECORD** | INPATIENT RECORD

Admitted on 07-18-01

DICTATOR IDENTIFICATION:

Name: Jose A. Apud, M.D.
Office Address: Bldg. 10 Rm. 4S241
Office Telephone: (301) 594-6561
Dictation Date & Time: 07-27-01 13:24

CHIEF COMPLAINT:

The patient is a 35-year-old female, originally from India, divorced, unemployed since 1999, living with parents at home, with a history of mental disorder, since 1990. Her illness is characterized by the presence of paranoid and bizarre delusions, auditory hallucinations and dissociative elements. She has had at least one episode of severe major depression in the past. No history of manic episodes was reported. She was admitted to 4-East to participate in the inpatient evaluation of "neuropsychiatric patients" protocol.

HISTORY OF PRESENT ILLNESS:

The family reported that patient discontinued taking her medications in March 2001, after she had an argument with her father. Prior to this relapse she had been stable on her medications, including quetiapine 600 mg a day, aloperidol decanoate 100 mg every three weeks and an ancient Indian medication used for mental disorders, called Ayurveda. She became again paranoid, feeling that people were talking about her and harassing her. Auditory hallucinations became prominent and developed self-care deficits. She received her dose of haldol decanoate and other medications were adjusted. For the last few months, she has worked on her typing skills and has been taking swimming lessons. Her last haldol decanoate administration was on April 2001.

Past Psychiatric Illness: The first episode in which the patient displayed abnormal behavior was in the fifth grade, when she cut her forehead with a blade. She felt that this was a reaction to an event, in which she thought her father was hurting her mother. Her family always regarded her as a lively and energetic person who served as a role model for her sisters. Patient admitted that her illness started in October 1990 at the time she was enrolled in the army. However,



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

reports from mom's family indicate that as early as 1889, they noticed periods of high mood and increased energy, with grandiosity. There was no history of sleep difficulties, changes in attention and concentration, increase in goal directed activity, or spending sprees. At the time of her first psychotic break in October 1990, patient felt that people were talking about her. She felt she was stalked around the campus, with thoughts that someone was poisoning her food and felt that male recruits and officers were sexually harassing her. On one occasion during training, she heard voices telling her to march in a different direction. She attempted to dismiss her delusional thoughts, but her job performance progressively deteriorated, had problems waking up in the morning, and developed self-care deficit concerning her personal hygiene and clothing. She also reported having problems communicating with people and that peers could not understand what she was telling them. By father's report, a psychologist apparently saw her twice, but she never mentioned about her thoughts and got a "clean bill of mental health". However, since she has had medical difficulties related to a number of stress fractures in both hips, knees and ankles, she was discharged on medical grounds in 1991. During that same year, her family took her to a VA Hospital in Wilmington, Delaware for evaluation. She was diagnosed as paranoid schizophrenic and they recommended chlorpromazine and hospitalization. She was supposed to be transferred to Perryville Hospital, but instead she ran away, left the area and went to a meditation center in Massachusetts where she stayed for 15 days. She finally returned home on her own.

After coming back to civilian life, she worked in many types of jobs, but only for short periods of time. Because of her thoughts about people sexually harassing her, in 1992, she asked her father to arrange a marriage for her, because she would feel safe with a husband protecting her. Her marriage however, was very traumatic. Her husband was an untreated bipolar person, who had never received treatment and abused her and her family physically and emotionally. The police had to intervene and took the husband to jail in a number of occasions, but the patient always bailed him out, because she felt that he would change. After 18 months of marriage and following a traumatic process, she divorced her husband, who returned to India with his family. During that period, she continued experiencing auditory hallucinations and paranoid ideations.

After her failed marriage, in 1994, she became extremely depressed for about three years. She felt despondent, hopeless, helpless, isolated herself in the room, was tearful, tired most of the time, with decreased attention and concentration. She attempted suicide, by choking herself with a sheet. Her sister was around her and prevented her from completing the attempt. During the three years she remained depressed, she attempted to complete her courses in college, even though had significant difficulties studying.



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

**MEDICAL RECORD** | INPATIENT RECORD

In 1997, she had her first hospitalization at the VA Hospital in Wilmington VA Delaware, because of suicidal event by cutting her wrists. She was feeling despondent because everything resulted in a failure. At that time, she reported persistent paranoid and bizarre delusions. She felt that the radio and TV were sending messages to her, felt that people could hear her thoughts. She also described a number of voices that she had been hearing for sometime. One voice was the Lord Shiva, who was commanding her what to do, what to eat, where to go etc. At times, she would see his figure. She also heard the voice of a goddess Gayatre, also giving her different commands. Voices used to come at different times, but never together. She also described a number of voices that she described as part of her personality talking to her. One voice belonged to a "8 or 9 year-old girl who had not grown up", and used to tell her what she wanted, what she liked etc. The second voice belonged to a 13 to 14 year-old girl; a third voice belonged to a very feminine voice, and a fourth one belonged to a very masculine voice. According to the patient, the voices never appeared together and they always talked to her only and did not talk amongst themselves. She initially refused to take medication at the Veterans Administration Hospital and after seven days, she was transferred to Roanoke Memorial Hospital, where she was started on olanzapine. She initially refused to take the medication, but later agreed to start haloperidol and quetiapine. She stabilized on the medication and since then she has been taking them for the last four years. According to the family, she is not totally compliant with her medication. In fact, she discontinues her medication every other month and every time that she goes off the medication, the hallucinations start again. She becomes paranoid and isolates herself in her room. On occasions, she has delusions that the personalities of TV are entering on her, and felt that the TV is talking to her. In 1999, in one of these episodes of decompensation, she received orders from Lord Shiva, telling her to get a knife and cut her wrists. Her mother was present and prevented her from executing the attempt. She denies ever experiencing panic attacks, anxiety, obsession or compulsions.

DRUG AND THERAPEUTIC HISTORY:

See past psychiatric history.

Current Medications: Haloperidol 1 mg three times a day, quetiapine 200 mg three times a day.

Admitted on 07-18-01

HISTORY & PHYSICAL EXAMINATION

Patient Identification
Banerjee, Urmila 35-59-48 8

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File in Section 1: Summaries, Operations, History & Physical Exam



C00497

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

000364

| MEDICAL RECORD | INPATIENT RECORD |
|---|---|

REVIEW OF SYSTEMS:

Psychiatry review of systems showed a pleasant female, cooperative, with no psychomotor changes, coherent, even though family stated that she was not providing all the pertinent information. Her affect was mildly blunted, and mood was "normal". She denied hearing voices or experiencing paranoia or bizarre delusions at this time. She denied depression or suicidal ideation or plan. She denied panic attack, obsession or compulsions, denied mood swings or hypomania, denied visual or auditory hallucinations.

PAST HISTORY:

Past Medical History:

1. Glucose with borderline high values.
2. Mild obesity.
3. History of multiple stress fractures to her hips, both knees and femurs. She was treated with crutches and flat wooden shoes.
4. Allergic to penicillin. Became anuric at age 4 after a dose of penicillin.

FAMILY HISTORY:

Patient and parents deny history of mental illness in the family. There is history of glaucoma in the family, father has diabetes mellitus Type II, mother and sister are physicians. Mother works as a physician's assistant in the United States.

PSYCHOSOCIAL HISTORY:

Drug and ethanol History: The patient denies ever using drugs, alcohol.

History of Suicide: See past psychiatric illness.

Patient was born in New Delhi, belongs to the Brahman caste. Mother stated that she did not have problems with her pregnancy. Delivery was normal, but patient was extracted with vacuum. No problems during her perinatal period. She talked and walked at age 11 to 12 months, toilet trained at age 24 to 30 months. As a toddler developed anuria for 24

Admitted on 07-18-01 HISTORY & PHYSICAL EXAMINATION

Patient Identification
Banerjee, Urmila 35-59-48 8

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File in Section 1: Summaries, Operations, History & Physical Exam



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

hours after receiving a dose of penicillin for an upper respiratory tract infection. Denies history of separation or stranger anxiety. She was a very good student at school, socially attended dance and yoga class and enjoyed riding. She related one episode at age 12, in which a family member attempted to abuse her sexually, but she was able to run away. She obtained a Bachelor's degree in psychology with honors at age 20 and soon after came to the USA in 1996. After two years habilitation course at the University of Delaware to complete her training, she enrolled at the Westchester University, to obtain a Master's in Clinical Psychology. Because of her illness, she had to wait until 1998 to complete her degree. She joined the army in October 1990. She was initially at Fort Dix and was then sent to Fort Sam Houston in Houston, Texas. Family stated that other than because of her illness, she had to endure harassment, which she was not used to, because she was coming from a different culture. She had to be protected by an officer who used to house her at her house during weekends. Father stated that the problem was that "she told the platoon that she was a virgin, and did not want to be touched". After discharge, her father arranged a marriage for her with an Indian physician who was a severe bipolar. He used to beat her up frequently, as well as her family on occasions. She had a number of unresolved issues related to that trauma. After divorce, she went back to studying, so that she could complete her Master's. She did it with difficulty due to her problems with depression, but finally succeeded getting her degree for her Master's in 1998. She held her last job in 1999, at the time she was working as a computer assistant. She did not hold jobs for a long period of time, either because she was tired due to poor performance, or due to her paranoia.

PHYSICAL EXAMINATION:

Vital Signs: Blood pressure 105/83, heart rate 83 per minute seated. 111/75 and 88 per minute standing. Temperature 35.6 Celsius. Respiratory rate 16 per minute, weight 78.3 kg. Height 161 cm.

Head, Eyes, Ears, Nose and Throat: She denied problem with hearing, cough, expectoration, abdominal discomfort, diarrhea, nausea, urinary urgency, burning sensation or pain.

General: Casually groomed, overweight and cooperative, related well to physician. She received BCG as a child.

Head, Eyes, Ears, Nose and Throat: Pupils are equal, round, reactive to light and accommodation. Extraocular movements were preserved. Both right and left tympanic membranes were intact. Oropharynx is clear. No adenopathy or exudate is evident.

Neck: Supple, no adenopathy is evident. Thyroid gland is not palpable. No thyroid nodes were detected. No



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

| MEDICAL RECORD | INPATIENT RECORD |
|---|---|

costovertebral angle tenderness.

Chest: Symmetrical, normal in expansion on inspiration. No tenderness observed on palpation. Percussion sound is tympanic and clear. Clear to auscultation.

Cardiovascular: Normal rate and rhythm. S1, S2 normal, with no murmurs or clicks detected. All pulses are palpable.

Abdomen: Normal expansion on inspiration and expiration. No pain reported. Soft, nontender on palpation. Liver was palpated in the right costal margin. No splenomegaly detected. Bowel sounds were present.

Genitalia: Deferred.

Rectal: Not performed. Guaiac is negative.

Extremities: All pulses are palpable. No cyanosis, clubbing or edema is observed.

Neurologic: Cranial nerves II through XII were intact and symmetrical. Motor: Good tone and strength. Reflexes are 2+ and symmetrical for biceps, triceps and brachioradialis. 1+ for quadriceps and ankle reflexes. No frontal release signs. Babinski is not elicited. Coordination: Finger-to-nose was within normal limits. Gait: Normal gait, normal walk on heels and toes. Romberg is negative. Sensory: Intact to touch, pinprick and temperature, and stereognosis.

Mental Status Exam: The patient is a pleasant female, cooperative with mild psychomotor retardation, coherent, even though family stated that she was not providing all pertinent information. Her affect was mildly blunted and mood was normal. She denied hearing voices or paranoia or bizarre delusions at this time. She denied depression or suicidal ideation or plan. She denied panic attack, obsession or compulsion. Denied mood swings or hypomania. Denied visual, olfactory hallucinations. She was alert to time, person and place. She did serial 7s with one out of five mistakes. On memory she did 3/3 immediately and 3/3 after five minutes. On recent recall she did 6 forwards and backwards. She recalled past four presidents and did well on basic math calculations. Good abstract thinking. Her judgment was good, but her insight was fair.

Laboratory Data: White blood cell 8.1, hemoglobin 12.5, hematocrit 37.5, platelets 318. Urinalysis was within normal limits. RPR was nonreactive. Human immunodeficiency virus was negative. Hepatitis B, HbsAg; negative. Anti-HAV-IgM: negative. Anti-HBS surface: negative. Anti-HBC (core): negative; Anti-HCV (hepatitis-C): negative. HbeAg: negative; Anti-HBE: negative. Cholesterol 189, triglycerides 94, HDL cholesterol 61, LDL cholesterol direct 120, sodium 137, potassium 4, chloride 105, CO2 23, creatinine 0.7, BUN 9, glucose 111, alkaline phosphatase 72, ALT 14, AST 13, bilirubin total 0.6, bilirubin direct 0.1, LDH 104, TSH 253. FT4 1.1, protein 7.1, albumin 3.9, calcium 2.42, magnesium 0.81, phosphorous 4.3, CPK 11, uric acid 6.8, amylase 71, HCGB negative, guaiac negative.

Admitted on 07-18-01 HISTORY & PHYSICAL EXAMINATION

Patient Identification
Banerjee, Urmila 35-59-48 8

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File in Section 1: Summaries, Operations, History & Physical Exam



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

MEDICAL RECORD | INPATIENT RECORD

PROBLEMS/DIAGNOSTIC IMPRESSION ON ADMISSION:

The patient is a 35-year-old female from India with history of psychosis starting age 24, but no reported psychiatric illness in the family. Her current symptoms consist mostly of auditory hallucinations, and paranoid and bizarre delusions. She also has displayed some dissociative features. She also has history of severe depressive episode. Denies suppression of suicidal or homicidal ideation at this time. There is a history of three suicide attempts. One, choking herself with a sheet and two by cutting her wrists. In one case, in response to auditory hallucinations. The patient has no history of drug or alcohol abuse. She had one hospitalization in 1997 for about 4 to 5 weeks. She was treated with both, typical and atypical antipsychotics, always with good response. There is no history of organic process that may explain her core psychiatric symptoms. However, she displays some dissociative elements that may be of consequence of severe physical abuse received from her husband and early sexual abuse. Her poor compliance with medication most likely represents the main factor responsible for perpetration of her psychiatric symptoms. She completed college with honors in India and had initial studies in the USA but had extreme difficulties in completing her Master's degree after she became ill. She has worked sporadically and only for short periods of time since she became ill holding her last job about two years ago. Her main support system is her family.

Diagnoses:

Axis I: Schizoaffective, depressed, rule out dissociative disorder.

Axis II: Deferred.

Axis III: History of stress fractures, allergy to penicillin.

Axis IV: Current mental illness, unemployment.

Axis V: 30.

PLAN:

1. Admission to 4-East, complete admission workup.

Admitted on 07-18-01 HISTORY & PHYSICAL EXAMINATION

Patient Identification
Banerjee, Urmila 35-59-48 8

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File in Section 1: Summaries, Operations, History & Physical Exam



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

**MEDICAL RECORD** | INPATIENT RECORD

2. Orthopedic consultation
3. Enroll in psychosocial activities in the evening.
4. Restrict to Unit for 72 hours.

END OF REPORT

Admitted on 07-18-01

HISTORY & PHYSICAL EXAMINATION

Patient Identification
Banerjee, Urmila 35-59-48 8

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File in Section 1: Summaries, Operations, History & Physical Exam



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

| MEDICAL RECORD | INPATIENT RECORD |
|---|---|

Sign & Date: 8-1-01

Jose A. Apud M.D./MH/ 07-27-01 (Dictated)
JAA:mfc:057 07-28-01 (Transcribed)

Admitted on 07-18-01

HISTORY & PHYSICAL EXAMINATION

Patient Identification
Banerjee, Urmila 35-59-48 8

Signature Page

Inpatient Record
NIH-999-2 (5-92)
P.A. 09-25-0099
File In Section 1: Summaries, Operations, History & Physical Exam

C00503

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -1128
08/16/01 04:09 PM

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
PAGE 001

OCK

# EEG

NERJEE, URMILA (NMN) 04E09A
5-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA

EEG RESULTS

ATTENDING MD: APUD,JOSE A

ORDER: 46.01 EEG
ORDER DATE: 07/31/01

BOUDREAU,EILIS A M.D.
SATO, SUSUMU MD

ORDERED BY: APUD,JOSE A MD
DICTATED DATE: 08/06/2001
STATUS DATE: 07/31/01
TRANSCRIBED DATE: 08/07/2001
N212-0004
DICTATED BY:
EILIS A BOUDREAU, M.D.
SIGNED BY:
EILIS A BOUDREAU, M.D. 08/16/2001 16: 11 EXAM DATE:
AUGUST 1, 2001 EEG#: 01-166D
THIS IS A STANDARD 21-CHANNEL ELECTROENCEPHALOGRAM OF A 35-YEAR-OLD FEMALE WITH SCHIZOPHRENIA WHO IS TAKING SEROQUEL AND HALDOL.

THE RESTING AWAKE BACKGROUND SHOWS AN IRREGULAR SYMMETRICAL RHYTHM IN THE 7-9 HZ FREQUENCY OF 10-35 UV AMPLITUDE WHICH IS POSTERIOR PREDOMINANT AND ATTENUATES WITH EYE OPENING. NO EPILEPTIFORM DISCHARGES ARE SEEN.

HYPERVENTILATION INDUCED A GENERALIZED SYMMETRICAL BUILD UP OF SLOW WAVES. PHOTIC STIMULATION ELICITED A POSTERIOR PREDOMINANT DRIVING RESPONSE.

IMPRESSION:
THIS AWAKE ELECTROENCEPHALOGRAM IS ABNORMAL DUE TO DIFFUSE BACKGROUND SLOWING IN THE FREQUENCY OF 7-9 HZ, POSSIBLY SECONDARY TO MEDICATION EFFECT. NO EPILEPTIFORM DISCHARGES ARE SEEN.

97511/000174013 EAB/CD

LAST PAGE

8-17-01



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

| MEDICAL RECORD | Positron Emission Tomography Results |
|---|---|
| National Institutes of Health Clinical Center | |
| BANERJEE, URMILA (NMN) 4E<br>MR#: 3559488<br>DOB: [redacted] Age: 35 Years Sex: Female<br>INST/BR: MHBD Protocol #: 89-M-0160<br>ATTENDING: APUD,JOSE A | PET |

## Positron Emission Tomography

| Exam: | Exam Date: | Accession #: | Ordered By: |
|---|---|---|---|
| **PET Brain: Multi O-15 Water, Rapid Injec** | 10/09/2001 | PT-01-00768 | BERMAN,KAREN |

## PET Comments

This study was performed solely for research purposes and results are not intended to affect clinical-decision making.

The patient received:

| | | |
|---|---|---|
| O-15 | 24 | mCi |
| F-18 FDG | _ | mCi |
| F-18 Fluorodopamine | _ | mCi |
| F-18 Fluorodopa | _ | mCi |
| F-18 FP-TZTP | _ | mCi |
| F-18 FCWAY | _ | mCi |
| F-18 Cyclofoxy | _ | mCi |
| N-13 Ammonia | _ | mCi |
| C-11 Carbon Monoxide | _ | mCi |
| C-11 Palmitic Acid | _ | mCi |
| C-11 Arachidonic Acid | _ | mCi |
| C-11 Raclopride | _ | mCi |

Comments: Study Date 10/9/01

Dictated By: Margaret G. Der, R.Ph
Signed By: Margaret G. Der, R.Ph
Signed Date: 10/12/2001 14:40

Transcribed By: Margaret G. Der, R.Ph



| Patient Identification:<br>BANERJEE, URMILA (NMN)<br>3559488 | Positron Emission Tomography Results<br>NIH-95-3 (8-00)<br>P.A. 09-25-0099<br>File in Section 3: Nuclear Medicine |
|---|---|

C 00505

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER

DATE PRINTED: 2 NOV 01 10:47 AM

BANERJEE, URMILA (NMN) 4E KK3060001
3559488 AGE:35 yrs SEX:F
INST:NIMH

ELECTROCARDIOGRAPHIC RESULTS

DATE OF REQUEST:

ECG REQUESTED BY: APUD,JOSE A

INDICATIONS:

ECG OBTAINED: 02 NOV 01 9:11 AM TECHNICIAN: JPM

| PR | QRSD | QT | QTC | AXIS: | P | QRS | T |
|---|---|---|---|---|---|---|---|
| 148 | 79 | 422 | 411 | | 35 | 40 | 34 |

NEW DIAGNOSES:
SINUS BRADYCARDIA, RATE 57 [Now - - - - - - NORMAL P AXIS, RATE < 60
Present]

CONTINUING DIAGNOSES:

ABSENT DIAGNOSES:

- OTHERWISE NORMAL ECG -

REMARKS:
COMPARED TO: 19 JUL 2001 13:24:50, CONFIRMED BY LM - NO

C-HP7B8 LEDERMAN, R. / DICK, A. MD.

11-7-01

ATTACHMENT: ECG TRACING



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

BANERJEE, URMILA (NMN) 2 NOV 2001 9:11:55 3559488

35 yrs Female

| | | |
|---|---|---|
| PR | 148 | |
| QRSD | 79 | |
| QT | 422 | |
| QTc | 411 | |
| --AXES-- | | |
| P | 35 | |
| QRS | 40 | |
| T | 34 | |

+ SINUS BRADYCARDIA, RATE 57 [Now Present] - - - - - - - NORMAL P AXIS, RATE < 60
- OTHERWISE NORMAL ECG -

UNIT
K306000102093580
K NUMBER
K3060001

Requested by
APUD,JOSE A
Tech JPM
Room 4E
C-HP7B8

COMPARED TO: 19 JUL 2001 13:24:50, CONFIRMED BY LM - NO
NATIONAL INSTITUTES OF HEALTH - NIMH

LEDERMAN, R. / DICK, A. MD.




25 mm/sec 10.0 mm/mV F ~ W 0-150

C00507

Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER

```
*****   ***    ***
*      *      *
***    *      *  ***
*      *      *    *
*****   ***    ***
```

DATE PRINTED: 20 JUL 01 7:38 AM

BANERJEE, URMILA (NMN) 4E KK2000001
3559488 AGE:35 yrs SEX:F
INST:NIMH

ELECTROCARDIOGRAPHIC RESULTS

DATE OF REQUEST:

ECG REQUESTED BY: APUD,JOSE A

INDICATIONS:

ECG OBTAINED: 19 JUL 01 1:24 PM TECHNICIAN: jh

| PR | QRSD | QT | QTC | AXIS: | P | QRS | T |
|---|---|---|---|---|---|---|---|
| 156 | 78 | 355 | 412 | | 35 | 25 | 35 |

NEW DIAGNOSES:

CONTINUING DIAGNOSES:
NORMAL SINUS RHYTHM, RATE 81 - - - - - - - NORMAL P AXIS, PR, RATE & RHYTHM

NOW ABSENT DIAGNOSES:

- NORMAL ECG -

REMARKS:

C-HP7B8 L. FANANAPAZIR, MD

7-20-01

ATTACHMENT: ECG TRACING

BANERJEE, URMILA (NMN) 3559488 ELECTROCARDIOGRAPHIC RESULTS HP-484

C00508

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

BANERJEE, URMILA (NMN) 19 JUL 2001 13:24:50 3559488

35 yrs Female

| | | |
|---|---|---|
| PR | 156 | |
| QRSD | 78 | |
| QT | 355 | |
| QTc | 412 | |
| --AXES-- | | |
| P | 35 | |
| QRS | 25 | |
| T | 35 | |

. NORMAL SINUS RHYTHM, RATE 81 - - - - - - - - - - NORMAL P AXIS, PR, RATE & RHYTHM
- NORMAL ECG -

UNIT
K200000102093580
K NUMBER
K2000001

Requested by
APUD,JOSE A
Tech jh
Room 4E
C-HP7B8

NATIONAL INSTITUTES OF HEALTH - NIMH

L. FANANAPAZIR, MD




C00509

Reference Copy From The Medical Record Clinical Center National Institutes of Health, Bethesda, MD. Not for Re-Release.

DO NOT FILE IN MEDICAL RECORD

000376

4E -4782
11/02/01 05:15 PM

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
PAGE 001

QAIRLR

REHB

ANERJEE, URMILA (NMN) 04E19A
5-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
ORDER DATE: 10/11/01

JOE,GALEN O M.D.

ORDERED BY: APUD,JOSE A MD JAAA
DICTATED DATE: 10/12/2001
STATUS DATE: 10/11/01
TRANSCRIBED DATE: 10/17/2001
M284-0007
DICTATED BY:
GALEN O JOE, M.D.

EXAM DATE: 10/11/01
REHABILITATION MEDICINE EVALUATION
SUBJECTIVE:
THE PATIENT IS A 35-YEAR-OLD RIGHT-HANDED FEMALE WITH PAST MEDICAL HISTORY SIGNIFICANT FOR SCHIZOPHRENIA, WHO IS KNOWN TO THE REHABILITATION MEDICINE DEPARTMENT FOR LEFT-SIDED MILD TROCHANTERIC BURSITIS AND TIGHTNESS IN THE ILIOTIBIAL BAND. THE PATIENT WAS TREATED IN THE PAST WITH HEATING, STRETCHING AND ULTRASOUND WITH NOTED SIGNIFICANT RELIEF IN HER SYMPTOMS. SHE IS REFERRED TO THE REHABILITATION MEDICINE DEPARTMENT AFTER A FALL IN THE BOWLING ALLEY TODAY. PATIENT REPORTS WHILE BOWLING SLIPPING FALLING ONTO HER LEFT HAND AND LEFT HIP. SHE REPORTS SOME MILD TENDERNESS IN THE LEFT HIP AND PALM OF HER HAND, BUT WAS ABLE TO GET UP AND AMBULATE WITHOUT SIGNIFICANT DIFFICULTY. SHE NOTES HEARING NO POPS OR CRACKS. SHE NOTES NO SIGNIFICANT LOSS OF CONSCIOUSNESS OR HEATING HER HEAD. AT CURRENT, SHE REPORTS NO BACK PAIN, BOWEL OR BLADDER PROBLEMS, SENSORY PROBLEMS, BUT DOES REPORT SOME MILD PAIN IN THE LEFT LATERAL HIP AREA. SHE DID REPORT SOME PAIN INVOLVING THE LEFT PALM WHICH AFTER SOME ICING DID IMPROVE. ON EVALUATION, THE PATIENT'S LEFT HAND SHOWS GOOD WRIST MOVEMENT, FLEXION/EXTENSION, INVERSION/EVERSION, WRIST PRONATION/SUPINATION AND DIGIT MOVEMENT. SOME MILD AREA OF RESOLVING REDNESS IS SEEN OVER THE PROXIMAL PORTION OF THE THENAR EMINENCE. NO RESTRICTION IN MOVEMENT, NO LIGHT TOUCH OR JOINT POSITION SENSE DEFICITS WERE NOTED. COMPRESSION OF THE CARPAL TUNNEL AREA SHOWED NO SYMPTOMS THERE. FOR THE LOWER EXTREMITY TESTING STANDPOINT, THE PATIENT IS STILL NOTED WITH SOME MILD TIGHTNESS IN THE ILIOTIBIAL BANDS, BILATERALLY, LEFT SIDE GREATER THAN RIGHT. TENDERNESS WITH PALPATION OVER THE AREA OF THE TROCHANTERIC BURSA ON THE LEFT WITH NO RADIATION OF PAIN. STRAIGHT

CONTINUED

11/02/01 05:15 PM PAGE 002

QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E19A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD, JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT

LEG RAISE TEST AND PATRICK'S MANEUVER WERE NEGATIVE. SOME SLIGHT LIMITS IN INTERNAL ROTATION AND EXTERNAL ROTATION WERE NOTED IN THE LEFT HIP COMPARED TO THE RIGHT WITH SOME PAIN AT END RANGE OF HIP EXTERNAL ROTATION NOTED ON THE LEFT SIDE. NO PAIN WAS NOTED WITH RESISTED MOVEMENTS. LOG ROLLING TESTS WERE ALSO NEGATIVE. NO SI JOINT TENDERNESS WERE NOTED WITH PALPATION AND NO AREA OF BRUISING OR SKIN DISCOLORATION OR BROKEN WAS NOTED.

IMPRESSION/PLAN:
THE PATIENT IS A 35-YEAR-OLD FEMALE WITH PAST MEDICAL HISTORY AS NOTED ABOVE WITH CURRENT MILD POSSIBLE HIP BRUISE AND RE-EXACERBATION OF TROCHANTERIC BURSA PAIN, STATUS POST A FALL. THE PATIENT DID NOTES SOME IMPROVEMENT WITH ICING AND WISHED TO START A TRIAL OF NAPROSYN AT 250MG, 2 TABLETS AT BEDTIME. WE SUGGEST THAT SHE CONTINUE WITH PERIODIC ICING FOR 10-15 FOR HER LATERAL HIP, IF NEEDED, IN THE NEXT 24 HOURS, 2-3X/DAY. WE ALSO SUGGEST IF SYMPTOMS HAVE NOT COMPLETELY IMPROVED IN THE NEXT 24 HOURS TO BEGIN SHORT COURSE OF 500MG OF NAPROSYN B.I.D. FOR 7-DAY COURSE. SHE IS THEN TO GET INTO A GENTILE HEATING AND RESUME GENERAL STRETCH ACTIVE RANGE PROGRAM IF SYMPTOMS IMPROVE. IF THERE IS NO IMPROVEMENT IN PATIENT'S SYMPTOMS IN NEXT 24-48 HOURS OR SYMPTOMS WORSEN OR ANY RANGE OF MOTION DEFICITS, STRENGTH DEFICITS ARE TO OCCUR, PATIENT SHOULD IMMEDIATELY GO FOR IMAGING WHICH INITIALLY SHOULD BE PLAIN FILMS OF THE HIP, A/P AND LATERAL VIEWS TO LOOK AT THE HIPS AND PELVIS TO RULE OUT ANY BONY ABNORMALITY. THE PATIENT WOULD OTHERWISE BE FOLLOWED UP AS NEEDED BY THE REHABILITATION MEDICINE DEPARTMENT.

GOALS:
1 ) COMPLETE REHABILITATION MEDICINE DEPARTMENT EVALUATION.

2 ) MAKE GENERAL RECOMMENDATIONS FOR USE OF HEATING AND COLD MODALITIES, CONTINUED RANGE PROGRAM AND IMAGING IF NEEDED.

OVERALL GOALS AND PLANS WERE DISCUSSED WITH THE PATIENT AND SHE WAS IN AGREEMENT. GOALS WERE ACHIEVED AS STATED ABOVE. THE PATIENT CURRENT NIHFA SCORE IS GRADE 3 /4 AS SHE DID NOT SOME MIL PAIN IN THE HIP USUALLY WITH DEEPER PALPATION AND EXTREMES OF HIP EXTERNAL ROTATION ON THE LEFT SIDE. THE PATIENT SHOWED NO SIGNIFICANT GAIT ANTALGIA.

98451/000199227 GOJ/061

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD