4E -4783
11/02/01 05:15 PM

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
PAGE 001
QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E19A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
ORDER DATE: 10/11/01

JOE,GALEN O M.D.

ORDERED BY: APUD,JOSE A MD JAAA
DICTATED DATE: 10/12/2001
STATUS DATE: 10/11/01
TRANSCRIBED DATE: 10/17/2001
M284-0007
DICTATED BY:
GALEN O JOE, M.D.

EXAM DATE: 10/11/01
REHABILITATION MEDICINE EVALUATION
SUBJECTIVE:
THE PATIENT IS A 35-YEAR-OLD RIGHT-HANDED FEMALE WITH PAST MEDICAL HISTORY SIGNIFICANT FOR SCHIZOPHRENIA, WHO IS KNOWN TO THE REHABILITATION MEDICINE DEPARTMENT FOR LEFT-SIDED MILD TROCHANTERIC BURSITIS AND TIGHTNESS IN THE ILIOTIBIAL BAND. THE PATIENT WAS TREATED IN THE PAST WITH HEATING, STRETCHING AND ULTRASOUND WITH NOTED SIGNIFICANT RELIEF IN HER SYMPTOMS. SHE IS REFERRED TO THE REHABILITATION MEDICINE DEPARTMENT AFTER A FALL IN THE BOWLING ALLEY TODAY. PATIENT REPORTS WHILE BOWLING SLIPPING FALLING ONTO HER LEFT HAND AND LEFT HIP. SHE REPORTS SOME MILD TENDERNESS IN THE LEFT HIP AND PALM OF HER HAND, BUT WAS ABLE TO GET UP AND AMBULATE WITHOUT SIGNIFICANT DIFFICULTY. SHE NOTES HEARING NO POPS OR CRACKS. SHE NOTES NO SIGNIFICANT LOSS OF CONSCIOUSNESS OR HEATING HER HEAD. AT CURRENT, SHE REPORTS NO BACK PAIN, BOWEL OR BLADDER PROBLEMS, SENSORY PROBLEMS, BUT DOES REPORT SOME MILD PAIN IN THE LEFT LATERAL HIP AREA. SHE DID REPORT SOME PAIN INVOLVING THE LEFT PALM WHICH AFTER SOME ICING DID IMPROVE. ON EVALUATION, THE PATIENT'S LEFT HAND SHOWS GOOD WRIST MOVEMENT, FLEXION/EXTENSION, INVERSION/EVERSION, WRIST PRONATION/SUPINATION AND DIGIT MOVEMENT. SOME MILD AREA OF RESOLVING REDNESS IS SEEN OVER THE PROXIMAL PORTION OF THE THENAR EMINENCE. NO RESTRICTION IN MOVEMENT, NO LIGHT TOUCH OR JOINT POSITION SENSE DEFICITS WERE NOTED. COMPRESSION OF THE CARPAL TUNNEL AREA SHOWED NO SYMPTOMS THERE. FOR THE LOWER EXTREMITY TESTING STANDPOINT, THE PATIENT IS STILL NOTED WITH SOME MILD TIGHTNESS IN THE ILIOTIBIAL BANDS, BILATERALLY, LEFT SIDE GREATER THAN RIGHT. TENDERNESS WITH PALPATION OVER THE AREA OF THE TROCHANTERIC BURSA ON THE LEFT WITH NO RADIATION OF PAIN. STRAIGHT

CONTINUED



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

11/02/01 05:15 PM PAGE 002

QAIRLR

**REHB**

BANERJEE, URMILA (NMN) 04E19A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
LEG RAISE TEST AND PATRICK'S MANEUVER WERE NEGATIVE. SOME SLIGHT LIMITS IN INTERNAL ROTATION AND EXTERNAL ROTATION WERE NOTED IN THE LEFT HIP COMPARED TO THE RIGHT WITH SOME PAIN AT END RANGE OF HIP EXTERNAL ROTATION NOTED ON THE LEFT SIDE. NO PAIN WAS NOTED WITH RESISTED MOVEMENTS. LOG ROLLING TESTS WERE ALSO NEGATIVE. NO SI JOINT TENDERNESS WERE NOTED WITH PALPATION AND NO AREA OF BRUISING OR SKIN DISCOLORATION OR BROKEN WAS NOTED.

IMPRESSION/PLAN:
THE PATIENT IS A 35-YEAR-OLD FEMALE WITH PAST MEDICAL HISTORY AS NOTED ABOVE WITH CURRENT MILD POSSIBLE HIP BRUISE AND RE-EXACERBATION OF TROCHANTERIC BURSA PAIN, STATUS POST A FALL. THE PATIENT DID NOTES SOME IMPROVEMENT WITH ICING AND WISHED TO START A TRIAL OF NAPROSYN AT 250MG, 2 TABLETS AT BEDTIME. WE SUGGEST THAT SHE CONTINUE WITH PERIODIC ICING FOR 10-15 FOR HER LATERAL HIP, IF NEEDED, IN THE NEXT 24 HOURS, 2-3X/DAY. WE ALSO SUGGEST IF SYMPTOMS HAVE NOT COMPLETELY IMPROVED IN THE NEXT 24 HOURS TO BEGIN SHORT COURSE OF 500MG OF NAPROSYN B.I.D. FOR 7-DAY COURSE. SHE IS THEN TO GET INTO A GENTILE HEATING AND RESUME GENERAL STRETCH ACTIVE RANGE PROGRAM IF SYMPTOMS IMPROVE. IF THERE IS NO IMPROVEMENT IN PATIENT'S SYMPTOMS IN NEXT 24-48 HOURS OR SYMPTOMS WORSEN OR ANY RANGE OF MOTION DEFICITS, STRENGTH DEFICITS ARE TO OCCUR, PATIENT SHOULD IMMEDIATELY GO FOR IMAGING WHICH INITIALLY SHOULD BE PLAIN FILMS OF THE HIP, A/P AND LATERAL VIEWS TO LOOK AT THE HIPS AND PELVIS TO RULE OUT ANY BONY ABNORMALITY. THE PATIENT WOULD OTHERWISE BE FOLLOWED UP AS NEEDED BY THE REHABILITATION MEDICINE DEPARTMENT.

GOALS:
1 ) COMPLETE REHABILITATION MEDICINE DEPARTMENT EVALUATION.

2 ) MAKE GENERAL RECOMMENDATIONS FOR USE OF HEATING AND COLD MODALITIES, CONTINUED RANGE PROGRAM AND IMAGING IF NEEDED.

OVERALL GOALS AND PLANS WERE DISCUSSED WITH THE PATIENT AND SHE WAS IN AGREEMENT. GOALS WERE ACHIEVED AS STATED ABOVE. THE PATIENT CURRENT NIHFA SCORE IS GRADE 3 /4 AS SHE DID NOT SOME MIL PAIN IN THE HIP USUALLY WITH DEEPER PALPATION AND EXTREMES OF HIP EXTERNAL ROTATION ON THE LEFT SIDE. THE PATIENT SHOWED NO SIGNIFICANT GAIT ANTALGIA.

98452/000199227 GOJ/061

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -4778
11/02/01 05:15 PM

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
PAGE 001
QAIRLR

REHB

BANERJEE, URMILA (NMN)
35-59-48-8 DOB: [redacted] AGE:35
04E19A
SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
ORDER DATE: 10/11/01

JOE,GALEN O M.D.

ORDERED BY: APUD,JOSE A MD JAAA
DICTATED DATE: 10/12/2001
STATUS DATE: 10/11/01
TRANSCRIBED DATE: 10/17/2001
M284-0007
DICTATED BY:
GALEN O JOE, M.D.

EXAM DATE: 10/11/01
REHABILITATION MEDICINE EVALUATION
SUBJECTIVE:
THE PATIENT IS A 35-YEAR-OLD RIGHT-HANDED FEMALE WITH PAST MEDICAL HISTORY SIGNIFICANT FOR SCHIZOPHRENIA, WHO IS KNOWN TO THE REHABILITATION MEDICINE DEPARTMENT FOR LEFT-SIDED MILD TROCHANTERIC BURSITIS AND TIGHTNESS IN THE ILIOTIBIAL BAND. THE PATIENT WAS TREATED IN THE PAST WITH HEATING, STRETCHING AND ULTRASOUND WITH NOTED SIGNIFICANT RELIEF IN HER SYMPTOMS. SHE IS REFERRED TO THE REHABILITATION MEDICINE DEPARTMENT AFTER A FALL IN THE BOWLING ALLEY TODAY. PATIENT REPORTS WHILE BOWLING SLIPPING FALLING ONTO HER LEFT HAND AND LEFT HIP. SHE REPORTS SOME MILD TENDERNESS IN THE LEFT HIP AND PALM OF HER HAND, BUT WAS ABLE TO GET UP AND AMBULATE WITHOUT SIGNIFICANT DIFFICULTY. SHE NOTES HEARING NO POPS OR CRACKS. SHE NOTES NO SIGNIFICANT LOSS OF CONSCIOUSNESS OR HEATING HER HEAD. AT CURRENT, SHE REPORTS NO BACK PAIN, BOWEL OR BLADDER PROBLEMS, SENSORY PROBLEMS, BUT DOES REPORT SOME MILD PAIN IN THE LEFT LATERAL HIP AREA. SHE DID REPORT SOME PAIN INVOLVING THE LEFT PALM WHICH AFTER SOME ICING DID IMPROVE. ON EVALUATION, THE PATIENT'S LEFT HAND SHOWS GOOD WRIST MOVEMENT, FLEXION/EXTENSION, INVERSION/EVERSION, WRIST PRONATION/SUPINATION AND DIGIT MOVEMENT. SOME MILD AREA OF RESOLVING REDNESS IS SEEN OVER THE PROXIMAL PORTION OF THE THENAR EMINENCE. NO RESTRICTION IN MOVEMENT, NO LIGHT TOUCH OR JOINT POSITION

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -4779 NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
11/02/01 05:15 PM PAGE 001 QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E19A
5-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
ORDER DATE: 10/11/01

JOE,GALEN O M.D.

ORDERED BY: APUD,JOSE A MD JAAA
DICTATED DATE: 10/12/2001
STATUS DATE: 10/11/01
TRANSCRIBED DATE: 10/17/2001
M284-0007
DICTATED BY:
GALEN O JOE, M.D.

EXAM DATE: 10/11/01
REHABILITATION MEDICINE EVALUATION
SUBJECTIVE:
THE PATIENT IS A 35-YEAR-OLD RIGHT-HANDED FEMALE WITH PAST MEDICAL HISTORY SIGNIFICANT FOR SCHIZOPHRENIA, WHO IS KNOWN TO THE REHABILITATION MEDICINE DEPARTMENT FOR LEFT-SIDED MILD TROCHANTERIC BURSITIS AND TIGHTNESS IN THE ILIOTIBIAL BAND. THE PATIENT WAS TREATED IN THE PAST WITH HEATING, STRETCHING AND ULTRASOUND WITH NOTED SIGNIFICANT RELIEF IN HER SYMPTOMS. SHE IS REFERRED TO THE REHABILITATION MEDICINE DEPARTMENT AFTER A FALL IN THE BOWLING ALLEY TODAY. PATIENT REPORTS WHILE BOWLING SLIPPING FALLING ONTO HER LEFT HAND AND LEFT HIP. SHE REPORTS SOME MILD TENDERNESS IN THE LEFT HIP AND PALM OF HER HAND, BUT WAS ABLE TO GET UP AND AMBULATE WITHOUT SIGNIFICANT DIFFICULTY. SHE NOTES HEARING NO POPS OR CRACKS. SHE NOTES NO SIGNIFICANT LOSS OF CONSCIOUSNESS OR HEATING HER HEAD. AT CURRENT, SHE REPORTS NO BACK PAIN, BOWEL OR BLADDER PROBLEMS, SENSORY PROBLEMS, BUT DOES REPORT SOME MILD PAIN IN THE LEFT LATERAL HIP AREA. SHE DID REPORT SOME PAIN INVOLVING THE LEFT PALM WHICH AFTER SOME ICING DID IMPROVE. ON EVALUATION, THE PATIENT'S LEFT HAND SHOWS GOOD WRIST MOVEMENT, FLEXION/EXTENSION, INVERSION/EVERSION, WRIST PRONATION/SUPINATION AND DIGIT MOVEMENT. SOME MILD AREA OF RESOLVING REDNESS IS SEEN OVER THE PROXIMAL PORTION OF THE THENAR EMINENCE. NO RESTRICTION IN MOVEMENT, NO LIGHT TOUCH OR JOINT POSITION

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -7569
12/19/01 10:48 AM

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
PAGE 001
QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E19A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 259.01 REHAB VOCATIONAL CONSULT. FOLLOW-UP
ORDER DATE: 12/19/01

BERNAD, MARTHA

INTERIM REPORT PT. REPORTS SHE IS DOING SIGNIFICANTLY BETTER-SHE ONLY HEARS VOICES A FEW MINUTES PER DAY. ACCORDING TO PT. THE VOICES TELL HER TO "DO THINGS" "TO CUT MY NAILS, OR TAKE OF MY NAILPOLISH". PT. IS PLANNING ON DISCHARGE TO A SUPORTED LIVING FACILITY, SHARING AN APPARTMENT WITH A ROOMMATE. PT. STATES SHE WOULD LIKE TO RETURN TO HER PREVIOUS VOLUNTEER JOB AT THE VA PHARMACY PART TIME. SHE FINDS HER JOB DUTIES AT THE PHARMACY "NOT CHALLENGING", BUT FEELS RETURNING TO A FAMILIAR ENVIRONMENT WOULD BE HELPFUL. SHE EXPRESSED INTEREST IN FINDING ANOTHER VOLUNTEER OPPORTUNITY THAT WOULD BE "MORE INTERESTING"-PERHAPS A MUSEUM OR SCHOOL SETTING SINCE SHE LIKES CHILDREN. PT. ALSO HOPES TO TAKE ART CLASS AND INDIAN DANCING ONE EVENING A WEEK.

PT. HAS MORE REALISTIC GOALS FOR DISCHARGE, AND IS ACCEPTING OF SUPPORTED LIVING ENVIRONMENT. SHE ALSO HAS BETTER INSIGHT REGARDING THE TYPE OF VOLUNTEER WORK SHE WANTS TO EXPLORE, AS WELL AS THE FACT THAT SHE HAS TO RETURN IN A GRADED, GRADUAL MANNER.

PLAN; CONTINUE VOC. REHAB. COUNSELING RE. EXPLORING VOLUNTEER OPPORTUNITIES POST DISCHARGE. WILL CONTACT PT'S SOCIAL WORKER AT VA MS. SHANTON 302 994-2511 EXT 4804 TO EXPLORE PLACEMENT OPTIONS. CONTINUE TO PROVIDE SUPPORT AND GUIDANCE TO PT. THROUGH DISCHARGEPLANNING PHASE.

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E, -4777 NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
11/02/01 05:15 PM PAGE 001 QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E19A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD, JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
ORDER DATE: 10/11/01

JOE, GALEN O M.D.

ORDERED BY: APUD, JOSE A MD JAAA
DICTATED DATE: 10/12/2001
STATUS DATE: 10/11/01
TRANSCRIBED DATE: 10/17/2001
M284-0007
DICTATED BY:
GALEN O JOE, M.D.

EXAM DATE: 10/11/01
REHABILITATION MEDICINE EVALUATION
SUBJECTIVE:
THE PATIENT IS A 35-YEAR-OLD RIGHT-HANDED FEMALE WITH PAST MEDICAL HISTORY SIGNIFICANT FOR SCHIZOPHRENIA, WHO IS KNOWN TO THE REHABILITATION MEDICINE DEPARTMENT FOR LEFT-SIDED MILD TROCHANTERIC BURSITIS AND TIGHTNESS IN THE ILIOTIBIAL BAND. THE PATIENT WAS TREATED IN THE PAST WITH HEATING, STRETCHING AND ULTRASOUND WITH NOTED SIGNIFICANT RELIEF IN HER SYMPTOMS. SHE IS REFERRED TO THE REHABILITATION MEDICINE DEPARTMENT AFTER A FALL IN THE BOWLING ALLEY TODAY. PATIENT REPORTS WHILE BOWLING SLIPPING FALLING ONTO HER LEFT HAND AND LEFT HIP. SHE REPORTS SOME MILD TENDERNESS IN THE LEFT HIP AND PALM OF HER HAND, BUT WAS ABLE TO GET UP AND AMBULATE WITHOUT SIGNIFICANT DIFFICULTY. SHE NOTES HEARING NO POPS OR CRACKS. SHE NOTES NO SIGNIFICANT LOSS OF CONSCIOUSNESS OR HEATING HER HEAD. AT CURRENT, SHE REPORTS NO BACK PAIN, BOWEL OR BLADDER PROBLEMS, SENSORY PROBLEMS, BUT DOES REPORT SOME MILD PAIN IN THE LEFT LATERAL HIP AREA. SHE DID REPORT SOME PAIN INVOLVING THE LEFT PALM WHICH AFTER SOME ICING DID IMPROVE. ON EVALUATION, THE PATIENT'S LEFT HAND SHOWS GOOD WRIST MOVEMENT, FLEXION/EXTENSION, INVERSION/EVERSION, WRIST PRONATION/SUPINATION AND DIGIT MOVEMENT. SOME MILD AREA OF RESOLVING REDNESS IS SEEN OVER THE PROXIMAL PORTION OF THE THENAR EMINENCE. NO RESTRICTION IN MOVEMENT, NO LIGHT TOUCH OR JOINT POSITION SENSE DEFICITS WERE NOTED. COMPRESSION OF THE CARPAL TUNNEL AREA SHOWED NO SYMPTOMS THERE. FOR THE LOWER EXTREMITY TESTING STANDPOINT, THE PATIENT IS STILL NOTED WITH SOME MILD TIGHTNESS IN THE ILIOTIBIAL BANDS, BILATERALLY, LEFT SIDE GREATER THAN RIGHT. TENDERNESS WITH PALPATION OVER THE AREA OF THE TROCHANTERIC BURSA ON THE LEFT WITH NO RADIATION OF PAIN. STRAIGHT

CONTINUED

11/02/01 05:15 PM PAGE 002

QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E19A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT

LEG RAISE TEST AND PATRICK'S MANEUVER WERE NEGATIVE. SOME SLIGHT LIMITS IN INTERNAL ROTATION AND EXTERNAL ROTATION WERE NOTED IN THE LEFT HIP COMPARED TO THE RIGHT WITH SOME PAIN AT END RANGE OF HIP EXTERNAL ROTATION NOTED ON THE LEFT SIDE. NO PAIN WAS NOTED WITH RESISTED MOVEMENTS. LOG ROLLING TESTS WERE ALSO NEGATIVE. NO SI JOINT TENDERNESS WERE NOTED WITH PALPATION AND NO AREA OF BRUISING OR SKIN DISCOLORATION OR BROKEN WAS NOTED.

IMPRESSION/PLAN:
THE PATIENT IS A 35-YEAR-OLD FEMALE WITH PAST MEDICAL HISTORY AS NOTED ABOVE WITH CURRENT MILD POSSIBLE HIP BRUISE AND RE-EXACERBATION OF TROCHANTERIC BURSA PAIN, STATUS POST A FALL. THE PATIENT DID NOTES SOME IMPROVEMENT WITH ICING AND WISHED TO START A TRIAL OF NAPROSYN AT 250MG, 2 TABLETS AT BEDTIME. WE SUGGEST THAT SHE CONTINUE WITH PERIODIC ICING FOR 10-15 FOR HER LATERAL HIP, IF NEEDED, IN THE NEXT 24 HOURS, 2-3X/DAY. WE ALSO SUGGEST IF SYMPTOMS HAVE NOT COMPLETELY IMPROVED IN THE NEXT 24 HOURS TO BEGIN SHORT COURSE OF 500MG OF NAPROSYN B.I.D. FOR 7-DAY COURSE. SHE IS THEN TO GET INTO A GENTILE HEATING AND RESUME GENERAL STRETCH ACTIVE RANGE PROGRAM IF SYMPTOMS IMPROVE. IF THERE IS NO IMPROVEMENT IN PATIENT'S SYMPTOMS IN NEXT 24-48 HOURS OR SYMPTOMS WORSEN OR ANY RANGE OF MOTION DEFICITS, STRENGTH DEFICITS ARE TO OCCUR, PATIENT SHOULD IMMEDIATELY GO FOR IMAGING WHICH INITIALLY SHOULD BE PLAIN FILMS OF THE HIP, A/P AND LATERAL VIEWS TO LOOK AT THE HIPS AND PELVIS TO RULE OUT ANY BONY ABNORMALITY. THE PATIENT WOULD OTHERWISE BE FOLLOWED UP AS NEEDED BY THE REHABILITATION MEDICINE DEPARTMENT.

GOALS:
1 ) COMPLETE REHABILITATION MEDICINE DEPARTMENT EVALUATION.

2 ) MAKE GENERAL RECOMMENDATIONS FOR USE OF HEATING AND COLD MODALITIES, CONTINUED RANGE PROGRAM AND IMAGING IF NEEDED.

OVERALL GOALS AND PLANS WERE DISCUSSED WITH THE PATIENT

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -4780
11/02/01 05:15 PM

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
PAGE 001

QAIRLR
REHB

BANERJEE, URMILA (NMN)
35-59-48-8 DOB: [redacted] AGE:35
04E19A
SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
ORDER DATE: 10/11/01

JOE,GALEN O M.D.

ORDERED BY: APUD,JOSE A MD JAAA
DICTATED DATE: 10/12/2001
STATUS DATE: 10/11/01
TRANSCRIBED DATE: 10/17/2001
M284-0007
DICTATED BY:
GALEN O JOE, M.D.

EXAM DATE: 10/11/01
REHABILITATION MEDICINE EVALUATION
SUBJECTIVE:
THE PATIENT IS A 35-YEAR-OLD RIGHT-HANDED FEMALE WITH PAST MEDICAL HISTORY SIGNIFICANT FOR SCHIZOPHRENIA, WHO IS KNOWN TO THE REHABILITATION MEDICINE DEPARTMENT FOR LEFT-SIDED MILD TROCHANTERIC BURSITIS AND TIGHTNESS IN THE ILIOTIBIAL BAND. THE PATIENT WAS TREATED IN THE PAST WITH HEATING, STRETCHING AND ULTRASOUND WITH NOTED SIGNIFICANT RELIEF IN HER SYMPTOMS. SHE IS REFERRED TO THE REHABILITATION MEDICINE DEPARTMENT AFTER A FALL IN THE BOWLING ALLEY TODAY. PATIENT REPORTS WHILE BOWLING SLIPPING FALLING ONTO HER LEFT HAND AND LEFT HIP. SHE REPORTS SOME MILD TENDERNESS IN THE LEFT HIP AND PALM OF HER HAND, BUT WAS ABLE TO GET UP AND AMBULATE WITHOUT SIGNIFICANT DIFFICULTY. SHE NOTES HEARING NO POPS OR CRACKS; SHE NOTES NO SIGNIFICANT LOSS OF CONSCIOUSNESS OR HEATING HER HEAD. AT CURRENT, SHE REPORTS NO BACK PAIN, BOWEL OR BLADDER PROBLEMS, SENSORY PROBLEMS, BUT DOES REPORT SOME MILD PAIN IN THE LEFT LATERAL HIP AREA. SHE DID REPORT SOME PAIN INVOLVING THE LEFT PALM WHICH AFTER SOME ICING DID IMPROVE. ON EVALUATION, THE PATIENT'S LEFT HAND SHOWS GOOD WRIST MOVEMENT, FLEXION/EXTENSION, INVERSION/EVERSION, WRIST PRONATION/SUPINATION AND DIGIT MOVEMENT. SOME MILD AREA OF RESOLVING REDNESS IS SEEN OVER THE PROXIMAL PORTION OF THE THENAR EMINENCE. NO RESTRICTION IN MOVEMENT, NO LIGHT TOUCH OR JOINT POSITION SENSE DEFICITS WERE NOTED. COMPRESSION OF THE CARPAL TUNNEL AREA SHOWED NO SYMPTOMS THERE. FOR THE LOWER EXTREMITY TESTING STANDPOINT, THE PATIENT IS STILL NOTED WITH SOME MILD TIGHTNESS IN THE ILIOTIBIAL BANDS, BILATERALLY, LEFT SIDE GREATER THAN RIGHT. TENDERNESS WITH PALPATION OVER THE AREA OF THE TROCHANTERIC BURSA ON THE LEFT WITH NO RADIATION OF PAIN. STRAIGHT

CONTINUED

11/02/01 05:15 PM PAGE 002

QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E19A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
LEG RAISE TEST AND PATRICK'S MANEUVER WERE NEGATIVE. SOME SLIGHT LIMITS IN INTERNAL ROTATION AND EXTERNAL ROTATION WERE NOTED IN THE LEFT HIP COMPARED TO THE RIGHT WITH SOME PAIN AT END RANGE OF HIP EXTERNAL ROTATION NOTED ON THE LEFT SIDE. NO PAIN WAS NOTED WITH RESISTED MOVEMENTS. LOG ROLLING TESTS WERE ALSO NEGATIVE. NO SI JOINT TENDERNESS WERE NOTED WITH PALPATION AND NO AREA OF BRUISING OR SKIN DISCOLORATION OR BROKEN WAS NOTED.

IMPRESSION/PLAN:
THE PATIENT IS A 35-YEAR-OLD FEMALE WITH PAST MEDICAL HISTORY AS NOTED ABOVE WITH CURRENT MILD POSSIBLE HIP BRUISE AND RE-EXACERBATION OF TROCHANTERIC BURSA PAIN, STATUS POST A FALL. THE PATIENT DID NOTES SOME IMPROVEMENT WITH ICING AND WISHED TO START A TRIAL OF NAPROSYN AT 250MG, 2 TABLETS AT BEDTIME. WE SUGGEST THAT SHE CONTINUE WITH PERIODIC ICING FOR 10-15 FOR HER LATERAL HIP, IF NEEDED, IN THE NEXT 24 HOURS, 2-3X/DAY. WE ALSO SUGGEST IF SYMPTOMS HAVE NOT COMPLETELY IMPROVED IN THE NEXT 24 HOURS TO BEGIN SHORT COURSE OF 500MG OF NAPROSYN B.I.D. FOR 7-DAY COURSE. SHE IS THEN TO GET INTO A GENTILE HEATING AND RESUME GENERAL

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E. -4781
11/02/01 05:15 PM

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
PAGE 001
QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E19A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
ORDER DATE: 10/11/01

JOE,GALEN O M.D.

ORDERED BY: APUD,JOSE A MD JAAA
DICTATED DATE: 10/12/2001
STATUS DATE: 10/11/01
TRANSCRIBED DATE: 10/17/2001
M284-0007
DICTATED BY:
GALEN O JOE, M.D.

EXAM DATE: 10/11/01
REHABILITATION MEDICINE EVALUATION
SUBJECTIVE:
THE PATIENT IS A 35-YEAR-OLD RIGHT-HANDED FEMALE WITH PAST MEDICAL HISTORY SIGNIFICANT FOR SCHIZOPHRENIA, WHO IS KNOWN TO THE REHABILITATION MEDICINE DEPARTMENT FOR LEFT-SIDED MILD TROCHANTERIC BURSITIS AND TIGHTNESS IN THE ILIOTIBIAL BAND. THE PATIENT WAS TREATED IN THE PAST WITH HEATING, STRETCHING AND ULTRASOUND WITH NOTED SIGNIFICANT RELIEF IN HER SYMPTOMS. SHE IS REFERRED TO THE REHABILITATION MEDICINE DEPARTMENT AFTER A FALL IN THE BOWLING ALLEY TODAY. PATIENT REPORTS WHILE BOWLING SLIPPING FALLING ONTO HER LEFT HAND AND LEFT HIP. SHE REPORTS SOME MILD TENDERNESS IN THE LEFT HIP AND PALM OF HER HAND, BUT WAS ABLE TO GET UP AND AMBULATE WITHOUT SIGNIFICANT DIFFICULTY. SHE NOTES HEARING NO POPS OR CRACKS. SHE NOTES NO SIGNIFICANT LOSS OF CONSCIOUSNESS OR HEATING HER HEAD. AT CURRENT, SHE REPORTS NO BACK PAIN, BOWEL OR BLADDER PROBLEMS, SENSORY PROBLEMS, BUT DOES REPORT SOME MILD PAIN IN THE LEFT LATERAL HIP AREA. SHE DID REPORT SOME PAIN INVOLVING THE LEFT PALM WHICH AFTER SOME ICING DID IMPROVE. ON EVALUATION, THE PATIENT'S LEFT HAND SHOWS GOOD WRIST MOVEMENT, FLEXION/EXTENSION, INVERSION/EVERSION, WRIST PRONATION/SUPINATION AND DIGIT MOVEMENT. SOME MILD AREA OF RESOLVING REDNESS IS SEEN OVER THE PROXIMAL PORTION OF THE THENAR EMINENCE. NO RESTRICTION IN MOVEMENT, NO LIGHT TOUCH OR JOINT POSITION SENSE DEFICITS WERE NOTED. COMPRESSION OF THE CARPAL TUNNEL AREA SHOWED NO SYMPTOMS THERE. FOR THE LOWER EXTREMITY TESTING STANDPOINT, THE PATIENT IS STILL NOTED WITH SOME MILD TIGHTNESS IN THE ILIOTIBIAL BANDS, BILATERALLY, LEFT SIDE GREATER THAN RIGHT. TENDERNESS WITH PALPATION OVER THE AREA OF THE TROCHANTERIC BURSA ON THE LEFT WITH NO RADIATION OF PAIN. STRAIGHT

CONTINUED

11/02/01 05:15 PM PAGE 002 QAIRLR

REHB

-ANERJEE, URMILA (NMN) 04E19A
J-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD, JOSE A MD

REHABILITATION CONSULTATION

ORDER: 137.01 REHABILITATION MEDICINE CONSULT
LEG RAISE TEST AND PATRICK'S MANEUVER WERE NEGATIVE. SOME SLIGHT LIMITS IN INTERNAL ROTATION AND EXTERNAL ROTATION WERE NOTED IN THE LEFT HIP COMPARED TO THE RIGHT WITH SOME PAIN AT END RANGE OF HIP EXTERNAL ROTATION NOTED ON THE LEFT SIDE. NO PAIN WAS NOTED WITH RESISTED MOVEMENTS. LOG ROLLING TESTS WERE ALSO NEGATIVE. NO SI JOINT TENDERNESS WERE NOTED WITH

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -2357 NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
09/11/01 12:53 PM PAGE 001 QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E09A
5-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 120.01 OCCUPATIONAL THERAPY FOLLOW-UP
ORDER DATE: 09/05/01

BERNAD, MARTHA

ADMIT REPORT PT. IS A 35 YR OLD FEMALE WITH DX OF SCHIZOPHRENIA WHO WAS REF. FOR EXPLORATION OF HER VOCATIONAL OPTIONS.

PT. IS FROM NEW DELHI, INDIA. SHE OBTAINED A BA WITH HONORS AT AGE 20 IN INDIA. PT. CAME TO THE US IN 1996 TO OBTAIN A MASTERS DEGREE IN CLINICAL PSYCHOLOGY, WHICH ACCORDING TO PATIENT TOOK HER UNTIL 1998 DUE TO HER ILLNESS. PT. JOINED THE ARMY IN 1990WHERE SHE WAS BEING TRAINED AS PHARMA CY TECH. PT. REPORTED SHE BROKE HER L FOOT IN BASIC TRAINING AND SUFFERED STRESS FRACTURES IN BOTH HIPS, KNEE AND ANKLES DURING AIT TRAINING. PT. RECEIVED AN HONORABLE DISCHARGE FROM THE ARMY IN 1991.

PT. REPORTS THAT SHE WAS DIAGNOSED WITH SCHIZOPHRENIA IN 1991, BUT "I DID NOT BELIEVE IT, AND DID NOT TAKE MEDICATIONS UNTIL 1997". DURING THIS PERIOD PT. HELD A SERIES OF JOBS MOSTLY SHORT DURATION (8-9 MO.). PT. STATED SHE WOULD QUIT DUE TO TOO MUCH PRESSURE. SHE WOULD ALSO GET BORED-"NOT INTELLECTUALLY STIMULATING". SHE ALSO ADMITS TO HAVING DIFFICULTI-ES RELATING TO OTHERS. SINCE PT. STARTED TAKING MEDS. PT. HAS ATTEMPTED TO WORK, BUT HER SYMPTOMS OF HEARING VOICES, FEELING DILUSIONAL AND PARANOID STILL IMPACTED HER JOB PERFORMANCE. IN 1999 PT. STARTED WORKING WITH DEPT. OF VOC. REHAB. IN WILMINGTON DELAWARE. PT. EXPRESSED INTEREST IN OBTAINING COMPUTER TRAINING, WHICH WAS PAID THROUGH DEPT. OF VOC. REHAB. PT. STATES SHE DID WELL IN THE IST TERM, HOWEVER HAD TO DROPP OUT DUE TO INCREASED SYMPTOMS. PT. DECIDED TO GO TO INDIA AND TAKE TYPING CLASS THERE, RETURNING 3/01. AT THIS TIME PT. EXPRESSED INTEREST IN BEING RE-TRAINED IN SOME HEALTH RELATED FIELD. SHE IS EXPLORING DENTAL HYGENE, PHARMACY, NURSING, OPTOMETRY RELATED TRAINING.

PT. IS CURRENTLY LIVING WITH PARENTS. SHE WAS MARRIED FOR 18 MO., IT WAS AN ARRANGED MARRIAGE, AND HUSBAND WAS BOTH VERBALLY AND PHYSICALLY ABUSIVE. PT. IS RECEIVING DISABILITY BENEFITS FROM THE ARMY AS WELL AS SOC. SEC. DISABILITY. PT. WANTS TO BE DISCHARGED TO ASST. LIVING "TIME FOR ME TO LEARN TO BE INDEPENDENT". PT.'S PARENTS ARE PLANNING ON RETURNING TO INDIA NEXT YEAR, WHEN PT'S MOTHER WILL RETIRE FROM HER PHYSICIAN ASST. POSITION. PT. ENJOYS VARIETY OF CRAFTS AND ART ACTIVITIES. PT.'S FATHER IS RETIRED. PT.

CONTINUED



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

09/11/01 12:53 PM PAGE 002

QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E09A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 120.01 OCCUPATIONAL THERAPY FOLLOW-UP
HAS OLDER SISTER IS MARRIED AND WORKS IN A BANK. YOUNGER SISTER IS FIVORCED AND HAS FELLOWSHIP AT MED. COLLEGE OF PHILADELPHIA. ANOTHER YOUNGER SISTER IS STUDYING ELECTRICAL ENGINEERING AT DREXEL U. PT. STATES SHE HAS NO FRIENDS, HER PRIMARY SOURCE OF SUPORT IS HER PARENTS.

PT. WAS PLEASANT AND COOPERATIVE. PT. APPEARS MOTIVATED TO BECOME PRODUCTIVE MEMBER OF SOCIETY. SHE HAS MINIMAL INSIGHT TO THE IMPACT OF HER ILLNESS ON HER JOB FUNCTIONING, AND AS A RESULT CAN POTENTIALLY HAVE UNREALISTIC VOCATIONAL GOALS.

PLAN: PROVIDE REHAB. COUNSELING TO IDENTIFY REALISTIC VOC. GOALS, RE-REF. TO DEPT. OF VOC. REHAB. FOR ASST. IN RE-TRAINING, PROVIDE VOCATIONAL TESTING OF INTEREST AND APTITUDE, PROVIDE SUPPORT AND GUIDANCE THROUGH PROCESS. RESULT OF EVAL. WAS REVIEWED WITH PT. WHO WAS MOST APPRECIATIVE OF PLANS. THANK YOU FOR THE OPPORTUNITY TO WORK WITH THIS PT.

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -2316
09/10/01 06:03 PM

NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
PAGE 001

QAIRLR

REHB

BANERJEE, URMILA (NMN)
35-59-48-8 DOB: [redacted] AGE:35
04E09A
SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 71.01 REHABILITATION MEDICINE CONSULT
ORDER DATE: 08/06/01

PERRY,MONIQUE B M.D.

ORDERED BY: APUD,JOSE A MD
DICTATED DATE: 08/15/2001
STATUS DATE: 08/06/01
TRANSCRIBED DATE: 08/18/2001
M218-0003
DICTATED BY:
MONIQUE B PERRY, M.D.
SIGNED BY:
MONIQUE B PERRY, M.D. 09/10/2001 18:05 EXAM DATE: 08/08/01
ADMIT/DISCHARGE

SUBJECTIVE:
THIS IS A 35-YEAR-OLD INDIAN FEMALE, WITH HISTORY OF STRESS FRACTURES IN THE PAST, WHO IS REFERRED TO RMD FOR EVALUATION AND TREATMENT FOR LEFT HIP DISCOMFORT. PATIENT STATES THAT AFTER PARTICIPATING IN EXERCISES IN RECREATION THERAPY, SHE DEVELOPED LATERAL HIP PAIN ON THE LEFT. PATIENT STATES THAT SHE DID SOME WEIGHTS AND GROUP EXERCISES. PATIENT STATES THAT IN THE PAST WHEN SHE WAS IN BOOT CAMP IN THE ARMY SHE DEVELOPED MULTIPLE STRESS FRACTURES IN BILATERAL LOWER EXTREMITIES AND AFTER 6 MONTHS SHE WAS HONORABLY DISCHARGED FROM THE MILITARY. PATIENT DENIES ANY GROIN PAIN. PATIENT SEEN IN ORTHOPEDIC CLINIC WITH RECOMMENDATIONS OF STRENGTHENING AND ULTRASOUND. ALSO RECOMMENDED TO START ON NONSTEROIDAL ANTI-INFLAMMATORY. PATIENT STARTED ON NONSTEROIDAL ANTI-INFLAMMATORY MEDICATION. PATIENT STATES THAT THIS HAS IMPROVED THE PAIN; HOWEVER, SHE CONTINUES TO HAVE SOME PAIN.

PAST MEDICAL HISTORY:
PATIENT ADMITTED TO NIH TO RULE OUT SCHIZOPHRENIA.

OBJECTIVE:
GENERAL: A WELL-DEVELOPED, WELL-NOURISHED FEMALE, SITTING ON HOSPITAL BED IN NO APPARENT DISTRESS. MUSCULOSKELETAL EXAM: THERE IS TENDERNESS TO PALPATION OF THE LEFT TROCHANTERIC BURSA. RESISTIVE HIP ABDUCTION ON THE LEFT IS PAINFUL. PASSIVE HIP ADDUCTION CAUSES STRETCHING SENSATION AND DISCOMFORT IN THE TROCHANTERIC BURSA.

REFLEXES: BILATERAL LOWER EXTREMITIES ARE 1 TO 2+ THROUGHOUT.

CONTINUED



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

09/10/01 06:03 PM PAGE 002

QAIRLR

REHB

ANERJEE, URMILA (NMN) 04E09A
3-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 71.01 REHABILITATION MEDICINE CONSULT
TOES ARE DOWNGOING. STRENGTH IS 5/5 THROUGHOUT BILATERAL LOWER EXTREMITIES. THORACOLUMBAR SPINE IS GOOD AND NONPAINFUL.

IMPRESSION:
THIS IS A 35-YEAR-OLD INDIAN FEMALE WITH HISTORY OF SCHIZOPHRENIA WITH LEFT LATERAL HIP PAIN, SUSPECT TROCHANTERIC BURSITIS. THE NIHFA PAIN INDEX IS 2/4, AS PATIENT HAS PAIN WHICH REQUIRES MEDS AND MODALITIES FOR CONTROL.

PLAN:
1 ) REFER TO PHYSICAL THERAPY FOR EVALUATION AND TREATMENT FOR ILIOTIBIAL BAND STRETCHING, WARM MODALITIES, ULTRASOUND FOR DEEP HEAT AND GENTILE STRENGTHENING EXERCISES. 2 ) RECOMMEND TO CONTINUE NONSTEROIDAL ANTI-INFLAMMATORIES FOR 10 DAYS TO TWO WEEKS FOR ANTI-INFLAMMATORY BENEFITS. 3 ) SUSPECT PATIENT WILL NOT NEED FURTHER REHABILITATION STATUS POST DISCHARGE. 4 ) SHORT-TERM GOALS - COMPLETE REHABILITATION MEDICINE EVALUATION, REFER TO PHYSICAL THERAPY AND PATIENT EDUCATION. SHORT-TERM GOALS MET.

THANK YOU FOR THIS INTERESTING CONSULTATION.

97655/000177679 MBP/061

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -2097 NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
09/05/01 12:17 PM PAGE 001
QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E09A
5-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 119.01 REHAB VOCATIONAL CONSULT. FOLLOW-UP
ORDER DATE: 09/05/01

BERNAD, MARTHA

CONSULT REQUEST FOR VOCATIONAL COUNSELING RECEIVED. PATIENT IS BEING COTNACTED TO SCHEDULE APPOINTMENT.

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

4E -0790 NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER
08/09/01 01:26 PM PAGE 001 QAIRLR

REHB

BANERJEE, URMILA (NMN) 04E09A
35-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 72.01 PHYSICAL THERAPY FOLLOW-UP
ORDER DATE: 08/07/01

JAIN,MINAL

ORDERED BY: JAIN,MINAL S PT
DICTATED DATE: 08/07/2001
STATUS DATE: 08/07/01
TRANSCRIBED DATE: 08/08/2001
P219-0006
DICTATED BY:
MINAL JAIN
SIGNED BY:
MINAL JAIN 08/09/2001 13:28 EXAM DATE: 08/07/01
DIAGNOSIS: SCHIZOPHRENIA
PATIENT IS A 35-YEAR-OLD FEMALE, REFERRED TO PHYSICAL THERAPY FOR EVALUATION AND TREATMENT OF LEFT HIP PAIN. PATIENT IS ADMITTED TO NIH ON A SCHIZOPHRENIA STUDY, BUT AT THIS TIME, WHILE INPATIENT, SHE IS REPORTING PAIN.

PATIENT HAS HISTORY OF STRESS FRACTURES AROUND BILATERAL HIP, KNEE AND LEFT FOOT. SHE REPORTS THAT SHE WAS IN THE MILITARY IN 1991 AND SHE WAS DISCHARGE FROM THE MILITARY, BUT SHE HAS HAD THE PAIN OFF AND ON SINCE THEN. SHE REPORTS THAT THE PAIN GETS WORSE AFTER EXERCISING, AFTER SHE HAS BEEN WALKING OR DOING SOME JOGGING. SHE WAS SEEN IN ORTHOPEDIC CLINIC FOR EVALUATION, THEIR ASSESSMENT REVEALS A LEFT TROCHANTERIC BURSITIS WITH RECOMMENDATIONS FROM STRETCHING, HEAT, AND ULTRASOUND. SHE HAS ALSO BEEN PROVIDED WITH NAPROSYN FOR PAIN RELIEF AND EDEMA RELIEF, WHICH SHE REPORTS, HAS BEEN VERY HELPFUL.

OBJECTIVE:
PATIENT IS SEEN IN THE REHABILITATION MEDICINE DEPARTMENT FOR EVALUATION. PATIENT'S NIHFA FUNCTIONAL SCORE IS 12/12, PATIENT IS INDEPENDENT WITH ALL MOBILITY AND TRANSFERS. PATIENT PRESENTS WITH ON A SCALE OF 1-10. SHE REPORTS THAT THE PAIN IS AT APPROXIMATELY A 4. SHE REPORTS THAT THE NAPROSYN HAS HELPED SIGNIFICANTLY, BUT SHE DOES START TO GET THE HIP PAIN WHEN SHE HAS BEEN WALKING ON THE TREADMILL. SHE DOES NOT ENGAGE IN ANY STRETCHING EXERCISES PRIOR TO WALKING, NOR HAS SHE HAS USED ANY HEAT MODALITIES FOR PAIN RELIEF.

RANGE OF MOTION OF ALL FOUR EXTREMITIES PRESENTS WITHIN NORMAL LIMITS. STRENGTH ASSESSED OF ALL FOUR EXTREMITIES GROSSLY TESTED IS

CONTINUED



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

08/09/01 01:26 PM PAGE 002

QAIRLR

REHB

ANERJEE, URMILA (NMN) 04E09A
5-59-48-8 DOB: [redacted] AGE:35 SEX:F
DX:R/O SCHIZOPHRENIA
INST/BR:MHBD
ATTENDING: APUD,JOSE A MD

REHABILITATION CONSULTATION

ORDER: 72.01 PHYSICAL THERAPY FOLLOW-UP
AT 10/10. SHE DOES PRESENT WITH SOME MILD PAIN WHEN SHE GOES INTO EXTERNAL ROTATION AS WELL AS CROSSING MIDLINE. SHE WAS PROVIDED WITH A HOME EXERCISE PROGRAM OF IT BAND STRETCHING, PIRIFORMIS STRETCHING AND HER ADDUCTORS.

ASSESSMENT:
OVERALL, PATIENT PRESENTS WITH RANGE OF MOTION AND STRENGTH THAT IS WITHIN NORMAL LIMITS, WITH COMPLAINTS OF LEFT HIP PAIN, AFTER SHE HAS BEEN WALKING ON THE TREADMILL OR WALKING FOR LONG PERIODS OF TIME. PAIN IS AT THIS TIME A 4/10, IT IS BOTHERSOME FOR HER. SHE IS USING NAPROSYN FOR THE PAIN WHICH HAS HELPED TO DECREASE IT.

PLAN:
PATIENT IS TO BE SEEN IN THE REHABILITATION MEDICINE DEPARTMENT TWICE/WEEK FOR PHYSICAL THERAPY SERVICES, FOCUSING ON DECREASING PAIN WITH THE USE OF MODALITIES SUCH AS ULTRASOUND, HEAT AND EXERCISES. WILL CONTINUE TO SEE HER WHILE SHE IS PATIENT HERE. SHE WAS PROVIDED WITH THE HOME EXERCISE PROGRAM THAT SHE IS TO UTILIZE BEFORE SHE DOES HER TREADMILL WALKING AND AFTERWARDS AND ALSO PROVIDED WITH A HEAT PACK TO USE BEFORE AND AFTER THE HEAT.

GOALS: ARE TO HAVE PATIENT HAVE A DECREASE IN PAIN FROM A 4/10 TO 2/10. PATIENT GOALS INCLUDE PATIENT IS INDEPENDENT WITH HOME EXERCISE PROGRAM AND IS INDEPENDENT WITH STRETCHING.

TREATMENT: PT RECEIVED HOTPACK AND US TO LEFT HIP AREA, FOLLOWED BY STRETCHING EX.

WILL CONTINUE TO SEE PATIENT TWICE/WEEK.

THANK YOU FOR THIS REFERRAL.

97536/000174631 MJ/061

LAST PAGE



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

| MEDICAL RECORD | CLEARANCE FOR PATIENT PARTICIPATION IN RECREATIONAL ACTIVITIES |
|---|---|

INSTRUCTIONS: The physician or primary nurse will complete this clearance form. Check "NO" for any activity the patient is not to participate in.

| Nursing Unit | Date of Requisition | Patient Last Name | Escort Status: ☑ Staff ☐ Patient ☐ Other: / Helmet Required: ☐ Yes ☐ No |
|---|---|---|---|
| 4E | 7/23/01 | BANERJEE | |

Seizure Type: ☐ Generalized Tonic/Clonic ☐ Complex Partial ☐ Focal ☐ Absence ☐ Myoclonic

| PHYSICAL/SPORTS ACTIVITIES | No | CRAFTS MATERIALS (Used with Small Group Supervision) | No | EQUIPMENT | No | Oriented By |
|---|---|---|---|---|---|---|
| Aerobic Exercise | | Leather Tools (Punches, Stamps, Shears) | | Lifecycle/Rec. Bike | | |
| Jogging | | Needles (Sewing, Knitting, Tapestry) | | Rowing Machine | | |
| Tennis | | Scissors* | | Stairmaster | | |
| Basketball (Strenuous) | | | | Tread Mill | | |
| Volleyball | | MONTGOMERY AQUATIC CENTER | No | Indoor Climbing Wall | | |
| Low Level Exercise | | Swimming (72°-78°; Chlorine) | | Weights (Universal) | | |
| Bicycle/Tricycle (Outdoors) | | Sauna (170°-180°) | | Weights (Free St.)* | | |
| Outside Walks | | Steam Room (100°-110°) | | | | |
| Shooting Baskets | | Whirlpool (102°-105°; Bromine) | | | | |
| Badminton | | Water Walking | | | | |
| Ping-Pong | | Water Aerobics/Jogging | | | | |
| Billiards | | | | | | |
| Fooseball | | | | | | |

**Not Available to Patients with Seizures*

COMMENTS:

| Recreation Therapist Name (Please Print) | Recreation Therapist Signature | Date |
|---|---|---|
| MARIA A. SMITH | Maria Smith MA CTRS H/FI | 7/23/01 |
| Authorizing Signature of Physician or Primary Nurse | [signature] | Date 7-23-01 |

Patient Identification

Clearance for Patient Participation In Recreational Activities
NIH- 2768 (5-98)
P.A. 09-25-0099
File in Section 3: Rehabilitation

C00530

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

| MEDICAL RECORD | RADIOLOGY RESULTS |
|---|---|
| National Institutes of Health Clinical Center | |
| BANERJEE, URMILA (NMN) 4E<br>MR#: 3559488<br>DOB: [redacted] Age: 35 Years SEX: Female<br>INST/BR: MHBD Protocol #: 89-M-0160<br>ATTENDING: APUD,JOSE A | X-RAY |

## MRI Results

| Exam: | Exam Date: | Accession #: | Ordered By: |
|---|---|---|---|
| MRI Pituitary | 11/02/2001 | MR-01-12757 | APUD,JOSE A |

## Report:

MAGNETIC RESONANCE IMAGING OF THE PITUITARY GLAND AND BRAIN:
The examination was performed using T1 and T2-weighted techniques. Special thin (3 mm) images of the pituitary gland were obtained prior to and after intravenous administration of contrast material.

FINDINGS:
The pituitary gland is normal in size and configuration. No focal space occupying lesions are noted in its parenchyma. The pituitary stalk, the suprasellar and the parasellar regions are normal.

On the brain images, no focal signal abnormalities are noted in the cerebral hemispheres, the cerebellum or the brainstem. The ventricles are normal. The remaining findings are unremarkable.

IMPRESSION:
Normal magnetic resonance imaging of the pituitary gland.

2. No brain abnormality is identified.

Dictated By: Nicholas J. Patronas, M.D.

Signed By: Nicholas J. Patronas, M.D.
Signed Date: 11/08/2001 11:16
Transcribed By: Gorski, Wendy
Transcribed Date: 11/03/2001 14:51



| Patient Identification:<br>BANERJEE, URMILA (NMN)<br>3559488 | Radiology Results<br>NIH-95-1 (8-00)<br>P. A. 09-25-0099<br>File in Section 3: Diagnostic Radiology |
|---|---|



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

| MEDICAL RECORD | RADIOLOGY RESULTS |
| --- | --- |

**National Institutes of Health Clinical Center**

EZRIN, DANIELLE CLELIA 4E
MR#: 3534467
DOB: [redacted] Age: 29 Years SEX: Female
INST/BR: MHBD Protocol #: 89-M-0160
ATTENDING: APUD,JOSE A

# X-RAY

## *MRI Results*

| Exam: | Exam Date: | Accession #: | Ordered By: |
| --- | --- | --- | --- |
| MRI Brain | 09/18/2001 | MR-01-11393 | MCCLURE,ROBERT K |

**Report:**

MR BRAIN, 09/18/01:

HISTORY: Schizophrenia.

TECHNIQUE: 3D spoiled gradient T1.

FINDINGS:
Brain is grossly normal. No mass effect or midline shift. No T2 imaging was performed.

IMPRESSION:

Grossly normal T1-weighted imaging of the brain. T2 images were not performed.

Dictated By: John A. Butman, M.D.

Signed By: John A. Butman, M.D.
Signed Date: 09/19/2001 15:31
Transcribed By: Gorski, Wendy
Transcribed Date: 09/18/2001 14:25

9-25-01

 Printed: 09/19/01 3:43 PM

Patient Identification:
EZRIN, DANIELLE CLELIA
3534467

Radiology Results
NIH-95-1 (8-00)
P. A. 09-25-0099
File in Section 3: Diagnostic Radiology

000532

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

000399

MEDICAL RECORD | RADIOLOGY RESULTS

National Institutes of Health Clinical Center

BANERJEE, URMILA (NMN) 4E
MR#: 3559488
DOB: [redacted] Age: 35 Years SEX: Female
INST/BR: MHBD Protocol #: 89-M-0160
ATTENDING: APUD,JOSE A

# X-RAY

## MRI Results

| Exam: | Exam Date: | Accession #: | Ordered By: |
|---|---|---|---|
| MRI Brain | 09/07/2001 | MR-01-10953 | MCCLURE,ROBERT K |

**Report:**

MRI OF THE BRAIN:

HISTORY: Schizophrenia.

TECHNIQUE: GE Signa 1.5T. T1 sagittal localizer. T2 FSE axial. Axial SPGR. No contrast was administered.

FINDINGS:
There is no pathologic T2 prolongation. The brain morphology appears unremarkable. The flow voids, orbits and paranasal sinuses appear unremarkable.

IMPRESSION:

Unremarkable non-enhanced MRI of the brain.

Dictated By: John A. Butman, M.D.

Signed By: John A. Butman, M.D.
Signed Date: 09/10/2001 10:27
Transcribed By: Gorski, Wendy
Transcribed Date: 09/07/2001 12:32



Patient Identification:
BANERJEE, URMILA (NMN)
3559488

Radiology Results
NIH-95-1 (8-00)
P. A. 09-25-0099
File in Section 3: Diagnostic Radiology



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

MEDICAL RECORD | RADIOLOGY RESULTS

National Institutes of Health Clinical Center

)ANERJEE, URMILA (NMN) 4E
MR#: 3559488
DOB: Age: 35 Years SEX: Female
INST/BR: MHBD Protocol #: 89-M-0160
ATTENDING: APUD,JOSE A

# X-RAY

## Diagnostic Radiology Results

| Exam: | Exam Date: | Accession #: | Ordered By: |
|---|---|---|---|
| DX Chest - PA + Lat | 07/19/2001 | DX-01-14489 | APUD,JOSE A |

**Report:**

CHEST, JULY 19, 2001:
Heart and mediastinum within normal limits. Shallow ventilation but lungs clear. Bony structures intact.

IMPRESSION:
Negative chest.

Dictated By: Elizabeth C. Jones, M.D.

Signed By: Elizabeth C. Jones, M.D.
Signed Date: 07/23/2001 10:31
Transcribed By: Guild, Barbara
)ranscribed Date: 07/20/2001 17:03

 Printed: 07/23/01 11:02 AM

Patient Identification:
BANERJEE, URMILA (NMN)
3559488

Radiology Results
NIH-95-1 (8-00)
P. A. 09-25-0099
File in Section 3: Diagnostic Radiology

C00534

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

N A T I O N A L   I N S T I T U T E S   O F   H E A L T H ,   C L I N I C A L   C E N T E R
DEPARTMENT OF LABORATORY MEDICINE
Bldg.10/Room 2C306, Bethesda, MD 20892-1508
PERMANENT CHEMISTRY, HEMATOLOGY, IMMUNOLOGY CUMULATIVE SUMMARY

959
PRINTED : Tue Jul 2 2002 00:46
LOCATION : OP4

35-59-48-8 BANERJEE, URMILA (NMN)
Report : CUMULATIVE PERMANENT : SUMMARY DATE RANGE: 01Jan1975 THRU 30May2002

** BLOOD CHEMISTRY **

| Date | Time | End Note | GLUCOSE mg/dL | SODIUM MMOL/L | K MMOL/L | CL MMOL/L | CO2 MMOL/L | CALCIUM MMOL/L | MG MMOL/L | PHOS MG/DL | UREA NIT MG/DL | CREAT MG/DL | URIC AC MG/DL | BILI,T MG/DL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2001 | 06:55 | | 111 | 137 | 4.0 | 105 | 23 | 2.42 | 0.81 | 4.3 | 12 | 0.7 | 6.8 | 0.6 |
| 10/18/2001 | 06:40 | | 109 | 138 | 4.1 | 107 | 21 | 2.28 | 0.90 | 4.1 | 11 | 0.7 | 7.2 | 0.6 |
| 12/11/2001 | 06:50 | | 111 | 139 | 4.5 | 105 | 25 | 2.42 | 0.93 | 4.0 | 15 | 0.9 | 7.1 | 0.6 |

** BLOOD CHEMISTRY **

| Date | Time | End Note | BILI,D MG/DL | ALK PHOS U/L | LDH U/L | ALT/GPT U/L | AST/GOT U/L | CK U/L | AMYLASE U/L | CHOL MG/DL | LDL DIR MG/DL | HDL CHOL MG/DL | TRIGLY MG/DL | TOT PROT G/DL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2001 | 06:55 | 1 | 0.1 | 72 | *104 | 14 | 13 | 44 | 71 | 189 | 120 | 61 | 94 | 7.1 |
| 10/18/2001 | 06:40 | 2 | 0.1 | 66 | 114 | 9 | 11 | 54 | | 177 | 109 | 57 | 123 | 6.7 |
| 12/11/2001 | 06:50 | 3 | 0.1 | 70 | 129 | 15 | 11 | 69 | | 176 | 111 | 62 | 101 | 7.1 |

** BLOOD CHEMISTRY **

| Date | Time | End Note | ALBUMIN G/DL | LH U/L | FREE T4 NG/DL | TSH UIU/ML | PROLAC UG/L | B-HCG'S IU/L | FSH U/L | NEGATIVE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2001 | 06:55 | | 3.9 | | 1.1 | 2.53 | | <2 | | see bel a |
| 10/18/2001 | 06:40 | | 3.7 | 11 | 1.3 | 1.48 | *122 | | 6 | |
| 11/09/2001 | 06:51 | | | | | | *48 | | | |
| 11/30/2001 | 07:01 | | | | | | *30 | | | |
| 12/11/2001 | 06:50 | | 3.9 | | 1.2 | 1.49 | | | | |

** BLOOD DIFFERENTIAL **

| Date | Time | End Note | WBC K/UL | POLYS % | POLY ABS K/UL | BANDS | EOS % | EOS ABS K/UL | BASO % | BASO ABS K/UL | MONO % | MONO ABS K/UL | LYMPH % | LYM ABS K/UL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2001 | 06:57 | | 8.190 | 52.5 | 4.300 with Po b | | 3.6 | 0.295 | 0.6 | 0.049 | 6.7 | 0.549 | 36.6 | 2.998 |
| 10/18/2001 | 06:40 | | 9.140 | 53.4 | 4.881 with Po b | | 3.6 | 0.329 | 0.7 | 0.064 | 8.4 | 0.768 | 34.0 | 3.108 |
| 12/11/2001 | 06:49 | | 8.440 | 52.7 | 4.448 with Po b | | 2.9 | 0.245 | 0.6 | 0.051 | 7.4 | 0.625 | 36.4 | 3.072 |

** HEMATOLOGY **

| Date | Time | End Note | WBC K/UL | RBC MILL/MM3 | HGB G/DL | HCT % | MCV CU MCRON | RDW % | PLT,CORR THOU/MM3 | SED RATE MM/HR |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2001 | 06:57 | | 8.190 | 4.73 | 12.5 | 37.5 | 79.1 | 11.9 | 318 | 27.0 |
| 10/18/2001 | 06:40 | | 9.140 | 4.67 | 12.1 | 36.5 | 78.2 | 12.3 | 242 | |

***** Note a Result: see below; Result Comment: Negative;
***** Note b Result: with Polys;

SUMMARY DATE RANGE: 01Jan1975 THRU 30May2002
[* before result indicates value is outside reference range]



Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

000535

000402

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

NATIONAL INSTITUTES OF HEALTH, CLINICAL CENTER
DEPARTMENT OF LABORATORY MEDICINE
Bldg.10/Room 2C306, Bethesda, MD 20892-1508
PERMANENT CHEMISTRY, HEMATOLOGY, IMMUNOLOGY CUMULATIVE SUMMARY

970
PRINTED : Tue Jul 2 2002 00:46
LOCATION : OP4

35-59-48-8 BANERJEE, URMILA (NMN)
Report : CUMULATIVE PERMANENT : SUMMARY DATE RANGE: 01Jan1975 THRU 30May2002

** HEMATOLOGY **

| Date | Time | End Note | WBC K/UL | RBC MILL/MM3 | HGB G/DL | HCT % | MCV CU MCRON | RDW % | PLT,CORR THOU/MM3 | SED RATE MM/HR |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/2001 | 06:49 | | 8.440 | 4.88 | 12.5 | 37.9 | 77.8 | 12.6 | 276 | |

** URINALYSIS **

| Date | Time | End Note | COLOR | APPEAR | PH | SP GR | PROTEIN MG/DL | GLUCOSE | KETONES | BILI | URUROBIL | HGB | WBC/HPF | SQAM/HPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2001 | 06:36 | | LT. YEL a | CLEAR | 5.0 | 1.012 | <15 (NE b | NEGATIVE | NEGATIVE | NEGATIVE | NEGATIVE | NEGATIVE | RARE | RARE |
| 10/18/2001 | 06:30 | | LT. YEL a | CLEAR | 5.0 | 1.006 | <15 (NE b | NEGATIVE | NEGATIVE | NEGATIVE | NEGATIVE | NEGATIVE | RARE | RARE |

** URINE CHEMISTRY **

| Date | Time | End Note | SPEC GR | LAB NUM | AMPHET | BARB | BENZODIA | COCAINE | LSD | OPIATES | PHENCYCL | THC | PREG TES | SG com.1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2001 | 06:45 | | | C2853 c | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | | |
| 07/28/2001 | 11:37 | | 1.004 | | | | | | | | | | NEGATIVE | see bel d |
| 10/09/2001 | 08:30 | | 1.013 | | | | | | | | | | NEGATIVE | |
| 11/21/2001 | 06:07 | | 1.010 | | | | | | | | | | NEGATIVE | |
| 12/03/2001 | 14:05 | | 1.004 | | | | | | | | | | NEGATIVE | see bel d |

** OTHER SPECIMENS **

| Date | Time | End Note | OCC BLD |
|---|---|---|---|
| 07/19/2001 | 10:06 | | Negativ e |

** TRANSFUSION TRANSM'D VIRUS TST **

| Date | Time | End Note | anti-HIV | HBsAg (H | anti-HCV | anti-HBs | anti-HBc | anti-HBe | HBe Ag ( | anti-HAV | anti-HAV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2001 | 08:06 | | NEGATIVE | NEGATIVE | NEGATIVE | REACTIVE | NEGATIVE | NEGATIV f | NEGATIV f | REACTIVE | NEGATIVE |

***** Note a Result: LT. YELLOW;
***** Note b Result: <15 (NEGATIVE);
***** Note c Result Comment: Performed by Mayo Medical Labs, Rochester MN;
***** Note d Result: see below; Result Comment: Dilute urine may invalidate test.;
***** Note e Result: Negative; Source: STL;
***** Note f Result: NEGATIVE; Result Comment: TEST PERFORMED BY QUEST DIAGNOSTICS BALTIMORE, MD;


[* before result indicates value is outside reference range]

C00530

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

N A T I O N A L   I N S T I T U T E S   O F   H E A L T H,   C L I N I C A L   C E N T E R
DEPARTMENT OF LABORATORY MEDICINE
Bldg.10/Room 2C306, Bethesda, MD 20892-1508
PERMANENT CHEMISTRY, HEMATOLOGY, IMMUNOLOGY CUMULATIVE SUMMARY

971

35-59-48-8 BANERJEE, URMILA (NMN)
Report : CUMULATIVE PERMANENT : SUMMARY DATE RANGE: 01Jan1975 THRU 30May2002

PRINTED : Tue Jul 2 2002 00:46
LOCATION : OP4

** INFECTIOUS DISEASES **

| Date | Time | End Note | RPR QUAN TITER |
|---|---|---|---|
| 07/19/2001 | 06:58 | | NON-REA a |

***** Note a Result: NON-REACTIVE;

SUMMARY DATE RANGE: 01Jan1975 THRU 30May2002 PAGE : 3 PERMANENT CHEMISTRY, HEMATOLOGY, IMMUNOLOGY CUMULATIVE SUMMARY
NIH-2445-1(Rev:9-99)
[* before result indicates value is outside reference range]

C00537

000404

Reference Copy From The Medical Record, Clinical Center, National Institutes of Health, Bethesda, MD. Not for Re-Release. DO NOT FILE IN MEDICAL RECORD

N A T I O N A L I N S T I T U T E S O F H E [illegible] T H, C L I N I C A L C E N T E R
DEPARTMENT OF LABORATORY MEDICINE
Bldg.10/Room 2C306, Bethesda, MD 20892-1508
PERMANENT CHEMISTRY, HEMATOLOGY, IMMUNOLOGY CUMULATIVE SUMMARY

972

35-59-48-8 BANERJEE, URMILA (NMN)
Report : CUMULATIVE PERMANENT : SUMMARY DATE RANGE: 01Jan1975 THRU 30May2002

PRINTED : Tue Jul 2 2002 00:46
LOCATION : OP4

************ END NOTE ***************

| End Note Id | Test Name | Comments |
|---|---|---|
| End Note 1 | TRIGLY | : Result Comment: ATP III adopts the following classification of serum<br>: triglycerides:<br>: Normal triglycerides: Less than 150 mg/dL.<br>: Borderline-high triglycerides: 150-199 mg/dL.<br>: High triglycerides: 200-499 mg/dL.<br>: Very high triglycerides: Greater than or equal to 500 mg/dL.; |
| End Note 2 | TRIGLY | : Result Comment: ATP III adopts the following classification of serum<br>: triglycerides:<br>: Normal triglycerides: Less than 150 mg/dL.<br>: Borderline-high triglycerides: 150-199 mg/dL.<br>: High triglycerides: 200-499 mg/dL.<br>: Very high triglycerides: Greater than or equal to 500 mg/dL.; |
| End Note 3 | TRIGLY | : Result Comment: ATP III adopts the following classification of serum<br>: triglycerides:<br>: Normal triglycerides: Less than 150 mg/dL.<br>: Borderline-high triglycerides: 150-199 mg/dL.<br>: High triglycerides: 200-499 mg/dL.<br>: Very high triglycerides: Greater than or equal to 500 mg/dL.; |

C00538