# In the United States Court of Federal Claims

**No. 06-829 C**

**URMILA BANERJEE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed July 26, 2007, granting defendant's motion to dismiss Counts I and II of plaintiff's complaint, and granting defendant's motion for judgment upon the administrative record on Count III of the complaint,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed and judgment is in favor of defendant.

Brian Bishop
Clerk of Court

**July 27, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.